## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

### NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that on September 4, 2019, uBiome, Inc., as debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtor continues to operate its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will present the following pleadings (the "First Day Pleadings") on **September 5, 2019 at 3:00 p.m. (ET)** (the "Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801:

### FIRST DAY PLEADINGS

1. Debtor's Application for an Order Appointing Donlin Recano & Company, Inc. as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), *Nunc Pro Tunc* to the Petition Date [Docket No. 3]

2. Debtor's Motion for Interim and Final Orders Authorizing (A) the Maintenance of the Cash Management System; (B) Maintenance of the Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims, and (E) Granting Related Relief [Docket No. 4]

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

01:25015785.1

3. Debtor's Motion for Entry of an Order Authorizing Payment of (A) Certain Prepetition Wages, Salaries, and Other Compensation and (B) Certain Employee Benefits and Other Associated Obligations [Docket No. 5]

4. Debtor's Motion for Entry of Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (B) Approving the Debtor's Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 6]

5. Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing, but not Directing, the Debtor to Pay Certain Prepetition Taxes and Obligations and (B) Granting Related Relief [Docket No. 7]

6. Debtor's Motion for Entry of Interim and Final Orders Authorizing (A) Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, Including Payment of Policy Premiums and Broker Fees, and (B) Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 8]

7. Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay Claims for Prepetition Customs, Shipper, Warehousemen, and Common Carrier Obligations [Docket No. 9]

8. Debtor's Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtor to Pay Certain Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims [Docket No. 10]

9. Debtor's Motion for Entry of an Order Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules [Docket No. 11]

10. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 13]

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day Pleadings will be mailed to you subsequent to the Hearing and are currently available on the Court's website, located at www.deb.uscourts.gov, and on the website of the Debtor's proposed claims and noticing agent, Donlin Recano & Company, Inc., located at

www.donlinrecano.com/ubiome.  If you would like to receive copies of any of the First Day Pleadings prior to the Hearing, you may contact Troy M. Bollman, Paralegal, at (302) 573-7796 or tbollman@ycst.com.  All parties wishing to participate in the Hearing telephonically must make arrangements with Court Call ((866) 582-6878; www.courtcall.com) prior to the Hearing.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 4, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jordan E. Sazant*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |