**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

**AGENDA OF MATTERS SCHEDULED FOR FIRST DAY HEARING**
**AND INDEX OF RELATED FIRST DAY PLEADINGS**

**Date and Time of Hearing:** **SEPTEMBER 5, 2019 AT 3:00 P.M. (ET)**

**Location:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**PETITION AND DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

1. Voluntary Chapter 11 Petition Package of uBiome, Inc.

2. Declaration of Curtis G. Solsvig III in Support of the Debtor's Chapter 11 Petition and Requests for First Day Relief [Docket No. 2; 9/4/19]

**MATTERS GOING FORWARD**

3. Debtor's Application for an Order Appointing Donlin Recano & Company, Inc. as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(c), *Nunc Pro Tunc* to the Petition Date [Docket No. 3; 9/4/19]

    Status:  This matter will be going forward.

4. Debtor's Motion for Interim and Final Orders Authorizing (A) the Maintenance of the Cash Management System; (B) Maintenance of the Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims, and (E) Granting Related Relief [Docket No. 4; 9/4/19]

    Status:  This matter will be going forward.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

5.     Debtor's Motion for Entry of an Order Authorizing Payment of (A) Certain Prepetition Wages, Salaries, and Other Compensation and (B) Certain Employee Benefits and Other Associated Obligations [Docket No. 5; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

6.     Debtor's Motion for Entry of Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (B) Approving the Debtor's Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 6; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

7.     Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing, but not Directing, the Debtor to Pay Certain Prepetition Taxes and Obligations and (B) Granting Related Relief [Docket No. 7; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

8.     Debtor's Motion for Entry of Interim and Final Orders Authorizing (A) Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, Including Payment of Policy Premiums and Broker Fees, and (B) Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 8; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

9.     Debtor's Motion for Entry of an Order Authorizing the Debtor to Pay Claims for Prepetition Customs, Shipper, Warehousemen, and Common Carrier Obligations [Docket No. 9; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

10.     Debtor's Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtor to Pay Certain Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims [Docket No. 10; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

11.     Debtor's Motion for Entry of an Order Authorizing Certain Procedures to Maintain the Confidentiality of Patient Information as Required by Applicable Privacy Rules [Docket No. 11; 9/4/19]

    <u>Status</u>:  This matter will be going forward.

12. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 13; 9/4/19]

Status:  This matter will be going forward.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
September 4, 2019

*/s/ Jordan E. Sazant*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Jordan E. Sazant (No. 6515)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Proposed Counsel to the Debtor and Debtor in Possession*