**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF KINGS | ) |

I, Edward A. Calderon, declare:

1.  I am over the age of 18 years and not a party to this chapter 11 case.

2.  I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.  On the 4th day of September, 2019, DRC, under my supervision caused a true and accurate copy of the *Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, Authorizing the Debtor to Reject a Certain Unexpired Lease of Nonresidential Real Property, Nunc Pro Tunc to the Petition Date* (Docket No. 14), to be served via electronic mail upon the parties as set forth on Exhibit 1, via First Class US Mail upon the parties as set forth on Exhibit 2, and via Federal Express Mail Overnight upon the parties as set forth on Exhibit 3, attached hereto.

4.  On the 4th day of September, 2019, DRC, under my supervision caused a true and accurate copy of the following documents:

    a.  *Notice of Hearing to Consider First Day Pleadings* (Docket No. 16)*; and*

    b.  *Agenda of Matters Scheduled for First Day Hearing and Index of Related First Day Pleadings* (Docket No. 17),

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

to be served via electronic mail upon the parties as set forth on <u>Exhibit 4</u>, via facsimile upon the parties as set forth on <u>Exhibit 5</u>, via Federal Express Priority Overnight delivery upon the parties as set forth on <u>Exhibit 6</u>, and via United Postal Service Express Mail Overnight delivery upon the parties as set forth on <u>Exhibit 7</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 4th day of September, 2019, Brooklyn, New York.

By _Edward A Calderon_
              Edward A. Calderon

Sworn before me this
4th day of September, 2019

_John Burlacu._
Notary Public

JOHN BURLACU
Notary Public - State of New York
No. 01BU6376078
Qualified in Nassau County
My Comm. Expires June 4, 2022

2

# EXHIBIT 1

# uBiome, Inc.
## Electronic Mail
## Exhibit Pages

09/04/2019 03:08:07 PM

| | | | |
|---|---|---|---|
| 000057P001-1426S-001<br>AOMB<br>RENE RAGGERS<br>PO BOX 645<br>5600 AP EINDHOVEN<br>EINDHOVEN<br>NETHERLANDS<br>MAIL@AOMB.NL | 000042P001-1426S-001<br>ARNOLD AND PORTER KAYE SCHOLER LLP<br>PO BOX 759451<br>BALTIMORE MD 21275<br>INVOICE@ARNOLDPORTER.COM | 000040P001-1426S-001<br>BIOQUIMICA, CL. SA<br>MATIAS GUTIERREZ<br>AVENIDA PRESIDENTE BATTLE Y ORDOLIEZ 3756<br>SANTIAGO<br>CHILE<br>MATIAS.GUTIERREZ@BIOQUIMICA.CL | 000038P001-1426S-001<br>BLUE SHIELD OF CALIFORNIA<br>CHERI HAHN<br>SPECIAL INVESTIGATIONS UNIT<br>6300 CANOGA AVE<br>WOODLAND HILLS CA 91367<br>CHERI.HAHN@BLUESHIELDCA.COM |
| 000037P001-1426S-001<br>BRJ INVESTMENTS, LLC<br>JEFF<br>2885 SANFORD AVE SW<br>GRANDVILLE MI 49418<br>JEFF@OSF.CO | 000034P001-1426S-001<br>CIGNA<br>LAUREN SGRO (THORSELL)<br>900 COTTAGE GROVE<br>W3SUI<br>HARTFORD CT 06152<br>LAUREN.SGRO@CIGNA.COM | 000041P001-1426S-001<br>COVINGTON AND BURLING LLP<br>DOUGLAS SPRAGUE<br>850 TENTH ST NW<br>WASHINGTON DC 20001<br>DSPRAGUE@COV.COM | 000018P001-1426S-001<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000012P001-1426S-001<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000008P001-1426S-001<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000011P001-1426S-001<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904<br>STATE.TREASURER@STATE.DE.US | 000052P001-1426S-001<br>ECARE INDIA PRIVATE LIMITED<br>DEEPAK KUMAR SANGHI<br>BR COMPLEX 2ND & 3RD FL<br>WOODS RD NO 2728<br>CHENNAI<br>INDIA<br>DEEPAK@ECAREINDIA.COM |
| 000030P001-1426S-001<br>GIBSON DUNN<br>MARY BETH MALONEY<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>MMALONEY@GIBSONDUNN.COM | 000031P001-1426S-001<br>GIBSON DUNN<br>JASON ZACHARY GOLDSTEIN<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JGOLDSTEIN@GIBSONDUNN.COM | 000032P001-1426S-001<br>GIBSON DUNN<br>J ERIC WISE<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>EWISE@GIBSONDUNN.COM | 000033P001-1426S-001<br>GIBSON DUNN<br>MATT J. WILLIAMS<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>MJWILLIAMS@GIBSONDUNN.COM |
| 000051P001-1426S-001<br>GROWTH IP<br>13480 CHELLY CT<br>SAN DIEGO CA 92129<br>ADMIN@GROWTHIP.COM | 000054P001-1426S-001<br>HARVARD PILGRIM<br>CHRISTOPHER WALSH<br>1600 CROWN COLONY DR<br>QUINCY MA 02169<br>CHRISTOPHER_WALSH@HARVARDPILGRIM.ORG | 000036P001-1426S-001<br>HORIZON BLUE CROSS BLUE SHIELD OF NJ<br>DAVID MENENDEZ<br>PO BOX 200145<br>NEWARK NJ 07102<br>DAVID_MENENDEZ@HORIZONBLUE.COM | 000056P001-1426S-001<br>IDESIGNEDU, LLC<br>SALEEN HEARON<br>800 JACKSON ST<br>STE 384<br>DALLAS TX 75202<br>SALEEN.HEARON@IDESIGNEDU.ORG |
| 000046P001-1426S-001<br>KAISER FOUNDATION HEALTH PLAN<br>GIANG LE<br>KAISER PERMANENTE<br>REGIONAL CLAIMS RECOVERY<br>FILE 50187<br>LOS ANGELES CA 90074<br>GIANG.T.LE@KP.ORG | 000062P001-1426S-001<br>KEKST AND COMPANY, INC<br>NATHAN RIGGS<br>PO BOX 1528<br>LONG ISLAND CITY NY 11001<br>NATHAN.RIGGS@KEKSTCNC.COM | 000043P001-1426S-001<br>KILPATRICK TOWNSEND<br>HYACINTH CAMPBELL<br>PO BOX 39000<br>SAN FRANCISCO CA 94139<br>ACCOUNTSRECEIVABLE@KILPATRICKTOWNSEND.COM | 000055P001-1426S-001<br>LEYDIG, VOIT AND MAYER, LTD<br>JONI SIMMONS<br>1981 NORTH BROADWAY<br>STE 310<br>WALNUT CREEK CA 94596<br>JSIMMONS@LEYDIG.COM |

# uBiome, Inc.
## Electronic Mail
## Exhibit Pages

09/04/2019 03:08:07 PM

---

000047P001-1426S-001
MEDICA
BARBARA HORN
PO BOX 9310
MINNEAPOLIS MN 55440
BARBARA.HORN@MEDICA.COM

000058P001-1426S-001
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, LLP
DAVID SIEGAL
PO BOX 4539
BOSTON MA 02212
DMSIEGAL@MINTZ.COM

000026P001-1426S-001
MORRISON & FOERSTER
TODD M. GOREN
250 WEST 55TH STREET
NEW YORK NY 10019
TGOREN@MOFO.COM

000027P001-1426S-001
MORRISON & FOERSTER
ALEXANDER RHEAUME
JOHN HANCOCK TOWER
200 CLARENDON ST. 20TH FLOOR
BOSTON MA 02116
ARHEAUME@MOFO.COM

000028P001-1426S-001
MORRISON & FOERSTER
BENJAMIN W. BUTTERFIELD
250 WEST 55TH STREET
NEW YORK NY 10019
BBUTTERFIELD@MOFO.COM

000029P002-1426S-001
MORRISON & FOERSTER
KAT RICHARDSON
250 WEST 55TH STREET
NEW YORK NY 10019
KRICHARDSON@MOFO.COM

000048P001-1426S-001
ORRICK, HERRINGTON AND SUTCLIFFE LLP
JOHN BAUTISTA
450 HOWARD ST
SAN FRANCISCO CA 94105
ACCOUNTSRECEIVABLE@ORRICK.COM

000060P001-1426S-001
PROVIDENCE HEALTH PLANS
ELLEN LARSEN
PO BOX 6456
PORTLAND OR 97228
ELLEN.LARSEN@PROVIDENCE.ORG

000044P001-1426S-001
RAMSEY AND EHRLICH LLP
LAUREN NOGA
800 HEARST AVE
ALBANY CA 94710
LAUREN@RAMSEY-EHRLICH.COM

000049P001-1426S-001
SALESFORCECOM INC
JASON FOSTER
PO BOX 203141
DALLAS TX 75320
JASON.FOSTER@SALESFORCE.COM

000061P001-1426S-001
SE, INC
TODD CLEVETTE
4111 NE 112TH AVE
VANCOUVER WA 98682
TODD_CLEVETTE@SEHAMERICA.COM

000019P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE
BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESSCHR@SEC.GOV

000019P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE
BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
NYROBANKRUPTCY@SEC.GOV

000020P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000021P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC
BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000059P001-1426S-001
SENDBRIDGE INC
1895 JACKSON ST
APT 503
SAN FRANCISCO CA 94109
SUCCESS@GOPRIMER.COM

000009P001-1426S-001
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1007 N ORANGE ST
STE 700
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000015P001-1426S-001
US EPA REG 3 OFFICE OF REG COUNSEL
BANKRUPTCY DEPT
1650 ARCH ST
PHILADELPHIA PA 19103
R3PUBLIC@EPA.GOV

---

Records Printed :    **42**

# EXHIBIT 2

# uBiome, Inc.
# Exhibit Pages

| | | | |
|---|---|---|---|
| 000057P001-1426S-001<br>AOMB<br>RENE RAGGERS<br>PO BOX 645<br>5600 AP EINDHOVEN<br>EINDHOVEN<br>NETHERLANDS | 000017P001-1426S-001<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005-6123 | 000042P001-1426S-001<br>ARNOLD AND PORTER KAYE SCHOLER LLP<br>PO BOX 759451<br>BALTIMORE MD 21275 | 000040P001-1426S-001<br>BIOQUIMICA, CL SA<br>MATIAS GUTIERREZ<br>AVENIDA PRESIDENTE BATTLE Y ORDOLIEZ 3756<br>SANTIAGO<br>CHILE |
| 000038P001-1426S-001<br>BLUE SHIELD OF CALIFORNIA<br>CHERI HAHN<br>SPECIAL INVESTIGATIONS UNIT<br>6300 CANOGA AVE<br>WOODLAND HILLS CA 91367 | 000037P001-1426S-001<br>BRJ INVESTMENTS, LLC<br>JEFF<br>2885 SANFORD AVE SW<br>GRANDVILLE MI 49418 | 000034P001-1426S-001<br>CIGNA<br>LAUREN SGRO (THORSELL)<br>900 COTTAGE GROVE<br>W3SUI<br>HARTFORD CT 06152 | 000041P001-1426S-001<br>COVINGTON AND BURLING LLP<br>DOUGLAS SPRAGUE<br>850 TENTH ST NW<br>WASHINGTON DC 20001 |
| 000018P001-1426S-001<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801 | 000012P001-1426S-001<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000008P001-1426S-001<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | 000010P001-1426S-001<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 000011P001-1426S-001<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | 000052P001-1426S-001<br>ECARE INDIA PRIVATE LIMITED<br>DEEPAK KUMAR SANGHI<br>BR COMPLEX 2ND & 3RD FL<br>WOODS RD NO 2728<br>CHENNAI<br>INDIA | 000013P001-1426S-001<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 000025P002-1426S-001<br>GIBSON DUNN<br>P.O. Box 840723<br>LOS ANGELES CA 90084 |
| 000030P001-1426S-001<br>GIBSON DUNN<br>MARY BETH MALONEY<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000031P001-1426S-001<br>GIBSON DUNN<br>JASON ZACHARY GOLDSTEIN<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000032P001-1426S-001<br>GIBSON DUNN<br>J ERIC WISE<br>200 PARK AVENUE<br>NEW YORK NY 10166 | 000033P001-1426S-001<br>GIBSON DUNN<br>MATT J. WILLIAMS<br>200 PARK AVENUE<br>NEW YORK NY 10166 |
| 000051P001-1426S-001<br>GROWTH IP<br>13480 CHELLY CT<br>SAN DIEGO CA 92129 | 000054P001-1426S-001<br>HARVARD PILGRIM<br>CHRISTOPHER WALSH<br>1600 CROWN COLONY DR<br>QUINCY MA 02169 | 000036P001-1426S-001<br>HORIZON BLUE CROSS BLUE SHIELD OF NJ<br>DAVID MENENDEZ<br>PO BOX 200145<br>NEWARK NJ 07102 | 000056P001-1426S-001<br>IDESIGNEDU, LLC<br>SALEEN HEARON<br>800 JACKSON ST<br>STE 384<br>DALLAS TX 75202 |
| 000005P001-1426S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000006P001-1426S-001<br>INTERNAL REVENUE SVC<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | 000046P001-1426S-001<br>KAISER FOUNDATION HEALTH PLAN<br>GIANG LE<br>KAISER PERMANENTE<br>REGIONAL CLAIMS RECOVERY<br>FILE 50187<br>LOS ANGELES CA 90074 | 000062P001-1426S-001<br>KEKST AND COMPANY, INC<br>NATHAN RIGGS<br>PO BOX 1528<br>LONG ISLAND CITY NY 11001 |

# uBiome, Inc.
## Exhibit Pages

000043P001-1426S-001
KILPATRICK TOWNSEND
HYACINTH CAMPBELL
PO BOX 39000
SAN FRANCISCO CA 94139

000055P001-1426S-001
LEYDIG, VOIT AND MAYER, LTD
JONI SIMMONS
1981 NORTH BROADWAY
STE 310
WALNUT CREEK CA 94596

000053P001-1426S-001
MAYO CLINIC HEALTH PLAN
4001 41ST ST NW
ROCHESTER MN 55901

000047P001-1426S-001
MEDICA
BARBARA HORN
PO BOX 9310
MINNEAPOLIS MN 55440

000014P001-1426S-001
MICHIGAN DEPT OF TREASURY TAX POL DIV
LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BUILDING
LANSING MI 48922

000058P001-1426S-001
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, LLP
DAVID SIEGAL
PO BOX 4539
BOSTON MA 02212

000026P001-1426S-001
MORRISON & FOERSTER
TODD M. GOREN
250 WEST 55TH STREET
NEW YORK NY 10019

000027P001-1426S-001
MORRISON & FOERSTER
ALEXANDER RHEAUME
JOHN HANCOCK TOWER
200 CLARENDON ST. 20TH FLOOR
BOSTON MA 02116

000028P001-1426S-001
MORRISON & FOERSTER
BENJAMIN W. BUTTERFIELD
250 WEST 55TH STREET
NEW YORK NY 10019

000029P002-1426S-001
MORRISON & FOERSTER
KAT RICHARDSON
250 WEST 55TH STREET
NEW YORK NY 10019

000024P001-1426S-001
MORRISON & FOERSTER LLP
JEFF NGAI
425 MARKET STREET
SAN FRANCISCO CA 94105

000007P002-1426S-001
OFFICE OF THE US TRUSTEE
JANE LEAMY
844 KING ST
STE 2207
WILMINGTON DE 19801

000048P001-1426S-001
ORRICK, HERRINGTON AND SUTCLIFFE LLP
JOHN BAUTISTA
450 HOWARD ST
SAN FRANCISCO CA 94105

000050P001-1426S-001
PREMERA BCBS
MS 229
PO BOX 327
SEATTLE WA 98111

000060P001-1426S-001
PROVIDENCE HEALTH PLANS
ELLEN LARSEN
PO BOX 6456
PORTLAND OR 97228

000044P001-1426S-001
RAMSEY AND EHRLICH LLP
LAUREN NOGA
800 HEARST AVE
ALBANY CA 94710

000049P001-1426S-001
SALESFORCECOM INC
JASON FOSTER
PO BOX 203141
DALLAS TX 75320

000061P001-1426S-001
SE, INC
TODD CLEVETTE
4111 NE 112TH AVE
VANCOUVER WA 98682

000019P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE
BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022

000020P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549

000021P001-1426S-001
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC
BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103

000059P001-1426S-001
SENDBRIDGE INC
1895 JACKSON ST
APT 503
SAN FRANCISCO CA 94109

000016P001-1426S-001
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

000045P001-1426S-001
TRICARE
7700 ARLINGTON BLVD
STE 5101
FALLS CHURCH VA 22042

000063P001-1426S-001
TRICARE SOUTH
PO BOX 7032
CAMDEN SC 29021

000039P001-1426S-001
TRICARE WEST
PO BOX 202111
FLORENCE SC 92502

000035P001-1426S-001
UNITED HEALTH CARE
RICHARD O'CONNOR
UNITED PAYMENT INTEGRITY
RECOVERY INVESTIGATIONS
4868 GEORGIA HWY 85 STE 206A
FOREST PARK GA 30297

000009P001-1426S-001
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1007 N ORANGE ST
STE 700
WILMINGTON DE 19801

**uBiome, Inc.**
**Exhibit Pages**

09/04/2019 03:06:50 PM

000015P001-1426S-001
US EPA REG 3 OFFICE OF REG COUNSEL
BANKRUPTCY DEPT
1650 ARCH ST
PHILADELPHIA PA 19103

Records Printed :   **57**

**EXHIBIT 3**

**uBiome, Inc.**
**Federal Express**
**Exhibit Page**

Page # : 1 of 1                                                                                    09/04/2019 03:10:07 PM

| | |
|---|---|
| 001268P002-1426A-001 | 001268S001-1426A-001 |
| S-E INC | S-E INC |
| TODD CLEVETTE | ATTN: VICE PRESIDENT OF OPERATIONS |
| M/S 65-3-920 | M/S 65-3-920 |
| 4111 NE 112TH AVE | 4111 NE 112TH AVE |
| VANCOUVER WA 98682 | VANCOUVER WA 98682 |

Records Printed :  **2**

# EXHIBIT 4

# uBiome, Inc.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000057P001-1426S-001A<br>AOMB<br>RENE RAGGERS<br>PO BOX 645<br>5600 AP EINDHOVEN<br>EINDHOVEN<br>NETHERLANDS<br>MAIL@AOMB.NL | 000042P001-1426S-001A<br>ARNOLD AND PORTER KAYE SCHOLER LLP<br>PO BOX 759451<br>BALTIMORE MD 21275<br>INVOICE@ARNOLDPORTER.COM | 000040P001-1426S-001A<br>BIOQUIMICA, CL. SA<br>MATIAS GUTIERREZ<br>AVENIDA PRESIDENTE BATTLE Y ORDOLIEZ 3756<br>SANTIAGO<br>CHILE<br>MATIAS.GUTIERREZ@BIOQUIMICA.CL | 000038P001-1426S-001A<br>BLUE SHIELD OF CALIFORNIA<br>CHERI HAHN<br>SPECIAL INVESTIGATIONS UNIT<br>6300 CANOGA AVE<br>WOODLAND HILLS CA 91367<br>CHERI.HAHN@BLUESHIELDCA.COM |
| 000037P001-1426S-001A<br>BRJ INVESTMENTS, LLC<br>JEFF<br>2885 SANFORD AVE SW<br>GRANDVILLE MI 49418<br>JEFF@OSF.CO | 000438P001-1426A-001A<br>CHUBB INDEMNITY INSURANCE CO<br>AON RISK INSURANCE SVC WEST INC<br>SAN FRANCISCO CA OFFICE<br>425 MARKET ST<br>STE 2800<br>SAN FRANCISCO CA 94105<br>ALEX.TOKOS@AON.COM | 000034P001-1426S-001A<br>CIGNA<br>LAUREN SGRO (THORSELL)<br>900 COTTAGE GROVE<br>W3SUI<br>HARTFORD CT 06152<br>LAUREN.SGRO@CIGNA.COM | 000041P001-1426S-001A<br>COVINGTON AND BURLING LLP<br>DOUGLAS SPRAGUE<br>850 TENTH ST NW<br>WASHINGTON DC 20001<br>DSPRAGUE@COV.COM |
| 000018P001-1426S-001A<br>DELAWARE ATTORNEY GENERAL<br>BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST 6TH FL<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000012P001-1426S-001A<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A FRAMPTON<br>CARVEL STATE OFFICE BUILD 8TH FL<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>FASNOTIFY@STATE.DE.US | 000008P001-1426S-001A<br>DELAWARE SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903<br>DOSDOC_FTAX@STATE.DE.US | 000011P001-1426S-001A<br>DELAWARE STATE TREASURY<br>BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904<br>STATE.TREASURER@STATE.DE.US |
| 000052P001-1426S-001A<br>ECARE INDIA PRIVATE LIMITED<br>DEEPAK KUMAR SANGHI<br>BR COMPLEX 2ND & 3RD FL<br>WOODS RD NO 2728<br>CHENNAI<br>INDIA<br>DEEPAK@ECAREINDIA.COM | 000434P001-1426A-001A<br>EVANSTON INSURANCE CO<br>AON RISK INSURANCE SVC WEST INC<br>SAN FRANCISCO CA OFFICE<br>425 MARKET ST<br>STE 2800<br>SAN FRANCISCO CA 94105<br>ALEX.TOKOS@AON.COM | 000441P001-1426A-001A<br>FEDERAL INSURANCE CO<br>AON RISK INSURANCE SVC WEST INC<br>SAN FRANCISCO CA OFFICE<br>425 MARKET ST<br>STE 2800<br>SAN FRANCISCO CA 94105<br>ALEX.TOKOS@AON.COM | 000030P001-1426S-001A<br>GIBSON DUNN<br>MARY BETH MALONEY<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>MMALONEY@GIBSONDUNN.COM |
| 000031P001-1426S-001A<br>GIBSON DUNN<br>JASON ZACHARY GOLDSTEIN<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JGOLDSTEIN@GIBSONDUNN.COM | 000032P001-1426S-001A<br>GIBSON DUNN<br>J ERIC WISE<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>EWISE@GIBSONDUNN.COM | 000033P001-1426S-001A<br>GIBSON DUNN<br>MATT J. WILLIAMS<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>MJWILLIAMS@GIBSONDUNN.COM | 000436P001-1426A-001A<br>GREAT AMERICAN INSURANCE CO<br>AON RISK INSURANCE SVC WEST INC<br>SAN FRANCISCO CA OFFICE<br>425 MARKET ST<br>STE 2800<br>SAN FRANCISCO CA 94105<br>ALEX.TOKOS@AON.COM |
| 000051P001-1426S-001A<br>GROWTH IP<br>13480 CHELLY CT<br>SAN DIEGO CA 92129<br>ADMIN@GROWTHIP.COM | 000054P001-1426S-001A<br>HARVARD PILGRIM<br>CHRISTOPHER WALSH<br>1600 CROWN COLONY DR<br>QUINCY MA 02169<br>CHRISTOPHER_WALSH@HARVARDPILGRIM.ORG | 000036P001-1426S-001A<br>HORIZON BLUE CROSS BLUE SHIELD OF NJ<br>DAVID MENENDEZ<br>PO BOX 200145<br>NEWARK NJ 07102<br>DAVID_MENENDEZ@HORIZONBLUE.COM | 000056P001-1426S-001A<br>IDESIGNEDU, LLC<br>SALEEN HEARON<br>800 JACKSON ST<br>STE 384<br>DALLAS TX 75202<br>SALEEN.HEARON@IDESIGNEDU.ORG |

**uBiome, Inc.**
**Electronic Mail**
**Exhibit Pages**

09/04/2019 03:49:06 PM

---

000046P001-1426S-001A
KAISER FOUNDATION HEALTH PLAN
GIANG LE
KAISER PERMANENTE
REGIONAL CLAIMS RECOVERY
FILE 50187
LOS ANGELES CA 90074
GIANG.T.LE@KP.ORG

000062P001-1426S-001A
KEKST AND COMPANY, INC
NATHAN RIGGS
PO BOX 1528
LONG ISLAND CITY NY 11001
NATHAN.RIGGS@KEKSTCNC.COM

000043P001-1426S-001A
KILPATRICK TOWNSEND
HYACINTH CAMPBELL
PO BOX 39000
SAN FRANCISCO CA 94139
ACCOUNTSRECEIVABLE@KILPATRICKTOWNSEND.COM

000055P001-1426S-001A
LEYDIG, VOIT AND MAYER, LTD
JONI SIMMONS
1981 NORTH BROADWAY
STE 310
WALNUT CREEK CA 94596
JSIMMONS@LEYDIG.COM

000437P001-1426A-001A
LLOYD'S OF LONDON
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105
ALEX.TOKOS@AON.COM

000047P001-1426S-001A
MEDICA
BARBARA HORN
PO BOX 9310
MINNEAPOLIS MN 55440
BARBARA.HORN@MEDICA.COM

000058P001-1426S-001A
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, LLP
DAVID SIEGAL
PO BOX 4539
BOSTON MA 02212
DMSIEGAL@MINTZ.COM

000026P001-1426S-001A
MORRISON & FOERSTER
TODD M. GOREN
250 WEST 55TH STREET
NEW YORK NY 10019
TGOREN@MOFO.COM

000027P001-1426S-001A
MORRISON & FOERSTER
ALEXANDER RHEAUME
JOHN HANCOCK TOWER
200 CLARENDON ST. 20TH FLOOR
BOSTON MA 02116
ARHEAUME@MOFO.COM

000028P001-1426S-001A
MORRISON & FOERSTER
BENJAMIN W. BUTTERFIELD
250 WEST 55TH STREET
NEW YORK NY 10019
BBUTTERFIELD@MOFO.COM

000029P002-1426S-001A
MORRISON & FOERSTER
KAT RICHARDSON
250 WEST 55TH STREET
NEW YORK NY 10019
KRICHARDSON@MOFO.COM

000048P001-1426S-001A
ORRICK, HERRINGTON AND SUTCLIFFE LLP
JOHN BAUTISTA
450 HOWARD ST
SAN FRANCISCO CA 94105
ACCOUNTSRECEIVABLE@ORRICK.COM

000448P001-1426A-001A
PG AND E
885 EMBARCADERO DR WEST
SACRAMENTO CA 95605
CUSTOMERSERVICEONLINE@PGE.COM

000060P001-1426S-001A
PROVIDENCE HEALTH PLANS
ELLEN LARSEN
PO BOX 6456
PORTLAND OR 97228
ELLEN.LARSEN@PROVIDENCE.ORG

000044P001-1426S-001A
RAMSEY AND EHRLICH LLP
LAUREN NOGA
800 HEARST AVE
ALBANY CA 94710
LAUREN@RAMSEY-EHRLICH.COM

000049P001-1426S-001A
SALESFORCECOM INC
JASON FOSTER
PO BOX 203141
DALLAS TX 75320
JASON.FOSTER@SALESFORCE.COM

000449P001-1426A-001A
SAN FRANCISCO PUBLIC UTILITIES
525-501 GOLDEN GATE AVE
SAN FRANCISCO CA 94102
INFO@SFWATER.COM

000061P001-1426S-001A
SE, INC
TODD CLEVETTE
4111 NE 112TH AVE
VANCOUVER WA 98682
TODD_CLEVETTE@SEHAMERICA.COM

000019P001-1426S-001A
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE
BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
BANKRUPTCYNOTICESSCHR@SEC.GOV

000019P001-1426S-001A
SECURITIES AND EXCHANGE COMMISSION
NY REG OFFICE
BANKRUPTCY DEPT
BROOKFIELD PL
200 VESEY ST STE 400
NEW YORK NY 10281-1022
NYROBANKRUPTCY@SEC.GOV

000020P001-1426S-001A
SECURITIES AND EXCHANGE COMMISSION
SEC OF THE TREASURY OFFICE OF GEN COUNSEL
100 F ST NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

000021P001-1426S-001A
SECURITIES AND EXCHANGE COMMISSION
PHIL OFC
BANKRUPTCY DEPT
ONE PENN CTR
1617 JFK BLVD STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

000059P001-1426S-001A
SENDBRIDGE INC
1895 JACKSON ST
APT 503
SAN FRANCISCO CA 94109
SUCCESS@GOPRIMER.COM

000430P001-1426A-001A
SILICON VALLEY BANK
505 HOWARD ST
3RD FL
SAN FRANCISCO CA 94105
CLIENTSERVICE@SVB.COM

**uBiome, Inc.**
**Electronic Mail**
**Exhibit Pages**

000452P001-1426A-001A
SONIC
2260 APOLLO WAY
SANTA ROSA CA 95407
SUPPORT@SONIC.COM

000433P001-1426A-001A
STARSTONE SPECIALTY INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105
ALEX.TOKOS@AON.COM

000440P001-1426A-001A
TRAVELERS EXCESS AND SURPLUS
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105
ALEX.TOKOS@AON.COM

000439P001-1426A-001A
TWIN CITY FIRE INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105
ALEX.TOKOS@AON.COM

000009P001-1426S-001A
US ATTORNEY FOR DELAWARE
CHARLES OBERLY
ELLEN SLIGHTS
1007 N ORANGE ST
STE 700
WILMINGTON DE 19801
USADE.ECFBANKRUPTCY@USDOJ.GOV

000015P001-1426S-001A
US EPA REG 3 OFFICE OF REG COUNSEL
BANKRUPTCY DEPT
1650 ARCH ST
PHILADELPHIA PA 19103
R3PUBLIC@EPA.GOV

000435P001-1426A-001A
WESCO INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105
ALEX.TOKOS@AON.COM

Records Printed :  55

**EXHIBIT 5**

**uBiome, Inc.**
**Facsimile**
**Exhibit Page**

09/04/2019 03:48:47 PM

000025P002-1426S-001A
GIBSON DUNN
P.O. Box 840723
LOS ANGELES CA 90084
Fax#: 213-229-7520

000005P001-1426S-001A
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346
Fax#: (267) 941-1015

000006P001-1426S-001A
INTERNAL REVENUE SVC
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5 Q30 133
PHILADELPHIA PA 19104-5016
Fax#: (267) 941-1015

000024P001-1426S-001A
MORRISON & FOERSTER LLP
JEFF NGAI
425 MARKET STREET
SAN FRANCISCO CA 94105
Fax#: 415-268-7522

000007P002-1426S-001A
OFFICE OF THE US TRUSTEE
JANE LEAMY
844 KING ST
STE 2207
WILMINGTON DE 19801
Fax#: (302) 573-6497

000447P001-1426A-001A
RECOLOGY GOLDEN GATE
250 EXECUTIVE PK BLVD STE 2100
STE 2100
SAN FRANCISCO CA 94124
Fax#: 4153301338

Records Printed :  **6**

# EXHIBIT 6

# uBiome, Inc.
## Federal Express
## Exhibit Page

09/04/2019  03:51:09 PM

| | | | |
|---|---|---|---|
| 001074P001-1426A-001A<br>CALIFORNIA DEPT OF TAX AND FEE ADMINISTRATION<br>450 N ST<br>SAN FRANCISCO CA 95814 | 000450P001-1426A-001A<br>COMCAST<br>ONE COMCAST CTR<br>PHILADELPHIA PA 19103 | 001075P001-1426A-001A<br>DELAWARE DIVISION OF REVENUE<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | 000010P001-1426S-001A<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL ST STE 4<br>DOVER DE 19901 |
| 001077P001-1426A-001A<br>DEPT OF TAXATION AND FINANCE<br>NYS DEPT OF TAXATION AND FINANCE<br>OFFICE OF COUNSEL<br>W A HARRIMAN CAMPUS<br>BUILDING 9<br>ALBANY NY 12227-0841 | 001079P001-1426A-001A<br>KENTUCKY STATE TREASURER<br>KENTUCKY DEPT OF REVENUE<br>1050 US HIGHWAY 127 S<br>STE 100<br>FRANKFORT KY 40620-0021 | 001080P001-1426A-001A<br>MASSACHUSETTS DEPT OF REVENUE<br>100 CAMBRIDGE ST<br>BOSTON MA 02114 | 000053P001-1426S-001A<br>MAYO CLINIC HEALTH PLAN<br>4001 41ST ST NW<br>ROCHESTER MN 55901 |
| 000014P001-1426S-001A<br>MICHIGAN DEPT OF TREASURY TAX POL DIV<br>LITIGATION LIAISON<br>430 WEST ALLEGAN ST<br>2ND FL AUSTIN BUILDING<br>LANSING MI 48922 | 000451P001-1426A-001A<br>MONKEYBRAINS<br>635 POTRERO AVE<br>SAN FRANCISCO CA 94110 | 000453P001-1426A-001A<br>NEWVOICEMEDIA<br>501 2ND ST<br>STE 310 & 330<br>SAN FRANCISCO CA 94107 | 000432P002-1426A-001A<br>PAYPAL<br>2211 NORTH FIRST ST<br>SAN JOSE CA 95131 |
| 001268P002-1426A-001A<br>S-E INC<br>TODD CLEVETTE<br>M/S 65-3-920<br>4111 NE 112TH AVE<br>VANCOUVER WA 98682 | 001268S001-1426A-001A<br>S-E INC<br>ATTN:  VICE PRESIDENT OF OPERATIONS<br>M/S 65-3-920<br>4111 NE 112TH AVE<br>VANCOUVER WA 98682 | 001081P001-1426A-001A<br>SAN FRANCISCO TAX COLLECTOR<br>PAYROLL TAX DEPARTMENT<br>SAN FRANCISCO CA 94120-7427 | 000429P001-1426A-001A<br>SILICON VALLEY BANK<br>3003 TASMAN DR<br>HF150<br>SANTA CLARA CA 95054 |
| 000016P001-1426S-001A<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN COUNSEL REGION 3<br>300 SPRING GARDEN ST<br>PHILADELPHIA PA 19123 | 000045P001-1426S-001A<br>TRICARE<br>7700 ARLINGTON BLVD<br>STE 5101<br>FALLS CHURCH VA 22042 | 000035P001-1426S-001A<br>UNITED HEALTH CARE<br>RICHARD O'CONNOR<br>UNITED PAYMENT INTEGRITY<br>RECOVERY INVESTIGATIONS<br>4868 GEORGIA HWY 85 STE 206A<br>FOREST PARK GA 30297 | |

Records Printed :  **19**

# EXHIBIT 7

**uBiome, Inc.**
**USPS Express Mail**
**Exhibit Page**

| | | | |
|---|---|---|---|
| 000017P001-1426S-001A<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>PO BOX 6123<br>MD 7611<br>PHOENIX AZ 85005 | 000431P001-1426A-001A<br>CHASE BANK<br>NATIONAL BANK BY MAIL<br>PO BOX 36520<br>LOUISVILLE KY 40233- | 001076P001-1426A-001A<br>DEPT OF FINANCE AND ADMINISTRATION<br>PO BOX 9941<br>LITTLE ROCK AR 72203 | 000013P001-1426S-001A<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812 |
| 001078P001-1426A-001A<br>INTERNAL REVENUE SVC<br>PO BOX 7704<br>SAN FRANCISCO CA 94120- | 000050P001-1426S-001A<br>PREMERA BCBS<br>MS 229<br>PO BOX 327<br>SEATTLE WA 98111- | 001082P001-1426A-001A<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO CA 94257 | 000862P001-1426A-001A<br>THE HARTFORD<br>PO BOX 783690<br>PHILADELPHIA PA 19178 |
| 000063P001-1426S-001A<br>TRICARE SOUTH<br>PO BOX 7032<br>CAMDEN SC 29021- | 000039P001-1426S-001A<br>TRICARE WEST<br>PO BOX 202111<br>FLORENCE SC 92502- | 001083P001-1426A-001A<br>WASHINGTON STATE DEPT OF REVENUE<br>EXECUTIVE OFFICE<br>PO BOX 47450<br>OLYMPIA WA 98504- | |

Records Printed :  **11**