# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | Hearing Date: October 2, 2019 at 10:00 a.m. (ET)<br>Objection Deadline: September 20, 2019 at 4:00 p.m. (ET)<br><br>Ref. Docket No. 14 |

## NOTICE OF MOTION

TO: (A) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) HOLDERS OF THE THIRTY (30) LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR; (C) COUNSEL TO THE DIP FINANCING PARTIES; (D) THE LANDLORD; AND (E) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**ANY PARTY RECEIVING THIS NOTICE SHOULD LOCATE ITS NAME AND ITS REJECTED REAL PROPERTY LEASE IDENTIFIED ON EXHIBIT 1 TO THE PROPOSED ORDER ATTACHED TO THE MOTION**

**PLEASE TAKE NOTICE** that on September 4, 2019, uBiome, Inc., the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed the *Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, Authorizing the Debtor to Reject a Certain Unexpired Lease of Nonresidential Real Property,* Nunc Pro Tunc *to the Petition Date* [Docket No. 14] (the "Motion"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **September 20, 2019 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 2, 2019 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

01:25143506.1

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING**.

Dated: Wilmington, Delaware
September 6, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jordan E. Sazant*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Jordan E. Sazant (No. 6515)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Proposed Counsel to the Debtor and Debtor in Possession*