## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | **Hearing Date: October 2, 2019 at 10:00 a.m. (ET)**<br>**Objection Deadline: September 23, 2019 at 4:00 p.m. (ET)**<br><br>**Ref. Docket Nos. 4, 6, 7, 8, 10, 13, 34, 36, 37, 39, 46 & 47** |

### OMNIBUS NOTICE OF PLEADINGS AND HEARING THEREON

PLEASE TAKE NOTICE that, on September 4, 2019 uBiome, Inc., the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed, among others, the following first day pleadings with the Court (collectively, the "First Day Pleadings"):[2]

1.  Debtor's Motion for Interim and Final Orders Authorizing (A) the Maintenance of the Cash Management System; (B) Maintenance of the Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims, and (E) Granting Related Relief [Docket No. 4]

2.  Debtor's Motion for Entry of Interim and Final Orders (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (B) Approving the Debtor's Proposed Adequate Assurance of Payment for Postpetition Services; and (C) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 6]

3.  Debtor's Motion for Entry of Interim and Final Orders (A) Authorizing, but not Directing, the Debtor to Pay Certain Prepetition Taxes and Obligations and (B) Granting Related Relief [Docket No. 7]

4.  Debtor's Motion for Entry of Interim and Final Orders Authorizing (A) Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, Including Payment of Policy Premiums and Broker Fees, and (B) Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 8]

---

[1]  The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2]  The Debtors filed certain motions and applications that were approved on a final basis at the hearing conducted on September 5, 2019 and are not listed herein.

01:25143825.1

5.       Debtor's Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtor to Pay Certain Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims [Docket No. 10]

6.       Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Secured Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [Docket No. 13]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings, and certain other motions and applications, was held on September 5, 2019, at which time the Court approved the First Day Pleadings identified above on an interim basis. *See* Docket Nos. 34, 36, 37, 39, 46 and 47.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider final approval of the First Day Pleadings is scheduled for **October 2, 2019 at 10:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the First Day Pleadings must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 23, 2019 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon (i) proposed counsel for the Debtor, Young Conaway Stargatt and Taylor, LLP, 1000 N. King Street, Wilmington, Delaware 19801 (Attn: Andrew L. Magaziner (email: amagaziner@ycst.com); (ii) the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn: Jane M. Leamy, Esq. (Jane.M.Leamy@usdoj.gov); (iii) counsel for the DIP Financing Parties, (A) Morrison & Foerster LLP, 200 Clarendon St., Boston, MA 02116 (Attn: Alex Rheaume) (arheaume@mofo.com), and (B) Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, NY 10166-0193 (Attn: Jason Goldstein) (jgoldstein@gibsondunn.com); and (iv) counsel to any statutory committee appointed in the chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings, and any of the related interim orders, are available, free of charge, from the website of the Court appointed claims agent, Donlin Recano & Company, Inc., located at www.donlinrecano.com/ubiome.

**IF NO OBJECTIONS TO ANY OF THE FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
      September 6, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jordan E. Sazant*
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Jordan E. Sazant (No. 6515)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Proposed Counsel to the Debtor and Debtor in Possession*