UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
-------------------------------------------------------x
In re:                                           :
                                                 :        Chapter 11
                                                 :        Case No. 19-11938(LSS)
uBIOME, INC., et. al.,                           :
                                                 :
              Debtors.                           :        REQUEST FOR NOTICES
                                                 :
                                                 :
-------------------------------------------------------x
```

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, the undersigned hereby requests notices on behalf of EuroAtlantic, LLC ("EuroAtlantic").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

>Carter Ledyard & Milburn LLP
>2 Wall Street
>New York, New York 10005-2072
>Attention:  Aaron R. Cahn
>           Charles G. Berry
>Telephone No.: (212) 732-3200
>Telecopier No.: (212) 732-3232
>e-mail: cahn@clm.com
>        berry@clm.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal,

8728168.1

written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Request for Notices, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive EuroAtlantic's (i) right to have final orders in non-core matters entered only after *de novo* reviewed by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which EuroAtlantic is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  New York, New York
        September 11, 2019

                    CARTER LEDYARD & MILBURN LLP


                    By:     /s/ Aaron R. Cahn
                          AARON R. CAHN

                    Attorneys for EuroAtlantic
                    2 Wall Street
                    New York, New York 10005-2072
                    Telephone No.: (212) 732-3200
                    Telecopier No.: (212) 732-3232
                    e-mail: cahn@clm.com

To:
Young Conaway Stargatt & Taylor, LLP
Michael R. Nestor
Joseph M. Barry
Andrew L. Magaziner
Joseph M. Mulvihill
Jordan E Sazant
Rodney Square
1000 North King Street
Wilmington, DE  19801
Tel: (302) 571-6600
Fax: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19899-0035

8728168.1