## Exhibit C

**Rule 2016 Statement**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

**STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP
UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

1. Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), states that the undersigned is proposed counsel for uBiome, Inc., the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (this "Chapter 11 Case").

2. Compensation agreed to be paid by the Debtor to Young Conaway is to be for legal services rendered in connection with this Chapter 11 Case. The Debtor has agreed to pay Young Conaway at the firm's standard hourly rates for the legal services rendered or to be rendered on the Debtor's behalf in connection with this Chapter 11 Case by Young Conaway's various attorneys and paralegals. The Debtor has also agreed to reimburse Young Conaway for its actual and necessary expenses incurred in connection with this Chapter 11 Case.

3. Young Conaway was retained by the Debtor pursuant to an engagement agreement dated July 1, 2019 (the "Engagement Agreement"). Pursuant to the Engagement

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

Agreement, Young Conaway received an initial retainer of $250,000 on July 3, 2019 (the "Retainer") in connection with the planning and preparation of initial documents, the Firm's proposed postpetition representation of the Debtor, and advanced payment for chapter 11 filing fees. Since Young Conaway was retained by the Debtor, certain invoices were paid in connection with Young Conaway's prepetition services.

4. After applying a portion of the Retainer to the outstanding balance as of the Petition Date, Young Conaway will apply to payment of its postpetition fees and expenses, upon entry of an order by the Court approving such fees and expenses in accordance with the Bankruptcy Rules, the Local Rules, and any orders of the Court governing applications for compensation in this Chapter 11 Case..

5. Within the year prior to the Petition Date, Young Conaway has received no other payments from the Debtor on account of services rendered or to be rendered in contemplation of or in connection with this Chapter 11 Case.

6. Young Conaway will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

7. The filing fee in this Chapter 11 Case has been paid in full.

8. The services to be rendered include all those services set forth in the *Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date*.

9. Young Conaway further states that it has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person, other than with the

partners, counsel, and associates of Young Conaway, or (ii) any compensation another person or party has received or may receive.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 11, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Proposed Counsel to the Debtor and Debtor in Possession* |