## EXHIBIT D

**Proposed Order**

01:25152712.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | Docket Ref No. _____ |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE DEBTOR, EFFECTIVE AS OF THE PETITION DATE

Upon the application (the "Application")[2] of the Debtor for entry of an order, pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing the retention and employment of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm") as bankruptcy counsel, effective as of the Petition Date, as more fully described in the Application; and upon consideration of the Magaziner Declaration, the Solsvig Declaration, and the First Day Declaration; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and this Court finding that Young Conaway is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Application.

section 327(a) of the Bankruptcy Code because (i) Young Conaway has no connection with the Debtor, any creditors, or other parties in interest, their respective attorneys and accountants, or the Office of the United States Trustee for the District of Delaware or any of its employees, except as set forth in the Magaziner Declaration, (ii) Young Conaway is not a creditor, equity security holder, or insider of the Debtor, (iii) none of Young Conaway's members or employees are or were, within two (2) years of the Petition Date, a director, officer, or employee of the Debtor, and (iv) Young Conaway does not hold and has neither represented nor represents an interest materially adverse to the interests of the Debtor's estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. In accordance with section 327(a) of the Bankruptcy Code, the Debtor is hereby authorized to retain and employ the firm of Young Conaway as its bankruptcy counsel on the terms set forth in the Application, the Magaziner Declaration, and the Engagement Agreement, effective as of the Petition Date.

3. Young Conaway shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct, including, without limitation, any order of this Court establishing procedures for interim compensation and reimbursement of professionals retained in this Chapter 11 Case.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.