# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | **Ref. Docket No.** _____ |

**ORDER, PURSUANT TO SECTIONS 105(a) AND 365(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTOR TO REJECT CERTAIN EXECUTORY CONTRACTS, *NUNC PRO TUNC* TO THE REJECTION EFFECTIVE DATES**

Upon the motion (the "Motion")[2] of the Debtor for the entry of an order, pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, authorizing the Debtor to reject the Rejected Contracts set forth on Exhibit 1 to this Order, *nunc pro tunc* to the applicable Rejection Effective Dates set forth on Exhibit 1 to this Order; and having determined that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and having determined that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this Chapter 11 Case and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Contracts, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtor, with such rejection being effective as of the Rejection Effective Date set forth on <u>Exhibit 1</u> hereto.

3. Any person or entity that holds a claim that arises from the Rejected Contracts must file a proof of claim based on such rejections by the last date and time for each person or entity to file proofs of claim based on prepetition claims against the Debtor as established by an order of this Court.

4. Nothing in this Order shall impair, prejudice, waive, or otherwise affect any rights of the Debtor or its estate to assert that any claims for damages arising from the Debtor's rejection of the Rejected Contracts are limited to any remedies available under any applicable termination provisions of such Rejected Contracts, or that any such claims are obligations of a third party, and not those of the Debtor or its estate.

5. The rights of the Debtor and its estate to assert that the Rejected Contracts rejected hereby expired by their own terms or were terminated prior to the date hereof are fully preserved, and the Debtor and its estate do not waive any claims that they may have against the counterparties to the Rejected Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Contracts.

3

6. The Debtor is authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

7. The requirements in Bankruptcy Rule 6006 are satisfied.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# EXHIBIT 1

## Rejected Contracts

| Counterparty | Counterparty Address | Debtor Counterparty | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|
| Aqua Extreme LLC d/b/a H2O Coolers | 8747 20th Avenue<br>Brooklyn, NY 11214<br>Attn: Kimberly Leopold | uBiome, Inc. | Aqua Extreme LLC Rental Agreement | September 16, 2019 |
| Canon Financial Services, Inc. | 14904 Collections Center Drive<br>Chicago, IL 60693<br><br>*And*<br><br>425 N. Martingale Rd.,<br>Schaumburg, IL 60173<br>Attn: Katrina Marie Rogers | uBiome, Inc. | Unified Lease Agreement | September 4, 2019 |
| De Lage Landen Financial Services, Inc. | P.O. Box 41602<br>Philadelphia, PA 19101<br>Attn: Ty Edelstein and Todd Mack | uBiome, Inc. | Master Lease Agreement | September 4, 2019 |
| Mixpanel, Inc. | 405 Howard St.,<br>Floor 2<br>San Francisco, CA 94105 | uBiome, Inc. | Mixpanel Master Services Agreement | September 4, 2019 |
| Salesforce.com Inc. | P.O. Box 203141<br>Dallas, TX 75320<br>Attn: Jason Foster | uBiome, Inc. | Salesforce CRM and Marketing Cloud Contracts | September 4, 2019 |