**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11938 (LSS)<br><br>**Ref. Docket No. 121** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 121

**PLEASE TAKE NOTICE** that, on September 30, 2019, the above-captioned debtor and debtor in possession (the "Debtor") filed that certain *Certification of Counsel Regarding Order (I) Approving Bid Procedures in Connection With the Sale of Substantially All of the Debtor's Assets, (II) Scheduling an Auction for and Hearing to Approve Sale of Assets, (III) Approving Notice of Respective Date, Time, and Place for Auction and for Hearing on Approval of Sale, (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief* [Docket No. 121] (the "Certification").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby withdrawals the Certification without prejudice.

[*Signature Page Follows*]

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

01:25287091.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 30, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jordan E. Sazant*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtor and Debtor in Possession* |

01:25287091.1