**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | **Re: Docket No. 61** |

**SUPPLEMENTAL DECLARATION OF BRIAN J. STRETCH IN SUPPORT OF
THE DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP
AS SPECIAL GOVERNMENT INVESTIGATIONS COUNSEL FOR CERTAIN
INVESTIGATIVE MATTERS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Brian J. Stretch, being duly sworn, state the following under penalty of perjury:

1.  I am a partner in the law firm of Sidley Austin LLP ("Sidley") and am a resident at its offices located at 555 California Street, Suite 2000, San Francisco, CA 94104.

2.  I submit this supplemental declaration on behalf of Sidley (the "Supplemental Declaration") in further support of the *Debtor's Application for an Order Authorizing the Retention and Employment of Sidley Austin LLP as Special Government Investigations Counsel for Certain Investigative Matters,* Nunc Pro Tunc *to the Petition Date* [Docket No. 61] (the "Application")[2] and to provide additional information supplementing the *Declaration of Brian J. Stretch in Support of the Debtor's Application for an Order Authorizing the Retention and Employment of Sidley Austin LLP as Special Government Investigations Counsel for Certain Investigative Matters*, Nunc Pro Tunc *to the Petition Date* [Docket No. 61-3] (the "Initial Stretch Declaration"). Except as otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] Capitalized terms not otherwise defined in this Supplemental Declaration shall have the meanings ascribed to them in the Application.

**No Adverse Interest**

3. Sidley has conducted a series of searches of its conflicts databases to identify representations with creditors and other parties-in-interest (or potential parties-in-interest) in this Chapter 11 Case. Specifically, Sidley has searched its databases to identify, during the last three (3) years (unless otherwise indicated), any (i) circumstances in which Sidley has represented clients other than the Debtor in matters involving the Debtor; (ii) representations by Sidley of the Debtor's non-debtor affiliates; (iii) representations by Sidley of the parties identified by the Debtor as "key parties" in this Chapter 11 case (as identified in Exhibit 1 to the *Declaration of Andrew L. Magaziner in Support of the Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date* [Docket No. 63-2]); (iv) representations by Sidley of the Debtor's Significant Equity Holders (as identified in the *Debtor's Statement of Corporate Ownership and List of Equity Security Holders* (filed with the Debtor's Voluntary Petition) [Docket No. 1]); (v) representations by Sidley of the Debtor's Advisers (as identified in Exhibit 1 to the *Declaration of Andrew L. Magaziner in Support of the Debtor's Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtor, Effective as of the Petition Date* [Docket No. 63-2]); (vi) representations by Sidley of the Debtor's Insurers (as identified in Exhibit C to the *Debtor's Motion for Entry of Interim and Final Orders Authorizing (A) Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Various Insurance Policies, Including Payment of Policy Premiums and Broker Fees, and (B) Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto* [Docket No. 8]); (vii) representations by Sidley of the Debtor's Top 30 Unsecured Creditors (as identified in the Debtor's Top 30 Unsecured Creditors - Official Form 204 (filed with the Debtor's Voluntary

Petition) [Docket No. 1]); and (viii) representations of the Debtor's Significant Vendors (as identified in the Debtor's Top 30 Unsecured Creditors - Official Form 204 (filed with the Debtor's Voluntary Petition) [Docket No. 1]).

4. The chart set forth in Exhibit 1 hereto supplements the Initial Stretch Declaration provided on September 11, 2019 and identifies additional representations by Sidley of parties-in-interest (or potential parties-in-interest) as identified above. To my knowledge, based upon reasonable inquiry, as set forth in greater detail in Exhibit 1, and subject to any explanations and/or exceptions contained therein, Sidley does not hold or represent any interest adverse to the Debtor's estate with respect to matters upon which it is to be retained in this Chapter 11 Case. Sidley will supplement this Supplemental Declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 7, 2019

>   */s/ Brian J. Stretch*
>   Brian J. Stretch
>   Sidley Austin LLP

## EXHIBIT 1

(i)     Representations by Sidley of the Debtor's non-debtor affiliates:

Sidley currently represents the following non-debtor affiliates of the Debtor in connection with the government investigations: UBMHC1, LLC, uBiome Chile SpA, uBiome Research Chile SpA, uBiome ARG SAS, and uBiome SpA.

(ii)     Representations by Sidley of the Debtor's advisors:

<u>Active Unrelated Representations</u>
Ernst & Young, LLP
Moss Adams LLP

(iii)     Representations by Sidley of the Debtor's significant vendors and other top unsecured creditors:

<u>Active Unrelated Representations</u>
Blue Shield of CA
United Healthcare
Cigna Corporation

(iv)     Representation by Sidley of the Debtor's insurers:

<u>Active Unrelated Representations</u>
Great American Insurance Company
The Hartford Insurance
Lloyd's of London
Federal Insurance Company
Chubb Indemnity Insurance Company