## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | **Ref. Docket No. 162** |

### NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that on October 11, 2019, the Court entered, in the chapter 11 case of the above-captioned debtor (the "Debtor"), the *Order (I) Converting The Debtor's Chapter 11 Case to a Case Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief* [Docket No. 162] (the "Conversion Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby submits its schedule of unpaid debts incurred from the petition date of September 4, 2019, through the conversion date of October 11, 2019, which is attached hereto as Exhibit A (the "Schedule").

**PLEASE TAKE FURTHER NOTICE** that nothing included in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity of any debt or (ii) impair, prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtor and its estate with respect to the debts listed therein.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

01:25474543.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 25, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jordan E. Sazant*<br>Michael R. Nestor (No. 3526)<br>Joseph M. Barry (No. 4221)<br>Andrew L. Magaziner (No. 5426)<br>Joseph M. Mulvihill (No. 6061)<br>Jordan E. Sazant (No. 6515)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>*Counsel to the Debtor and Debtor in Possession* |

## **Exhibit A**

## **Schedule of Unpaid Postpetition Debts**

| Claimant Name | Address | Amnt (USD) | Document # | Description of DEBT | Invoice Date | Date incurred |
|---|---|---|---|---|---|---|
| Sonic | 2260 Apollo Way, Santa Rosa, CA 95407 | 577.54 | 1000353275 | Internet Access | 10/3/2019 | 11/1/19 - 11/30/19 |
| 3 Bridge Networks LLC | 601 Montgomery Street Suite 1825, San Francisco, CA 94111 | 720.00 | 15509 | Accounts payable contractor | 10/5/2019 | 9/29-10/05 |
| Mode Analytics | 208 Utah Street Suite 400, San Francisco, CA 94103 | 11,325.00 | 20762 | Data analysis platform | 9/20/2019 | 9/20-12/20 |
| Canteen Refreshment Services | PO BOX 50196 Division of Compass Group, Los Angeles, CA 90074 | 1,844.42 | 2.84E+14 | Employee Benefits - Meals | 9/24/2019 | 24-Sep |
| TFS*Thermo Fisher Scientific | 300 Industry Drive, Pittsburch, PA 15275 | 160.76 | 5843246 | Laboratory Supplies | 9/13/2019 | 12-Sep |
| Medasend BioMedical Inc | 11258 Monarch Street , Garden Grove, CA 92841 | 575.00 | 61580 | Waste service collection | 9/30/2019 | 9/1-9/30 |
| Everything Grows Interior | 696 San Ramon Valley Blvd. Suite 366, Danville, CA 94526 | 403.33 | FC413 | Finance charges | 9/4/2019 | 4-Sep |
| DHL Express - USA | 16592 Collections Center Drive, Chicago, IL 60693 | 752.06 | JCC0000235649 | Shipping services | 10/9/2019 | 9/24-10/04 |
| DHL Express - USA | 16592 Collections Center Drive, Chicago, IL 60693 | 1,837.70 | JCC0000235101 | Shipping services | 9/18/2019 | 9/04-9/11 |
| DHL Express - USA | 16592 Collections Center Drive, Chicago, IL 60693 | 259.56 | JCC0000234630 | Shipping services | 9/18/2019 | 9/04-9/11 |
| Susan Zneimer | 1843 NW Lacamas Drive, Camas, WA, 98607 | 19,200.00 | 09-19 | Contractor wages | 9/19/2019 | 9/1-10/2 |
| Meghan Grech | 43 Montecito Ave #4, Pacifica, CA 94044 | 2,240.00 | 102 | Contractor wages | 10/1/2019 | 9/4/19 - 9/25/19 |
| Claire Heidi Hansen Mejia | 144 Oak Springs Drive, San Anselmo, CA 94960 | 450.00 | 2 | Contractor wages | 9/30/2019 | 9/30/2019 |
| Carolyn Xie | 42 Fairlawn Ave, Daly City, CA 94015 | 1,800.00 | 1000 | Contractor wages | 9/30/2019 | 9/15/19 - 9/30/19 |
| Krishnaveni Veldandi | Flat 401, Shree Enclave, Ramchandra nagar KT ROAD, Tirumala bypass road Tirupati An | 3,269.00 | 66 | Billing vendor | 10/3/2019 | 10/3/19 - 10/10/19 |
| 3 Bridge Networks LLC | 601 Montgomery Street Suite 1825, San Francisco, CA 94111 | 1,080.00 | 15462 | Temp Agency - Accounting | 9/28/2019 | 9/22/19 - 9/28/19 |
| Stephanie Anne Thompson | 230 11th St Apt 11, San Francisco, CA 94103 | 5,080.00 | ST09272019 | Contractor wages | 9/27/2019 | 9/2/19 - 9/25/19 |
| 3 Bridge Networks LLC | 601 Montgomery Street Suite 1825, San Francisco, CA 94111 | 1,080.00 | 15425 | Temp Agency - Accounting | 9/21/2019 | 9/15/19 - 9/21/19 |
| Keith Bell | N/A | 14.24 | N/A | Sales commission | N/A | 9/4/19 - 10/21/19 |
| Darenne Yvonne Langgam | 0038 @ A(A) E. RODRIGUEZ JR. San Agustin Vill Moonwalk Parañaque CA 01709 Philippi | 1,116.14 | 1049 | Contractor wages | 10/3/2019 | 9/3/2019 - 10/1/19 |
| PayPal, Inc. | 2211 North First Street, San Jose, CA 95131 | 3,642.66 | | Negative account balance | | 10/14/2019 |
| uBiome Argentina | Calle 57 N° 835, La Plata, Argentina | 102,543.82 | | Services agreement | | Sept 2019 |
| uBiome Chile | Av. Santa María N° 2810, Office N° 401, Providencia, Santiago, Chile | 100,745.83 | | Services agreement | | Sept 2019 |