# **EXHIBIT 1**

## **Contracts for Potential Assumption and Assignment**

| **Contract Counterparty** | **Contract Counterparty Address/Contact Information** | **Contract Description** | **Cure Amount** |
|---|---|---|---|
| Susan Bates 2001 Revocable Trust | Nicholas L Bates<br>PO Box 242<br>Duxbury, MA 02331 | Lease for property located at:<br>1201 25th Street<br>San Francisco, CA 94107 | $0 |
| Laurance & Jeanette Mathews Family Trust | Laurance Mathews<br>360 Ritch Street, Suite 204<br>San Francisco, CA 94107 | Lease for property located at:<br>360 Langston<br>San Francisco, CA 94107 | $0 |
| Amazon Web Services, Inc. | Amazon Web Services, Inc.<br>410 Terry Ave North<br>Seattle, WA 98109 | Cloud-based storage for Company information | $0 |
| Atlassian | 350 Bush St., Floor 13<br>San Francisco, CA 94104 | Information on Lab Process validation, QMS and regulatory information | $0 |
| Github | 88 Colin P Kelly Jr. Street,<br>San Francisco, CA 94107 | Repository for IP related to R&D software, bioinformatics and data to run on AWS platform | $0 |
| Google G-Drive | Google LLC<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | Company-shared directory | $0 |