**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>uBiome, Inc.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |
|---|---|

**CERTIFICATE OF SERVICE**

I, Bradford J. Sandler, hereby certify that on the 22nd day of November, 2019, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

- **Order (I) Approving Bid Procedures In Connection with the Sale of the Debtors Assets, (II) Scheduling an Auction for and Hearing to Approve Sale, (III) Approving Notice Of Auction And Sale Hearing, (IV) Approving Procedures For the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief [Docket No. 212];**
- **Amended Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [Docket No. 215]; and**
- **Notice of Sale, Bid Procedures, Auction, and Sale Hearing [Docket No. 216]**

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

*Proposed Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

[1] The Debtor's taxpayer identification number is: uBiome, Inc. (0019). The Debtor's headquarters are located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

uBiome, Inc. 19-11938
Supplemental Service List re Cure Notice
Doc #226271v1
06-First Class Mail

**FIRST CLASS MAIL**
Susan Bates 2001 Revocable Trust
Attn: Nicholas L Bates
PO Box 242
Duxbury, MA 02331

**FIRST CLASS MAIL**
Laurance & Jeanette Mathews Family Trust
Attn: Laurance Mathews
360 Ritch Street, Suite 204
San Francisco, CA 94107

**FIRST CLASS MAIL**
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109

**FIRST CLASS MAIL**
Atlassian
350 Bush St., Floor 13
San Francisco, CA 94104

**FIRST CLASS MAIL**
Github
88 Colin P Kelly Jr. Street
San Francisco, CA 94107

**FIRST CLASS MAIL**
Google G-Drive
Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

uBiome Supplemental Service List re Bid Procedures Motion
Case No. 19-11938 (LSS)
Document No. 226205V2
147 –FIRST CLASS MAIL
03 – FOREIGN FIRST CLASS

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
PREMERA BCBS
PO BOX 327
MS 229
SEATTLE, WA 98111

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
TRICARE WEST
PO BOX 202111
FLORENCE, SC 92502

***FIRST CLASS MAIL***
AETNA LIFE INSURANCE CO
PO BOX 14079
LEXINGTON KY 40512-4079

***FIRST CLASS MAIL***
ARIZONA ATTORNEY GENERAL'S OFFICE
PO BOX 6123
MD 7611
PHOENIX AZ 85005-6123

***FIRST CLASS MAIL***
ARKANSAS DEPT OF WORKFORCE SVC
PO BOX 2981
LITTLE ROCK AR 72203

***FIRST CLASS MAIL***
BERKHEIMER PA TAX ADMINISTRATION SVC
HAB-LST
PO BOX 25156
LEHIGH VALLEY PA 18002

***FIRST CLASS MAIL***
CA LABORATORY FIELD SVCS
PO BOX 997377
MS0500
SACRAMENTO CA 95899-7377

***FIRST CLASS MAIL***
CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY BE MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

***FIRST CLASS MAIL***
CALIFORNIA STATE BOARD OF EQUALIZATION
SBOE SPECIAL OPERATIONS
BANKRUPTCY TEAM
MIC 74 PO BOX 942879
SACRAMENTO CA 94279-0074

***FIRST CLASS MAIL***
DE LAGE LANDEN FINANCIAL SVC INC
SUSAN MINNUCCI
PO BOX 41602
PHILADELPHIA PA 19101-1602

***FIRST CLASS MAIL***
DEPT OF FINANCE AND ADMINISTRATION
PO BOX 9941
LITTLE ROCK AR 72203-9941

***FIRST CLASS MAIL***
EMPLOYMENT DEVELOPMENT DEPT EDD
STATE OF CALIFORNIA
PO BOX 826880
MIC 83
SACRAMENTO CA 94280

***FIRST CLASS MAIL***
ERNST AND YOUNG
PO BOX 846793
LOS ANGELES CA 90084

*FIRST CLASS MAIL*
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812-2952

*FIRST CLASS MAIL*
GIBSON DUNN
P.O. Box 840723
LOS ANGELES CA 90084

*FIRST CLASS MAIL*
INTERNAL REVENUE SVC
PO BOX 7704
SAN FRANCISCO CA 94120

*FIRST CLASS MAIL*
KAISER PERMANENTE NORTHERN CA
PO BOX 742120
LOS ANGELES CA 90074-2120

*FIRST CLASS MAIL*
NAVIA BENEFIT SOLUTIONS
PO BOX 35193
SEATTLE WA 98124-5193

*FIRST CLASS MAIL*
NEW YORK DEPT OF TAX AND
FINANCE BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

*FIRST CLASS MAIL*
NEW YORK DEPT OF TAXATION AND
FINANCE
NEW YORK STATE
DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205

*FIRST CLASS MAIL*
NYS EMPLOYMENT CONTRIBUTIONS
AND TAXES
PO BOX 4119
BINGHAMTON NY 13902

*FIRST CLASS MAIL*
PA DEPT OF REVENUE
BUREAU OF BUSINESS TRUST FUND
TAXES
PO BOX 280901
HARRISBURG PA 17128

*FIRST CLASS MAIL*
SAN FRANCISCO TAX COLLECTOR
PAYROLL TAX DEPARTMENT
PO BOX 7427
SAN FRANCISCO CA 94120-7427

*FIRST CLASS MAIL*
STATE OF CALIFORNIA FRANCHISE
TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0511

*FIRST CLASS MAIL*
SUSAN M BATES 2001 REVOCABLE
TRUST
NICHOLAS BATES
PO BOX 242
DUXBURY MA 02331

*FIRST CLASS MAIL*
THE HARTFORD
PO BOX 783690
PHILADELPHIA PA 19178-3690

*FIRST CLASS MAIL*
WASHINGTON STATE DEPT OF
LABOR
AND INDSUTRIES
PO BOX 44000
OLYMPIA WA 98504

*FIRST CLASS MAIL*
WASHINGTON STATE DEPT OF
REVENUE
PO BOX 47464
OLYMPIA WA 98504-7476

***FIRST CLASS MAIL***
WASHINGTON STATE DEPT OF REVENUE
EXECUTIVE OFFICE
PO BOX 47450
OLYMPIA WA 98504

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
MAYO CLINIC HEALTH PLAN
4001 41ST STREET NW
ROCHESTER, MN 55901

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
TRICARE
7700 ARLINGTON BOULEVARD
SUITE 5101
FALLS CHURCH, VA 22042

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
UNITED HEALTH CARE
RICHARD O'CONNOR
UNITED PAYMENT INTEGRITY
4868 GEORGIA HWY 85
SUITE 206A
RECOVERY INVESTIGATIONS
FOREST PARK, GA 30297

***FIRST CLASS MAIL***
8VC ENTREPRENEURS FUND I LP
501 SECOND ST
STE 300
SAN FRANCISCO CA 94107

***FIRST CLASS MAIL***
ARKANSAS DEPT OF FINANCE AND ADMINISTRATION
1509 WEST 7TH ST
LITTLE ROCK AR 72201

***FIRST CLASS MAIL***
ASHBY & GEDDES PA
GREGORY A TAYLOR
KATHARINA EARLE
500 DELAWARE AVE., 8TH FLOOR
WILMINGTON DE 19899-1150

***FIRST CLASS MAIL***
BANC OF AMERICA LEASING AND CAPITAL LLC
2600 W BIG BEAVER RD
TROY MI 48084

***FIRST CLASS MAIL***
BERKHEIMER ASSOCIATES
63 WEST 4TH ST
BRIDGEPORT PA 19405

***FIRST CLASS MAIL***
CA LABORATORY FILE SVCS
RONA AQUINO
850 MARINA BAY PKWY
RICHMOND CA 94804

***FIRST CLASS MAIL***
CALIFORNIA AG XAVIER BECERRA
1300 I ST
STE 1740
SACRAMENTO CA 95814

***FIRST CLASS MAIL***
CALIFORNIA DEPT OF PUBLIC HEALTH
DIVISION OF LABORATORY SCIENCE
LABORATORY FIELD SERVICES
320 W 4TH ST STE 890
LOS ANGELES CA 90013-2398

***FIRST CLASS MAIL***
CALIFORNIA DEPT OF TAX AND FEE ADMINISTRATION
450 N ST
SAN FRANCISCO CA 95814
CANON FINANCIAL SVC INC
14904 COLLECTIONS CTR DR
CHICAGO IL 60693-0149

***FIRST CLASS MAIL***
CANON SOLUTIONS AMERICA INC
300 COMMERCE SQUARE BLVD
BURLINGTON NJ 08016

***FIRST CLASS MAIL***
CARAVEL PARTNERS LLC
795 FOLSOM ST 1 ST FL
SAN FRANCISCO CA 94107

***FIRST CLASS MAIL***
CARTER LEDYARD & MILBURN LLP
AARON R CAHN
CHARLES G BERRY
2 WALL ST
NEW YORK NY 10005-2072

***FIRST CLASS MAIL***
CHUBB INDEMNITY INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
CHUBB INDEMNITY INSURANCE CO
ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
CITY AND COUNTY OF SAN
FRANCISCO
1 VAN NESS AVE
4TH FL
SAN FRANCISCO CA 94103

***FIRST CLASS MAIL***
COLE SCHOTZ PC
NORMAN L PERNICK
PATRICK J REILLEY
500 DELAWARE AVE., STE 1410
WILMINGTON DE 19801

***FIRST CLASS MAIL***
CRA INTERNATIONAL INC
200 CLARENDON ST
BOSTON MA 02116

***FIRST CLASS MAIL***
DEPT OF TAXATION AND FINANCE
NYS DEPT OF TAXATION AND
FINANCE
OFFICE OF COUNSEL
W A HARRIMAN CAMPUS BUILDING 9
ALBANY NY 12227-0841

***FIRST CLASS MAIL***
EMPLOYMENT SECURITY DEPT
WASHINGTON STATE
212 MAPLE PK AVE SE OLYMPIA WA
98501

***FIRST CLASS MAIL***
EMPOWER
8515 E ORCHARD RD
GREENWOOD VILLAGE CO 80111

***FIRST CLASS MAIL***
EVANSTON INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
EVANSTON INSURANCE CO ALEX
TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
FEDERAL INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
FEDERAL INSURANCE CO ALEX
TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
FLOQAST INC
14721 CALIFA ST
LOS ANGELES CA 90011

*FIRST CLASS MAIL*
GIBSON DUNN & CRUTCHER LLP
MARY BETH MALONEY
200 PARK AVENUE
NEW YORK NY 10166- 0193

*FIRST CLASS MAIL*
GIBSON DUNN & CRUTCHER LLP
JASON ZACHARY GOLDSTEIN
200 PARK AVENUE
NEW YORK NY 10166- 0193

*FIRST CLASS MAIL*
GIBSON DUNN & CRUTCHER LLP
J ERIC WISE
200 PARK AVENUE
NEW YORK NY 10166-0193

*FIRST CLASS MAIL*
GIBSON DUNN & CRUTCHER LLP
MATT J. WILLIAMS
200 PARK AVENUE
NEW YORK NY 10166-0193

*FIRST CLASS MAIL*
GREAT AMERICAN INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
GREAT AMERICAN INSURANCE CO
ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
HIRERIGHT
3349 MICHELSON DR STE 150
IRVINE CA 92612

*FIRST CLASS MAIL*
IN TOUCH
3101 IRVING AVE SOUTH
MINNEAPOLIS MN 55408

*FIRST CLASS MAIL*
INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

*FIRST CLASS MAIL*
IRS INTERNAL REVENUE SVC
10TH ST AND PENNSYLVANIA AVE
NW
WASHINGTON DC 20530

*FIRST CLASS MAIL*
KARV COMMUNICATIONS INC E
RIC ANDRUS
122 EAST 42ND ST STE 2005
NEW YORK NY 10168

*FIRST CLASS MAIL*
KENTUCKY STATE TREASURER
KENTUCKY
DEPT OF REVENUE
1050 US HIGHWAY 127 S
STE 100
FRANKFORT KY 40620-0021

*FIRST CLASS MAIL*
LAURANCE O AND JEANETTE O
MATHEWS FAMILY TRUST
JENNY MATTHEWS
15 ACACIA AVE
BELVEDERE TIBURON CA 94920

*FIRST CLASS MAIL*
LAURANCE O AND JEANETTE O
MATHEWS FAMILY TRUST
360 RITCH ST STE 204
SAN FRANCISCO CA 94107

*FIRST CLASS MAIL*
LAURANCE O AND JEANETTE O
MATHEWS FAMILY TRUST
LAURANCE O MATHEWS
360 RITCH ST
STE 204
SAN FRANCISCO CA 94107

*FIRST CLASS MAIL*
LLOYD'S OF LONDON
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
LLOYD'S OF LONDON ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

*FIRST CLASS MAIL*
MASSACHUSETTS DEPT OF REVENUE
100 CAMBRIDGE ST
BOSTON MA 02114

*FIRST CLASS MAIL*
MICHIGAN DEPT OF TREASURY
TAX POL DIV LITIGATION LIAISON
430 WEST ALLEGAN ST
2ND FL AUSTIN BUILDING
LANSING MI 48922

*FIRST CLASS MAIL*
MORRISON & FOERSTER
TODD M. GOREN,ESQ
250 WEST 55TH STREET
NEW YORK NY 10019

*FIRST CLASS MAIL*
MORRISON & FOERSTER
ALEXANDER RHEAUME,ESQ
JOHN HANCOCK TOWER
200 CLARENDON ST. 20TH FLOOR
BOSTON MA 02116

*FIRST CLASS MAIL*
MORRISON & FOERSTER
BENJAMIN W. BUTTERFIELD,ESQ
250 WEST 55TH STREET
NEW YORK NY 10019

*FIRST CLASS MAIL*
MORRISON & FOERSTER
KAT RICHARDSON
250 WEST 55TH STREET
NEW YORK NY 10019

*FIRST CLASS MAIL*
MORRISON & FOERSTER LLP JEFF
NGAI
425 MARKET STREET
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
MOSS ADAMS LLP
LOCKBOX #101822 2710
MEDIA CTR DR
LOS ANGELES CA 90065

***FIRST CLASS MAIL***
NATIONWIDE INSURANCE
1025 OLD COUNTRY RD STE 310
WESTBURY NY 11590

***FIRST CLASS MAIL***
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FLOOR
ALBANY NY 12224-0341

***FIRST CLASS MAIL***
NEW YORK CITY DEPT OF FINANCE
1 CENTRE ST MUNICIPAL BLDG 500
NEW YORK NY 10007

***FIRST CLASS MAIL***
ORACLE NETSUITE ORACLE
AMERICA INC
LEGAL DEPT
500 ORACLE PKWY
REDWOOD SHORES CA 94065

***FIRST CLASS MAIL***
ORACLE NETSUITE
BANK OF AMERICA
LOCKBOX SERVICES
15612 COLLECTIONS CENTER DR
CHICAGO IL 60693

***FIRST CLASS MAIL***
ORRICK, HERRINGTON AND
SUTCLIFFE LLP
JOHN BAUTISTA
450 HOWARD ST
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
PENNSYLVANIA DEPT OF HEALTH
BARBARA REUBEN
110 PICKERING WAY
EXTON PA 19341-1310

***FIRST CLASS MAIL***
PUMA BIOTECHNOLOGY INC
10880 WILSHIRE BLVD STE 2150
LOS ANGELES CA 90024

***FIRST CLASS MAIL***
REDOX INC
2020 EASTWOOD DR
MADISON WI 53704

***FIRST CLASS MAIL***
RHODE ISLAND DEPT OF HEALTH
DIVISION
OF FACILITIES REGULATION
3 CAPITOL HILL
RM 306
PROVIDENCE RI 02908

***FIRST CLASS MAIL***
S-E INC
TODD CLEVETTE M/S 65-3-920
4111 NE 112TH AVE
VANCOUVER WA 98682

***FIRST CLASS MAIL***
S-E INC
ATTN: VICE PRESIDENT OF
OPERATIONS M/S 65-3-920
4111 NE 112TH AVE
VANCOUVER WA 98682

***FIRST CLASS MAIL***
SILICON VALLEY BANK 3003 TASMAN
DR
HF150
SANTA CLARA CA 95054

***FIRST CLASS MAIL***
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN COUNSEL
REGION 3
300 SPRING GARDEN ST
PHILADELPHIA PA 19123

***FIRST CLASS MAIL***
STARSTONE SPECIALTY INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
STARSTONE SPECIALTY INSURANCE CO
ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
SURVEYMONKEY INC
BANK OF AMERICA LOCKBOX SVC
32330 COLLECTIONS CTR DR
CHICAGO IL 60693-2326

***FIRST CLASS MAIL***
TRAVELERS EXCESS AND SURPLUS
AON RISK INSURANCE SVC
WEST INC SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
TRAVELERS EXCESS AND SURPLUS
ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
TWIN CITY FIRE INSURANCE CO
AON RISK INSURANCE SVC
WEST INC SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
TWIN CITY FIRE INSURANCE CO
ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
US DEPARTMENT OF JUSTICE
LINA PENG,
KYLE WALDINGER
450 GOLDEN GATE AVENUE
11TH FLOOR
SAN FRANCISCO CA 94102

***FIRST CLASS MAIL***
US EPA REG 3 OFFICE OF REG COUNSEL
BANKRUPTCY DEPT
1650 ARCH ST
PHILADELPHIA PA 19103

***FIRST CLASS MAIL***
US FEDERAL GOVERNMENT
CENTERS FOR MEDICARE AND MEDICAL SVCS
SEEMA VERMA
7500 SECURITY BLVD
BALTIMORE MD 21244

***FIRST CLASS MAIL***
US SECURITIES & EXCHANGE COMMISSION
THOMAS EME
JENNIFER LEE
44 MONTGOMERY STREET
SUITE 2800
SAN FRANCISCO CA 94014

***FIRST CLASS MAIL***
US SECURITIES & EXCHANGE COMMISSION
TRACY COMBS
44 MONTGOMERY STREET
SUITE 2800
SAN FRANCISCO CA 94104

***FIRST CLASS MAIL***
VEOLIA
53 STATE ST 14TH FL
BOSTON MA 02109

***FIRST CLASS MAIL***
WASHINGTON AG BOB FERGUSON
1125 WASHINGTON ST SE
OLYMPIA WA 98504-0100

***FIRST CLASS MAIL***
WASHINGTON STATE TREASURER
416 SID SNYDER AVE SW
2ND FL ROOM 230
OLYMPIA WA 98504

***FIRST CLASS MAIL***
WESCO INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
WESCO INSURANCE CO
ALEX TOKAR
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
ARNOLD AND PORTER KAYE SCHOLER LLP
PO BOX 759451
BALTIMORE, MD 21275

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
BLUE SHIELD OF CALIFORNIA
CHERI HAHN
SPECIAL INVESTIGATIONS UNIT
6300 CANOGA AVE
WOODLAND HILLS, CA 91367

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
BRJ INVESTMENTS, LLC
JEFF
2885 SANFORD AVE SW
GRANDVILLE, MI 49418

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
CIGNA
LAUREN SGRO (THORSELL)
900 COTTAGE GROVE
W3SUI
HARTFORD, CT 06152

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
COVINGTON AND BURLING LLP
DOUGLAS SPRAGUE
850 TENTH ST NW
WASHINGTON, DC 20001

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
GROWTH LP
13480 CHELLY COURT
SAN DIEGO, CA 92129

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
HARVARD PILGRIM
CHRISTOPHER WALSH
1600 CROWN COLONY DRIVE
QUINCY, MA 02169

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
HORIZON BLUE CROSS BLUE SHIELD OF NJ
DAVID MENENDEZ
PO BOX 200145
NEWARK, NJ 07102

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
IDESIGNEDU, LLC
SALEEN HEARON
800 JACKSON STREET
SUITE 384
DALLAS, TX 75202

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
KAISER FOUNDATION HEALTH PLAN
GIANG LE
KAISER PERMANENTE
REGIONAL CLAIMS RECOVERY
FILE 50187
LOS ANGELES, CA 90074

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
KEKST AND COMPANY, INC.
NATHAN RIGGS
PO BOX 1528
LONG ISLAND CITY, NY 11001

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
KILPATRICK TOWNSEND & STOCKTON LLP
MIKE LANGFORD
1100 PEACHTREE STREET NE
SUITE 2800
ATLANTA, GA 30309-4528

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
LEYDIG, VOIT AND MAYER, LTD
JONI SIMMONS
1981 N. BROADWAY
SUITE 310
WALNUT CREEK, CA 94596

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
MEDICA
BARBARA HORN
PO BOX 9310
MINNEAPOLIS, MN 55440

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, LLP
DAVID SIEGAL
PO BOX 4539
BOSTON, MA 02212

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
ORRICK, HERRINGTON AND SUTCLIFFE LLP
JOHN BAUTISTA
450 HOWARD STREET
SAN FRANCISCO, CA 94105

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
PROVIDENCE HEALTH PLANS
ELLEN LARSEN
PO BOX 6456
PORTLAND, OR 97228

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
RAMSEY AND EHRLICH LLP
LAUREN NOGA
800 HEARST AVENUE
ALBANY, CA 94710

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
SALESFORCECOM INC
ASEEM GUPTA
KEVIN RAMIREZ
PO BOX 203141
DALLAS, TX 75320

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
SE, INC
TODD CLEVETTE
4111 NE 112TH AVENUE
VANCOUVER, WA 98682

***FIRST CLASS MAIL***
*(TOP 30 UNSECURED CREDITOR)*
SENDBRIDGE INC.
1895 JACKSON STREET
APT 503
SAN FRANCISCO, CA 94109

***FIRST CLASS MAIL***
CA LABORATORY FIELD SVCS
PO BOX 997377
MS0500
SACRAMENTO CA 95899-7377

***FIRST CLASS MAIL***
PENNSYLVANIA DEPT OF HEALTH
BARBARA REUBEN
110 PICKERING WAY
PO BOX 500
EXTON PA 19341-1310

***FIRST CLASS MAIL***
CHUBB INDEMNITY INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
EVANSTON INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
FEDERAL INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
GREAT AMERICAN INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
STARSTONE SPECIALTY INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
TRAVELERS EXCESS AND SURPLUS
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
TWIN CITY FIRE INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
WESCO INSURANCE CO
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
LLOYD'S OF LONDON
AON RISK INSURANCE SVC WEST INC
SAN FRANCISCO CA OFFICE
425 MARKET ST
STE 2800
SAN FRANCISCO CA 94105

***FIRST CLASS MAIL***
LAURANCE O AND JEANETTE O
MATHEWS
FAMILY TRUST
JENNY MATTHEWS
15 ACACIA AVE
BELVEDERE TIBURON CA 94920

***FIRST CLASS MAIL***
LAURANCE O AND JEANETTE O
MATHEWS
FAMILY TRUST
LAURANCE O MATHEWS
360 RITCH ST
STE 204
SAN FRANCISCO CA 94107

***FOREIGN FIRST CLASS***
*(TOP 30 UNSECURED CREDITOR)*
AOMB
RENE RAGGERS
PO BOX 645
5600 AP EINDHOVEN
EINDHOVEN
NETHERLANDS

***FOREIGN FIRST CLASS***
*(TOP 30 UNSECURED CREDITOR)*
BIOQUIMICA, CL SA
MATIAS GUTIERREZ
AVENIDA PRESIDENTE BATTLE Y
ORDOLIEZ 3756
SANTIAGO
CHILE

***FOREIGN FIRST CLASS***
*(TOP 30 UNSECURED CREDITOR)*
ECARE INDIA PRIVATE LIMITED
DEEPAK KUMAR SANGHI
BR COMPLEX 2ND & 3RD FL
WOODS RD NO 2728
CHENNAI
INDIA

uBiome 2002 Service List FCM
Case No. 19-11938 (LSS)
Document No. 225424
07 – Hand Delivery
31 – First Class Mail

([Proposed] Counsel to Alfred Giuliano, Ch. 7 Trustee)
Bradford J. Sandler, Esquire
John A. Morris, Esquire
Colin R. Robinson, Esquire
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801

*HAND DELIVERY*
(United States Trustee)
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801

*HAND DELIVERY*
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

*HAND DELIVERY*
Zillah A. Frampton
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

*HAND DELIVERY*
(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Suite 400
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel for Silicon Valley Bank)
Ashby & Geddes PA
Gregory A Taylor, Esquire
Katharina Earle, Esquire
500 Delaware Aveue
8th Floor
PO Box 1150
Wilmington, DE 19899-1150

*HAND DELIVERY*
(Counsel to 8VC)
Cole Schotz PC
Norman L Pernick, Esquire
Patrick J Reilley, Esquire
500 Delaware Ave Ste 1410
Wilmington, DE 19801

*HAND DELIVERY*
(Proposed Counsel to the Debtor)
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esquire
Andrew L Magaziner, Esquire
Joseph M Barry, Esquire
Joseph M. Mulvihill, Esquire
Jordan Sazant, Esquire
Rodney Square
1000 N. King Street
Wilmington, DE 19801

***FIRST CLASS MAIL***
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

***FIRST CLASS MAIL***
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901

***FIRST CLASS MAIL***
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

***FIRST CLASS MAIL***
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

***FIRST CLASS MAIL***
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

***FIRST CLASS MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

***FIRST CLASS MAIL***
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

***FIRST CLASS MAIL***
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

***FIRST CLASS MAIL***
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA 19101

***FIRST CLASS MAIL***
(Debtor)
Ubiome, Inc.
Attn: President/Ceo
360 Langton Street
Ste 301
San Francisco, CA 94103

***FIRST CLASS MAIL***
(Chapter 7Trustee)
Alfred Giuliano, Esquire
Giuliano, Miller & Company, LLC
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043

***FIRST CLASS MAIL***
(Counsel for Euroatlantic LLC)
Carter Ledyard & Milburn LLP
Aaron R Cahn, Esquire
Charles G Berry, Esquire
2 Wall Street
New York, NY 10005-2072

***FIRST CLASS MAIL***
(Counsel for the United States of America)
U.S. Department of Justice
Leah V Lerman, Esquire
Civil Division
1100 L Street NW, Room 7002.
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

***FIRST CLASS MAIL***
(Counsel to Lender)
Morrison & Foerster LLP
Jeff Ngai, Esquire
425 Market Street
San Francisco, CA 94105

***FIRST CLASS MAIL***
(Counsel to Lender; 8VC)
Gibson Dunn & Crutcher LLP
Mary Beth Maloney, Esquire
Jason Zachary Goldstein, Esquire
J Eric Wise, Esquire
Matt J. Williams, Esquire
200 Park Avenue
New York, NY 10166- 0193

***FIRST CLASS MAIL***
(Counsel to Lender; Silicon Valley Bank)
Morrison & Foerster
Todd M. Goren, Esquire
Benjamin W. Butterfield, Esquire
Kat Richardson, Esquire
250 W. 55th Street
New York, NY 10019

***FIRST CLASS MAIL***
(Counsel to Lender; Silicon Valley Bank)
Morrison & Foerster
Alexander Rheaume, Esquire
John Hancock Tower
200 Clarendon Street
20th Floor
Boston, MA 02116

***FIRST CLASS MAIL***
Arizona Attorney General's Office
PO Box 6123
MD 7611
Phoenix, AZ 85005-6123

***FIRST CLASS MAIL***
Franchise Tax Board
Bankruptcy Section Ms A-340
PO Box 2952
Sacramento, CA 95812-2952

***FIRST CLASS MAIL***
Internal Revenue Svc
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

***FIRST CLASS MAIL***
Michigan Dept of Treasury Tax Pol Div
Litigation Liaison
Austin Building, 2nd Floor
430 W. Allegan Street
Lansing, MI 48922

***FIRST CLASS MAIL***
Social Security Administration
Office of the Gen Counsel Region 3
300 Spring Garden Street
Philadelphia, PA 19123

***FIRST CLASS MAIL***
US EPA Reg 3 Office of Reg Counsel
Bankruptcy Dept
1650 Arch Street
Philadelphia, PA 19103

***FIRST CLASS MAIL***
US Securities & Exchange Commission
Thomas Eme
Jennifer Lee
44 Montgomery Street
Suite 2800
San Francisco, CA 94014

***FIRST CLASS MAIL***
US Securities & Exchange Commission
Tracy Combs
44 Montgomery Street
Suite 2800
San Francisco, CA 94104

***FIRST CLASS MAIL***
US Dept. of Justice
US Department of Justice
Lina Peng
Kyle Waldinger
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

***FIRST CLASS MAIL***
(Counsel to Premera Blue Cross)
Joseph E. Shickich, Jr.
FOX ROTHSCHILD LLP
1001 - 4th Avenue, Suite 4500
Seattle WA 98154

***FIRST CLASS MAIL***
(Counsel to Premera Blue Cross)
Katelyn Crawford
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323

***FIRST CLASS MAIL***
(Counsel to BRJ Investments, LLC and OSF Biome, SPV)
P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895

***FIRST CLASS MAIL***
(Counsel to BRJ Investments, LLC and OSF Biome, SPV)
Ross D. Emmerman
Loeb & Loeb LLP
321 North Clark Street
Chicago, IL 60654

***FIRST CLASS MAIL***
(Counsel to Creditor Blue Cross and Blue Shield of Massachusetts, Inc.)
William J. Hanlon, Esq.
Seyfarth Shaw LLP
Seaport East, Suite 300
Two Seaport Lane
Boston, MA 02210-2028