IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**CERTIFICATION OF COUNSEL REGARDING ORDER DIRECTING
APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN**

The undersigned hereby certifies the following:

1. On November 21, 2019, the Court entered the *Order (I) Approving Bid Procedures In Connection with the Sale of the Debtors Assets, (II) Scheduling an Auction for and Hearing to Approve Sale, (III) Approving Notice Of Auction And Sale Hearing, (IV) Approving Procedures For the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief* [Docket No. 212] (the "Bid Procedures Order").

2. Pursuant to the Bid Procedures Order, an auction is scheduled for December 12, 2019, at 10:00 a.m. (Eastern time), and the Sale Hearing is scheduled for December 19, 2019, at 10:00 a.m. (Eastern time).

3. The Debtor's Assets that are subject to a sale include a database of certain personally identifiable information (as that term is defined in the Bankruptcy Code, the "PII"), and the Debtor's prepetition privacy policy is unclear regarding the sale of PII to unaffiliated third parties. Accordingly, in order to sell the PII to a successful bidder for the Debtor's Assets that may include the PII, the Trustee must show that the sale complies with the requirements of

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

1

Bankruptcy Code section 363(b)(1)(B).  Pursuant to Bankruptcy Code section 332(a), appointment of a consumer privacy ombudsman is required.

4. The Trustee has discussed the appointment of a consumer privacy ombudsman with the Office of the United States Trustee ("UST").

5. The Trustee and the UST respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  December 3, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*