## EXHIBIT A TO OMNIBUS ORDER

| APPLICANT | FEE PERIOD/ APPLICATION | TOTAL FEES & EXPENSES REQUESTED | TOTAL AMOUNT TO BE PAID TO PROFESSIONAL |
|---|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP** (Counsel to the Debtor) | 9/4/19–10/27/19 Docket No. 187, 221 | $292,599.50 (fees) $4,602.26 (expenses) $297,201.76 (Total)[1] | $224,553.25 |
| **Goldin Associates, LLC** (Interim Management Personnel to the Debtor) | 9/4/19–10/30/19 Docket No. 186, 224 | $644,917.50 (fees) $23,922.92 (expenses) $668,840.42 (Total)[2] | $568,840.42 |
| **GLC Advisors & Co., LLC and GLCA Securities, LLC** (Investment Banker to the Debtor) | 9/4/19–10/11/19 Docket No. 184 | $179,166.67 (fees) $46,013.29 (expenses) $225,179.96 (Total)[3] | $133,119.08 |
| **Milbank LLP** (Special Internal Investigations Counsel to the Debtor) | 9/4/19–10/31/19 Docket No. 190 | $95,212.50 (fees) $34.64 (expenses) $95,247.14 (Total)[4] | $75,903.14 |
| **Sidley Austin LLP** (Special Investigations Counsel for Certain Investigative Matters to the Debtor) | 9/4/19–10/30/19 Docket No. 188 | $159,016.88 (fees) $23,672.53 (expenses) $182,689.41 (Total)[5] | $141,643.91 |
| **Donlin, Recano & Company, Inc.** (Administrative, Claims and Noticing Agent) | 9/4/19–10/11/19 Docket No. 180 | $21,172.00 (fees) $19,838.91 (expenses) $41,010.91 (Total) | $41,010.91 |
| **Pachulski Stang Ziehl & Jones LLP** (Counsel to the Official Committee of Unsecured Creditors) | 9/16/19–10/11/19 Docket No. 179 | $182,175.75 (fees) $1,514.17 (expenses) $183,689.92 (Total)[6] | $165,702.42 |
| **Province, Inc.** (Financial Advisor to the Official Committee of Unsecured Creditors) | 9/16/19–10/11/19 Docket No. 185 | $47,372.75 (fees) $3,458.67 (expenses) $50,831.42 (Total)[7] | $50,466.94 |

DOCS_DE:226327.4

| APPLICANT | FEE PERIOD/ APPLICATION | TOTAL FEES & EXPENSES REQUESTED | TOTAL AMOUNT TO BE PAID TO PROFESSIONAL |
|---|---|---|---|
| **TOTALS** | | **$1,621,633.55 (fees)** <br> **$123,057.39 (expenses)** <br> **$1,744,690.94 (total)** | **$1,401,240.07** |

---

[1] Total amount to be paid reflects application of a $60,090.81 residual retainer, reduction of $57.70 in expenses on Final Application, and agreed reduction of $12,500 for carveout reserve shortfall.

[2] Total amount to be paid reflects application of a $75,000 residual retainer and agreed reduction of $25,000 for carveout reserve shortfall.

[3] Total amount to be paid reflects a prepetition payment of fees of $54,166.67, application of a $32,283.07 residual retainer, reduction of $111.14 in expenses on Final Application, and agreed reduction of $5,500 for carveout reserve shortfall.

[4] Total amount to be paid reflects application of an $11,844.00 residual retainer and agreed reduction of $7,500 for carveout reserve shortfall.

[5] Total amount to be paid reflects application of a $23,545.50 residual retainer, agreed $10,000 reduction on fees (as set forth in applicable Final Application), and $7,500 agreed reduction for carveout reserve shortfall.

[6] Total amount to be paid reflects reduction of $487.50 on Final Application and $17,500 agreed reduction for carveout reserve shortfall.

[7] Total amount to be paid reflects reduction of $364.48 on Final Application.

DOCS_DE:226327.4