IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>                      Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE      )
                                     ) ss:
COUNTY OF NEW CASTLE    )

        Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to Alfred T. Giuliano, Chapter 7 Trustee in the above-captioned matter, and that on the 20th day of December, 2019, she caused a copy of the following to be served upon the attached service lists in the manner indicated:

- **[Signed] Order (I) Approving Sale of Intellectual Property and Other Assets Free and Clear of All Liens, Claims, Rights, and Other Interests and (II) Granting Other Related Relief (Docket No. 263)**

                                                           /s/ Elizabeth C. Thomas
                                                           Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED
by me on this 20 day of December, 2019.

/s/ Cheryl A. Knotts
Notary Public
My Commission Expires: 4/12/20

*[Notary Seal: CHERYL A. KNOTTS, NOTARY PUBLIC, STATE OF DELAWARE, EXPIRES APRIL 12, 2020]*

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

uBiome Inc. – Supplemental Service List
Doc #226967
04-First Class Mail

(Counsel to Dr. Jessica Richman and Dr. Zachary Apte)
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

(Counsel to Buyer-Psomagen, Inc.)
Jennifer Feldsher
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

(Counsel to Buyer-Psomagen, Inc.)
Mark L. Opitz
Morgan, Lewis & Bockius LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401

(Counsel to Buyer-Psomagen, Inc.)
Hosang Lee
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

uBiome, Inc. 19-11938
Supplemental Service List re Cure Notice
Doc #226271v1
06-First Class Mail

**FIRST CLASS MAIL**
Susan Bates 2001 Revocable Trust
Attn: Nicholas L Bates
PO Box 242
Duxbury, MA 02331

**FIRST CLASS MAIL**
Laurance & Jeanette Mathews Family Trust
Attn: Laurance Mathews
360 Ritch Street, Suite 204
San Francisco, CA 94107

**FIRST CLASS MAIL**
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109

**FIRST CLASS MAIL**
Atlassian
350 Bush St., Floor 13
San Francisco, CA 94104

**FIRST CLASS MAIL**
Github
88 Colin P Kelly Jr. Street
San Francisco, CA 94107

**FIRST CLASS MAIL**
Google G-Drive
Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043

uBiome 2002 Service List FCM
Case No. 19-11938 (LSS)
Document No. 225424
09 -- Hand Delivery
33 -- First Class Mail

(Counsel to Alfred Giuliano, Ch. 7 Trustee)
Bradford J. Sandler, Esquire
John A. Morris, Esquire
Colin R. Robinson, Esquire
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801

***HAND DELIVERY***
(United States Trustee)
Benjamin A. Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801

***HAND DELIVERY***
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

***HAND DELIVERY***
Zillah A. Frampton
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801

***HAND DELIVERY***
(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Suite 400
Wilmington, DE 19801

***HAND DELIVERY***
(Counsel for Silicon Valley Bank)
Ashby & Geddes PA
Gregory A Taylor, Esquire
Katharina Earle, Esquire
500 Delaware Aveue
8th Floor
PO Box 1150
Wilmington, DE 19899-1150

***HAND DELIVERY***
(Counsel to 8VC)
Cole Schotz PC
Norman L Pernick, Esquire
Patrick J Reilley, Esquire
500 Delaware Ave Ste 1410
Wilmington, DE 19801

***HAND DELIVERY***
(Counsel to the Debtor)
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esquire
Andrew L Magaziner, Esquire
Joseph M Barry, Esquire
Joseph M. Mulvihill, Esquire
Jordan Sazant, Esquire
Rodney Square
1000 N. King Street
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Premera Blue Cross)
Katelyn Crawford, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19899-2323

*HAND DELIVERY*
(Counsel to Humana Insurance Company)
Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

*FIRST CLASS MAIL*
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001

*FIRST CLASS MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554

*FIRST CLASS MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

*FIRST CLASS MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
(Debtor)
Ubiome, Inc.
Attn: President/Ceo
360 Langton Street
Ste 301
San Francisco, CA 94103

*FIRST CLASS MAIL*
(Chapter 7Trustee)
Alfred Giuliano, Esquire
Giuliano, Miller & Company, LLC
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043

**FIRST CLASS MAIL**
(Counsel for Euroatlantic LLC)
Carter Ledyard & Milburn LLP
Aaron R Cahn, Esquire
Charles G Berry, Esquire
2 Wall Street
New York, NY 10005-2072

**FIRST CLASS MAIL**
(Counsel for the United States of America)
U.S. Department of Justice
Leah V Lerman, Esquire
Civil Division
1100 L Street NW, Room 7002.
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

**FIRST CLASS MAIL**
(Counsel to Lender)
Morrison & Foerster LLP
Jeff Ngai, Esquire
425 Market Street
San Francisco, CA 94105

**FIRST CLASS MAIL**
(Counsel to Lender; 8VC)
Gibson Dunn & Crutcher LLP
Mary Beth Maloney, Esquire
Jason Zachary Goldstein, Esquire
J Eric Wise, Esquire
Matt J. Williams, Esquire
200 Park Avenue
New York, NY 10166- 0193

**FIRST CLASS MAIL**
(Counsel to Lender; Silicon Valley Bank)
Morrison & Foerster
Todd M. Goren, Esquire
Benjamin W. Butterfield, Esquire
Kat Richardson, Esquire
250 W. 55th Street
New York, NY 10019

**FIRST CLASS MAIL**
(Counsel to Lender; Silicon Valley Bank)
Morrison & Foerster
Alexander Rheaume, Esquire
John Hancock Tower
200 Clarendon Street
20th Floor
Boston, MA 02116

**FIRST CLASS MAIL**
Arizona Attorney General's Office
PO Box 6123
MD 7611
Phoenix, AZ 85005-6123

**FIRST CLASS MAIL**
Franchise Tax Board
Bankruptcy Section Ms A-340
PO Box 2952
Sacramento, CA 95812-2952

**FIRST CLASS MAIL**
Internal Revenue Svc
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
Michigan Dept of Treasury Tax Pol Div
Litigation Liaison
Austin Building, 2nd Floor
430 W. Allegan Street
Lansing, MI 48922

**FIRST CLASS MAIL**
Social Security Administration
Office of the Gen Counsel Region 3
300 Spring Garden Street
Philadelphia, PA 19123

**FIRST CLASS MAIL**
US EPA Reg 3 Office of Reg Counsel
Bankruptcy Dept
1650 Arch Street
Philadelphia, PA 19103

**FIRST CLASS MAIL**
US Securities & Exchange Commission
Thomas Eme
Jennifer Lee
44 Montgomery Street
Suite 2800
San Francisco, CA  94014

**FIRST CLASS MAIL**
US Securities & Exchange Commission
Tracy Combs
44 Montgomery Street
Suite 2800
San Francisco, CA  94104

**FIRST CLASS MAIL**
US Dept. of Justice
US Department of Justice
Lina Peng
Kyle Waldinger
450 Golden Gate Avenue
11th Floor
San Francisco, CA  94102

**FIRST CLASS MAIL**
Office of Unemployment Compensation Tax Services
Attn: Deb Secrest
PA-Department of Labor & Industry
651 Boas Street, Room 925
Harrisburg, PA  17121

**FIRST CLASS MAIL**
(Counsel to Premera Blue Cross)
Joseph E. Shickich, Jr.
Fox Rothschild LLP
1001 - 4th Avenue, Suite 4500
Seattle WA 98154

**FIRST CLASS MAIL**
(Counsel to BRJ Investments, LLC and OSF Biome, SPV)
P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895

**FIRST CLASS MAIL**
(Counsel to BRJ Investments, LLC and OSF Biome, SPV)
Ross D. Emmerman
Loeb & Loeb LLP
321 North Clark Street
Chicago, IL 60654

**FIRST CLASS MAIL**
(Counsel to Creditor Blue Cross and Blue Shield of Massachusetts, Inc.)
William J. Hanlon, Esq.
Seyfarth Shaw LLP
Seaport East, Suite 300
Two Seaport Lane
Boston, MA 02210-2028

**FIRST CLASS MAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493

**FIRST CLASS MAIL**
(Attorney for Puma Biotechnology, Inc.)
Paul D. Moak, Esquire
McKool Smith, P.C.
600 Travis Street, Suite 7000
Houston, TX  77002