IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>**Ref. Docket No. 294** |

**ORDER GRANTING FIRST INTERIM APPLICATION OF FTI CONSULTING, INC.
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR DATA RECOVERY SERVICES TO THE TRUSTEE
<u>FOR THE PERIOD JANUARY 20, 2020 THROUGH MARCH 6, 2020</u>**

Upon consideration of the First Interim Application for Compensation and for Reimbursement of Expenses for the Period from January 20, 2020 through March 6, 2020 (the "Application") filed by FTI Consulting, Inc. ("FTI"), as provider of data recovery services for Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee") in the above-captioned case, for interim compensation for services rendered and reimbursement of reasonable expenses, as more fully set forth in the Application; and the Court having reviewed the Application and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application.  Accordingly, it is hereby ORDERED THAT:

        1.        The Application is GRANTED, on an interim basis.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

2

2. The Trustee in the above-captioned case is authorized to pay to FTI the sum of $47,512.50 as compensation for services rendered by FTI for the period January 20, 2020 through March 6, 2020.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 15th, 2020**
**Wilmington, Delaware**

*(signature)*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**