IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>                      Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>**Re: Docket No. 263** |

**ORDER APPROVING: (A) AMENDMENT TO ASSET PURCHASE AGREEMENT BETWEEN TRUSTEE AND PSOMAGEN, INC.; AND (B) STIPULATION BETWEEN ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, AND PSOMAGEN, INC. REGARDING AMENDMENT TO ASSET PURCHASE AGREEMENT AND SALE OF <u>CUSTOMER LIST AND PERSONALLY IDENTIFIABLE INFORMATION</u>**

Upon consideration of the *Certification of Counsel Regarding Order Approving: (A) Amendment to Asset Purchase Agreement Between Trustee and Psomagen, Inc.; and (B) Stipulation Between Alfred T. Giuliano, Chapter 7 Trustee, and Psomagen, Inc. Regarding Amendment to Asset Purchase Agreement and Sale of Customer List and Personally Identifiable Information* (the "<u>COC</u>"), for entry of an order (this "<u>Order</u>") to approve: (a) the Amendment to Asset Purchase Agreement (the "<u>APA Amendment</u>") between Alfred T. Giuliano, as chapter 7 trustee (the "<u>Trustee</u>") of the estate of the above-captioned debtor, and Psomagen, Inc. ("<u>Psomagen</u>, and together with the Trustee, the "<u>Parties</u>"); and (b) the *Stipulation Between Alfred T. Giuliano, Chapter 7 Trustee, and Psomagen, Inc. Regarding Amendment to Asset Purchase Agreement and Sale of Customer List and Personally Identifiable Information* (the "<u>Stipulation</u>") between the Trustee and Psomagen; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the APA Amendment and Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The APA Amendment, a copy of which is attached hereto as **Exhibit 1**, is APPROVED. The additional assets included in the APA Amendment shall be deemed to constitute Acquired Assets under the Psomagen APA and shall be subject to the terms of the Sale Order and this Order.

2. The Stipulation, a copy of which is attached hereto as **Exhibit 2**, is APPROVED.

3. The Trustee and Psomagen are authorized and empowered to take all actions and execute such other documents as may be necessary or appropriate to perform under the terms of the APA Amendment and Stipulation and implement the relief granted herein.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry. The Trustee shall immediately transfer to Psomagen all Acquired Assets, including the customer lists, customer accounts and PII.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order, the APA Amendment, and the Stipulation.

**Dated: April 20th, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE