IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | **Ref. Docket No. 335** |

# ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM OCTOBER 11, 2019 THROUGH JUNE 30, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a First Interim application for allowance of compensation and reimbursement of expenses for October 11, 2019 through June 30, 2020 (the "First Interim Application").  The Court has reviewed the First Interim Application and finds that:  (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application.  Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of $458,453.50, and costs in the amount of $13,717.22, are allowed on an interim basis.  The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $458,453.50 as compensation and $13,717.22 as reimbursement of expenses, for a total of

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

$472,170.72 for services rendered and disbursements incurred by PSZ&J for the period October 11, 2019 through June 30, 2020.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 17th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:229783.2 31271/001                    2