## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| UBIOME, INC., Debtor. | Case No. 19-11938 (LSS) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**              **TIME**

October 13, 2020      1:30 p.m. (Eastern Time) (Omnibus Hearing)

IT IS HEREBY FURTHER ORDERED that the hearing shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 before the Honorable Laurie Selber Silverstein.

*LAURIE SELBER SILVERSTEIN*
UNITED STATES BANKRUPTCY JUDGE

**Dated: August 25th, 2020**
**Wilmington, Delaware**