# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | **Ref. Docket No. 343** |

### ORDER GRANTING THIRD INTERIM APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DATA RECOVERY SERVICES TO THE TRUSTEE FOR THE PERIOD MAY 20, 2020 THROUGH JULY 31, 2020

Upon consideration of the Third Interim Application for Compensation and for Reimbursement of Expenses for the Period from May 20, 2020 through July 31, 2020 (the "Application") filed by FTI Consulting, Inc. ("FTI"), as provider of data recovery services for Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee") in the above-captioned case, for interim compensation for services rendered and reimbursement of reasonable expenses, as more fully set forth in the Application; and the Court having reviewed the Application and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby ORDERED THAT:

1. The Application is GRANTED, on an interim basis.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

2

2. The Trustee in the above-captioned case is authorized to pay to FTI the sum of $11,550.00 as compensation for services rendered and $74.43 for actual and necessary expenses by FTI for the period May 20, 2020 through July 31, 2020.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 1st, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**