# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | Objection Deadline: Dec. 17, 2020 at 4:00 p.m. (ET) |

## NOTICE OF SALE OF CERTAIN DE MINIMIS ASSETS (TRADEMARKS, DOMAINS, AND SNS ACCOUNTS)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 4, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing the chapter 11 case.

2. On October 11, 2019 (the "Conversion Date"), the Court entered an order converting this case to a case under chapter 7 [Docket No. 162], and Alfred T. Giuliano was appointed as the chapter 7 trustee [Docket No. 163].

3. On February 26, 2020, the Bankruptcy Court entered *Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Pursuant to Bankruptcy Code Sections 105(a), 363, and 554(a) and Bankruptcy Rule 2002 Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets Free and Clear of Liens, Claims, Interests, and Encumbrances* [Docket No. 277] (the "De Minimis Asset Sale Procedures Order"). The De Minimis Asset Sale Procedures Order established certain procedures for sales of the Debtor's assets in any individual transaction or series of related transactions to a single buyer or

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

group of related buyers with an aggregate selling price equal to or less than $250,000. Capitalized terms not otherwise defined herein have the meanings given to them in the De Minimis Asset Sale Procedures Order.

4. Pursuant to the De Minimis Asset Sale Procedures Order, the Trustee hereby provides notice (the "Notice") of the proposed sale (the "Sale") of the de minimis assets described on Exhibit A attached hereto (collectively, the "De Minimis Assets"). Pursuant to the De Minimis Asset Sale Procedures Order, Exhibit A identifies (i) the De Minimis Assets being sold, (ii) the purchaser of the assets and any relationship of the party or parties to the Debtor, (iii) the purchase price, and (iv) the significant terms of the sale agreement, including, but not limited to, any payments to be made by the Trustee on account of commission fees to agents, brokers, auctioneers, and liquidators, and (v) instructions consistent with the terms, if applicable.

5. The Sale shall be free and clear of all Liens, if any, with such Liens attaching only to the sale proceeds with the same validity, extent, and priority as had attached to the De Minimis Assets immediately before such sale, subject to the rights, claims, defenses, and obligations, if any, of the Trustee, the Debtor's estate, and all interested parties with respect to any such asserted Liens.

6. The Trustee has determined in the reasonable exercise of his business judgment that the Sale is in the best interests of the Debtor's estate.

7. Pursuant to the De Minimis Asset Sale Procedures Order, any objection to the proposed Sale must (a) be in writing, (b) state with specificity the grounds for objection and (c) be served on the following parties (collectively, the "Objection Parties") so as to be received by all Objection Parties by no later than **4:00 p.m., Eastern Time, on December 17, 2020** (the "Objection Deadline"):  (i) counsel to the Trustee: Pachulski Stang Ziehl & Jones LLP, 919

North Market Street, 17th Floor, Wilmington, DE 19801 Attn: Bradford J. Sandler and Peter Keane (bsandler@pszjlaw.com; pkeane@pszjlaw.com); (ii) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov); and (iii) counsel to Silicon Valley Bank, Morrison & Foerster, Todd M. Goren, Alexander Rheaume, 250 W. 55th Street, New York, NY 10019 (tgoren@mofo.com; arheaume@mofo.com).

8. In accordance with paragraph 2.f of the De Minimis Asset Sale Procedures Order, if no objections are served on the Objection Parties by the Objection Deadline pursuant to the above procedures, then the Bankruptcy Court may enter an order approving the sale of the De Minimis Assets without further hearing

9. Attached hereto as Exhibit B is the proposed form of order approving the sale of the De Minimis Assets.

Dated: December 7, 2020          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
         crobinson@pszjlaw.com
         pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*