# EXHIBIT A

## Trustee's Notice of Sale of De Minimis Assets

| Purchaser | Description of De Minimis Assets | Purchase Price | Terms of Sale |
|---|---|---|---|
| Psomagen, Inc. (Third party buyer) | All active and inactive trademarks of the Debtor | $45,000 | As is (Asset purchase agreement is attached to the proposed order) |
| Psomagen, Inc. (Third party buyer) | All domains and SNS accounts of the Debtor | $10,000 | As is (Asset purchase agreement is attached to the proposed order) |