**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>**Objection Deadline: March 11, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: March 22, 2021 at 2:00 p.m. (ET)** |

**NOTICE OF MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO**
**APPROVE SETTLEMENT AGREEMENT WITH SILICON VALLEY BANK,**
**8VC FUND I, L.P., AND ENTREPRENEURS FUND I, L.P.**

      **PLEASE TAKE NOTICE** that on February 25, 2021 Alfred T. Giuliano, chapter

7 trustee (the "Trustee") to the estate of the above-captioned debtor, filed the *Motion of Alfred T.*

*Giuliano, Chapter 7 Trustee, to Approve Settlement Agreement with Silicon Valley Bank, 8VC*

*Fund I, L.P., and Entrepreneurs Fund I, L.P.* (the "Motion"), with the United States Bankruptcy

Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the

"Bankruptcy Court").  A copy of the Motion is attached hereto.

      **PLEASE TAKE FURTHER NOTICE** that any response or objection to the

relief sought in the Motion must be filed with the Bankruptcy Court on or before **March 11,**

**2021 at 4:00 p.m. prevailing Eastern Time**.

      **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also

serve a copy of the response or objection upon: (i) counsel to the Trustee, Pachulski Stang Ziehl

& Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705

(Courier 19801), Attn: Bradford J. Sandler (bsandler@pszjlaw.com), and (ii) the Office of the

United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman

(benjamin.a.hackman@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE CONDUCTED VIA ZOOM VIDEOCONFERENCE AND HAS BEEN SCHEDULED ON **MARCH 22, 2021 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

Dated:  February 25, 2021          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*