## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,<br>                Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| March 22, 2021 | 2:00 p.m. (Eastern Time) (Omnibus Hearing) |

**Dated: February 26th, 2021**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE