IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | **Re Docket No. 376** |

**ORDER GRANTING SECOND INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM JULY 1, 2020 THROUGH DECEMBER 31, 2020**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a Second Interim application for allowance of compensation and reimbursement of expenses for July 1, 2020 through December 31, 2020 (the "Second Interim Application"). The Court has reviewed the Second Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Application, and any hearing on the Second Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Interim Application. Accordingly, it is hereby

ORDERED that the Second Interim Application is GRANTED, on an interim basis. Fees in the amount of $58,846.00, and costs in the amount of $1,556.44, are allowed on an interim basis. The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $58,846.00 as compensation and $1,556.44 as reimbursement of expenses, for a total of

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

DOCS_DE:232704.2 31271/001

$60,402.44 for services rendered and disbursements incurred by PSZ&J for the period July 1, 2020 through December 31, 2020.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: February 26th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:232704.2 31271/001                           2