UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re                                          Chapter 7
                                               Case No. 19-11938 (LSS)

UBIOME, INC.,

                       Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF WITHDRAWAL OF CLAIM

Please take notice that claim #91 filed by the United States Securities and Exchange Commission ("SEC") on March 10, 2020, is hereby withdrawn by the SEC.

Dated: New York, New York
        March 30, 2021

                                                   UNITED STATES SECURITIES AND
                                                   EXCHANGE COMMISSION

                               By:      /s/ Patricia Schrage
                                                   Patricia Schrage
                                                   Senior Bankruptcy Counsel
                                                   New York Regional Office
                                                   Brookfield Place, 200 Vesey St., Suite 400
                                                   New York, New York 10281
                                                   Phone: (212) 336-1100
                                                   Fax: (212) 336-1348
                                                   Schragep@sec.gov