# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| UBIOME, Inc.[1] | : | Case No. 19-11938 (LSS) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | **Re: Docket No. 402** |

## ORDER APPROVING AND ALLOWING FIRST INTERIM APPLICATION OF GIULIANO MILLER AND COMPANY, LLC AS ACCOUNTANTS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 11, 2019 THROUGH APRIL 30, 2021

Upon consideration of the First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") of Giuliano Miller & Company, LLC ("GMCO"), Accountants to Alfred T. Giuliano, Chapter 7 Trustee for the estate of UBiome, Inc., for the period October 11, 2019 through April 30, 2021 (the "Application"); and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application:

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103

2. GMCO is allowed and shall be paid forthwith compensation in the amount of $365,958.00 for services rendered, and $1,134.73 for costs and expenses incurred for the interim period October 11, 2019 through April 30, 2021.

3. The amount awarded shall be paid forthwith by the Trustee.

**Dated: May 27th, 2021**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:234178.1 31271/001