**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

## GLOBAL NOTES AND DISCLAIMERS OF CHAPTER 7 TRUSTEE REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the estate of uBiome, Inc. (the "Debtor"), submits this disclaimer in connection with the Debtor's bankruptcy schedules (the "Schedules") and statement of financial affairs (the "SOFA"). The Debtor's Schedules and SOFA were prepared from financial data derived from the Debtor's books and records that were available at the time of preparation of the Schedules and SOFA. While the Trustee and his professionals have made every reasonable effort to ensure that the Schedules and SOFA are accurate and complete based on the information that was available and reasonably accessible at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt, discovery or review of any additional information not used in the creation of the Schedules and SOFA may result in material changes to the financial data and other information contained therein. Furthermore, the information contained in the Schedules and SOFA has not been audited, and is subject to further review and potential adjustment. There can be no assurance that the Schedules and SOFA are complete or accurate. The Trustee reserves all rights to amend the Schedules and SOFA in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SOFA as to amount, liability or classification, or to otherwise subsequently designate any claim as disputed, contingent or unliquidated.

These Global Notes and Disclaimers Regarding the Debtor's Schedules and SOFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and SOFA.[2]

**Description of the Cases and "As Is" Information Date.** On September 4, 2019 (the "Petition Date"), the Debtor commenced a case under chapter 11 of the Bankruptcy Code. On October 11, 2019, the Court entered an order (the "Conversion Order") converting the

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] These Global Notes are in addition to any specific notes contained in the Debtor's Schedules or SOFA. The fact that the Trustee has prepared a "general note" with respect to any of the Schedules and SOFA and not to others should not be interpreted as a decision by the Trustee to exclude the applicability of such general note to any of the Debtor's remaining Schedules and SOFA, as appropriate.

chapter 11 case to chapter 7 [Docket No. 162] effective October 11, 2019 (the "Conversion Date"), and Alfred T. Giuliano was appointed as the chapter 7 trustee [Docket No. 163]. The Conversion Order required the Trustee to file these Schedules and SOFA.

Information in the Schedules and SOFA reflects the Trustee's best estimate of asset values and claims owed as of the Conversion Date, pursuant to Federal Rule of Bankruptcy Procedure 1019(1)(A), unless otherwise indicated. Certain amounts listed on the Schedules and SOFA may reflect or otherwise take into account certain postpetition administrative expense claims that are noted on the Debtor's books and records. The Trustee reserves all rights to object to any postpetition administrative expense claims.

**Basis of Presentation.** The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtor.

Although these Schedules and SOFA may, at times, incorporate information prepared in accordance with GAAP, the Schedules and SOFA neither purport to represent nor reconcile to financial statements prepared and/or distributed by the Debtor in accordance with GAAP or otherwise. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that the Debtor's books and records show more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date. In addition, no independent valuation of assets has been obtained.

**Confidentiality**. There may be instances within the Schedules and SOFA where names, addresses, or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality, or concerns for the privacy of an individual, the Trustee may have deemed it appropriate and necessary to avoid listing such names, addresses, and amounts.

**Classification and Claim Descriptions**. Any failure to designate a claim on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed," "contingent" or "unliquidated." The Trustee reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Debtor's Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Listing a claim (i) in Schedule D as "secured," (ii) in Schedule E as "priority" or (iii) in Schedule F as "unsecured nonpriority," or listing a contract in Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant or a waiver of the Trustee's right to recharacterize or reclassify such claim or contract.

Moreover, the Trustee reserves all rights to amend the Schedules and SOFA, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and SOFA as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as

2

"disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights by the Trustee involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

**Specific Notes.** These general notes are in addition to the specific notes set forth in the related Schedules and SOFA hereinafter.

| Fill in this information to identify the case: |
| --- |

Debtor name **uBiome, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11938 (LSS)**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    66/21        x _____
                                Signature of individual signing on behalf of debtor

                                **Alfred T. Giuliano**
                                Printed name

                                **Chapter 7 Trustee**
                                Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **uBiome, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **19-11938 (LSS)**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     7,744,265.50

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     7,744,265.50

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     10,830,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     103,978.64

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     4,142,198.10

4.   **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b      $     15,076,176.74

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **uBiome, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-11938 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Clinical Deposit** | **4408** | **$22,351.89** |
| 3.2. | **Silicon Valley Bank** | **Disbursement** | **8732** | **$0.00** |
| 3.3. | **Silicon Valley Bank** | **Checking** | **3468** | **$0.00** |
| 3.4. | **Silicon Valley Bank** | **Concentration** | **2936** | **$461,506.33** |
| 3.5. | **Silicon Valley Bank** | **Consumer Deposit** | **6144** | **$0.00** |
| 3.6. | **Silicon Valley Bank** | **Investments & Options** | **9924** | **$0.00** |
| 3.7. | **Silicon Valley Bank** | **Cash Sweep** | **3483** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **uBiome, Inc.**
Name

Case number *(If known)* **19-11938 (LSS)**

| | | | | |
|---|---|---|---|---|
| 3.8. | **Chase Bank** | **Checking** | **3889** | **$5,826.51** |
| 3.9. | **PayPal** | **Checking** | **N/A** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

        **$489,684.73**

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.    **Real property security deposit held by Matthews Family Trust**          **$20,400.00**

        7.2.    **Real property security deposit held by Nicolas L. Bates**          **$49,000.00**

        7.3.    **Security deposit held by S-E, Inc.**          **$30,180.77**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.     **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.

        **$99,580.77**

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11b. Over 90 days old:          **82,613,582.52**     -     **82,613,582.52**  =....          **$0.00**
        
        face amount                     doubtful or uncollectible accounts

12.     **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

        **$0.00**

**Part 4:     Investments**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | uBiome, Inc. | Case number *(If known)* | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |

| | Name of entity | % of ownership | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 15.1. | SoilGene, Inc. | 100 | % | | $0.00 |
| 15.2. | uBiome Chile SPA | 100 | % | | $0.00 |
| 15.3. | uBiome Chile Research SPA | 100 | % | | $0.00 |
| 15.4. | uBiome Argentina SAS | 100 | % | | $0.00 |
| 15.5. | UBMHC1, LLC | 100 | % | | $0.00 |
| 15.6. | uBimoe SpA | 100 | % | | $0.00 |

| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
|---|---|---|---|

| **17.** | **Total of Part 4.** Add lines 14 through 16. Copy the total to line 83. | | $0.00 |
|---|---|---|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials See Attachment B.19 for details | 09.26.19 | $1,579,941.84 | Market Cost | $0.00 |

Debtor   **uBiome, Inc.**
Name

Case number *(If known)*  **19-11938 (LSS)**

| 20. | **Work in progress**<br>**See Attachment B.20 for details** | 08.31.19 | $16,128.00 | Average | $0.00 |
|---|---|---|---|---|---|

| 21. | **Finished goods, including goods held for resale**<br>**See Attachment B.21 for details** | 8.31.19 | $2,245,445.00 | Average | $0.00 |
|---|---|---|---|---|---|

22. **Other inventory or supplies**

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.          $0.00

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☑ Yes. Book value    22,505.08   Valuation method   **Market Value**   Current Value   20,959.08

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See Attachment B.39 for details** | $77,072.33 | | $0.00 |
| 40. | **Office fixtures**<br>**See Attachment B.40 for details** | $237,679.06 | | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Attachment B.41 for details** | $768,527.75 | | $0.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Debtor    __uBiome, Inc._____      Case number *(If known)*  __19-11938 (LSS)__
         Name

collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              | $0.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See Attachment B.50 for details | $1,383,265.04 | | $50,000.00 |

51.  **Total of Part 8.**                                                              | $50,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

     ☑ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **uBiome, Inc.**                                                    Case number *(If known)*  **19-11938 (LSS)**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** See Attachment B.60 hereto | **Unknown** | **Sale Proceeds** | **$7,055,000.00** |
| 61. **Internet domain names and websites** See Attachment 61 hereto | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists | **Unknown** | **Sale Proceeds** | **$50,000.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                          **$7,105,000.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71. **Notes receivable** Description (include name of obligor) **OS Fund Biome LLC Promissory Note** | 4,788,606.46 - Total face amount | 4,788,606.46 = doubtful or uncollectible amount | **$0.00** |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **NOLs of $69,419,787.00** | | Tax year **2017** | **$0.00** |

| Debtor | **uBiome, Inc.** | Case number *(If known)* **19-11938 (LSS)** |
|---|---|---|
| | Name | |

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Rights and remedies on OS Fund Biome LLC Promissory Note**                                **$0.00**

| Nature of claim | Reservation of Rights |
|---|---|
| Amount requested | **$4,832,171.25** |

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**     **Total of Part 11.**                                           **$0.00**

Add lines 71 through 77. Copy the total to line 90.

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

---

Debtor    **uBiome, Inc.**
Name

Case number *(If known)* **19-11938 (LSS)**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $489,684.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $99,580.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $7,105,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,744,265.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,744,265.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

uBiome, Inc.
Attachment B.19

**SCHEDULE A/B 5.19 - RAW MATERIALS INVENTORY**

List ALL raw materials inventory, excluding agriculture assets. If the debtor only purchases items and holds them for resale and does not do any manufacturing, then report the items under finished goods, not as raw materials or work in progress.
**NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case.
**VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value.
**CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property.
List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.

| RAW MATERIALS (specify) | DATE OF THE LAST PHYSICAL INVENTORY | NET BOOK VALUE OF DEBTOR'S INTEREST $ _where available_ | VALUATION METHOD USED FOR CURRENT VALUE | PERISHABLE PROPERTY YES (X) | PERISHABLE PROPERTY NO (X) | PURCHASED WITHIN 20 DAYS OF BANKRUPTCY FILING DATE NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) | |
|---|---|---|---|---|---|---|---|---|---|
| uBiome Gut Orange explorer box w/tray | 08/31/2019 | $865.00 | Average costing | | X | X | | X | |
| 1.8mL 2D tubes | 08/31/2019 | $110,571.00 | Average costing | | X | X | | X | |
| Polyester tipped swabs (pair) | 08/31/2019 | $36,998.00 | Average costing | X | | X | | X | |
| Polyester tipped swabs (pair) | 08/31/2019 | $3,046.00 | Average costing | X | | X | | X | |
| PCR Certified water, RNase and DNase Free. 1mL. Sterile | 08/31/2019 | $0.00 | Average costing | | X | X | | X | |
| PCR Certified water, RNase and DNase Free. 1mL. Sterile | 08/31/2019 | $3,432.00 | Average costing | | X | X | | X | |
| Lysis/stabilization solution 500mL | 08/31/2019 | $89,386.00 | Average costing | | X | X | | X | |
| Custom 100 mm Low Binding Molecular Biology Grade Zirconium Beads | 08/31/2019 | $49,200.00 | Average costing | X | | X | | X | |
| Lysis Buffer Tubes | 08/31/2019 | $184,906.00 | Average costing | X | | X | | X | |
| Lysis Buffer Tubes | 08/31/2019 | $81,600.00 | Average costing | X | | X | | X | |
| Uline Bubble-Lined Polyolefin Mailers #000 - 4 x 8" 500/case | 08/31/2019 | $85.00 | Average costing | | X | X | | X | |
| Study kit box w/tray | 08/31/2019 | $1,028.00 | Average costing | | X | X | | X | |
| Single site box w/ tray | 08/31/2019 | $887.00 | Average costing | | X | X | | X | |
| Double Bead (Skin Only) | 08/31/2019 | $19,968.00 | Average costing | X | | X | | X | |
| SmartGut Empty Boxes | 08/31/2019 | $13,067.00 | Average costing | | X | X | | X | |
| SmartJane Boxes | 08/31/2019 | $3,222.00 | Average costing | | X | X | | X | |
| Blank Boxes | 08/31/2019 | $4,496.00 | Average costing | | X | X | | X | |
| Polyester tipped swabs | 08/31/2019 | $17,261.00 | Average costing | X | | X | | X | |
| PCR Certified water, RNase and DNase Free. 1mL. Sterile | 08/31/2019 | $175.00 | Average costing | | X | X | | X | |
| PCR Certified water, RNase and DNase Free. 1mL. Sterile | 08/31/2019 | $0.00 | Average costing | | X | X | | X | |
| Lysis buffer tubes | 08/31/2019 | $44,650.00 | Average costing | X | | X | | X | |
| Mouth (incomplete kits) | 08/31/2019 | $6,251.00 | Average costing | | X | X | | X | |
| Single site box w/ tray | 08/31/2019 | $902.00 | Average costing | | X | X | | X | |
| Study kit box w/tray | 08/31/2019 | $9,279.00 | Average costing | | X | X | | X | |
| Blank kit box w/tray | 08/31/2019 | $902.00 | Average costing | | X | X | | X | |
| Skin tubes (double bead skin only) | 08/31/2019 | $2,592.00 | Average costing | X | | X | | X | |
| 3X4 Clear Bag for Spare Tube in 5-Site Kit | 08/31/2019 | $83.00 | Average costing | | X | X | | X | |
| (Brown seal)(50seals/box) | 9/26/2019 | $2,252.95 | Market cost | | X | X | | X | |
| 100ml Serological Pipette (10 pipettes/bag) | 9/26/2019 | $1,918.40 | Market cost | | X | X | | X | |
| 10mL Serological Pipette (200 pipettes/CS) | 9/26/2019 | $860.00 | Market cost | | X | X | | X | |
| 10X Reaction Buffer with MgCl2 for DNase I | 9/26/2019 | $0.00 | Market cost | | X | X | | X | |
| 20XSSC | 9/26/2019 | $0.00 | Market cost | | X | X | | X | |
| 25mL Serological Pipette (200 pipettes /CS) | 9/26/2019 | $1,192.80 | Market cost | | X | X | | X | |
| 40mL Reservoir (pack of 4) (boxes of 48) | 9/26/2019 | $2,962.40 | Market cost | | X | X | | X | |
| 4MM POLY BAG 18"X24" 250/CS | 9/26/2019 | $103.26 | Market cost | | X | X | | X | |
| 50mL Conicals (24 blue conicals/styrofoam) (50 purple/bag) | 9/26/2019 | $360.00 | Market cost | | X | X | | X | |
| 50mL Serological Pipette (100 pipettes/CS) | 9/26/2019 | $1,682.00 | Market cost | | X | X | | X | |
| Armadillo Plates, (count # plates) (25/box, 5/bag) | 9/26/2019 | $7,953.44 | Market cost | | X | X | | X | |
| Biohazard Trash Liner - 44-55 Gallon, Infectious Waste, Red | 9/26/2019 | $1,326.00 | Market cost | | X | X | | X | |
| Biohazard Trash Liner, 7-10 Gallon, Infectious Waste | 9/26/2019 | $140.00 | Market cost | | X | X | | X | |
| BioRobotix Tips 20UL | 9/26/2019 | $38,784.00 | Market cost | | X | X | | X | |
| BioRobotix Tips 250UL | 9/26/2019 | $44,774.40 | Market cost | | X | X | | X | |
| Brand Scoop, Vol 50 ML | 9/26/2019 | $238.00 | Market cost | | X | X | | X | |
| Carolina Distilled Water | 9/26/2019 | $0.00 | Market cost | | X | X | | X | |
| Costar Plate (50/box) (count # of plates) | 9/26/2019 | $13,879.20 | Market cost | | X | X | | X | |
| Deionized water wipes (PM) | 9/26/2019 | $324.48 | Market cost | | X | X | | X | |

uBiome, Inc.
Attachment B.19

| RAW MATERIALS (specify) | DATE OF THE LAST PHYSICAL INVENTORY | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | PERISHABLE PROPERTY YES (X) | PERISHABLE PROPERTY NO (X) | PURCHASED WITHIN 20 DAYS OF BANKRUPTCY FILING DATE NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) | |
|---|---|---|---|---|---|---|---|---|---|
| Distilled Water, Singly Distilled, Laboratory Grade, 1.0 L. | 9/26/2019 | $0.00 | Market cost | | X | X | | X | |
| Eliminase | 9/26/2019 | $299.53 | Market cost | | X | X | | X | |
| Heat Seal (Thermo Seal) | 9/26/2019 | $0.00 | Market cost | | X | X | | X | |
| iPrOH wipes (PM) | 9/26/2019 | $455.78 | Market cost | | X | X | | X | |
| P1000, 5 racks per box (in unopened boxes only) | 9/26/2019 | $7,686.90 | Market cost | | X | X | | X | |
| P20, 10 racks per box | 9/26/2019 | $19,470.00 | Market cost | | X | X | | X | |
| P250, 10 racks per box | 9/26/2019 | $4,455.00 | Market cost | | X | X | | X | |
| Pig MAT141 Absorbent Mat Roll in Dispenser Box, Lightweight, 9 Gal Absorbency, 150' L x 15" W, Gray | 9/26/2019 | $56.00 | Market cost | | X | X | | X | |
| POLY(ETHYLENE GLYCOL) | 9/26/2019 | $513.00 | Market cost | | X | X | | X | |
| Small Bio Hazard Bag | 9/26/2019 | $293.76 | Market cost | | X | X | | X | |
| Steel Tuff® Liners - 1.7 Mil, 40-45 Gallon | 9/26/2019 | $296.00 | Market cost | | X | X | | X | |
| Tube Transport 10ML white cap | 9/26/2019 | $456.00 | Market cost | | X | X | | X | |
| 1m NaOH | 9/26/2019 | $1,375.00 | Market cost | X | | X | | X | |
| 5M Sodium Chloride Solution | 9/26/2019 | $800.64 | Market cost | X | | X | | X | |
| ACETIC ACID (GLACIAL) 100% | 9/26/2019 | $87.90 | Market cost | X | | X | | X | |
| dATP (100 mM) | 9/26/2019 | $13,910.40 | Market cost | X | | X | | X | |
| DNA Polymerase I, Large (Klenow) Fragment | 9/26/2019 | $21,594.00 | Market cost | X | | X | | X | |
| DNA Pre-Wash Buffer (500 mL.) | 9/26/2019 | $15,649.20 | Market cost | X | | X | | X | |
| DNA Zap 1&2 | 9/26/2019 | $1,217.44 | Market cost | X | | X | | X | |
| DNase I, Amplification Grade | 9/26/2019 | $12,442.47 | Market cost | X | | X | | X | |
| dNTP mix | 9/26/2019 | $16,018.20 | Market cost | X | | X | | X | |
| DreamTaq DNA polymerase | 9/26/2019 | $7,046.96 | Market cost | X | | X | | X | |
| E-Gel™ Double Comb Agarose Gels, 2% | 9/26/2019 | $244.79 | Market cost | X | | X | | X | |
| E-Gel™ EX Agarose Gels, 1% | 9/26/2019 | $3,336.84 | Market cost | X | | X | | X | |
| E. coli DNA Ligase | 9/26/2019 | $8,100.00 | Market cost | X | | X | | X | |
| E.coli DNA Pol (10U/uL) | 9/26/2019 | $7,785.96 | Market cost | X | | X | | X | |
| Eppendorf LoBind® twin.tec® PCR Plates, Eppendorf, 96-Well PCR Plates, Skirted | 9/26/2019 | $5,617.00 | Market cost | X | | X | | X | |
| Eppendorf Tubes 1.5mL (tubes) bags of 50 | 9/26/2019 | $456.00 | Market cost | X | | X | | X | |
| Eppendorf Tubes 2.0mL (tubes) bags of 50 | 9/26/2019 | $684.00 | Market cost | X | | X | | X | |
| Ethyl alcohol, Pure | 9/26/2019 | $2,310.00 | Market cost | X | | X | | X | |
| Flow Cell-High v2.0 | 9/26/2019 | $29,610.00 | Market cost | X | | X | | X | |
| Flow Cell-High v2.5 | 9/26/2019 | $5,040.00 | Market cost | X | | X | | X | |
| Flow Cell-Mid v2.0 | 9/26/2019 | $0.00 | Market cost | X | | X | | X | |
| Flow Cell-Mid v2.5 | 9/26/2019 | $13,230.00 | Market cost | X | | X | | X | |
| g-DNA Wash Buffer (500 mL.) | 9/26/2019 | $12,028.80 | Market cost | X | | X | | X | |
| GE Healthcare Sera-Mag SpeedBeads™ Carboxyl Magnetic Beads, hydrophobic | 9/26/2019 | $18,000.00 | Market cost | X | | X | | X | |
| High Out-Put Kit | 9/26/2019 | $208,224.00 | Market cost | X | | X | | X | |
| High Sensitivity DNA Chips | 9/26/2019 | $0.00 | Market cost | X | | X | | X | |
| High Sensitivity DNA Reagents | 9/26/2019 | $5,185.98 | Market cost | X | | X | | X | |
| KAPA HotStart PCR Mix | 9/26/2019 | $18,480.00 | Market cost | X | | X | | X | |
| Library Quantification Kit / Biorad icycler qPCR kit | 9/26/2019 | $9,784.80 | Market cost | X | | X | | X | |
| MagnaLink Streptavidin Magnetic Beads | 9/26/2019 | $14,010.60 | Market cost | X | | X | | X | |
| MEGAclear Kit | 9/26/2019 | $112.93 | Market cost | X | | X | | X | |
| MgCl2 | 9/26/2019 | $970.20 | Market cost | X | | X | | X | |
| Microseal ® 'C' PCR Plate Sealing Film, adhesive, optical | 9/26/2019 | $1,912.00 | Market cost | X | | X | | X | |
| Mid Out-Put Kit | 9/26/2019 | $26,568.00 | Market cost | X | | X | | X | |
| NextSeq 500/550 Buffer Cartridge v2 | 9/26/2019 | $0.00 | Market cost | X | | X | | X | |
| NextSeq Accessory Box v2 | 9/26/2019 | $0.00 | Market cost | X | | X | | X | |
| PCR Certified Water | 9/26/2019 | $610.47 | Market cost | X | | X | | X | |
| PCR Seals | 9/26/2019 | $1,912.00 | Market cost | X | | X | | X | |
| PhiX | 9/26/2019 | $1,192.00 | Market cost | X | | X | | X | |
| Random Primers | 9/26/2019 | $4,666.20 | Market cost | X | | X | | X | |
| RNAse H (5U/uL) | 9/26/2019 | $22,823.44 | Market cost | X | | X | | X | |
| RocketScript Reverse Transcriptase, RNase H Minus | 9/26/2019 | $55,601.60 | Market cost | X | | X | | X | |
| Singleplex Oligos for Illumina | 9/26/2019 | $2,369.25 | Market cost | X | | X | | X | |
| T4 DNA Ligase (1U/uL) | 9/26/2019 | $18,037.57 | Market cost | X | | X | | X | |
| T4 DNA Ligase Buffer | 9/26/2019 | $15,080.00 | Market cost | X | | X | | X | |
| T4 DNA Ligase Reaction Buffer | 9/26/2019 | $1,138.50 | Market cost | X | | X | | X | |

uBiome, Inc.
Attachment B.19

| RAW MATERIALS (specify) | DATE OF THE LAST PHYSICAL INVENTORY | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | PERISHABLE PROPERTY YES (X) | PERISHABLE PROPERTY NO (X) | PURCHASED WITHIN 20 DAYS OF BANKRUPTCY FILING DATE NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) | |
|---|---|---|---|---|---|---|---|---|---|
| TE Buffer w/0.1mM EDTA pH 7.6 | 9/26/2019 | $471.17 | Market cost | X | | X | | X | |
| TE Buffer, pH 8.0 | 9/26/2019 | $795.72 | Market cost | X | | X | | X | |
| Tween (R) 20 | 9/26/2019 | $173.75 | Market cost | X | | X | | X | |
| Ultimate Aluminum Seal | 9/26/2019 | $1,049.36 | Market cost | X | | X | | X | |
| USER Enzyme | 9/26/2019 | $34,776.00 | Market cost | X | | X | | X | |
| VWR Seals (white seal) | 9/26/2019 | $1,528.20 | Market cost | X | | X | | X | |
| Xpedition™ Lysis/Stabilization Solution (500mL) | 9/26/2019 | $7,361.20 | Market cost | X | | X | | X | |
| Zymo DNA Binding Buffer (500 mL) | 9/26/2019 | $90,936.00 | Market cost | X | | X | | X | |
| **Totals** | | **$1,579,941.84** | | | | | | | |

uBiome, Inc.
Attachment B.20

| SCHEDULE A/B 5.20 - WORK IN PROGRESS INVENTORY |
|---|

List ALL work in progress inventory. If the debtor only purchases items and holds them for resale and does not do any manufacturing, then report the items under finished goods, not as raw materials or work in progress.

**NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case.

**VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value.

**CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property.

List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.

| WORK IN PROGRESS (specify) | DATE OF THE LAST PHYSICAL INVENTORY | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | PERISHABLE PROPERTY YES (X) | PERISHABLE PROPERTY NO (X) | PURCHASED WITHIN 20 DAYS OF BANKRUPTCY FILING DATE NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|---|
| Mouth (incomplete kits) | 8/31/2019 | $6,995.00 | Average | | | X | X | | X |
| Nose (incomplete kits) | 8/31/2019 | $3,730.00 | Average | | | X | X | | X |
| Genital (incomplete kits) | 8/31/2019 | $1,651.00 | Average | | | X | X | | X |
| Partially Assembled Explorer (Whiplash) | 8/31/2019 | $3,752.00 | Average | | | X | X | | X |
| **Total** | | **$16,128.00** | | | | | | | |

uBiome, Inc.
Attachment B.21

**SCHEDULE A/B 5.21 - FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE**

List ALL finished goods, including goods held for resale. If the debtor only purchases items and holds them for resale and does not do any manufacturing, then report the items under finished goods, not as raw materials or work in progress.

**NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case.

**VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value.

**CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property.

List each asset under the appropriate category or separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.

| FINISHED GOODS<br>including goods held for resale<br>(specify) | DATE OF THE LAST PHYSICAL INVENTORY | NET BOOK VALUE OF DEBTOR'S INTEREST $<br>where available | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | PERISHABLE PROPERTY YES (X) | PERISHABLE PROPERTY NO (X) | PURCHASED WITHIN 20 DAYS OF BANKRUPTCY FILING DATE NO (X) | PURCHASED WITHIN 20 DAYS OF BANKRUPTCY FILING DATE YES (X) | If yes, purchased w/in 20 days give BOOK VALUE $ of item on this line | If yes, purchased w/in 20 days give VALUATION METHOD of item on this line | If yes, purchased w/in 20 days give CURRENT VALUE $ of item on this line | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| uBiome Gut Kit - One time | 8/31/19 | $611.00 | Average | | X | | X | | | | | | |
| SmartFlu Marketing add on | 8/31/19 | $21,609.00 | Average | | X | | X | | | | | | |
| SmartGut kit | 8/31/19 | $905,823.00 | Average | | X | | X | | | | | | |
| SmartJune kit | 8/31/19 | $985,996.00 | Average | | X | | X | | | | | | |
| SmartFlu kit | 8/31/19 | $213,136.00 | Average | | X | | X | | | | | | |
| 5-Site kit | 8/31/19 | $159.00 | Average | | X | | X | | | | | | |
| uBiome Gut Kit - One time | 8/31/19 | $32,911.00 | Average | | X | | | X | $17,007.08 | Market Value | $17,007.08 | | |
| Sflu Wellness Pouch | 8/31/19 | $70,992.00 | Average | | X | | X | | | | | | |
| Skin Kits | 8/31/19 | $1,677.00 | Average | | X | | X | | | | | | |
| ExplorerPlus - Subscription to Gut ExplorerPlus - 4 samples / year | 8/31/19 | $641.00 | Average | | X | | X | | | | | | |
| Gut Kit - Research (converted from SG) | 8/31/19 | $7,938.00 | Average | | X | | X | | | | | | |
| CVS Explorer kit | 8/31/19 | $3,952.00 | Average | | X | | X | | $5,499.00 | Market Value | $3,952.00 | | |
| **Totals:** | | **$2,245,445.00** | | | | | | | | | | | |

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.39 - Office Furniture

| | | | | SCHEDULE A/B 7.39 - OFFICE FURNITURE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | List ALL office furniture owned or leased by debtor. | | | | |
| | | | | **NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case. | | | | |
| | | | | **VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value. | | | | |
| | | | | **CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property. | | | | |
| | | | | *List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.* | | | | |
| **DEBTOR ENTITY NAME** | **OFFICE FURNITURE** *leased or owned* (specify) | **NET BOOK VALUE OF DEBTOR'S INTEREST $** *where available* | **VALUATION METHOD USED FOR CURRENT VALUE** | **CURRENT VALUE OF DEBTOR'S INTEREST $** | **DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY** YES (X) | **DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY** NO (X) | **PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR** YES (X) | **PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR** NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Carpet | $4,680.00 | Straightline | | X | | | X |
| uBiome, Inc. | Standing Desk Treadmill | $1,086.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Furniture | $1,456.00 | Straightline | | X | | | X |
| uBiome, Inc. | Desks | $1,080.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Art - office decoration | $2,236.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Furniture | $1,011.00 | Straightline | | X | | | X |
| uBiome, Inc. | Ikea Furniture | $4,297.00 | Straightline | | X | | | X |
| uBiome, Inc. | Ikea Furniture - NY | $1,265.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture | $5,329.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture | $1,953.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture | $2,530.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Art - office decoration | $10,053.00 | Straightline | | X | | | X |
| uBiome, Inc | Furniture | $2,605.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture NY office | $2,248.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture - NY | $1,178.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture NY | $1,123.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture - NY | $8,346.00 | Straightline | | X | | | X |
| uBiome, Inc. | Furniture 0NY | $4,297.00 | Straightline | | X | | | X |
| uBiome, Inc. | MD Lab Supplies - Furniture | $1,673.86 | Straightline | | X | | | X |
| uBiome, Inc. | Celeste Girouard - Office Artwork | $25,265.00 | Straightline | | X | | | X |
| uBiome, Inc | CASPER SLEEP INC. CASPER | $1,980.45 | Straightline | | X | | | X |
| uBiome, Inc. | Ikea - 4 Standing Desks, 4 desk | $2,084.91 | Straightline | | X | | | X |
| uBiome, Inc. | Ikea - Office Furniture | $3,738.92 | Straightline | | X | | | X |
| uBiome, Inc. | Steel Workbenches (2) | $1,036.50 | Straightline | | X | | | X |
| uBiome, Inc. | Storage Racks (6), Packing tables | $5,566.13 | Straightline | | X | | | X |
| uBiome, Inc | Steel Workbenches (3) | $1,475.92 | Straightline | | X | | | X |

3/11/2021

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.40 Office Fixtures

**SCHEDULE A/B 7.40 - OFFICE FIXTURES**

List ALL office fixtures owned or leased by debtor.

**NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case.
**VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value.
**CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property.
*List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.*

| DEBTOR ENTITY NAME | OFFICE FIXTURES *owned or leased* (specify) | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Leasehold Imp - Ste 200 SF | $219,792.00 | Straighline | | X | | | X |
| uBiome, Inc. | Improvements NY IP | $8,838.00 | Straighline | | X | | | X |
| uBiome, Inc. | 2A Enterprise - Installation of Kisi door controller - Valencia | $1,650.00 | Straighline | | X | | | X |
| uBiome, Inc. | Home Depot | $2,489.20 | Straighline | | X | | | X |
| uBiome, Inc. | Home Depot | $1,000.52 | Straighline | | X | | | X |
| uBiome, Inc. | Home Depot | $1,945.58 | Straighline | | X | | | X |
| uBiome, Inc. | Home Depot - Vancouver Lab Buildout | $1,963.46 | Straighline | | X | | | X |

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.41 Office Equipment

**SCHEDULE A/B 7.41 - OFFICE EQUIPMENT**

List ALL office equipment owned or leased by debtor. Office equipment includes computer equipment, communication systems equipment, and software.

**NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case.

**VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value.

**CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property.

*List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.*

| DEBTOR ENTITY NAME | OFFICE EQUIPMENT owned or leased (specify) | NET BOOK VALUE OF DEBTOR'S INTEREST $ where available | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Apple Computer | $1,689.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $3,071.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,248.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,453.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,559.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,229.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,938.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $5,105.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $2,586.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $4,095.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,140.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,700.00 | Straightline | | X | | | X |
| uBiome, Inc. | Mac Computer | $1,064.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,762.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,013.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,850.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,828.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,511.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,027.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $3,156.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,027.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Tech Eq | $1,487.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,633.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,026.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $4,051.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,935.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Tech Eq | $1,506.00 | Straightline | | X | | | X |
| uBiome, Inc. | WiFi System | $4,628.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $6,968.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $2,115.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $2,115.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $1,556.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $3,540.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $1,736.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $940.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Equipment | $3,218.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $4,853.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $6,977.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,449.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $8,293.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,840.00 | Straightline | | X | | | X |
| uBiome, Inc. | Electronic Equipment | $1,383.00 | Straightline | | X | | | X |
| uBiome, Inc. | Electronic Equipment | $1,627.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Equipment | $1,627.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $5,661.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $11,321.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $1,840.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,022.00 | Straightline | | X | | | X |
| uBiome, Inc. | Electronic equip | $4,313.00 | Straightline | | X | | | X |
| uBiome, Inc. | Lenova Equipment | $4,102.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $1,840.00 | Straightline | | X | | | X |

3/11/2021

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.41 Office Equipment

| DEBTOR ENTITY NAME | OFFICE EQUIPMENT *owned or leased* (specify) | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Apple Computers | $11,321.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $14,560.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $1,229.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $7,653.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $3,032.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $27,289.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $9,096.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,325.00 | Straightline | | X | | | X |
| uBiome, Inc. | Simply NUC Computer | $1,587.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $2,325.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - APL*APPLE ONLINE STORE Laptop for Shu Shu | $2,720.79 | Straightline | | X | | | X |
| uBiome, Inc. | Computers Simply Nuc | $10,179.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $31,871.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $22,325.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $9,705.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $1,416.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $2,930.00 | Straightline | | X | | | X |
| uBiome, Inc. | Robot | $3,141.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $10,110.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $4,243.00 | Straightline | | X | | | X |
| uBiome, Inc. | Microsoft Laptop | $1,709.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,416.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $5,033.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $9,138.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $3,694.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer NY | $4,665.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $3,043.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $5,217.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $17,615.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computer | $1,957.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $2,582.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $20,220.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers - NY | $3,164.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $4,788.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $4,788.00 | Straightline | | X | | | X |
| uBiome, Inc. | Hardware Eq | $1,302.00 | Straightline | | X | | | X |
| uBiome, Inc. | Hardware Eq | $1,302.00 | Straightline | | X | | | X |
| uBiome, Inc. | Computer Hardware | $2,990.00 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Computers | $2,935.00 | Straightline | | X | | | X |
| uBiome, Inc. | APL*APPLE ONLINE STORE | $4,047.97 | Straightline | | X | | | X |
| uBiome, Inc. | APL*APPLE ONLINE STORE | $6,578.40 | Straightline | | X | | | X |
| uBiome, Inc. | APL*APPLE ONLINE STORE | $9,101.03 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 SG/3.1GHZ/8GB/256GB0USA - 20 pieces | $36,486.10 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 SG/3.1GHZ/8GB/256GB0 5 pieces | $9,101.03 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 SG/3.1GHZ/8GB/256GB0USA - 10 pieces | $18,202.05 | Straightline | | X | | | X |
| uBiome, Inc. | Colfax Rackmount Server | $8,360.23 | Straightline | | X | | | X |
| uBiome, Inc. | 150inch MacBook Pro | $2,621.71 | Straightline | | X | | | X |
| uBiome, Inc. | CDW Direct | $1,206.59 | Straightline | | X | | | X |
| uBiome, Inc. | CDW Direct - Lenovo ThinkPad X1 Carbon - 14' | $2,003.40 | Straightline | | X | | | X |
| uBiome, Inc. | CDW Direct - Cdw Dir #nkw1690 8000800 | $1,898.51 | Straightline | | X | | | X |
| uBiome, Inc. | CDW Direct | $2,035.51 | Straightline | | X | | | X |

3/11/2021

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.41 Office Equipment

| DEBTOR ENTITY NAME | OFFICE EQUIPMENT owned or leased (specify) | NET BOOK VALUE OF DEBTOR'S INTEREST $ where available | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Apple Inc. | $1,685.67 | Straightline | | X | | | X |
| uBiome, Inc. | Colfax Rackmount Server | $8,360.23 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Inc. | $1,305.92 | Straightline | | X | | | X |
| uBiome, Inc. | Apple Inc - MacBook Pro repair - SF office | $1,591.88 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.7 GHZ/16GB/256GB0USA - 1 pieces | $2,327.75 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.3 GHZ/16GB/128GB0USA - 5 pieces | $7,587.45 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.3 GHZ/16GB/128GB0USA - 7 pieces | $10,622.43 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.3 GHZ/16GB/128GB0USA - 23 pieces | $34,902.27 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.3 GHZ/16GB/128GB0USA - 23 pieces | $1,961.85 | Straightline | | X | | | X |
| uBiome, Inc. | IPHONE X 256GB SILVER | $1,304.98 | Straightline | | X | | | X |
| uBiome, Inc. | Lenovo Thinkpad X1 | $1,849.00 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.7 GHZ/16GB/256GB-USA - 1 pieces, | $3,737.40 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.7 GHZ/16GB/256GB-USA - 5 pieces, | $6,576.40 | Straightline | | X | | | X |
| uBiome, Inc. | MBP 13.3 SG/2.7 GHZ/16GB/256GB-USA - 15 pieces, | $22,762.35 | Straightline | | X | | | X |
| uBiome, Inc. | Lenovo ThinkPad - NY | $2,197.01 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13,3 Spage Gray-5 pieces | $6,576.05 | Straightline | | X | | | X |
| uBiome, Inc. | Ubiquiti Networks - Network equipment for Vancouver office - Managed 48-port L2 Gigabit PoE+ Switch with Hot Swap PSUs, UniFi AC Pro, UniFi Security Gateway Pro | $4,919.57 | Straightline | | X | | | X |
| uBiome, Inc. | (4) Intel NUC - Valencia | $1,557.73 | Straightline | | X | | | X |
| uBiome, Inc. | (7) Intel NUC - Valencia | $2,691.94 | Straightline | | X | | | X |
| uBiome, Inc. | (12) Apple iPads - Valencia | $4,881.45 | Straightline | | X | | | X |
| uBiome, Inc. | (10) Logitech Brio 4K Ultra HD Webcam - Valencia | $1,978.37 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 Space Gray - 17 pieces | $30,943.49 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 Space Gray - 3 pieces | $5,460.62 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 Space Gray - 1 pieces | $1,820.21 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 Space Gray - 1 pieces | $1,820.21 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 Space Gray - 1 pieces | $1,820.21 | Straightline | | X | | | X |
| uBiome, Inc. | (4) Intel BOXNUC7I3BNK NUC Kit Components - SF Lab | $1,325.84 | Straightline | | X | | | X |
| uBiome, Inc. | (3) Mini PC parts - SF Lab | $1,105.05 | Straightline | | X | | | X |
| uBiome, Inc. | Apple - MBP 13.3 Space Gray - 11 pieces - USA | $14,404.17 | Straightline | | X | | | X |
| uBiome, Inc. | (4) APC UPS 3000VA Smart-UPS - SF Lab | $5,121.36 | Straightline | | X | | | X |
| uBiome, Inc. | 15·inch MacBook Pro | $2,635.91 | Straightline | | X | | | X |
| uBiome, Inc. | Lenovo ThinkPad X1 Yoga | $2,490.53 | Straightline | | X | | | X |

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.41 Office Equipment

| DEBTOR ENTITY NAME | OFFICE EQUIPMENT *owned or leased* (specify) | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Apple MBP 15,4 Spage Gray-1 pieces | $3,032.07 | Straightline | | X | | | X |
| uBiome, Inc. | Uprint 3D Printer - Used | $10,400.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Equipment | $2,057.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Equipment | $2,071.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Equipment | $2,047.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Equipment | $1,089.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Equipment | $1,947.00 | Straightline | | X | | | X |
| uBiome, Inc. | Office Equipment | $1,280.00 | Straightline | | X | | | X |
| uBiome, Inc. | Tech Equipment | $1,445.00 | Straightline | | X | | | X |
| uBiome, Inc. | 3 refrigerators | $2,447.00 | Straightline | | X | | | X |
| uBiome, Inc. | Camera Eq | $1,556.00 | Straightline | | X | | | X |
| uBiome, Inc. | Ubiquiti Networks - UniFi Video Cameras | $1,439.20 | Straightline | | X | | | X |
| uBiome, Inc. | Zoom room equipment for Cambridge | $1,792.25 | Straightline | | X | | | X |
| uBiome, Inc. | Network Equipment for Valencia office | $1,680.30 | Straightline | | X | | | X |
| uBiome, Inc. | (18) White Stow 3 Drawer File Cabinet | $4,862.98 | Straightline | | X | | | X |
| uBiome, Inc. | (6) Refurbished: VIZIO D D55n-E2 55" 1080p LED-LCD TV - Valencia | $2,345.33 | Straightline | | X | | | X |

3/11/2021

uBiome, Inc.
Case No. 19-11398 (LSS)
Attachment B.50 Machinery Equipment

**SCHEDULE A/B 8.50 - OTHER MACHINERY, FIXTURES, AND EQUIPMENT (excluding farm machinery and equipment)**

List ALL other machinery, fixtures, and equipment (excluding farm machinery and equipment).  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number).

**NET BOOK VALUE** must be listed if the debtor prepares a balance sheet for its financial records or for its tax returns. For purposes of this form, use the book value reported on the most recent balance sheet prepared before filing this case.

**VALUATION METHOD** may include: appraisal, comparable sales, revenue-based, liquidation value, expert, tax records, recent cost-based valuation, or another method. Select a reasonable method that provides an accurate estimation of current value.

**CURRENT VALUE** is sometimes called fair market value and, for this form, it is the fair market value as of the date of filing the bankruptcy petition. Current value is how much the property is currently worth, which may be more or less than the amount the debtor paid for the property or the book value of the property.

List each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims.

| DEBTOR ENTITY NAME | OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding *farm machinery and equipment* Include *year, make, model, and identification numbers (i.e., VIN, HIN, or N-number)* | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Lab Equipment | $2,187.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,045.00 | | | | | | |
| uBiome, Inc. | 5196 Acme Automation | $1,719.00 | | | | | | |
| uBiome, Inc. | Beckman coulter Biomek | $2,988.00 | | | | | | |
| uBiome, Inc. | Labconco Purifier Class I | $1,254.00 | | | | | | |
| uBiome, Inc. | Part for biomek Robot | $2,160.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $1,365.00 | | | | | | |
| uBiome, Inc. | Altantic Ultraviolet Eq | $1,172.00 | | | | | | |
| uBiome, Inc. | Perkin Elmer Eq | $1,479.00 | | | | | | |
| uBiome, Inc. | Beckman Coulter Eq | $5,793.00 | | | | | | |
| uBiome, Inc. | Nutmeg Eq | $5,400.00 | | | | | | |
| uBiome, Inc. | Colfax Eq | $36,918.00 | | | | | | |
| uBiome, Inc. | Perkin Elmer Eq | $1,849.00 | | | | | | |
| uBiome, Inc. | Cascade Sci Eq | $7,830.00 | | | | | | |
| uBiome, Inc. | Perkin Elmer Eq | $3,513.00 | | | | | | |
| uBiome, Inc. | Used Equipment | $1,175.00 | | | | | | |
| uBiome, Inc. | Used Equipment | $1,254.00 | | | | | | |
| uBiome, Inc. | RayElec Equip | $1,000.00 | | | | | | |
| uBiome, Inc. | Biomed Solutions Eq | $2,220.00 | | | | | | |
| uBiome, Inc. | Opas Diagnostic Eq | $8,241.00 | | | | | | |
| uBiome, Inc. | Biosurplus Lab Eq | $1,896.00 | | | | | | |
| uBiome, Inc. | Perkin Elmer Equip | $2,958.00 | | | | | | |
| uBiome, Inc. | Lab Equipment Perkins | $2,958.00 | | | | | | |
| uBiome, Inc. | Ensembio Lab Equip | $1,343.00 | | | | | | |
| uBiome, Inc. | AY Supply Lab Equip | $1,775.00 | | | | | | |
| uBiome, Inc. | Bio0Tek Lab Equip | $3,865.00 | | | | | | |
| uBiome, Inc. | Perkins Lab Equip | $2,958.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $5,600.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $1,750.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $3,250.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $1,399.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $1,344.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $1,396.00 | | | | | | |
| uBiome, Inc. | Used Lab Equipment | $1,136.00 | | | | | | |
| uBiome, Inc. | Perkins Lab Equip | $1,849.00 | | | | | | |
| uBiome, Inc. | Tormach Lab Equip | $11,105.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,220.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,631.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,034.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,358.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $3,263.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,468.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,329.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,665.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,444.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,696.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,122.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,940.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,442.00 | | | | | | |
| uBiome, Inc. | Lab Equip | $1,616.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $10,850.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,084.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $16,288.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,697.00 | | | | | | |
| uBiome, Inc. | Arcus foot drivers | $10,439.00 | | | | | | |
| uBiome, Inc. | Lab equipment | $10,983.00 | | | | | | |
| uBiome, Inc. | Lab equipment | $1,709.00 | | | | | | |

uBiome, Inc.
Case No. 19-11398 (LSS)
Attachment B.50 Machinery Equipment

| DEBTOR ENTITY NAME | OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding farm machinery and equipment Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | NET BOOK VALUE OF DEBTOR'S INTEREST $ where available | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Lab equipment | $1,997.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $1,922.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $4,129.00 | | | | | | |
| uBiome, Inc. | Thermocycler | $2,599.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,085.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $2,170.00 | | | | | | |
| uBiome, Inc. | Colfax Lab Equip | $63,127.00 | | | | | | |
| uBiome, Inc. | Beckman RoboLiq Handler02 | $9,500.00 | | | | | | |
| uBiome, Inc. | Lab equipment | $1,628.00 | | | | | | |
| uBiome, Inc. | Lab Equipment | $3,102.00 | | | | | | |
| uBiome, Inc. | Used Sequencer | $52,500.00 | | | | | | |
| uBiome, Inc. | Enzyme Freezer (2) | $12,555.00 | | | | | | |
| uBiome, Inc. | Adjust Adjustment | $36,667.52 | | | | | | |
| uBiome, Inc. | Carnet Scientific - Nexteseq 500 | $113,350.00 | | | | | | |
| uBiome, Inc. | Alpaqua Engineering LLC | $7,616.70 | | | | | | |
| uBiome, Inc. | Nova Biostorage Plus - Freezer Racks | $18,432.00 | | | | | | |
| uBiome, Inc. | Rec USE Tax | $1,566.72 | | | | | | |
| uBiome, Inc. | TORMACH INC | $11,387.08 | | | | | | |
| uBiome, Inc. | WALLIS H. CLARK III | $149,575.00 | | | | | | |
| uBiome, Inc. | Andbio | $2,666.04 | | | | | | |
| uBiome, Inc. | KENSINGTON ELECTRONICS | $3,229.62 | | | | | | |
| uBiome, Inc. | KENSINGTON ELECTRONICS | $5,135.21 | | | | | | |
| uBiome, Inc. | Retsch MM301 Mixer Mill and Qiagen Tissuelyser | $3,094.90 | | | | | | |
| uBiome, Inc. | Champion 71530 | 7000W Dual Fuel Portable Generator (RFB) | $1,388.86 | | | | | | |
| uBiome, Inc. | Sears - (2) Frigidaire FFFU21M1QW 20.9 cu. ft. Upright Freezer - White | $2,358.46 | | | | | | |
| uBiome, Inc. | (6) Intel BOXNUC7I3BNK NUC Kit Components | $1,889.46 | | | | | | |
| uBiome, Inc. | Sears - (3) Frigidaire FFFU21M1QW 20.9 cu. ft. Upright Freezer - White | $2,270.57 | | | | | | |
| uBiome, Inc. | (2) Beckman Biomek 2000 Water Handling Robots | $4,147.49 | | | | | | |
| uBiome, Inc. | Biomek 2000 Automation Robot | $2,695.49 | | | | | | |
| uBiome, Inc. | Dr. Discount lab equipment | $7,557.03 | | | | | | |
| uBiome, Inc. | Biomek 2000 Automation Workstation | $3,997.30 | | | | | | |
| uBiome, Inc. | Qiagen Retsch Tissuelyser Mixer Mill Grinder DNA-RNA Homogenization | $4,143.62 | | | | | | |
| uBiome, Inc. | Qiagen Retsch Mixer Mill Tissuelyser Share Tissue Homogenizer lyzer | $3,094.80 | | | | | | |
| uBiome, Inc. | Qiagen Retsch Mixer Mill Tissuelyser Shaker TissueHomogenizer lyzer | $3,659.00 | | | | | | |
| uBiome, Inc. | Qiagen Retsch Tissuelyser Mixer Mill Grinder DNA-RNA Homogenization | $2,496.65 | | | | | | |
| uBiome, Inc. | Qiagen Retsch Tissuelyser Mixer Mill Grinder DNA-RNA Homogenization | $2,643.98 | | | | | | |
| uBiome, Inc. | PAYPAL *PHR INC - 7047286010, NC - BECKMAN Biomek 2000 Laboratory Automation Workstation Parts | $1,220.00 | | | | | | |
| uBiome, Inc. | Molecular Bio products - Parts for automation repair | $1,556.36 | | | | | | |
| uBiome, Inc. | (5) MJ Research PTC-200 Thermal Cycler | $14,229.00 | | | | | | |
| uBiome, Inc. | Beckman Coulter Biomek 3000 Automated Liquid Handler | $2,425.00 | | | | | | |

uBiome, Inc.
Case No. 19-11398 (LSS)
Attachment B.50 Machinery Equipment

| DEBTOR ENTITY NAME | OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding *farm machinery and equipment* Include year, make, model, and identification numbers *(i.e., VIN, HIN, or N-number)* | NET BOOK VALUE OF DEBTOR'S INTEREST $ *where available* | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | Sage Sciences Pippin Prep DNA Size Selection NextGen Sequencing | $4,912.05 | | | | | | |
| uBiome, Inc. | Freezer Racks | $9,206.00 | | | | | | |
| uBiome, Inc. | SD REFRIGERATOR 2-SCT 41.1CF 2-SD HC ES for reagents at the Warehouse | $3,142.24 | | | | | | |
| uBiome, Inc. | MiniSeq System | $146,346.75 | | | | | | |
| uBiome, Inc. | BECKMAN Biomek 3000 Laboratory Automation Workstation Parts | $1,565.00 | | | | | | |
| uBiome, Inc. | (2) 54" Sliding Glass Door Refridgerator - Vancouver | $4,842.76 | | | | | | |
| uBiome, Inc. | (6) Frigidaire 20.9 cu. ft. Upright Freezer - Vancouver | $4,481.88 | | | | | | |
| uBiome, Inc. | 5 MJ PTC-200 Thermal Cyclers | $8,652.75 | | | | | | |
| uBiome, Inc. | MVS Bundle DM | $62,747.89 | | | | | | |
| uBiome, Inc. | Bio-Rad MyiQ Color Real Time RT PCR Detection iCycler Thermal Cycler w/ PC | $2,695.00 | | | | | | |
| uBiome, Inc. | Agilent 2100 Bioanalyzer G2939A Electrophoresis System | $9,101.42 | | | | | | |
| uBiome, Inc. | Monnit - (16) Monnit Wireless Temperature Sensor, (6) Monnit Ethernet Gateway, (6) Monnit Wireless Humidity Sensor | $3,182.96 | | | | | | |
| uBiome, Inc. | Marshall Scientific - (5) MJ Research PTC-200 Thermal Cycler | $5,768.50 | | | | | | |
| uBiome, Inc. | MJ Research PTC-200 Thermal Cycler (5) - payment 1 of 2 Marshall Scientific | $8,652.75 | | | | | | |
| uBiome, Inc. | Freezer Racks | $4,884.80 | | | | | | |
| uBiome, Inc. | Applied Biosystems 433A Peptide Synthesizer With Computer | $1,666.29 | | | | | | |
| uBiome, Inc. | APC UPS 3000VA Smart-UPS with SmartConnect (2) | $2,558.32 | | | | | | |
| uBiome, Inc. | MiniSeq Installation and Operational Qualification | $208,050.00 | | | | | | |
| uBiome, Inc. | Home Depot | $2,441.13 | | | | | | |
| uBiome, Inc. | BECKMAN COULTER BIOMEK 2000 LABORATORY AUTOMATION WORKSTATION | $2,098.88 | | | | | | |
| uBiome, Inc. | MJ Research PTC-200 Thermal Cycler (5) - Marshall Scientific | $5,768.50 | | | | | | |
| uBiome, Inc. | Luminex 200 System w/xPONENT 3.1 | $29,088.85 | | | | | | |
| uBiome, Inc. | Thermo Fisher Scientific Abgene Combi Thermo Sealer | $3,890.39 | | | | | | |
| uBiome, Inc. | BECKMAN COULTER BIOMEK 2000 LABORATORY | $1,565.93 | | | | | | |
| uBiome, Inc. | Beckman Coulter Biomek 3000 Automated Liquid Handler w/ PC & Software | $3,685.00 | | | | | | |
| uBiome, Inc. | Labconco Purifier HEPA Filtered Enclosure | $1,854.16 | | | | | | |
| uBiome, Inc. | Beckman Coulter Biomek 2000 Lab Automation Workstation Liquid Handling Unit | $2,500.00 | | | | | | |
| uBiome, Inc. | Bio-Rad iCycler 96 Well Thermal Cycler with MyIQ Optical Module | $1,620.00 | | | | | | |
| uBiome, Inc. | Magnet Plate-8 pieces-Proforma INV | $10,530.00 | | | | | | |

uBiome, Inc.
Case No. 19-11938 (LSS)
Attachment B.50 Machinery Equipment

| DEBTOR ENTITY NAME | OTHER MACHINERY, FIXTURES, AND EQUIPMENT excluding farm machinery and equipment Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | NET BOOK VALUE OF DEBTOR'S INTEREST $ where available | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST $ | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY YES (X) | DEPRECIATION SCHEDULE AVAILABLE FOR LISTED PROPERTY NO (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR YES (X) | PROPERTY APPRAISED BY A PROFESSIONAL WITHIN THE LAST YEAR NO (X) |
|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | BECKMAN COULTER BIOMEK 2000 LIQUID HANDLING SYSTEM AUTOMATION | $2,800.00 | | | | | | |
| uBiome, Inc. | THERMO SCIENTIFIC E1ClipTip EQ 8Chl. Electronic Pipette | $1,249.00 | | | | | | |
| uBiome, Inc. | SCILOGEX D2012 High Speed Personal MicroCentrifuge | $1,500.00 | | | | | | |
| uBiome, Inc. | Beckman Coulter Biomek 3000 Laboratory automated workstation liquid handler | $2,700.00 | | | | | | |
| uBiome, Inc. | LIGHTCYCLER 96 INSTRUMENT | $20,072.50 | | | | | | |
| uBiome, Inc. | Beckman Coulter Biomek 3000 Automated Pipetting Liquid Handling Platform | $1,168.97 | | | | | | |
| uBiome, Inc. | Biomek 2000 LIQUID HANDLING SYSTEM AUTOMATION | $1,090.32 | | | | | | |
| uBiome, Inc. | Beckman Coulter Biomek 3000 Automated Pipetting Liquid Handling Platform | $1,454.19 | | | | | | |
| uBiome, Inc. | PAYPAL *BIODIRECTIN - 4029357733, MA | $1,500.00 | | | | | | |

## 1. U.S. Patents and Applications

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P01PRV1 | 25-Jan-14 | 61/931,612 | Plasmid Controls | n/a | n/a | Expired |
| P01PRV2 | 14-Mar-14 | 61/953,683 | Multiplex Markers | n/a | n/a | Expired |
| P01PRV3 | 15-Jul-14 | 62/024,947 | Microbiome Analysis | n/a | n/a | Expired |
| P01US | 9-Jan-15 | 14/593,424 | Method and System for Microbiome Analysis | 30-Jul-15 | 30-May-17 | Granted |
| P01US2 | 9-Jan-15 | 14/593,436 | | 30-Jul-15 | 14-May-19 | Granted |
| P01US3 | 9-Jan-15 | 14/593,466 | | 30-Jul-15 | 25-Jun-19 | Granted |
| P01US4 | 26-May-17 | 15/606,692 | | 21-Sep-17 | 14-May-19 | Granted |
| P01US5 | 26-May-17 | 15/606,709 | | 21-Sep-17 | 21-May-19 | Granted |
| P02PRV | 21-Oct-14 | 62/066,369 | System and Method for Microbiome Analysis and Adjustment | n/a | n/a | Expired |
| P02PRV2 | 4-Dec-14 | 62/087,551 | Method and System for Microbiome-Derived Diagnostics and Therapeutics | n/a | n/a | Expired |
| P02US | 21-Oct-15 | 14/919,614 | Method and system for microbiome-derived diagnostics and therapeutics | 21-Apr-16 | 11-Jul-17 | Granted |
| P02US1 | 14-Oct-16 | 15/294,482 | | 9-Feb-17 | | Abandoned |
| P02US2 | 26-May-17 | 15/606,743 | | 21-Sep-17 | | Granted |
| P02US3 | 26-May-17 | 15/606,824 | | 14-Sep-17 | 23-Jul-19 | Granted |
| P02US4 | 26-May-17 | 15/606,874 | | 21-Sep-17 | 26-Mar-19 | Granted |
| P02US5 | 26-May-17 | 15/606,909 | | 21-Sep-17 | 9-Jul-19 | Granted |
| P02US6 | 26-May-17 | 15/606,943 | | 21-Sep-17 | 9-Jul-19 | Granted |
| P02US7 | 26-May-17 | 15/606,975 | | 21-Sep-17 | 13-Aug-19 | Granted |
| P02US8 | 13-Jun-17 | 15/621,144 | | 5-Oct-17 | 14-May-19 | Granted |
| P02US9 | 13-Jun-17 | 15/621,152 | | 5-Oct-17 | 25-Jun-19 | Granted |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P03PRV1 | 13-Apr-15 | 62/146,810 | Method and system for Characterizing Attention Deficit Disorders | n/a | n/a | Expired |
| P03PRV2 | 13-Apr-15 | 62/146,833 | Method and system for Characterizing Anxiety | n/a | n/a | Expired |
| P03PRV3 | 14-Apr-15 | 62/147,124 | Method and system for Characterizing Aspergers Syndrome | n/a | n/a | Expired |
| P03PRV4 | 13-Apr-15 | 62/146,852 | Method and system for Characterizing Autism | n/a | n/a | Expired |
| P03PRV5 | 14-Apr-15 | 62/147,058 | Method and system for Characterizing Chronic fatigue Syndrome | n/a | n/a | Expired |
| P03PRV6 | 14-Apr-15 | 62/147,077 | Method and system for Characterizing Depression | n/a | n/a | Expired |
| P03PRV7 | 14-Apr-15 | 62/147,315 | Method and system for Characterizing Pernicious Anemia | n/a | n/a | Expired |
| P03PRV8 | 14-Apr-15 | 62/147,337 | Method and system for Characterizing Stroke | n/a | n/a | Expired |
| P03US | 13-Apr-16 | 15/097,862 | Method and system for microbiome-derived diagnostics and therapeutics for neurological health issues | 11-Aug-16 | 18-Jul-17 | Granted |
| P03US2 | 6-Jul-16 | 15/203,589 | | 27-Oct-16 | 9-Jul-19 | Granted |
| P03US3 | 14-Oct-16 | | | 9-Feb-17 | | Abandoned |
| P03US4 | 13-Jun-17 | 15/621,168 | | 28-Sep-17 | 23-Apr-19 | Granted |
| P03US5 | 13-Jun-17 | 15/621,187 | | 28-Sep-17 | | Abandoned |
| P03US6 | 13-Jun-17 | 15/621,363 | | 28-Sep-17 | 18-Jun-19 | Granted |
| P03US7 | 13-Jun-17 | 15/621,378 | | 28-Sep-17 | 7-May-19 | Granted |
| P03US8 | 13-Jun-17 | 15/621,398 | | 28-Sep-17 | 23-Jul-19 | Granted |
| P03US9 | 13-Jun-17 | 15/621,420 | | 5-Oct-17 | 30-Jul-19 | Granted |
| P03US10 | 13-Jun-17 | 15/621,445 | | 28-Sep-17 | 23-Jul-19 | Granted |
| P04PRV1 | 13-Apr-15 | 62/146,818 | Method and system for Characterizing Acquired Immune Deficiency Syndrome | n/a | n/a | Expired |
| P04PRV2 | 13-Apr-15 | 62/146,846 | Method and system for Characterizing Asthma | n/a | n/a | Expired |
| P04PRV3 | 14-Apr-15 | 62/147,287 | Method and system for Characterizing Multiple Sclerosis | n/a | n/a | Expired |
| P04PRV4 | 14-Apr-15 | 62/147,324 | | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P04PRV5 | 14-Apr-15 | 62/147,328 | Method and system for Characterizing Sjogrens Syndrome | n/a | n/a | Expired |
| P04PRV6 | 14-Apr-15 | 62/147,334 | Method and system for Characterizing Sprue | n/a | n/a | Expired |
| P04PRV7 | 14-Apr-15 | 62/147,345 | Method and system for Characterizing Systemic Lupus Erythematosus | n/a | n/a | Expired |
| P04PRV8 | 14-Apr-15 | | Method and system for Characterizing Type I Diabetes | n/a | n/a | Expired |
| P04US | 13-Apr-16 | 15/098,027 | Method and system for microbiome-derived diagnostics and therapeutics for autoimmune system conditions | 4-Aug-16 | 11-Sep-18 | Granted |
| P04US2 | 7-Jul-16 | 15/204,707 | | 3-Nov-16 | 4-Jun-19 | Granted |
| P04US3 | 7-Jul-17 | 15/644,612 | | 2-Nov-17 | 18-Jun-19 | Granted |
| P04US4 | 7-Jul-17 | 15/644,628 | | 26-Oct-17 | 2-Jul-19 | Granted |
| P04US5 | 10-Jul-17 | 15/645,008 | | 26-Oct-17 | 18-Jun-19 | Granted |
| P04US6 | 10-Jul-17 | 15/645,034 | | 2-Nov-17 | 21-May-19 | Granted |
| P04US7 | 10-Jul-17 | 15/645,049 | | 2-Nov-17 | 25-Jun-19 | Granted |
| P04US8 | 10-Jul-17 | 15/645,062 | | 2-Nov-17 | 14-May-19 | Granted |
| P04US9 | 10-Jul-17 | 15/645,076 | | 26-Oct-17 | 14-May-19 | Granted |
| P04US10 | 10-Jul-17 | 15/645,102 | | 26-Oct-17 | 14-May-19 | Granted |
| P05PRV1 | 14-Apr-15 | 62/147,058 | Method and system for Characterizing Chronic Fatigue Syndrome | n/a | n/a | Expired |
| P05PRV2 | 14-Apr-15 | 62/147,107 | Method and system for Characterizing Graves Disease | n/a | n/a | Expired |
| P05PRV3 | 14-Apr-15 | 62/147,202 | Method and system for Characterizing Hashimotos Thyroiditis | n/a | n/a | Expired |
| P05PRV4 | 14-Apr-15 | 62/147,226 | Method and system for Characterizing Metabolic Disease | n/a | n/a | Expired |
| P05PRV5 | 14-Apr-15 | 62/147,304 | Method and system for Characterizing Obesity | n/a | n/a | Expired |
| P05PRV6 | 14-Apr-15 | 62/147,348 | Method and system for Characterizing Type I Diabetes | n/a | n/a | Expired |
| P05PRV7 | 14-Apr-15 | 62/147,355 | Method and system for Characterizing Type II Diabetes | n/a | n/a | Expired |
| P05US | 13-Apr-16 | 15/098,248 | Method and system for microbiome-derived diagnostics and therapeutics for endocrine system conditions | 11-Aug-16 | 12-Sep-17 | Granted |
| P05US2 | 12-Jul-16 | 15/207,897 | | 24-Nov-16 | | Abandoned |
| P05US3 | 12-Jul-16 | 15/207,930 | | 3-Nov-16 | | Abandoned |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P05US4 | 20-Jul-17 | 15/655,427 | | 16-Nov-17 | | Abandoned |
| P05US5 | 20-Jul-17 | 15/655,468 | | 2-Nov-17 | | Abandoned |
| P05US6 | 20-Jul-17 | 15/655,513 | | 16-Nov-17 | | Abandoned |
| P05US7 | 20-Jul-17 | 15/655,587 | | 16-Nov-17 | | Abandoned |
| P05US8 | 20-Jul-17 | 15/655,611 | | 16-Nov-17 | | Abandoned |
| P05US9 | 20-Jul-17 | 15/655,640 | | 2-Nov-17 | 9-Jul-19 | Granted |
| P06PRV1 | 13-Apr-15 | 62/146,767 | Method and system for Characterizing Reflux Disease | n/a | n/a | Expired |
| P06PRV2 | 13-Apr-15 | 62/146,818 | Method and system for Characterizing Immune Deficiency Syndrome | n/a | n/a | Expired |
| P06PRV3 | 15-Apr-15 | 62/147,071 | Method and system for Characterizing Colorectal Cancer | n/a | n/a | Expired |
| P06PRV4 | 14-Apr-15 | 62/147,287 | Method and system for Characterizing Multiple Sclerosis | n/a | n/a | Expired |
| P06PRV5 | 14-Apr-15 | 62/147,314 | Method and system for Characterizing Parkinson's Disease | n/a | n/a | Expired |
| P06PRV6 | 14-Apr-15 | 62/147,328 | Method and system for Characterizing Sjogrens Syndrome | n/a | n/a | Expired |
| P06PRV7 | 14-Apr-15 | 62/147,337 | Method and system for Characterizing Stroke | n/a | n/a | Expired |
| P06US | 13-Apr-16 | 15/098,236 | Method and system for microbiome-derived diagnostics and therapeutics for mental health associated conditions | 26-Jan-17 | | Abandoned |
| P06US2 | 3-Aug-17 | 15/668,595 | | 16-Nov-17 | | Abandoned |
| P06US3 | 3-Aug-17 | 15/668,620 | | 14-Dec-17 | | Abandoned |
| P06US4 | 3-Aug-17 | 15/668,636 | | 16-Nov-17 | | Abandoned |
| P06US5 | 3-Aug-17 | 15/668,653 | | 14-Dec-17 | | Abandoned |
| P07PRV1 | 14-Apr-15 | 62/147,102 | Method and system for Characterizing Gout | n/a | n/a | Expired |
| P07PRV2 | 14-Apr-15 | 62/147,321 | Method and system for Characterizing Reactive Arthritis | n/a | n/a | Expired |
| P07PRV3 | 14-Apr-15 | 62/147,324 | Method and system for Characterizing Rheumatoid Arthritis | n/a | n/a | Expired |
| P07PRV4 | 14-Apr-15 | 62/147,287 | Method and system for Characterizing Multiple Sclerosis | n/a | n/a | Expired |
| P07PRV5 | 14-Apr-15 | 62/147,314 | Method and system for Characterizing Parkinson's Disease | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P07US | 13-Apr-16 | 15/098,222 | Method and system for microbiome-derived diagnostics and therapeutics for locomotor system conditions | 8-Sep-16 | 10-Sep-19 | Granted |
| P07US2 | 4-Aug-17 | 15/668,932 | | 14-Dec-17 | | Abandoned |
| P07US3 | 4-Aug-17 | 15/668,956 | | 14-Dec-17 | | Abandoned |
| P07US4 | 17-Aug-17 | 15/679,633 | | 30-Nov-17 | | Abandoned |
| P07US5 | 17-Aug-17 | 15/679,697 | | 28-Dec-17 | | Abandoned |
| P08PRV1 | 13-Apr-15 | 62/146,833 | Method and system for Characterizing Anxiety | n/a | n/a | Expired |
| P08PRV2 | 14-Apr-15 | 62/147,058 | Method and system for Characterizing Chronic Fatigue Syndrome | n/a | n/a | Expired |
| P08PRV3 | 14-Apr-15 | 62/147,077 | Method and system for Characterizing Depression | n/a | n/a | Expired |
| P08PRV4 | 14-Apr-15 | 62/147,202 | Method and system for Characterizing Hashimotos Thyroiditis | n/a | n/a | Expired |
| P08PRV5 | 14-Apr-15 | 62/147,334 | Method and system for Characterizing Sprue | n/a | n/a | Expired |
| P08US | 13-Apr-16 | 15/098,204 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with microbiome functional features | 11-Aug-16 | 12-Sep-17 | Granted |
| P08US2 | 28-Jun-17 | 15/636,015 | | 19-Oct-17 | 23-Jul-19 | Granted |
| P08US3 | 17-Aug-17 | 15/679,821 | | 28-Dec-17 | | Abandoned |
| P09 PRV1 | 13-Apr-15 | 62/146,767 | Method and system for Characterizing Reflux Diseases | n/a | n/a | Expired |
| P09 PRV2 | 13-Apr-15 | 62/146,833 | Method and system for Characterizing Anxiety | n/a | n/a | Expired |
| P09 PRV3 | 14-Apr-15 | 62/147,077 | Method and system for Characterizing Depression | n/a | n/a | Expired |
| P09 PRV4 | 14-Apr-15 | 62/147,304 | Method and system for Characterizing Obesity | n/a | n/a | Expired |
| P09 US | 13-Apr-16 | 15/098,174 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with microbiome taxonomic features | 4-Aug-16 | 23-Apr-19 | Granted |
| P09 US2 | 14-Oct-16 | 15/294,526 | | 9-Feb-17 | | Abandoned |
| P09 US3 | 17-Aug-17 | 15/679,903 | | 28-Dec-17 | | Abandoned |
| P09 US4 | 17-Aug-17 | 15/679,954 | | 28-Dec-17 | | Abandoned |
| P10 PRV1 | 13-Apr-15 | 62/146,818 | Method and system for Characterizing Chronic Fatigue Syndrome | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P10 PRV2 | 14-Apr-15 | 62/147,096 | Method and system for Characterizing Gastric Cancer | n/a | n/a | Expired |
| P10 PRV3 | 14-Apr-15 | 62/147,334 | Method and system for Characterizing Sprue | n/a | n/a | Expired |
| P10 US | 13-Apr-16 | 15/098,110 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for conditions associated with functional features | 11-Aug-16 | 23-Jul-19 | Granted |
| P10 US2 | 16-Nov-17 | 15/815,365 | | 15-Mar-18 | 25-Jun-19 | Granted |
| P10 US3 | 16-Nov-17 | 15/815,622 | | 15-Mar-18 | 20-Aug-19 | Granted |
| P10 US4 | 16-Nov-17 | 15/815,636 | | 15-Mar-18 | 25-Jun-19 | Granted |
| P11 PRV1 | 14-Apr-15 | 62/147,092 | Method and system for Characterizing Coronary Heart Disease | n/a | n/a | Expired |
| P11 PRV2 | 14-Apr-15 | 62/147,217 | Method and system for Characterizing Inflammatory Heart Disease | n/a | n/a | Expired |
| P11 PRV3 | 14-Apr-15 | 62/147,364 | Method and system for Characterizing Valvular Heart Disease | n/a | n/a | Expired |
| P11 PRV4 | 14-Apr-15 | 62/147,304 | Method and system for Characterizing Obesity | n/a | n/a | Expired |
| P11 PRV5 | 14-Apr-15 | 62/147,337 | Method and system for Characterizing Stroke | n/a | n/a | Expired |
| P11 US | 13-Apr-16 | 15/098,081 | | 11-Aug-16 | 5-Sep-17 | Granted |
| P11 US2 | 31-Jul-17 | 15/664,067 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for cardiovascular disease conditions | 16-Nov-17 | | Abandoned |
| P11 US3 | 17-Nov-17 | 15/815,995 | | 3-May-18 | 30-Jul-19 | Granted |
| P11 US4 | 17-Nov-17 | 15/816,041 | | 29-Mar-18 | 9-Jul-19 | Granted |
| P11 US5 | 20-Dec-17 | 15/848,779 | | 17-May-18 | 9-Jul-19 | Granted |
| P11 US6 | 20-Dec-17 | 15/848,824 | | 17-May-18 | 9-Jul-19 | Granted |
| P12PRV1 | 13-Apr-15 | 62/146,789 | Method and system for Characterizing Acne | n/a | n/a | Expired |
| P12PRV2 | 14-Apr-15 | 62/147,083 | Method and system for Characterizing Dermatomyositis | n/a | n/a | Expired |
| P12US | 13-Apr-16 | 15/098,153 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for cutaneous conditions | 11-Aug-16 | 10-Sep-19 | Granted |
| P12US2 | 20-Dec-17 | 15/848,985 | | 3-May-18 | 13-Aug-19 | Granted |
| P12US3 | 20-Dec-17 | 15/849,041 | | 3-May-18 | 16-Jul-19 | Granted |
| P12US4 | 20-Dec-17 | 15/849,110 | | 3-May-18 | 9-Jul-19 | Granted |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P12US5 | 20-Dec-17 | 15/849,186 | | 3-May-18 | 18-Dec-19 | Granted |
| P13PRV | 15-Jun-15 | 62/175,748 | Method and system for Nucleic Acid Sequencing in Characterization of Antibody Binding Behavior | n/a | n/a | Expired |
| P13US | 15-Jun-16 | 15/183,643 | Method and system for sequencing in characterization of antibody binding behavior | 15-Dec-16 | | Pending |
| P13US01 | 15-Jun-16 | 15/183,652 | Method and system for sequencing in characterization of antibody binding behavior | 15-Dec-18 | | Abandoned |
| P14PRV | 30-Jun-15 | 62/186,793 | Method and system for diagnostic testing | n/a | n/a | Expired |
| P14US | 30-Jun-16 | 15/198,818 | Method and system for diagnostic testing | 5-Jan-17 | 17-Sep-19 | Granted |
| P15PRV | 4-Aug-15 | 62/201,001 | Digital Microfluidics System and Method | n/a | n/a | Expired |
| P15PRV2 | 1-Sep-15 | 62/212,998 | Digital Microfluidics System and Method | n/a | n/a | Expired |
| P15US | 4-Aug-16 | 15/228,890 | Digital microfluidics system and method | 9-Feb-17 | | Pending |
| P16PRV | 18-Aug-15 | 62/206,654 | Method and system for multiplex primer design | n/a | n/a | Expired |
| P16US | 18-Aug-16 | 15/240,919 | Method and system for multiplex primer design | 23-Feb-17 | | Abandoned |
| P17 PRV | 13-Jul-16 | 62/361,943 | Method and system for microbial pharmacogenomics | n/a | n/a | Expired |
| P17 US | 13-Jul-17 | 15/649,497 | Method and system for microbial pharmacogenomics | 26-Oct-17 | | Abandoned |
| P19PRV | 16-Sep-16 | 62/395,939 | Method and System for Gut Pathogen Panel Characterizations | n/a | n/a | Expired |
| P19PRV2 | 15-Jun-17 | 62/520,058 | Method and System for Panel Characterizations | n/a | n/a | Expired |
| P19PRV3 | 27-Jun-17 | 62/525,379 | Method and System for Evaluating Microbiome Characteristics | n/a | n/a | Expired |
| P19US | 18-Sep-17 | 15/707,907 | Method and System for Panel Characterizations | 17-May-18 | | Pending |
| P20 PRV1 | 15-Sep-15 | 62/215,917 | Method and System for Characterizing Eczema | n/a | n/a | Expired |
| P20 PRV2 | 25-Apr-16 | 62/327,048 | Method and System for Characterizing Dry Skin | n/a | n/a | Expired |
| P20 PRV3 | 25-Apr-16 | 62/327,089 | Method and System for Characterizing Dandruff | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P20 PRV4 | 25-Apr-16 | 62/327,126 | Method and System for Characterizing Photosensitivity | n/a | n/a | Expired |
| P20 PRV5 | | 62/216,030 | Method and System for Characterizing Pimples | n/a | n/a | abandoned |
| P20 US | 25-Apr-17 | 15/497,072 | Method and System for Characterizing Skin Related Conditions | 10-Aug-17 | 1-Jan-19 | Granted |
| P20 US2 | 31-Dec-18 | 16/237,109 | Method and System for Characterizing Skin Related Conditions | | | Pending |
| P21PRV | 11-Nov-16 | 62/420,733 | Method and System for Fragment Assembly and Sequence Identification | n/a | n/a | Expired |
| P21PRV2 | 21-Nov-16 | 62/424,843 | Method and System for Fragment Assembly and Sequence Identification | n/a | n/a | Expired |
| P21US | 13-Nov-17 | 15/811,544 | Method and System for Fragment Assembly and Sequence Identification | 17-May-18 | 9-Apr-19 | Granted |
| P21US2 | 5-Apr-19 | 16/376,355 | Method and System for Fragment Assembly and Sequence Identification | 1-Aug-19 | | Pending |
| P22PRV | 27-Sep-16 | 62/400,401 | Method and System for Crispr-Based Library Preparation and Sequencing | n/a | n/a | Expired |
| P22US | 27-Sep-17 | 15/717,807 | Method and System for Crispr-Based Library Preparation and Sequencing | 29-Mar-18 | | Pending |
| P23 PRV | 9-Dec-15 | 62/265,077 | Method and System for Characterization of Clostridium Difficile Associated Conditions | n/a | n/a | Expired |
| P23 US | 9-Dec-16 | 15/374,890 | Method and System for Characterization of Clostridium Difficile Associated Conditions | 17-Aug-17 | | Abandoned |
| P24PRV | 21-Nov-16 | 62/424,717 | Method and System for Characterizing Migraine | n/a | n/a | Expired |
| P24US | 21-Nov-17 | 15/819,190 | Method and System for Characterizing a Headache-Related Condition | 12-Apr-18 | 20-Aug-19 | Granted |
| P26 PRV1 | 7-Mar-16 | 62/304,642 | Method and System for Characterizing Gingivitis | n/a | n/a | Expired |
| P26 PRV2 | 7-Mar-16 | 62/304,645 | Method and System for Characterizing Halitosis | n/a | n/a | Expired |
| P26 US | 7-Mar-17 | 15/452,529 | Method and system for characterizing mouth-associated conditions | 22-Jun-17 | 2-Apr-19 | Granted |
| P26 US2 | 29-Mar-19 | 16/369,834 | Method and system for characterizing mouth-associated conditions | | | Pending |
| P27PRV1 | 15-Dec-16 | 62/434,881 | Method and system for characterizing wheat Allergy Microorganisms-Associated | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P27PRV2 | 15-Dec-16 | 62/434,894 | Method and system for characterizing Treenut Allergy-Associated-Microorganisms | n/a | n/a | Expired |
| P27PRV3 | 15-Dec-16 | 62/434,902 | Method and system for characterizing Shellfish Allergy-Associated-Microorganisms | n/a | n/a | Expired |
| P27PRV4 | 15-Dec-16 | 62/434,912 | Method and system for characterizing Soy Allergy-Associated-Microorganisms | n/a | n/a | Expired |
| P27PRV5 | 15-Dec-16 | 62/434,917 | Method and system for characterizing Peanut Allergy-Associated-Microorganisms | n/a | n/a | Expired |
| P27PRV6 | 15-Dec-16 | 62/434,923 | Method and system for characterizing Egg Allergy-Associated-Microorganisms With Food Habits and Diet | n/a | n/a | Expired |
| P27PRV7 | 11-Sep-17 | 62/556,968 | Method and System for Characterizing Cluster 1 allergy-associated-microorganisms: Wheat allergy and egg allergy. | n/a | n/a | Expired |
| P27PRV8 | 11-Sep-17 | 62/557,423 | Method and System for Characterizing Cluster 1 allergy-associated-microorganisms: Wheat allergy and egg allergy. | n/a | n/a | Expired |
| P27cPRV9 | 28-Sep-17 | 62/564,777 | Method and System for Characterizing Cluster 2 allergy-associated-microorganisms: Treenut allergy, peanut allergy, shellfish allergy and soy allergy | n/a | n/a | Expired |
| P27US | 15-Dec-17 | 15/844,360 | Method and System for Characterizing Allergy-Related Conditions Associated with Microorganisms | 26-Apr-18 | 13-Aug-19 | Granted |
| P28 PRV1 | 15-Dec-16 | 62/434,948 | Method and System for Characterizing Associated-Microorganisms for Two Diet Sets: Vegetarian & Vegan Diet Vs Omnivores & Raw Meat Eaters | n/a | n/a | Expired |
| P28 PRV2 | 15-Dec-16 | 62/434,952 | Method and System for Characterizing Associated-Microorganisms for Two Diet Sets: Lowcarb Diet Vs Omnivores & Raw Meat Eaters | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P28 PRV3 | 15-Dec-16 | 62/434,959 | Method and System for Characterizing Associated-Microorganisms for Two Diet Sets: Lowcarb Diet Vs Vegetarian & Vegans | n/a | n/a | Expired |
| P28 PRV4 | 15-Dec-16 | 62/434,978 | Method and System for Characterizing Associated-Microorganisms for Two Diet Sets: Dairy Free & Gluten Free Diet Vs Omnivores | n/a | n/a | Expired |
| P28 PRV5 | 15-Dec-16 | 62/434,995 | Method and System for Characterizing Associated-Microorganisms for Two Diet Sets: Dairy Free & Gluten Free Diet Vs Vegetarian | n/a | n/a | Expired |
| P28 PRV6 | 15-Dec-16 | 62/434,999 | Method and System for Characterizing Diabetes-Associated-Microorganisms with Food Habits & Diet | n/a | n/a | Expired |
| P28 PRV7 | 15-Dec-16 | 62/435,006 | Method and System for Characterizing Lactose & Fermented Food Tolerance Associated-Microorganisms | n/a | n/a | Expired |
| P28 PRV8 | 15-Dec-16 | 62/435,013 | Method and System for Characterizing Microorganisms-Associated Dairy Allergies | n/a | n/a | Expired |
| P28 US | 15-Dec-17 | 15/844,139 | Method and System for Characterizing Diet-Related Conditions | 3-May-18 | 18-Jun-19 | Granted |
| P29 PRV1 | 16-Dec-16 | 62/435,167 | Method and System for Characterizing Caffeine Consumption Associated-Microorganisms | n/a | n/a | Expired |
| P29 PRV2 | 16-Dec-16 | 62/435,170 | Method and System for Characterizing Cancer-Associated-Microorganisms | n/a | n/a | Expired |
| P29 PRV3 | 16-Dec-16 | 62/435,178 | Method and System for Characterizing Anemia-Associated-Microorganisms | n/a | n/a | Expired |
| P29 PRV4 | 16-Dec-16 | 62/435,184 | Method and System for Characterizing Alcohol Consumption Associated-Microorganisms | n/a | n/a | Expired |
| P29 PRV5 | 16-Dec-16 | 62/435,246 | Method and System for Characterizing Extreme Physical Exercises Associated-Microorganisms | n/a | n/a | Expired |
| P29 PRV6 | 16-Dec-16 | 62/435,263 | Method and System for Characterizing Moderate Physical Exercises Associated-Microorganisms | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P29 PRV7 | 16-Dec-16 | 62/435,299 | Method and System for Characterizing Menopause Associated-Microorganisms | n/a | n/a | Expired |
| P29 PRV8 | 16-Dec-16 | 62/435,316 | Method and System for Characterizing Probiotics-Associated-Microorganisms With foods Habits and Diet | n/a | n/a | Expired |
| P29 PRV9 | 16-Dec-16 | 62/435,332 | Method and System for Characterizing Lyme Disease-Associated-Microorganisms | n/a | n/a | Expired |
| P29 US | 18-Dec-17 | 15/845,190 | Method and System for Characterizing Microorganism-Related Conditions | 3-May-18 | 30-Jul-19 | Granted |
| P30PRV | 7-Mar-17 | 62/468,286 | Therapeutic & Diagnostics Compositions Targeting Toll-Like Receptors and Methods Thereof | n/a | n/a | Expired |
| P30PRV2 | 25-Jul-17 | 62/536,924 | Therapeutic & Diagnostics Compositions Targeting Toll-Like Receptors and Methods Thereof | n/a | n/a | Expired |
| P30US | 7-Mar-18 | 15/914,925 | Therapeutic & Diagnostics Compositions Targeting Toll-Like Receptors and Methods Thereof | 1-Nov-18 | | Pending |
| P31PRV | 20-Jun-17 | 62/522,293 | Unique Molecular Identifiers in Library Preparation for NGS | n/a | n/a | Pending |
| P31US | 20-Jun-18 | 16/013,858 | Method and system for library preparation with unique molecular identifiers | 20-Dec-18 | | Abandoned |
| P32PRV | 2-Jun-17 | 62/514,356 | Method and System for Characterizing Microorganism-Associated Sleep Quality | n/a | n/a | Expired |
| P32PRV2 | 5-Jun-17 | 62/515,396 | Method and System for Characterizing Sleep Quality Microorganism-Associated | n/a | n/a | Expired |
| P32US | 4-Jun-18 | 15/997,654 | Method and System for Characterizing Microorganism-Associated Sleep-Related Conditions | 4-Jun-18 | 27-Aug-19 | Granted |
| P33PRV | 18-Jul-17 | 62/533,816 | Method and System for Characterizing Microorganism-Associated Appendix Conditions Diagnosis and Treatment | n/a | n/a | Pending |
| P33US | 18-Jul-2018 | 16/039,276 | Method and system for characterization for appendix-related conditions associated with microorganisms | 29-Nov-18 | | Pending |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P34 PRV | 14-Aug-17 | 62/545,039 | Method and System for Characterizing Skin Related Conditions | n/a | n/a | Pending |
| P35cPRV1 | 14-Aug-17 | 62/545,056 | Choline Lyase Enzyme Targeted Drugs for Diagnostic and Treatment of Diseases | n/a | n/a | Expired |
| P35cPRV2 | 14-Aug-17 | 62/545,065 | Rieske-Type Oxigenase/Reductase Targeted Drugs for Diagnostic and Treatment of Diseases | n/a | n/a | Expired |
| P35US | 14-Aug-18 | 16/103,830 | Rieske-type oxygenase/reductase targeted drugs for diagnostic and treatment of diseases | 14-Feb-19 | | Abandoned |
| P36PRV | 28-Aug-17 | 62/551,155 | Method and system for Vaginal Panel Characterizations | n/a | n/a | Expired |
| P36US | 28-Aug-18 | 16/115,542 | Method and system for characterization for female reproductive system-related conditions associated with microorganisms | 14-Mar-19 | | Pending |
| P37 cPRV | 28-Aug-17 | 62/551,157 | Flask Plug | n/a | n/a | Pending |
| P37 US | 28-Aug-18 | 16/115,536 | Device for protecting and sealing the opening of a container | 28-Feb-19 | | Pending |
| P38 PRV | 6-Sep-17 | 62/554,985 | Signature of the Nose Microbiome Across Geographical and Temporal Changes | n/a | n/a | Expired |
| P38 US | 06-Sep-18 | 16/124,108 | Nasal-related characterization associated with the nose microbiome | 17-Jan-19 | | Abandoned |
| P39 PRV | 8-Sep-17 | 62/555,782 | Three steep PCR for Normalized Library Preparation for Next Generation Sequencing | n/a | n/a | Expired |
| P39 US | 07-Sep-18 | 16/125,619 | Normalization for sequencing libraries | 14-Mar-19 | | Abandoned |
| P40PRV | 14-Sep-17 | 62/558,489 | Method to Calculate an Association Significance Index Between Health Condition and Taxa | n/a | n/a | Expired |
| P40US | 14-Sep-18 | 16/132,195 | Microorganism-related significance index metrics | 14-Mar-19 | | Abandoned |
| P41 PRV | 9-Oct-17 | 62/569,853 | Single Molecule Sequencing and Unique Molecular Identifiers to Characterize Nucleic Acid Sequences | n/a | n/a | Expired |
| P41 US | 11-Oct-18 | 16/155,729 | Single Molecule Sequencing and Unique Molecular Identifiers to Characterize Nucleic Acid Sequences | 9-May-19 | | Abandoned |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P42 PRV | 6-Nov-17 | 62/582,162 | Precision Sequencing Method and System | n/a | n/a | Expired |
| P42 PRV2 | 14-May-18 | 62/671,410 | Normalization method by using magnetic fields and device | n/a | n/a | Expired |
| P43 PRV | 6-Nov-17 | 62/582,172 | Microbiome Profile Metrics Based on the Inclusion of replicates of Biological Control Samples | n/a | n/a | Expired |
| P43 US | 6-Nov-18 | 16/182,482 | Control processes for microorganism-related characterization processes | 9-May-19 | | Pending |
| P44 cPRV | 6-Nov-17 | 62/582,191 | Disease-Associated Microbiome Characterization Process | n/a | n/a | Expired |
| P44 US | 27-Jul-18 | 16/047,840 | Disease-associated microbiome characterization process | 14-Feb-19 | | Pending |
| P45 PRV | 13-Nov-17 | 62/585,131 | A New Sequencing Based women's Health Assay Combining Self-Sampling, HPV Detection and Genotyping, STI Detection, and Vaginal Microbiome Analysis | n/a | n/a | Expired |
| P45 PRV2 | 5-Apr-18 | 62/653,402 | A novel sequencing-based women's health assay combining self-sampling, hpv detection and genotyping, sti detection, and vaginal microbiome analysis | n/a | n/a | Expired |
| P45 PRV3 | 7-Dec-18 | 62776852 | A novel sequencing-based vaginal health assay combining self-sampling, HPV 2 detection and genotyping, STI detection, and vaginal microbiome analysis | n/a | n/a | Expired |
| P46 PRV | 9-Sep-15 | 62/215,891 | Method and system for Characterizing Antibiotic Usage | n/a | n/a | Expired |
| P46 US | 13-Sep-18 | 16/084,941 | Method and system for microbiome-derived diagnostics and therapeutics infectious disease and other health conditions associated with antibiotic usage | 4-Apr-19 | | Pending |
| P47 PRV | 9-Sep-15 | 62/215,900 | Method and system for Characterizing Constipation | n/a | n/a | Expired |
| P47 PRV2 | 9-Sep-15 | 62/215,912 | Method and system for Characterizing Diarrhea | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P47 PRV3 | 9-Sep-15 | 62/216,086 | Method and system for Characterizing Hemorrhoids | n/a | n/a | Expired |
| P47 PRV4 | 9-Sep-15 | 62/216,049 | Method and system for Characterizing Stomach Gas and Bloating | n/a | n/a | Expired |
| P47 PRV5 | 9-Sep-15 | 62/216,023 | Method and system for Characterizing Lactose Intolerance | n/a | n/a | Expired |
| P47 PRV6 | 9-Sep-15 | 62/215,892 | Method and system for Characterizing Bloody Stool | n/a | n/a | Expired |
| P47 US | 13-Sep-18 | 16/084,946 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with gastrointestinal health | 21-Mar-19 | | Pending |
| P48 PRV | 9-Sep-15 | 62/216,082 | Method and system for Characterizing Bacterial Vaginosis | n/a | n/a | Expired |
| P48 US | 13-Sep-18 | 16/084,945 | Method and system for microbiome-derived diagnostics and therapeutics for bacterial vaginosis | | | Pending |
| P49 PRV | 9-Sep-15 | 62/215,909 | Method and system for Characterizing Dental Decay | n/a | n/a | Expired |
| P49 PRV2 | 9-Sep-15 | 62/215,924 | Method and system for Characterizing Gingivitis | n/a | n/a | Expired |
| P49 US | 13-Sep-18 | 16/084,947 | Method and system for microbiome-derived diagnostics and therapeutics for oral health | 6-Jun-19 | | Pending |
| P50 PRV | 9-Sep-15 | 62/216,002 | Method and system for Characterizing Hyperthyroidism | n/a | n/a | Expired |
| P50 US | 13-Sep-18 | 16/084,962 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with thyroid health issues | 21-Mar-19 | | Pending |
| P51 PRV | 9-Sep-15 | 62/216,042 | Method and system for Characterizing Sinusitis | n/a | n/a | Expired |
| P51 PRV2 | 9-Sep-15 | 62/216,016 | Method and system for Characterizing Insomnia | n/a | n/a | Expired |
| P51 PRV3 | 9-Sep-15 | 62/216,028 | Method and system for Characterizing Light Sleep | n/a | n/a | Expired |
| P51 PRV4 | 9-Sep-15 | 62/215,939 | Method and system for Characterizing Headaches | n/a | n/a | Expired |
| P51 PRV5 | 9-Sep-15 | 62/216,035 | Method and system for Characterizing Poor Concentration | n/a | n/a | Expired |
| P51 US | 13-Sep-18 | 16/084,965 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with cerebro-craniofacial health | 11-Jul-19 | | Pending |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P52 PRV | 9-Sep-15 | 62/215,917 | Method and system for Characterizing Eczema | n/a | n/a | Expired |
| P52 US | 13-Sep-18 | 16/084,964 | Method and system for microbiome-derived diagnostics and therapeutics for eczema | 9-May-19 | | Pending |
| P53PRV | 15-May-18 | 62/671,971 | Method and System for Panel Characterizations | n/a | n/a | Expired |
| P54PRV1 | 2-Mar-18 | 62/637959 | High-throughput Particle Handling Through Direct interaction to a Dimensional Space Driver, by Use of Magnetic Fields | n/a | n/a | Expired |
| P54PRV2 | 19-Mar-18 | 62/645091 | Magnetic Field-Based Nucleic Acid Manipulation And/Or Extraction | n/a | n/a | Expired |
| P55 PRV | 16-Mar-18 | 62/644,347 | Machine Learning and Artificial Intelligence Applications for Precision Medicine Solutions | n/a | n/a | Expired |
| P56PRV | 16-Apr-18 | 62/658308 | Cross-phenotype correlations reveal role of microbiome on disease pleiotropy | n/a | n/a | Expired |
| P57PRV | 9-May-18 | 62/669328 | Platform for microbiome identification, genetic determinant detection, and virulence gene detection by NGS | n/a | n/a | Expired |
| P58PRV | 15-May-18 | 62/671435 | Measures of reproducibility in sampling and laboratory processing methods in high-throughput microbiome analysis | n/a | n/a | Expired |
| P59PRV | 2-June-18 | 62/679783 | Metabolism Predictor Tool | n/a | n/a | Expired |
| P59PRV2 | 2-June-18 | 62/679785 | Metabolism Explorer | n/a | n/a | Expired |
| P59PRV3 | 2-June-18 | 62/679787 | Vitamins Explorer | n/a | n/a | Expired |
| P60PRV | 22-June-18 | 62/688978 | NGS detection and absolute quantitation of molecules with oligonucleotide-tagged binding proteins | n/a | n/a | Expired |
| P60PRV2 | 25-January-19 | 62/797165 | Beyond nucleic acid detection: DNA-LISA | n/a | n/a | Expired |
| P61PRV | 3-July-18 | 62/693826 | Gut Barrier | n/a | n/a | Expired |
| P62PRV | 26-July-18 | 62/703770 | Diagnostics and detection of colorectal cancer and microorganisms associated elements | n/a | n/a | Expired |
| P62PRV2 | 11-September-18 | 62729848 | Biomarkers for colorectal cancer | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P63PRV | 27-July-18 | 62/711388 | Gluten explorer for gluten sensitivity | n/a | n/a | Expired |
| P64PRV | 2-August-18 | 62/714061 | Inflammation Explorer | n/a | n/a | Expired |
| P65PRV | 2-August-18 | 62/714065 | Gluten explorer for gluten sensitivity | n/a | n/a | Expired |
| P66PRV | 13-August-18 | 62/718333 | High resolution profiling of microbial communities combining different regions of the gene of interest | n/a | n/a | Expired |
| P67PRV | 13-August-18 | 62718340 | Alternative methods for 16S annotation | n/a | n/a | Expired |
| P68PRV | 13-August-18 | 62718343 | Benchmark of metagenomics sequence classification tools using in silico generated mock communities | n/a | n/a | Expired |
| P69PRV | 22-August-18 | 62721034 | Bacterial taxa and enzyme function abundances in the human gut correlate with lactose tolerance | n/a | n/a | Expired |
| P70PRV | 13-August-18 | 62718344 | Design of agonists TLR2 peptides derived from the gut microbiota to be used as new therapeutics drugs | n/a | n/a | Expired |
| P71PRV | 22-August-18 | 62721041 | Healthy Weight Explorer | n/a | n/a | Expired |
| P72PRV | 30-August-18 | 62724928 | Artificial Sweeteners Explorer | n/a | n/a | Expired |
| P73PRV | 6-September-18 | 62727540 | CRISPR-based capture and enrichment of nucleic acids | n/a | n/a | Expired |
| P74PRV | 6-September-18 | 62727975 | Metagenomic Library Preparation | n/a | n/a | Expired |
| P75PRV | 6-September-18 | 62727980 | Microbial diversity explorer | n/a | n/a | Expired |
| P76PRV | 6-September-18 | 62727987 | Probiotic bacteria explorer | n/a | n/a | Expired |
| P77PRV | 13-September-18 | 62731019 | System for personal health information (phi) data obfuscation | n/a | n/a | Expired |
| P78PRV | 27-September-18 | 62737108 | Xenobiotics Metabolism | n/a | n/a | Expired |
| P79PRV | 27-September-18 | 62737837 | Point of Care Microorganism-Associated Characterization Method and System | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P80PRV | 28-September-18 | 62737920 | On-demand sampling kit delivery and logistic method | n/a | n/a | Expired |
| P80PRV2 | 5-November-18 | 62756054 | Fulfillment for On-demand sampling kit delivery | n/a | n/a | Expired |
| P81PRV | 28-September-18 | 62737922 | Automatic on-demand sampling kit delivery and logistic method | n/a | n/a | Expired |
| P82PRV | 28-September-18 | 62738844 | Epitope-based approach method, system, and therapeutic compositions | n/a | n/a | Expired |
| P83PRV | 28-September-18 | 62738857 | Epitope-based approach for a HPV treatment and detection method, system, and therapeutic compositions | n/a | n/a | Expired |
| P84PRV | 1-October-18 | 62739846 | Personalized Nutrition: The microbiome as a key modulator in nutrition | n/a | n/a | Expired |
| P85PRV | 3-October-18 | 62740896 | Decapper tool of sample containers for custom robotic system | n/a | n/a | Expired |
| P86PRV | 3-October-18 | 62740900 | Scanner for multi-sample container plate | n/a | n/a | Expired |
| P87PRV | 3-October-18 | 62740425 | CRISPR-Related Microbiome Modulation for Modifying Antibiotic Resistance | n/a | n/a | Expired |
| P88PRV | 5-October-18 | 62741860 | Encyclopedia: Colorectal Cancer | n/a | n/a | Expired |
| P89PRV | 5-October-18 | 62741889 | Epitope-based approach as a health associated condition treatment and detection method | n/a | n/a | Expired |
| P89PRV2 | 5-October-18 | 62741954 | Epitope-based approach for a HPV treatment and detection method, system, and therapeutic compositions | n/a | n/a | Expired |
| P89PRV3 | 25-January-19 | 62797167 | EPITOPE-BASED APPROACH FOR A HPV6 TREATMENT AND DETECTION METHOD, SYSTEM, AND THERAPEUTIC COMPOSITIONS | n/a | n/a | Expired |
| P89PRV4 | 25-January-19 | 62797171 | EPITOPE-BASED APPROACH FOR A HPV11 TREATMENT AND DETECTION METHOD, SYSTEM, AND THERAPEUTIC COMPOSITIONS | n/a | n/a | Expired |
| P89PRV5 | 25-January-19 | 62797173 | EPITOPE-BASED APPROACH FOR A HPV16 TREATMENT AND DETECTION METHOD, SYSTEM, AND THERAPEUTIC COMPOSITIONS | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P89PRV6 | 25-January-19 | 62797175 | EPITOPE-BASED APPROACH FOR A HPV18 TREATMENT AND DETECTION METHOD, SYSTEM, AND THERAPEUTIC COMPOSITIONS | n/a | n/a | Expired |
| P90PRV | 10-October-18 | 62743688 | Welcome to you and your 39 trillion bacteria: microbiome analysis in health and disease | n/a | n/a | Expired |
| P91PRV | 19-October-18 | 62748033 | Mining large-scale datasets for new insights: from Microbiome studies to Drug Discovery | n/a | n/a | Expired |
| P91PRV2 | 30-November-18 | 62773411 | How do we make the microbiome accessible and useful? | n/a | n/a | Expired |
| P92PRV | 19-October-18 | 62748045 | Identification of TMA-producing enzymes by sequence similarity networks and metagenomics validation. | n/a | n/a | Expired |
| P93PRV | 19-October-18 | 62748058 | Method and System for Vaginal Panel Characterizations (SmartJane v3) | n/a | n/a | Expired |
| P93PRV2 | 12-November-18 | 62759964 | A novel vaginal health assay that combines HPV detection and genotyping, STI detection, and vaginal microbiome analysis in a self-sampling format | n/a | n/a | Expired |
| PRV3 | 20-February-19 | 62807761 | Improved Methods and System for Diagnostics and/or Treatment for Cancer-Related Conditions associated with HPV infection | n/a | n/a | Expired |
| P94PRV | 19-October-18 | 62748065 | Method and System for Panel Characterizations (SmartGut v3) | n/a | n/a | Expired |
| P95PRV | 26-October-18 | 62751382 | Bioinformatics as the main protagonist of the microbiome field | n/a | n/a | Expired |
| P96PRV | 29-October-18 | 62752307 | Determining severity of disease | n/a | n/a | Expired |
| P97PRV | 29-October-18 | 62752310 | Decapper device with head replacer | n/a | n/a | Expired |
| P98PRV | 29-October-18 | 62752313 | Method and system for nasal and respiratory system microbiome characterization | n/a | n/a | Expired |
| P99PRV | 29-October-18 | 62752316 | Peptide Inhibitors against Fusobacterium nucleatum | n/a | n/a | Expired |
| P100PRV | 6-November-18 | 62756524 | High resolution profiling of microbial communities through novel approach of taxonomic mapping | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P101PRV | 6-November-18 | 62756557 | Challenges and approaches on the 16S annotation: A big picture of uBiome Explorer database | n/a | n/a | Expired |
| P102PRV | 6-November-18 | 62756559 | Benchmark of metagenomics sequence classification tools using in silico generated mock communities | n/a | n/a | Expired |
| P103PRV | 6-November-18 | 62756564 | Design of agonists TLR2 peptides derived from the gut microbiota to be used as new therapeutics drugs | n/a | n/a | Expired |
| P104PRV | 6-November-18 | 62756566 | Bacterial taxa and enzyme function abundances in the human gut correlate with lactose tolerance | n/a | n/a | Expired |
| P105PRV | 9-November-18 | 62757463 | Variations associated with Phenotype | n/a | n/a | Expired |
| P106PRV | 9-November-18 | 62757469 | Detection and Characterization of Analytes and Targets at Suitable Concentration | n/a | n/a | Expired |
| P107PRV | 9-November-18 | 62757473 | Identification of cell-type and/or Common Mutations | n/a | n/a | Expired |
| P108PRV | 9-November-18 | 62757481 | Phage Metagenome Assembly | n/a | n/a | Expired |
| P109PRV | 9-November-18 | 62757487 | Hi-C Metagenomics for Genome Reconstruction | n/a | n/a | Expired |
| P110PRV | 9-November-18 | 62757493 | Cell Free Sequencing | n/a | n/a | Expired |
| P111PRV | 9-November-18 | 62757496 | Diagnostics and/or Treatment Associated With Antibiotics | n/a | n/a | Expired |
| P112PRV | 12-November-18 | 62759975 | Alcohol Explorer | n/a | n/a | Expired |
| P113PRV | 16-November-18 | 62768427 | Construction methodology for custom tools to be integrated in custom robotic systems | n/a | n/a | Expired |
| P114PRV | 19-November-18 | 62769118 | Custom robotic system (crs) as a liquid and sample handling system | n/a | n/a | Expired |
| P115PRV | 19-November-18 | 62769129 | Needle tool for sample-handling robotic systems | n/a | n/a | Expired |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P116PRV | 19-November-18 | 62769135 | Fluid management device for sample-handling robotic systems | n/a | n/a | Expired |
| P117PRV | 19-November-18 | 62769155 | Sleep Quality Explorer | n/a | n/a | Expired |
| P118PRV | 19-November-18 | 62769157 | Genomic samples process monitoring based on automated visual tools for measurement of sequencing parameters | n/a | n/a | Expired |
| P119PRV | 19-November-18 | 62769148 | Compact sampling kit | n/a | n/a | Expired |
| P120PRV | 23-November-18 | 62770919 | Alcohol Metabolism Explorer | n/a | n/a | Expired |
| P121PRV | 6-December-18 | 62776367 | MULTI-CHANNEL FLUID SUPPLIER FOR SAMPLE-HANDLING ROBOTIC SYSTEM | n/a | n/a | Expired |
| P122PRV | 6-December-18 | 62776364 | MULTI-SIZE PLATE DISPENSER TOOL FOR SAMPLE-HANDLING ROBOTIC SYSTEM | n/a | n/a | Expired |
| P123PRV | 6-December-18 | 62776369 | TMA Explorer | n/a | n/a | Expired |
| P123PRV2 | 31-January-19 | 62799294 | TMA Explorer | n/a | n/a | Expired |
| P124PRV | 7-December-18 | 62776859 | WELLNESS KIT | n/a | n/a | Expired |
| P125PRV | 13-December-18 | 62779415 | Identification Process for Microbiome Surfome Proteins Involved in Disease Conditions of the Host | n/a | n/a | Expired |
| P126PRV | 17-December-18 | 62780759 | Automatic standardization pipeline for data analysis | n/a | n/a | Expired |
| P127PRV | 7-January-19 | 62788955 | METHOD AND SYSTEM TO TARGET BACTERIA WITH ANTIBACTERIAL COMPOUNDS FROM THE MICROBIOTA | n/a | n/a | Pending |
| P128PRV | 7-January-19 | 62788957 | METHOD AND SYSTEM FOR PROTECTING CELL JUNCTIONS PROTEINS OF INTESTINAL EPITHELIUM | n/a | n/a | Pending |
| P129PRV | 7-January-19 | 62788958 | METHOD AND SYSTEM FOR TARGETING MICROBIOTA PROTEINS MIMICKING HOST PROTEINS | n/a | n/a | Pending |

| Reference No. | Filing Date | Application Number | Title | Publication Date | Issue Date | Status |
|---|---|---|---|---|---|---|
| P130PRV | 6-January-19 | 62788939 | Small molecules as Inhibitors of HpHtRA protein in Helicobacter pylori | n/a | n/a | Pending |
| P131PRV | 7-January-19 | 62788953 | CagA inhibitors associated with H. Pylori and/or gastric cancer | n/a | n/a | Pending |
| P132PRV | 20-February-19 | 62807760 | Systems and Methods for Microbiome Modulation | n/a | n/a | Pending |
| P133PRV | 20-February-19 | 62808304 | Method and system for microbiome-derived companion diagnostics | n/a | n/a | Pending |
| P134PRV | 13-March-19 | 62817564 | Epitope-based approach for virulence factors and/or food allergy treatments and detection methods, systems, and/or therapeutics compositions | n/a | n/a | Pending |
| P135PRV | 13-March-19 | 62817621 | Epitope-based approach as a detection and/or treatment method, system, and/or therapeutic composition for peanuts allergy and/or related dietary food | n/a | n/a | Pending |
| P136PRV | 26-March-19 | 62824095 | UNLOCKING THE MICROBIOME FOR NEW OPPORTUNITIES IN DRUG DISCOVERY | n/a | n/a | Pending |
| P137PRV | 29-March-19 | 62826469 | Selection of candidate bacteria for use as Live Biotherapeutics (LBP) for antibiotic recovery treatment | n/a | n/a | Pending |
| P138PRV | 29-March-19 | 62826479 | Antibacterial Compounds Platform | n/a | n/a | Pending |
| P139PRV | 29-March-19 | 62826497 | Platform for selection of microorganisms for phage for treatment of conditions | n/a | n/a | Pending |
| P140PRV | 29-March-19 | 62826505 | Platform for selection of microorganisms for Live Biotherapeutics (LBPs) for treatment of conditions | n/a | n/a | Pending |
| P141PRV | 29-March-19 | 62826515 | Bacterial Metabolites Inhibitors Platform | n/a | n/a | Pending |
| P142PRV | 2-April-19 | 62828074 | Design of inhibitors of Crohn's Disease-Associated I2 Superantigen and MHC-II | n/a | n/a | Pending |
| P143PRV | 11-April-19 | 62832811 | UNLOCKING THE MICROBIOME FOR NEW OPPORTUNITIES IN DRUG DISCOVERY | n/a | n/a | Pending |

## 2. PCT Applications

| Reference No. | Filing Date | PCT Application No. | Title | Publication Date | Status |
|---|---|---|---|---|---|
| P01WO | 9-Jan-15 | PCT/US15/10824 | Method and system for microbiome analysis | 30-Jul-15 | Expired |
| P02WO | 21-Oct-15 | PCT/US15/56767 | Method and system for microbiome-derived diagnostics and therapeutics | 28-Apr-16 | Expired |
| P03WO | 13-April-16 | PCT/US16/27312 | Method and system for microbiome-derived diagnostics and therapeutics for neurological health issues | 20-Oct-16 | Expired |
| P04WO | 13-April-16 | PCT/US16/27371 | Method and system for microbiome-derived diagnostics and therapeutics for autoimmune system conditions | 20-Oct-16 | Expired |
| P05WO | 13-April-16 | PCT/US16/27378 | Method and system for microbiome-derived diagnostics and therapeutics for endocrine system conditions | 20-Oct-16 | Expired |
| P06WO | 13-April-16 | PCT/US16/27365 | Method and system for microbiome-derived diagnostics and therapeutics for mental health associated conditions | 20-Oct-16 | Expired |
| P07WO | 13-April-16 | PCT/US16/27360 | Method and system for microbiome-derived diagnostics and therapeutics for locomotor system conditions | 20-Oct-16 | Expired |
| P08WO | 13-April-16 | PCT/US16/27359 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with microbiome functional features | 20-Oct-16 | Expired |
| P09WO | 13-April-16 | PCT/US16/27357 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with microbiome taxonomic features | 20-Oct-16 | Expired |
| P10WO | 13-April-16 | PCT/US16/27349 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for conditions associated with functional features | 20-Oct-16 | Expired |

| Reference No. | Filing Date | PCT Application No. | Title | Publication Date | Status |
|---|---|---|---|---|---|
| P11WO | 13-April-16 | PCT/US16/27341 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for cardiovascular disease conditions | 20-Oct-16 | Expired |
| P12WO | 13-April-16 | PCT/US16/27355 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for cutaneous conditions | 20-Oct-16 | Expired |
| P13WO | 15-Jun-16 | PCT/US16/37695 | Method and system for sequencing in characterization of antibody binding behavior | 22-Dec-16 | Expired |
| P14WO | 30-Jun-16 | PCT/US16/40411 | Method and system for diagnostic testing | 5-Jan-17 | Expired |
| P17WO | 13-July-17 | PCT/US17/42015 | Method and system for microbial pharmacogenomics | 18-Jan-18 | Expired |
| P19WO | 18-Sept-17 | PCT/US17/52098 | Method and system for panel characterizations | 22-Mar-18 | Expired |
| P20WO | 25-Apr-17 | PCT/US17/29470 | Method and system for characterizing skin related conditions | 2-Nov-17 | Expired |
| P21WO | 13-Nov-17 | PCT/US17/61404 | Method and system for fragment assembly and sequence identification. | 15-May-18 | Expired |
| P22WO | 27-Sep-17 | PCT/US17/53822 | Method and system for crispr-based library preparation and sequencing. | 5-Apr-18 | Expired |
| P23WO | 9-Dec-16 | PCT/US16/065993 | Method and system for characterization of clostridium difficile associated conditions. | 15-Jun-17 | Expired |
| P24WO | 21-Nov-17 | PCT/US17/62720 | Method and system for characterizing a headache-related condition. | 24-May-18 | Expired |
| P26WO | 7-March-17 | PCT/US17/21202 | Method and system for characterizing mouth-associated conditions | 14-Sep-17 | Expired |
| P27WO | 15-Dec-17 | PCT/US17/66866 | Method and system for characterizing allergy-related conditions associated with microorganisms | 21-Jun-18 | Expired |
| P28WO | 15-Dec-17 | PCT/US17/66836 | Method and system for characterizing diet-related conditions. | 21-Jun-18 | Expired |

| Reference No. | Filing Date | PCT Application No. | Title | Publication Date | Status |
|---|---|---|---|---|---|
| P29WO | 18-Dec-17 | PCT/US17/67003 | Method and system for characterizing microorganism-related conditions. | 21-Jun-18 | Expired |
| P30WO | 7-March-18 | PCT/US18/21404 | Therapeutic & diagnostics compositions targeting toll-like receptors and methods thereof. | 13-Sep-18 | Expired |
| P31WO | 20-Jun-18 | PCT/US18/038628 | Method and system for library preparation with unique molecular identifiers | 27-Dec-18 | Pending |
| P32WO | 4-Jun-18 | PCT/US18/35912 | Method and system for characterizing microorganism-associated sleep-related conditions | 6-Dec-18 | Pending |
| P33WO | 18-Jul-18 | PCT/US18/42773 | Method and system for characterization for appendix-related conditions associated with microorganisms | 24-Jan-19 | Pending |
| P35WO | 14-Aug-18 | PCT/US18/046764 | Targeted drugs associated with trimethylamine and/or trimethylamine-n-oxide | 21-Feb-19 | Pending |
| P36WO | 28-Aug-18 | PCT/US18/48412 | Method and system for characterization for female reproductive system-related conditions associated with microorganisms | 7-Mar-19 | Pending |
| P37WO | 28-Aug-18 | PCT/US18/48410 | Device for protecting and sealing the opening of a container | 7-Mar-19 | Pending |
| P38WO | 6-Sep-18 | PCT/US18/049806 | Nasal-related characterization associated with the nose microbiome | 14-Mar-19 | Pending |
| P39WO | 7-Sep-18 | PCT/US18/050092 | Normalization for sequencing libraries | 14-Mar-19 | Pending |
| P40WO | 14-Sep-18 | PCT/US18/51222 | Microorganism-related significance index metrics | 21-Mar-19 | Pending |
| P41WO | 9-Oct-18 | PCT/US18/55067 | Single molecule sequencing and unique molecular identifiers to characterize nucleic acid sequences | 18-Apr-19 | Pending |
| P43WO | 6-Nov-18 | PCT/US18/59488 | Control processes for microorganism-related characterization processes | 9-May-19 | Pending |
| P44WO | 27-July-18 | PCT/US18/044141 | Disease-associated microbiome characterization process | 21-Feb-19 | Pending |

| Reference No. | Filing Date | PCT Application No. | Title | Publication Date | Status |
|---|---|---|---|---|---|
| P46WO | 9-Sep-16 | PCT/US16/51149 | Method and system for microbiome-derived diagnostics and therapeutics infectious disease and other health conditions associated with antibiotic usage | 16-Mar-17 | Expired |
| P47WO | 9-Sep-16 | PCT/US16/51174 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with gastrointestinal health | 16-Mar-17 | Expired |
| P48WO | 9-Sep-16 | PCT/US16/51156 | Method and system for microbiome-derived diagnostics and therapeutics for bacterial vaginosis | 16-Mar-17 | Expired |
| P49WO | 9-Sep-16 | PCT/US16/51175 | Method and system for microbiome-derived diagnostics and therapeutics for oral health | 16-Mar-17 | Expired |
| P50WO | 9-Sep-16 | PCT/US16/51173 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with thyroid health issues | 16-Mar-17 | Expired |
| P51WO | 9-Sep-16 | PCT/US16/51155 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with cerebro-craniofacial health | 16-Mar-17 | Expired |
| P52WO | 9-Sep-16 | PCT/US16/51136 | Method and system for microbiome-derived diagnostics and therapeutics for eczema | 16-Mar-17 | Expired |
| P54WO | 4-March-19 | PCT/US19/020575 | Method and system for high-throughput particle handling by use of magnetic fields and device | 6-Sep-19 | Pending |
| P55WO | 18-March-19 | PCT/US19/22807 | Method and system for characterization of metabolism-associated condition, including diagnostics and therapies, based on bioinformatics approach | 19-Sep-19 | Pending |
| P126WO | 12/17/2019 | PCT/US19/66933 | Automatic Standardization Pipeline for Data Analysis | N/A | Pending |

## 3. International Applications

| Ref. No. | Country | Application No. | PCT Application No. | PCT Filing Date | Title | Status |
|---|---|---|---|---|---|---|
| P01AU | AU | 2015209718 | | 9-Jan-15 | Method and system for microbiome analysis | Pending |
| P01EU | EU | 15740133.2 | PCT/US15/10824 | | | Pending |
| P01CA | CA | 2936933 | | | | Pending |
| P02AU | AU | 2015335907 | | 21-Oct-15 | Method and system for microbiome-derived diagnostics and therapeutics | Pending |
| P02EU | EU | 15852829.9 | PCT/US15/56767 | | | Pending |
| P02CA | CA | 2962466 | | | | Pending |
| P02CN | CN | 2015800575177 | | | | Pending |
| P03AU | AU | 2016248050 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for neurological health issues | Pending |
| P03EU | EU | 16780637.1 | PCT/US16/27312 | | | Pending |
| P03CN | CN | 2016800282382 | | | | Pending |
| P04AU | AU | 2016248063 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for autoimmune system conditions | Pending |
| P04EU | EU | 16780678.5 | PCT/US16/27371 | | | Pending |
| P04CN | CN | 2016800324864 | | | | Pending |
| P05AU | AU | 2016250159 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for endocrine system conditions | Pending |
| P05EU | EU | 16780681.9 | PCT/US16/27378 | | | Pending |
| P05CN | CN | 201680033334,6 | | | | Pending |
| P06AU | AU | 2016248120 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for mental health associated conditions | Pending |
| P06EU | EU | 16780673.6 | PCT/US16/27365 | | | Pending |
| P06CN | CN | 2016800334137 | | | | Pending |
| P07AU | AU | 2016250152 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for locomotor system conditions | Pending |
| P07EU | EU | 16780671,0 | PCT/US16/27360 | | | Pending |
| P07CN | CN | 2016800337046 | | | | Pending |
| P08AU | AU | 2016250104 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with microbiome functional features | Pending |
| P08EU | EU | 16780670.2 | PCT/US16/27359 | | | Pending |
| P08CN | CN | 2016800339747 | | | | Pending |
| P09AU | AU | 2016250102 | | 13-April-16 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with microbiome taxonomic features | Pending |
| P09EU | EU | 16780669.4 | PCT/US16/27357 | | | Pending |
| P09CN | CN | 2016800346793 | | | | Pending |
| P10AU | AU | 2016250096 | | 13-April-16 | Method and system for microbiome characterization, diagnostics and therapeutics for conditions associated with functional features | Pending |
| P10EU | EU | 16780662.9 | PCT/US16/27349 | | | Pending |
| P10CN | CN | 2016800343795 | | | | Pending |

| Ref. No. | Country | Application No. | PCT Application No. | PCT Filing Date | Title | Status |
|---|---|---|---|---|---|---|
| P11AU | AU | 2016248115 | PCT/US16/27341 | 13-April-16 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for cardiovascular disease conditions | Pending |
| P11EU | EU | 16780655.3 | | | | Pending |
| P11CN | CN | 2016800343973 | | | | Pending |
| P12AU | AU | 2016250100 | PCT/US16/27355 | 13-April-16 | Method and system for microbiome-derived characterization, diagnostics and therapeutics for cutaneous conditions | Pending |
| P12EU | EU | 16780667.8 | | | | Pending |
| P12CN | CN | 2016800340246 | | | | Pending |
| P13AU | AU | 2016280715 | PCT/US16/37695 | 15-June-16 | Method and system for sequencing in characterization of antibody binding behavior | Pending |
| P13EU | EU | 16812371.9 | | | | Pending |
| P13CN | CN | 2016800447099 | | | | Pending |
| P14AU | AU | 2016288666 | PCT/US16/40411 | 30-June-16 | Method and system for diagnostic testing | Pending |
| P14EU | EU | 16818792,0 | | | | Pending |
| P14CN | CN | 2016800384329 | | | | Pending |
| P17AU | AU | 2017295861 | PCT/US17/42015 | 13-July-17 | Method and system for microbial pharmacogenomics | Pending |
| P17EU | EU | 17828501.1 | | | | Pending |
| P17CN | CN | 201780043788.6 | | | | Pending |
| P17CA | CA | 3030792 | | | | Pending |
| P17CL | CL | 201900103 | | | | Pending |
| P17MX | MX | MX/a/2019/000625 | | | | Pending |
| P17BR | BR | BR 112019709 | | | | Pending |
| P17JP | JP | 2019522621 | | | | Pending |
| P17SG | SG | 11201900253T | | | | Pending |
| P17CO | CO | NC2019/0001319 | | | | Pending |
| P17EA | EA | 201990294 | | | | Pending |
| P17KR | KR | 10-2019-7004007 | | | | Pending |
| P17IN | IN | 201917004610 | | | | Pending |
| P17ZA | ZA | 2019/00473 | | | | Pending |
| P19AU | AU | 2017326564 | PCT/US17/52098 | 18-Sep-17 | Method and system for panel characterizations | Pending |
| P19EU | EU | 17851735.5 | | | | Pending |
| P19CN | CN | 201780057144.2 | | | | Pending |
| P19CA | CA | 3,036,994 | | | | Pending |
| P19CL | CL | 00531-2019 | | | | Pending |

| Ref. No. | Country | Application No. | PCT Application No. | PCT Filing Date | Title | Status |
|---|---|---|---|---|---|---|
| P19MX | MX | MX/a/2019/003113 | | | | Pending |
| P19BR | BR | BR 1120190050256 | | | | Pending |
| P19JP | JP | 2019-514295 | | | | Pending |
| P19SG | SG | 11201901726Q | | | | Pending |
| P19CO | CO | NC2019/0003713 | | | | Pending |
| P19EA | EA | 201990520 | | | | Pending |
| P19KR | KR | 10-2019-7010012 | | | | Pending |
| P19IN | IN | 201917014548 | | | | Pending |
| P19ZA | ZA | 2019/01371 | | | | Pending |
| P20AU | AU | 2017257785 | PCT/US17/29470 | 25-April17 | Method and system for characterizing skin related conditions | Pending |
| P20EU | EU | 17790288.9 | | | | Pending |
| P20CN | CN | 201780030413,6 | | | | Pending |
| P20CA | CA | 3022294 | | | | Pending |
| P22AU | AU | 2017335766 | PCT/US17/53822 | 27-Sep-17 | Method and system for crispr-based library preparation and sequencing. | Pending |
| P22EU | EU | 17857367.1 | | | | Pending |
| P22CN | CN | 201780058889.0 | | | | Pending |
| P22CA | CA | 3,038,661 | | | | Pending |
| P22CL | CL | 800-2019 | | | | Pending |
| P22MX | MX | MX/a/2019/003482 | | | | Pending |
| P22BR | BR | BR 1120190058109 | | | | Pending |
| P22JP | JP | 2019-516206 | | | | Pending |
| P22SG | SG | 11201901730Q | | | | Pending |
| P22CO | CO | NC2019/0004124 | | | | Pending |
| P22EA | EA | 2019900599 | | | | Pending |
| P22KR | KR | 10-2019-7011804 | | | | Pending |
| P22IN | IN | 201917014946 | | | | Pending |
| P22ZA | ZA | 2019/01372 | | | | Pending |
| P23AU | AU | 2016366656 | PCT/US16/065993 | 9-Dec-16 | Method and system for characterization of clostridium difficile associated conditions. | Pending |
| P23EU | EU | 16873997.7 | | | | Pending |
| P23CN | CN | 201680077988 | | | | Pending |

| Ref. No. | Country | Application No. | PCT Application No. | PCT Filing Date | Title | Status |
|---|---|---|---|---|---|---|
| P23CA | CA | 3007503 | | | | Pending |
| P26AU | AU | 2017229488 | PCT/US17/21202 | 7-March-17 | Method and system for characterizing mouth-associated conditions | Pending |
| P26EU | EU | 17763928.3 | | | | Pending |
| P26CN | CN | 201780016156,0 | | | | Pending |
| P26CA | CA | 3016891 | | | | Pending |
| P46 AU | AU | 2016321328 | PCT/US16/51149 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics infectious disease and other health conditions associated with antibiotic usage | Pending |
| P46 EU | EU | 16845213.4 | | | | Pending |
| P46 CN | CN | 201680065084 | | | | Pending |
| P46 CA | CA | 3005985 | | | | Pending |
| P47AU | AU | 2016321349 | PCT/US16/51174 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with gastrointestinal health | Pending |
| P47EU | EU | 16845233.2 | | | | Pending |
| P47CN | CN | 201680065000 | | | | Pending |
| P47CA | CA | 3005987 | | | | Pending |
| P48 AU | AU | 2016321334 | PCT/US16/51156 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics for bacterial vaginosis | Pending |
| P48 EU | EU | 16845219.1 | | | | Pending |
| P48 CN | CN | 201680065082 | | | | Pending |
| P48 CA | CA | 3005963 | | | | Pending |
| P49 AU | AU | 2016321350 | PCT/US16/51175 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics for oral health | Pending |
| P49 EU | EU | 16845234,0 | | | | Pending |
| P49 CN | CN | 201680065072 | | | | Pending |
| P49 CA | CA | 3006059 | | | | Pending |
| P50 AU | AU | 2016321348 | PCT/US16/51173 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with thyroid health issues | Pending |
| P50 EU | EU | 16845232.4 | | | | Pending |
| P50 CN | CN | 201680065073,6 | | | | Pending |
| P50 CA | CA | 3006057 | | | | Pending |
| P51AU | AU | 2016321333 | PCT/US16/51155 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics for conditions associated with cerebro-craniofacial health | Pending |
| P51EU | EU | 16845218.3 | | | | Pending |
| P51CN | CN | 201680065085.9 | | | | Pending |
| P51CA | CA | 3006044 | | | | Pending |
| P52AU | AU | 2016321319 | PCT/US16/51136 | 9-Sept-16 | Method and system for microbiome-derived diagnostics and therapeutics for eczema | Pending |
| P52EU | EU | 16845205,0 | | | | Pending |
| P52CN | CN | 201680065086.3 | | | | Pending |

| Ref. No. | Country | Application No. | PCT Application No. | PCT Filing Date | Title | Status |
|---|---|---|---|---|---|---|
| P52CA | CA | 3006036 | | | | Pending |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 728183/CA | Canada | Registered - Not to be renewed | SMARTGUT | 1827738 | 3/16/2017 | TMA1007009 | 10/18/2018 | 0 - Testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples |
| uBiome, Inc. | 512360/CA | Canada | Registered - Not to be renewed | UBIOME | 1721893 | 4/1/2015 | TMA1006894 | 10/17/2018 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota.<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota.<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota.<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized. |
| uBiome, Inc. | 726600/CL | Chile | Registered - Not to be renewed | UBIOME | 1224981 | 10/7/2016 | 1258939 | 9/11/2017 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota.<br>41 - Providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota.<br>42 - Providing information services on scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; website creation services providing technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota.<br>44 - Providing health and medical care information by medical professionals through specialized web sites offering a database that obtain information on human microbiota, compiled from users whose microbiota have been previously tested, analyzed and organized. |
| uBiome, Inc. | 512361/HK | Hong Kong | Registered - Not to be renewed | UBIOME | 303350925 | 3/27/2015 | 303350925 | 3/27/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of micro biota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/MAP | Madrid Protocol (TM) | Registered - Not to be renewed | SMARTFLU | 1475790 | 2/5/2019 | 1475790 | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health 10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples 42 - Hosting a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness. |
| uBiome, Inc. | 741905/MAP | Madrid Protocol (TM) | Registered - Not to be renewed | SMARTGUT | 1480078 | 2/5/2019 | 1480078 | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, a plastic laboratory tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same. 10 - Testing kit for human microbiome collection and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance, comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer. 42 - Providing a scientific research information in the fields of medicine, science, microbiologY., health and the prevention, treatment and management of illness, via a website and databases; hosting a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and Qenerate, test, review and verify scientific hypotheses allm the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing scientific information via databases in the field of microbiology for the prevention, treatment, and management of illnesses. |
| uBiome, Inc. | 728182/MAP | Madrid Protocol (TM) | Registered - Not to be renewed | SMARTGUT | A0065562 | 3/10/2017 | 1390473 | 3/10/2017 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray and sealable plastic bag for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance. 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray and sealable plastic bag for laboratory testing and research screening of human microbiome through sequencing of same. 16 - Human microbiome collection kit comprising napkin; instruction card; return mailer for laboratory testing and research screening of human microbiome through sequencing of same. |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 512359/MAP | Madrid Protocol (TM) | Registered - Not to be renewed | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 512362/ZA | South Africa | Registered - Not to be renewed | UBIOME | 2015/08647 | 3/31/2015 | 2015/08647 | 3/31/2015 | 35 - RECRUITING SERVICES, NAMELY, RECRUITING RESEARCH SUBJECTS TO PARTICIPATE IN SCIENTIFIC STUDIES AND RESEARCH IN THE FIELD OF MICROBIOTA |
| uBiome, Inc. | 512408/ZA | South Africa | Registered - Not to be renewed | UBIOME | 2015/08648 | 3/31/2015 | 2015/08648 | 3/31/2015 | 41 - PROVIDING AN ONLINE RESOURCE CENTER, NAMELY, ONLINE ARTICLES, BLOGS AND PAPERS IN THE FIELD OF HUMAN MICROBIOTA; PROVIDING ON-LINE PUBLICATIONS IN THE NATURE OF ARTICLES, BLOGS AND PAPERS IN THE FIELD OF HUMAN MICROBIOTA |
| uBiome, Inc. | 512409/ZA | South Africa | Registered - Not to be renewed | UBIOME | 2015/08650 | 3/31/2015 | 2015/08650 | 3/31/2015 | 44 - PROVIDING A HEALTH AND MEDICAL WEBSITE THAT PROVIDES DATABASES THAT CONTAIN INFORMATION ON HUMAN MICROBIOTA COMPILED FROM USERS WHOSE MICROBIOTA HAVE BEEN TESTED, ANALYZED AND ORGANIZED |
| uBiome, Inc. | 512410/ZA | South Africa | Registered - Not to be renewed | UBIOME | 2015/08649 | 3/31/2015 | 2015/08649 | 3/31/2015 | 42 - PROVIDING A SCIENTIFIC RESEARCH WEBSITE THAT PROVIDES DATABASES THAT CONTAIN INFORMATION ON HUMAN MICROBIOTA COMPILED FROM USERS WHOSE MICROBIOTA HAVE BEEN TESTED, ANALYZED AND ORGANIZED; PROVIDING A WEBSITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO SUBMIT AND ANALYZE SCIENTIFIC DATA, PERFORM AND REVIEW SCIENTIFIC STUDIES, PUBLISH ARTICLES, REVIEW THE ARTICLES OF OTHERS, AND ENERATE, TEST, REVIEW AND VERIFY SCIENTIFIC HYPOTHESES ALL IN THE FIELD OF HUMAN MICROBIOTA; SCIENTIFIC STUDY AND RESEARCH IN THE FIELD OF HUMAN MICROBIOTA |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 512363/TW | Taiwan | Registered - Not to be renewed | UBIOME | 104016955 | 3/30/2015 | 1763424 | 4/1/2016 | 41 - ONLINE BROWSING SERVICES FOR ARTICLES, BLOGS AND PAPERS IN THE FIELD OF HUMAN MICROBIOTA; PUBLISHING OF ONLINE PUBLICATIONS REGARDING ARTICLES, BLOGS AND PAPERS IN THE FIELD OF HUMAN MICROBIOTA.<br>35 - RECRUITING SERVICES, NAMELY, RECRUITING RESEARCH SUBJECTS TO PARTICIPATE IN SCIENTIFIC STUDIES AND RESEARCH IN THE FIELD OF MICRO BIOTA; SYSTEMIZATION OF INFORMATION INTO ONLINE COMPUTER DATABASES REGARDING ARTICLES, BLOGS AND PAPERS IN THE FIELD OF HUMAN MICROBIOTA.<br>44 -<br>42 - PROVIDING SCIENTIFIC RESEARCH INFORMATION THROUGH THE INTERNET DATABASES THAT CONTAIN INFORMATION ON HUMAN MICROBIOTA COMPILED FROM USERS WHOSE MICROBIOTA HAVE BEEN TESTED, ANALYZED AND ORGANIZED; PLANNING AND CONSTRUCTION OF A SCIENTIFIC RESEARCH WEBSITE THAT PROVIDES DATABASES THAT CONTAIN INFORMATION ON HUMAN MICROBIOTA COMPILED FROM USERS WHOSE MICROBIOTA HAVE BEEN TESTED, ANALYZED AND ORGANIZED; PLANNING AND CONSTRUCTION OF A WEBSITE FEATURING TECHNOLOGY THAT ALLOWS USERS TO SUBMIT AND ANALYZE SCIENTIFIC DATA, PERFORM AND REVIEW SCIENTIFIC STUDIES, PUBLISH ARTICLES, REVIEW THE ARTICLES OF OTHERS, AND GENERATE, TEST, REVIEW AND VERIFY SCIENTIFIC HYPOTHESES ALL IN THE FIELD OF HUMAN MICROBIOTA; PROVIDING SCIENTIFIC RESEARCH INFORMATION IN THE FIELD OF HUMAN MICROBIOTA THROUGH THE INTERNET; SCIENTIFIC STUDY AND RESEARCH IN THE FIELD OF HUMAN MICRO BIOTA; PLANNING AND CONSTRUCTION OF A HEALTH AND MEDICAL WEBSITE THAT PROVIDES DATABASES THAT CONTAIN INFORMATION ON HUMAN MICROBIOTA COMPILED FROM USERS WHOSE MICROBIOTA HAVE BEEN TESTED, ANALYZED AND ORGANIZED.<br>- PROVIDING HEALTH AND MEDICAL INFORMATION THROUGH THE INTERNET DATABASES THAT CONTAIN INFORMATION ON HUMAN MICROBIOTA COMPILED FROM USERS WHOSE MICROBIOTA HAVE BEEN TESTED, ANALYZED AND ORGANIZED |
| uBiome, Inc. | 728275/US | United States of America | Registered - No Affidavit of Use to be filed | BABYBIOME | 87/378391 | 3/20/2017 | 5718130 | 4/2/2019 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same |
| uBiome, Inc. | 725987/US | United States of America | Registered - No Affidavit of Use to be filed | CROWDSCIENCE | 86/979553 | 10/1/2014 | 5014768 | 8/2/2016 | 44 - Providing a health and medical website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 721025/US | United States of America | Registered - No Affidavit of Use to be filed | CROWDSCIENCE | 86/412024 | 10/1/2014 | 5530474 | 7/31/2018 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line publications in the nature of articles, blogs and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 741599/US | United States of America | Published | DNA-LISA | 88/256061 | 1/9/2019 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota and genetic science; downloadable publications in the nature of articles and papers in the field of human microbiota and genetic science<br>42 - Genetic testing for scientific research purposes; Software as a Service (SAAS) services featuring software for referring individuals to genetic counseling services; Consulting services in the fields of biotechnology and development and genetic science; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness<br>44 - Providing genetic counseling related information to users; providing genetic counseling related information to users |
| uBiome, Inc. | 738118/US | United States of America | Registered - No Affidavit of Use to be filed | Explorer Design Logo | 87/807852 | 2/22/2018 | 5636671 | 12/25/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing medical and scientific research information in the field of human microbiome through reporting of consumer authorized microbiome research results |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|--------|-----------|---------|-------------|-------|-----------------|------------------|------------------|-------------------|---------------------|
| uBiome, Inc. | 728819/US | United States of America | Registered - No Affidavit of Use to be filed | LOVE YOUR BACTERIA | 87/454141 | 5/17/2017 | 5650166 | 1/8/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Online resource center, namely, a website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; on-line downloadable publications in the nature of articles, blogs and papers in the field of human microbiota 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota 41 - Providing an online resource center, namely, providing a website featuring blogs and non-downloadable publications in the nature of articles and papers in the field of human microbiota; providing on-line non-downloadable publications in the nature of articles, blogs and papers in the field of human microbiota 42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota; Providing scientific analysis and informational reporting based upon results of laboratory testing in the field of microbiology; providing online computer databases that contain aggregated results of testing for microorganisms; providing a website that provides users access to databases that contain information on microbiota testing and the distribution of particular microorganisms among different populations and individuals 44 - Providing a health and medical website that provides databases that contain medical and wellness information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; Providing microbiome information, namely, reporting of consumer authorized research results 45 - Online social networking services in the field of human microbiota; online social networking services |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 728820/US | United States of America | Registered - No Affidavit of Use to be filed | LOVE YOUR MICROBES | 87/454147 | 5/17/2017 | 5650166 | 1/8/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access  publications, databases, and information in the field of human microbiota; Online resource center, namely, a website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; on-line downloadable publications in the nature of articles, blogs and papers in the field of human microbiota 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota 41 - Providing an online resource center, namely, providing a website featuring blogs and non-downloadable publications in the nature of articles and papers in the field of human microbiota; providing on-line non-downloadable publications in the nature of articles, blogs and papers in the field of human microbiota 42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized;  providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota; Providing scientific analysis and informational reporting based upon results of laboratory testing in the field of microbiology; providing online computer databases that contain aggregated results of testing for microorganisms; providing a website that provides users access to databases that contain information on microbia testing and the distribution of particular microorganisms among different populations and individuals 44 - Providing a health and medical website that provides databases that contain medical and wellness information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; Providing microbiome information, namely, reporting of consumer authorized research results 45 - Online social networking services in the field of human microbiota; online social networking services |
| uBiome, Inc. | 728973/US | United States of America | Registered - No Affidavit of Use to be filed | MICROBIOME COUNSELOR | 87/497989 | 6/20/2017 | 5547647 | 8/21/2018 | 41 - Educational services, namely, classes, workshops, seminars, written instruction, and personal tutoring in the field of human health, namely, microbial genomics 44 - Providing information in the field of human health, namely, microbial genomics |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738012/US | United States of America | Application allowed | PRECISION SEQUENCING | 87/772965 | 1/26/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses 41 - Providing an online resource center, namely, providing online non-downloadable written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line non-downloadable publications in the nature of written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness 44 - Providing a health and medical information website featuring databases that contain information in the fields of medicine and health, for the purposes of the prevention, treatment and management of illness |
| uBiome, Inc. | 726601/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTBIOME | 87/176084 | 9/19/2016 | 5581353 | 10/9/2018 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same |
| uBiome, Inc. | 728342/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTBIOMEXX | 87/382913 | 3/23/2017 | 5633559 | 12/18/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same |
| uBiome, Inc. | 728274/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTFLORA | 87/378387 | 3/20/2017 | 5633555 | 12/18/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 726602/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTGUT | 87/176094 | 9/19/2016 | 5439054 | 4/3/2018 | 10 - Testing and diagnostic kit for obtaining and sequencing human microbiome samples, conducting clinical studies to analyze diagnostic findings, and appropriate therapeutic interventions<br>09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same |
| uBiome, Inc. | 741556/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTGUT | 88/249015 | 1/3/2019 | 5781778 | 6/18/2019 | 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 738119/US | United States of America | Registered - No Affidavit of Use to be filed | Smartgut Design Logo | 87/786344 | 2/6/2018 | 5760494 | 5/28/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance |
| uBiome, Inc. | 741557/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTJANE | 88/249023 | 1/3/2019 | 5781779 | 6/18/2019 | 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 728273/US | United States of America | Registered - No Affidavit of Use to be filed | SMARTJANE | 87/378381 | 3/20/2017 | 5439550 | 4/3/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance.<br>09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same. |
| uBiome, Inc. | 738120/US | United States of America | Registered - No Affidavit of Use to be filed | SmartJane Design Logo | 87/807815 | 2/22/2018 | 5525011 | 7/24/2018 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738117/US | United States of America | Published | U Logo | 87/790685 | 2/8/2018 | | | 09 - Downloadable computer programs for using the Internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health 18 - All purpose carrying bags, tote bags, backpacks, gym bags, sling bags, satchels, shoulder bags, duffel bags 21 - Water bottles sold empty 25 - Clothing, namely, t-shirts, shirts, sweatshirts, pullovers, ponchos, jackets, outerwear, namely, coats, sweaters, sweatpants; footwear; headwear 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses 45 - Online social networking services in the field of human microbiota; online social networking services 41 - Providing an online resource center, namely, providing online non-downloadable written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line non-downloadable publications in the nature of written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 721024/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME | 86/412028 | 10/1/2014 | 4923708 | 3/22/2016 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota 41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota 42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota 44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 721029/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME | 86/396247 | 9/16/2014 | 4727406 | 4/28/2015 | 42 - Providing scientific analysis and informational reports based upon results of laboratory testing in the field of microbiology; providing online computer databases that contain aggregated results of testing for microorganisms; providing a website that provides users access to databases that contain information on microbiota testing and the distribution of particular microorganisms among different populations and individuals |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 721030/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME | 86/412035 | 10/1/2014 | 4860835 | 11/24/2015 | 45 - Online social networking services in the field of human microbiota; online social networking services |
| uBiome, Inc. | 721031/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME | 86/396249 | 9/16/2014 | 4860765 | 11/24/2015 | 44 - Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions |
| uBiome, Inc. | 721032/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME | 86/147835 | 12/19/2013 | 5134021 | 1/31/2017 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota |
| uBiome, Inc. | 721026/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME & DESIGN | 86/412017 | 10/1/2014 | 4860834 | 11/24/2015 | 45 - Online social networking services in the field of human microbiota; online social networking services |
| uBiome, Inc. | 721027/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME & DESIGN | 86/412012 | 10/1/2014 | 4860833 | 11/24/2015 | 44 - Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 721028/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME & DESIGN | 86/412001 | 10/1/2014 | 4923707 | 3/22/2016 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota |
| uBiome, Inc. | 721023/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME & DESIGN | 86/412005 | 10/1/2014 | 4900236 | 2/16/2016 | 42 - Providing scientific analysis and informational reports based upon results of laboratory testing in the field of microbiology; providing online computer databases that contain aggregated results of testing for microorganisms; providing a website that provides users access to databases that contain information on microbiota testing and the distribution of particular microorganisms among different populations and individuals; providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota |
| uBiome, Inc. | 726577/US | United States of America | Registered - No Affidavit of Use to be filed | UBIOME EXPLORER | 87/172497 | 9/15/2016 | 5638442 | 12/25/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing medical and scientific research information in the field of human microbiome through reporting of consumer authorized microbiome research results |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 60
Trademarks (Active)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738116/US | United States of America | Published | uBiome Logo | 87/790652 | 2/8/2018 | | | 09 - Downloadable computer programs for using the Internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health 18 - All purpose carrying bags, tote bags, backpacks, gym bags, sling bags, satchels, shoulder bags, duffel bags 21 - Water bottles sold empty 25 - Clothing, namely, t-shirts, shirts, sweatshirts, pullovers, ponchos, jackets, outerwear, namely, coats, sweaters, sweatpants; footwear; headwear 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses 45 - Online social networking services in the field of human microbiota; online social networking services 41 - Providing an online resource center, namely, providing online non-downloadable written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line non-downloadable publications in the nature of written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/AU | Australia | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 728182/AU | Australia | Expired at end of life | SMARTGUT | 1390473 | 3/10/2017 | 1390473 | 9/27/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray and sealable plastic bag for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance.<br>09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray and sealable plastic bag for laboratory testing and research screening of human microbiome through sequencing of same.<br>16 - Human microbiome collection kit comprising napkin; instruction card; return mailer for laboratory testing and research screening of human microbiome through sequencing of same. |
| uBiome, Inc. | 741905/AU | Australia | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | 1480078 | 1/28/2020 | 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/AU | Australia | Abandoned | SMARTJANE | | 2/5/2019 | | | 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|--------|-----------|---------|-------------|-------|-----------------|------------------|------------------|-------------------|---------------------|
| uBiome, Inc. | 512359/AU | Australia | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 4/26/2017 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles,blogs and papers in the field of human microbiota<br>42 - Scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 741904/BY | Belarus | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/BY | Belarus | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741906/BY | Belarus | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741690/CA | Canada | Abandoned | SMARTFLU | | | | | 0 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health, Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples; Supply chain logistic services, namely, transportation, storage and distribution of goods; Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness; Providing a health and medical website that provides databases that contain medical information in the fields of medicine, respiratory science, microbiology, health and the prevention, treatment and management of illness; providing medical information in the field of medicine, science, health, disease prevention, treatment, and management of illness relating to respiratory, influenza and associated health conditions |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741801/CA | Canada | Abandoned | SMARTFLU Logo | 1942795 | 1/25/2019 | | | 0 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health; Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising tubes, swabs, napkin, plastic tray, sealable baggie, instruction card, and return mailer for obtaining and sequencing human samples; Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 741691/CA | Canada | Abandoned | SMARTFLU Stylized | | | | | 0 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health; Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples; Supply chain logistic services, namely, transportation, storage and distribution of goods; Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 512539/CA | Canada | Closed | SMARTGUT | | | | | 0 - Testing and diagnostic kit for obtaining and sequencing human microbiome samples, conducting clinical studies to analyze diagnostic findings, and appropriate therapeutic interventions |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741799/CA | Canada | Abandoned | SMARTGUT Logo | 1942793 | 1/25/2019 | | | 0 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health; Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising tubes, swabs, napkin, plastic tray, sealable baggie, instruction card, and return mailer for obtaining and sequencing human samples; Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 738557/CA | Canada | Abandoned | SMARTJANE | 1886811 | 3/7/2018 | | | 0 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same, Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741800/CA | Canada | Abandoned | SMARTJANE Logo | 1942794 | 1/25/2019 | | | 0 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health; Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising tubes, swabs, napkin, plastic tray, sealable baggie, instruction card, and return mailer for obtaining and sequencing human samples; Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 741904/CN | China | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741905/CN | China | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/CN | China | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/CN | China | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota 41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota 42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota 44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/CO | Colombia | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health 10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/CO | Colombia | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/CO | Colombia | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/EM | European Community | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | 1475790 | 12/13/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health 10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/EM | European Community | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | 1480078 | 8/1/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/EM | European Community | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 512359/EP | European Community | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 741904/IN | India | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | 1475790 | 1/7/2020 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/IN | India | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|--------|-----------|---------|-------------|-------|-----------------|------------------|------------------|-------------------|---------------------|
| uBiome, Inc. | 741906/IN | India | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/IN | India | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 12/15/2017 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 512359/IL | Israel | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 4/2/2017 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/JP | Japan | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health 10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/JP | Japan | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/JP | Japan | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 512359/JP | Japan | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 512538/MAP | Madrid Protocol (TM) | Closed | SMARTGUT | | | | | 10 - Testing and diagnostic kit for obtaining and sequencing human microbiome samples, conducting clinical studies to analyze diagnostic findings, and appropriate therapeutic interventions |
| uBiome, Inc. | 741906/MAP | Madrid Protocol (TM) | Abandoned | SMARTJANE | TBD | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/MX | Mexico | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/MX | Mexico | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741906/MX | Mexico | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/MX | Mexico | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 9/8/2017 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 741904/NZ | New Zealand | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | 1475790 | 12/3/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741905/NZ | New Zealand | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | 1480078 | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/NZ | New Zealand | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/NZ | New Zealand | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 1/21/2016 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota 41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota 42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota 44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 512359/NO | Norway | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 741904/KR | Republic of Korea | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/KR | Republic of Korea | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741906/KR | Republic of Korea | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/KR | Republic of Korea | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 2/7/2017 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 741904/RU | Russian Federation | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | 1475790 | 12/23/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741905/RU | Russian Federation | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | 1480078 | 1/31/2020 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741906/RU | Russian Federation | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/RU | Russian Federation | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota 41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota 42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota 44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/SG | Singapore | Rejected During Prosecution | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/SG | Singapore | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741906/SG | Singapore | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 512359/SG | Singapore | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 6/22/2016 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Provision of medical information via a health and medical website that provides databases that containing information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 512359/CH | Switzerland | Expired at end of life | UBIOME | A0049334 | 3/26/2015 | 1264186 | 3/26/2015 | 35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the field of microbiota<br>41 - Providing an online resource center, namely, online articles, blogs and papers in the field of human microbiota; providing on-line publications in the nature of articles, blogs and papers in the field of human microbiota<br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota<br>44 - Providing a health and medical website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741904/UA | Ukraine | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/UA | Ukraine | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | | 2/5/2019 | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741906/UA | Ukraine | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |
| uBiome, Inc. | 741904/GB | United Kingdom | Abandoned | SMARTFLU | 1475790 | 2/5/2019 | 1475790 | 2/5/2019 | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health 10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness |
| uBiome, Inc. | 741905/GB | United Kingdom | Expired at end of life | SMARTGUT | 1480078 | 2/5/2019 | 1480078 | 10/17/2019 | 42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 728182/GB | United Kingdom | Expired at end of life | SMARTGUT | A0065562 | 3/10/2017 | 1390473 | 6/5/2018 | 10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray and sealable plastic bag for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance.<br>09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray and sealable plastic bag for laboratory testing and research screening of human microbiome through sequencing of same.<br>16 - Human microbiome collection kit comprising napkin; instruction card; return mailer for laboratory testing and research screening of human microbiome through sequencing of same. |
| uBiome, Inc. | 741906/GB | United Kingdom | Abandoned | SMARTJANE | | 2/5/2019 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741185/US | United States of America | Abandoned | CAFFEINOTYPE | 88/194272 | 11/14/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br><br>10 - Human microbiota collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiota through sequencing of same for determining a person's microbiota and means to keep it in balance<br><br>41 - Providing an online website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; Providing an online website featuring downloadable blogs and publications in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses<br><br>44 - Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; providing a health and medical website that contains information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |
| uBiome, Inc. | 738630/US | United States of America | Abandoned | CONCORDANCE SCORE | 87/833836 | 3/14/2018 | | | 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness<br><br>41 - Providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738628/US | United States of America | Abandoned | DYSBIOSIS INDEX | 87/833821 | 3/14/2018 | | | 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness<br>41 - Providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 738629/US | United States of America | Abandoned | DYSBIOSIS SCORE | 87/833828 | 3/14/2018 | | | 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness<br>41 - Providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738913/US | United States of America | Abandoned | EXPLORER | 87/869515 | 4/9/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota and human health relating to respiratory, influenza and associated health conditions; Online resource center, namely, a website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota and human health relating to respiratory, influenza and associated health conditions; on-line downloadable publications in the nature of articles, blogs and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples and influenza and respiratory related health conditions<br>35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing an online resource center, namely, online articles, blogs and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line publications in the nature of articles, blogs and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a health and medical website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 738914/US | United States of America | Abandoned | EXPLORER | 87/869495 | 4/9/2018 | | | 05 - Reagents for tracking indicators for particular disease states for medical diagnosis<br>44 - Genetic testing; analysis of genetic testing for medical use<br>45 - Online social networking services in the field of human microbiota; online social networking services |
| uBiome, Inc. | 741186/US | United States of America | Abandoned | EXPLORER & Design | 88/194311 | 11/14/2018 | | | 41 - Educational services, namely, providing mentoring, tutoring, seminars, and workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738008/US | United States of America | Abandoned | ExplorerPlus | 87/772897 | 1/26/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Online resource center, namely, a website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; on-line downloadable publications in the nature of articles, blogs and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples<br>35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing an online resource center, namely, online articles, blogs and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line publications in the nature of articles, blogs and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a health and medical website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>45 - Online social networking services in the field of human microbiota; online social networking services |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741184/US | United States of America | Abandoned | JITTEROME | 88/194262 | 11/14/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br><br>10 - Human microbiota collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiota through sequencing of same for determining a person's microbiota and means to keep it in balance<br><br>41 - Providing an online website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; Providing an online website featuring downloadable blogs and publications in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses<br><br>44 - Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; providing a health and medical website that contains information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 741639/US | United States of America | Abandoned | LOVE YOUR BIOME | 88/259194 | 1/11/2019 | | | 41 - Providing an online resource center, namely, providing a website featuring blogs and non-downloadable publications in the nature of articles and papers in the field of human microbiota; providing on-line non-downloadable publications in the nature of articles, blogs and papers in the field of human microbiota<br><br>42 - Providing a scientific research website that provides databases that contain information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the field of human microbiota; scientific study and research in the field of human microbiota; providing scientific analysis and informational reporting based upon results of laboratory testing in the field of microbiology; providing online computer databases that contain aggregated results of testing for microorganisms; providing a website that provides users access to databases that contain information on microbiota testing and the distribution of particular microorganisms among different populations and individuals<br><br>45 - Online social networking services in the field of human microbiota; online social networking services<br><br>09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; online resource center, namely, a website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; on-line downloadable publications in the nature of articles, blogs and papers in the field of human microbiota |
| uBiome, Inc. | 740474/US | United States of America | Abandoned | MICROBIOME EVERYWHERE | 88/100846 | 8/31/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable blogs and electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles, blogs and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>41 - Providing an online website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; Providing an online website featuring downloadable blogs and publications in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 740475/US | United States of America | Abandoned | MICROBIOME-AWARE | 88/100857 | 8/31/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable blogs and electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles, blogs and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br><br>41 - Providing an online website featuring non-downloadable publications in the nature of articles, blog articles, and papers in the field of human microbiota; Providing an online website featuring non-downloadable publications in the nature of articles, blogs, and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>42 - Providing a scientific research website that provides databases that contain scientific research information in the fields of medicine, medical science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 739996/US | United States of America | Abandoned | MICROPEDIA | 88/046873 | 7/20/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; downloadable electronic publications in the nature of articles and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br><br>41 - Providing an online website featuring non-downloadable publications in the nature of blogs and articles in the field of human microbiota<br><br>42 - Providing a scientific research website containing scientific research information in the fields of medicine, medical science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, medical science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, medical science, microbiology, health and the prevention, treatment and management of illness<br><br>44 - Providing a health and medical website that provides databases that contain medical information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized; Providing a health and medical website that contains medical information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>45 - Online social networking services in the field of human microbiota; online social networking services |
| uBiome, Inc. | 737785/US | United States of America | Abandoned | Misc. Design (uBiome Fit Packaging) | 87/748889 | 1/9/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; Online resource center, namely, a website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; on-line downloadable publications in the nature of articles, blogs and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples |
| uBiome, Inc. | 741183/US | United States of America | Abandoned | MWAS | 88/194240 | 11/14/2018 | | | 41 - Educational services, namely, classes, workshops, seminars, written instruction, and personal tutoring in the field of human health, namely, microbial genomics<br><br>44 - Providing information in the field of human health, namely, microbial genomics |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 739994/US | United States of America | Abandoned | PHARMACOMICROBIOME | 88/046843 | 7/20/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota;; downloadable publications in the nature of articles and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Human microbiota collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiota through sequencing of same for determining a person's microbiota and means to keep it in balance<br>35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>41 - Providing an online website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; Providing an online website featuring downloadable blogs and publications in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a scientific research website containing information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a health and medical website that contains information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>44 - Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; providing a health and medical website that contains information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|--------|-----------|---------|-------------|-------|-----------------|------------------|------------------|-------------------|---------------------|
| uBiome, Inc. | 739995/US | United States of America | Abandoned | PHARMACOMICROBIOMICS | 88/046849 | 7/20/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota;; downloadable publications in the nature of articles and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Human microbiota collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiota through sequencing of same for determining a person's microbiota and means to keep it in balance<br>35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>41 - Providing an online website featuring downloadable blogs and publications in the nature of articles and papers in the field of human microbiota; Providing an online website featuring downloadable blogs and publications in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a scientific research website containing information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a health and medical website that contains information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>44 - Performing diagnosis of diseases and medical conditions using information about an individual's or a population's microbiota; providing information about the use of microorganisms to treat diseases and medical conditions; providing a health and medical website that contains information on human microbiota compiled from users whose microbiota have been tested, analyzed and organized |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 737854/US | United States of America | Abandoned | SCIENCE FOREVER | 87/757417 | 1/16/2018 | | | 09 - Downloadable computer communications programs for using the Internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online eLearning resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br><br>35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>41 - Providing education, namely, providing classes, seminars and forums in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing an online resource center, namely, providing online non-downloadable articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing on-line non-downloadable publications in the nature of written articles, blogs and written papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>42 - Scientific research and development; providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; Providing a health and medical website that provides databases that contain information in the fields of genetic science and microbiology for scientific research purposes related to the prevention, treatment and management of illnesses<br><br>45 - Online social networking services in the field of human microbiota; online social |
| uBiome, Inc. | 738627/US | United States of America | Abandoned | SIGNIFICANCE INDEX | 87/833812 | 3/14/2018 | | | 42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness<br>41 - Providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 740727/US | United States of America | Abandoned | SMART FLU Design Logo | 88/132385 | 9/26/2018 | | | 09 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for laboratory testing and research screening of human microbiome through sequencing of same<br>10 - Human microbiome collection kit comprising test tubes, swabs, plastic tray, napkin, sealable plastic bag, instruction card, and return mailer for medical testing and screening of human microbiome through sequencing of same for determining a person's microbiome and means to keep it in balance |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|--------|-----------|---------|-------------|-------|-----------------|------------------|------------------|-------------------|---------------------|
| uBiome, Inc. | 738631/US | United States of America | Abandoned | SMARTFLU | 87/833854 | 3/14/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br>41 - Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness<br>44 - Providing a health and medical website that provides databases that contain medical information in the fields of medicine, respiratory science, microbiology, health and the prevention, treatment and management of illness; providing medical information in the field of medicine, science, health, disease prevention, treatment, and management of illness relating to respiratory, influenza and associated health conditions |
| uBiome, Inc. | 740757/US | United States of America | Abandoned | SmartFlu & Nose Logo | 88/136546 | 9/28/2018 | | | 41 - Educational services, namely, providing mentoring, tutoring, seminars, and workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 740756/US | United States of America | Abandoned | SmartFlu Nose Logo | 88/136539 | 9/28/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising tubes, swabs, napkin, plastic tray, sealable baggie, instruction card, and return mailer for obtaining and sequencing human samples<br>39 - Supply chain logistic services, namely, transportation, storage and distribution of goods<br>41 - Educational services, namely, providing mentoring, tutoring, seminars, and workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, respiratory science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, respiratory science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness<br>44 - Providing a health and medical website that provides databases that contain medical information in the fields of medicine, respiratory science, microbiology, health and the prevention, treatment and management of illness; providing medical information in the field of medicine, science, health, disease prevention, treatment, and management of illness relating to respiratory, influenza and associated health conditions |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 740755/US | United States of America | Abandoned | SmartFlu Stylized | 88/136525 | 9/28/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br><br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising tubes, swabs, napkin, plastic tray, sealable baggie, instruction card, and return mailer for obtaining and sequencing human samples<br><br>39 - Supply chain logistic services, namely, transportation, storage and distribution of goods<br><br>41 - Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness<br><br>44 - Providing a health and medical website that provides databases that contain medical information in the fields of medicine, respiratory science, microbiology, health |
| uBiome, Inc. | 741187/US | United States of America | Abandoned | SMARTGUT & Design | 88/194332 | 11/14/2018 | | | 41 - Educational services, namely, providing mentoring, tutoring, seminars, and workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |
| uBiome, Inc. | 741188/US | United States of America | Abandoned | SMARTJANE & Design | 88/194345 | 11/14/2018 | | | 41 - Educational services, namely, providing mentoring, tutoring, seminars, and workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|--------|-----------|---------|-------------|-------|-----------------|------------------|------------------|-------------------|---------------------|
| uBiome, Inc. | 740929/US | United States of America | Abandoned | SMARTNOSE | 88/157252 | 10/16/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br><br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising tubes, swabs, napkin, plastic tray, sealable baggie, instruction card, and return mailer for obtaining and sequencing human samples<br><br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness<br><br>44 - Providing a health and medical website that provides databases that contain medical information in the fields of medicine, respiratory science, microbiology, health and the prevention, treatment and management of illness; providing medical information in the field of medicine, science, health, disease prevention, treatment, and management of illness relating to respiratory, influenza and associated health conditions<br><br>41 - Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 738632/US | United States of America | Abandoned | SNIFFLE-OME | 87/833863 | 3/14/2018 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human health relating to respiratory, influenza and associated health conditions; downloadable electronic publications in the nature of articles and papers in the field of human health relating to respiratory, influenza and associated health conditions; computer software and mobile applications that enable users to upload personal health data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal health data and track such data for individual use and health<br><br>10 - Medical testing and screening kit for monitoring influenza and respiratory related health conditions comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human samples<br><br>41 - Educational services, namely, providing mentoring, tutoring, seminars, workshops in the field of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring blogs in the field of human health relating to respiratory, influenza and associated health conditions; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; Providing a scientific research website that provides databases that contain scientific research information in the fields of respiratory science, medicine, microbiology, health and the prevention, treatment and management of illness<br><br>44 - Providing a health and medical website that provides databases that contain medical information in the fields of medicine, respiratory science, microbiology, health and the prevention, treatment and management of illness; providing medical information in the field of medicine, science, health, disease prevention, treatment, and management of illness relating to respiratory, influenza and associated health conditions |
| uBiome, Inc. | 736416/US | United States of America | Abandoned | U Fit Logo (Black and White) | 87/701659 | 11/29/2017 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Medical testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 736415/US | United States of America | Abandoned | U Fit Logo (Color) | 87/701642 | 11/29/2017 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health 10 - Medical testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples |
| uBiome, Inc. | 738626/US | United States of America | Abandoned | UBIOMARKER | 87/833795 | 3/14/2018 | | | 05 - Diagnostic reagents for tracking indicators for particular disease states for medical diagnosis<br><br>09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; downloadable electronic publications in the nature of articles and papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br><br>10 - Medical testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples<br><br>42 - Providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health, and the prevention, treatment and management of illness; providing a scientific research website that provides databases that contain information in the fields of science, medicine, microbiology, health and the prevention, treatment and management of illness<br><br>44 - Genetic testing for medical purposes; genetic counseling, namely, analysis of genetic testing for medical use; providing a health and medical website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>41 - Providing a website featuring blogs in the field of human microbiota; providing online non-downloadable articles and papers in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing online journals, namely, blogs in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness |

uBiome, Inc. Case No. 19-11938 (LSS)
Attachment B.60
Trademarks (Inactive)

| Owners | Case Ref. | Country | Case Status | Title | Application No. | Application Date | Registration No. | Registration Date | Goods/Services(All) |
|---|---|---|---|---|---|---|---|---|---|
| uBiome, Inc. | 736413/US | United States of America | Abandoned | UBIOME FIT | 87/701582 | 11/29/2017 | | | 09 - Downloadable computer programs for using the Internet and the world wide web to access publications, databases, and information in the field of human microbiota; Downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Medical testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples<br><br>18 - All purpose carrying bags, tote bags, backpacks, gym bags, sling bags, satchels, shoulder bags, duffel bags<br><br>21 - Water bottles sold empty<br>24 - Fabrics and textiles, namely, bed sheets, bed spreads, bed skirts, bed covers, bed blankets, blanket throws, plastic table covers, textile table cloths<br><br>35 - Recruiting services, namely, recruiting research subjects to participate in scientific studies and research in the in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness<br><br>42 - Providing a scientific research website that provides databases that contain information in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing a website featuring technology that allows users to submit and analyze scientific data, perform and review scientific studies, publish articles, review the articles of others, and generate, test, review and verify scientific hypotheses all in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; scientific study and research in the fields of medicine, science, microbiology, health and the prevention, treatment and management of illness; providing scientific information databases in the field of microbiology for the prevention, treatment, and management of illnesses<br><br>45 - Online social networking services in the field of human microbiota; online social networking services |
| uBiome, Inc. | 736414/US | United States of America | Abandoned | uBiome Fit Logo | 87/701625 | 11/29/2017 | | | 09 - Downloadable computer programs for using the internet and the world wide web to access publications, databases, and information in the field of human microbiota; downloadable electronic publications in the nature of written articles and papers in the field of human microbiota provided via an online resource center website; downloadable electronic publications in the nature of written articles and written papers in the field of human microbiota; computer software and mobile applications that enable users to upload personal microbiota data and track such data for individual use and health; computer software and mobile applications for use on smartwatches that enable users to upload personal microbiota data and track such data for individual use and health<br>10 - Medical testing and screening kit comprising instruction card, return mailer, sealable baggie, swabs, tubes, napkin and plastic tray for obtaining and sequencing human microbiome samples |

uBiome, Inc. Case No. 19-11938 (LSS)
Schedule B Attachment 61
Domain Names

| Domain Name | Host | Status |
| --- | --- | --- |
| getsmartgut.com | GoDaddy | Expired but renewed with ownership protection |
| smartguttest.com | GoDaddy | Expired but renewed with ownership protection |
| smartguttoday.com | GoDaddy | Expired but renewed with ownership protection |
| externalclinicalcare.com | CloudFlare | Active |
| microbiomecounselors.com | CloudFlare | Active |
| microbiomecounselors.org | CloudFlare | Active |
| silverhillforge.com | CloudFlare | Active |
| smartgut.com | CloudFlare | Active |
| tactless.com | CloudFlare | Active |
| ubiome.blog | CloudFlare | Active |
| ubiome.com | CloudFlare | Active |
| ubiome.io | CloudFlare | Active |
| zacharyapte.com | CloudFlare | Active |

**Fill in this information to identify the case:**

Debtor name __uBiome, Inc.__

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    __19-11938 (LSS)__

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1  8VC**<br>Creditor's Name<br><br>**Kimmy Scotti**<br>**335 Madison Avenue**<br>**Floor 6, Suite C**<br>**New York, NY 10017**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets** | **$4,000,000.00** | **Unknown** |

Describe the lien
**Debtor in Possession Financing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**September 2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| **2.2  Silicon Valley Bank**<br>Creditor's Name<br><br>**Justin Mauch**<br>**387 Park Avenue South**<br>**2nd Floor**<br>**New York, NY 10016**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets** | **$6,830,000.00** | **Unknown** |
| --- | --- | --- | --- |

Describe the lien
**Debtor in Possession Financing**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**September 2019**
Last 4 digits of account number

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **uBiome, Inc.**
_____
Name

Case number (if known)   **19-11938 (LSS)**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$10,830,000.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Morrison & Foerster LLP** **Benjamin Butterfield, Esq.** **250 West 55th Street** **New York, NY 10019** | Line **2.2** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **uBiome, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  **19-11938 (LSS)**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**3 Bridge Networks**<br>**601 Montgomery Street**<br>**Suite 1825**<br>**San Frnacisco, CA 94111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,800.00 | $1,800.00 |
|  | Date or dates debt was incurred<br>**8/31/2019** | Basis for the claim:<br>**Wages - Contractor** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**3 Bridge Networks**<br>**601 Montgomery Street**<br>**Suite 1825**<br>**San Frnacisco, CA 94111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,530.00 | $1,530.00 |
|  | Date or dates debt was incurred<br>**8/24/2019** | Basis for the claim:<br>**Wages - Contractor** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor __uBiome, Inc._____  Case number (if known) __19-11938 (LSS)__
      Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,316.25 | $1,316.25 |
|---|---|---|---|---|

**3 Bridge Networks**
**601 Montgomery Street**
**Suite 1825**
**San Frnacisco, CA 94111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/17/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.48 | $343.48 |
|---|---|---|---|---|

**Allison Bawazer**
**1925 13th Ave**
**Apt 101**
**Oakland, CA 94606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/22/2019**

Basis for the claim:
**Unpaid Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.50 | $292.50 |
|---|---|---|---|---|

**Claire Heidi Hansen Mejia**
**144 Oak Springs Drive**
**San Anselmo, CA 94960**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/13/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Elaine Johanson**
**28 Haymarket Lane**
**Bryn Mawr, PA 19010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/30/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,250.00 | $1,250.00 |
|---|---|---|---|---|
| | **Elaine Johanson**<br>**28 Haymarket Lane**<br>**Bryn Mawr, PA 19010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/17/2019** | Basis for the claim:<br>**Wages - Contractor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $7,840.00 | $7,840.00 |
|---|---|---|---|---|
| | **Jayrold Lomadilla**<br>**137 Barbera Court**<br>**Vacaville, CA 95687** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/30/2019** | Basis for the claim:<br>**Wages - Contractor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,000.00 | $5,000.00 |
|---|---|---|---|---|
| | **Jorge Condomi**<br>**529 #420, La Plata 1900**<br>**Buenos Aires**<br>**Argentina** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/20/2019** | Basis for the claim:<br>**Wages - Contractor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,000.00 | $5,000.00 |
|---|---|---|---|---|
| | **Jorge Condomi**<br>**529 #420, La Plata 1900**<br>**Buenos Aires**<br>**Argentina** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/28/2019** | Basis for the claim:<br>**Wages - Contractor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,251.77 | $10,251.77 |
|---|---|---|---|---|

**Kaiser Pemanente Northern Ca**
**PO BOX 742120**
**Los Angeles, CA 90074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/31/2019**

Basis for the claim:
**Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 | $2,800.00 |
|---|---|---|---|---|

**Meghan Grech**
**43 Montecito Ave #4**
**Pacifica, CA 94044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/31/2019 to 8/28/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,032.90 | $16,032.90 |
|---|---|---|---|---|

**Orli Kadoch**
**1850 Mountain View Drive**
**Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/9/2019**

Basis for the claim:
**Unpaid Severance**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,194.74 | $1,194.74 |
|---|---|---|---|---|

**Pensionmark Financial Group, LLC**
**24 E Cota Street**
**Suite 200**
**Santa Barbara, CA 93101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/1/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | uBiome, Inc. | | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,420.00 | $4,420.00 |
|---|---|---|---|---|

**Suesie Lahey**
**1719 Easton Drive**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,200.00 | $13,650.00 |
|---|---|---|---|---|

**Susan Zneimer**
**1843 NW Lacamas Drive**
**Camas, WA 98607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/12019 - 8/30/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,420.00 | $4,420.00 |
|---|---|---|---|---|

**Susie Lahey**
**1719 Easton Drive**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Wages - Contractor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,887.00 | $8,887.00 |
|---|---|---|---|---|

**Ubiome Employees**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/4/2019**

Basis for the claim:
**Accrued PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | uBiome, Inc. | | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.1**

Nonpriority creditor's name and mailing address
**3 Bridge Networks LLC**
**601 Montgomery Street**
**Suite 1825**
**San Francisco, CA 94111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$2,880.00

---

**3.2**

Nonpriority creditor's name and mailing address
**a4 Media**
**630 W. Germantown Pike**
**Suite 250**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$9,400.00

---

**3.3**

Nonpriority creditor's name and mailing address
**ABclonal Science, Inc.**
**86 Cummings Park**
**Woburn, MA 01801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$535.00

---

**3.4**

Nonpriority creditor's name and mailing address
**Accent**
**P.O. BOX 952366**
**Saint.Louis, MO 63195**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$2,811.33

---

**3.5**

Nonpriority creditor's name and mailing address
**ACCENT - MSC 410837**
**P.O. BOX 415000**
**Nashville, TN 37241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$345.00

---

**3.6**

Nonpriority creditor's name and mailing address
**Aetna Life Insurance Company**
**P.O. BOX 14079**
**Lexington, KY 40512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$2,757.72

---

**3.7**

Nonpriority creditor's name and mailing address
**AETNA Resolution Team**
**P.O. BOX NO 14020**
**Lexington, KY 40512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

$2,362.68

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|--------|--------------|------------------------|----------------|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Alltran Health Services, Inc.**
200 14th Ave East
Sartell, MN 56377

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,239.00 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**ANTHEM BLUE CROSS CA - Overpayment Recov**
P.O. BOX 92420
Cleveland, OH 44193

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,809.47 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Aomb**
Rene Raggers
P.O. Box 645
5600 AP Eindhoven
Netherlands

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,624.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Aon Risk Insurance Services West, Inc.**
San Francisco CA Office
425 Market Street
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,804.32 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Arnold & Porter Kaye Scholer LLP**
P.O. Box 759451
0
Baltimore, MD 21275

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,601.89 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Artel Inc**
25 Bradley Drive
Westbrook, ME 04092

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Asentral Institutional Review Board**
10 Mulliken Way
Newburyport, MA 01950

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

**3.15** Nonpriority creditor's name and mailing address
**ASM Strategic Alliance**
**Exhibits at 1752 N Street NW**
**Washington, DC 20036**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,550.00**

---

**3.16** Nonpriority creditor's name and mailing address
**ATCC**
**10801 University Bvld**
**Manassas, VA 20110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,220.70**

---

**3.17** Nonpriority creditor's name and mailing address
**ATTN  RECOVERIES TEAM, SELECT**
**HEALTH**
**P.O. BOX 27368**
**Salt Lake City, UT 84127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$390.55**

---

**3.18** Nonpriority creditor's name and mailing address
**Banc of America Leasing & Capital, LLC**
**2600 W. Big Beaver Road**
**Troy, MI 48084**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,123.55**

---

**3.19** Nonpriority creditor's name and mailing address
**BCBS of MI**
**Ferren Gibson**
**P.O. Box 366**
**Detroit, MI 48231**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,136.90**

---

**3.20** Nonpriority creditor's name and mailing address
**BCBS TX HEALTHCARE SERVICE CORP. -**
**REFUN**
**P.O. BOX 731431**
**Dallas, TX 75373**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,321.73**

---

**3.21** Nonpriority creditor's name and mailing address
**BCBSNE - Refund Department**
**P.O. BOX 3248**
**Omaha, NE 68180**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$745.67**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
**Bioquimica, CI S.A.**
**Matias Gutierrez**
**Av. Presidente Jose Batlle Y Ordonez 374**
**Nunoa**
**Santiago CHILE**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$563,384.28**

---

**3.23** | Nonpriority creditor's name and mailing address
**Blue Cross Blue Shield  TX -  REFUND DEP**
**P.O. BOX 731431**
**Dallas, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.98**

---

**3.24** | Nonpriority creditor's name and mailing address
**Blue Shield of CA**
**Attn: Cash Receiving**
**PO Box 241012**
**Lodi, CA 95241**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,156.16**

---

**3.25** | Nonpriority creditor's name and mailing address
**BlueCrew, Inc.**
**645 7th St**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,810.28**

---

**3.26** | Nonpriority creditor's name and mailing address
**Brandwatch**
**Mike Moore**
**Brandwatch**
**48th West 21st Street**
**New York, NY 10010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,894.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Brent James Steele**
**3099 Springer Rd**
**Placerville, CA 95667**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Canon Financial Services, Inc.**
**14904 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,834.24**

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00**

**Canon Solutions America Inc**
**300 Commerce Square Boulevard**
**Burlington, NJ 08016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,187.24**

**Canteen Refreshment Services**
**P.O. BOX 50196**
**Division of Compass Group**
**Los Angeles, CA 90074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00**

**Capital Typing**
**Box 436**
**Bluffton, SC 29910**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,000.00**

**Caravel Partners, LLC**
**795 Folsom Street, 1 st Floor**
**San Francisco, CA 94107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.15**

**Central California Alliance for Health D**
**1600 Green Hills Road**
**Scotts Valley, CA 95066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,530.21**

**Chicago Laborers Health - Claims Dept**
**11465 W CERMAK RD**
**Westchester, IL 60154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,105.82**

**China Pat Intellectual Property Office**
**2nd Floor, Zhongguancun Intellectual Pro**
**China**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Cho & Partners Intellectual Property Att**
**6th Floor Ann Jay Tower, 208 Teheran-ro,**
**Seoul   06220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,070.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Christenson Electric, Inc**
**17201 NE, Sacramento St**
**Portland, OR 97230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,188.54**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Christina McDonald**
**11688 Petersburg Pike**
**Upper Tract, WV 26866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$571.72**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Cigna - Accent**
**P.O. BOX 952366**
**St. Louis, MO 63195**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.23**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**CIGNA HEALTH AND LIFE INSURANCE**
**COMPANY**
**P.O. BOX 182223**
**Chattanooga, TN 37422**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,134.96**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Clark IP**
**Suite 305/110 Pacific Highway**
**North Sydney NSW Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,780.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Classic Recycling New York Corp.**
**409 River Road**
**Suite 1**
**Clifton, NJ 07014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.62**

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,171.84**

Coastline International, Inc
Brett
1207 Bangor Street
0
San Diego, CA 92106

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193.00**

Concentra (Occupational Health Centers o
5080 Spectrum Drive
Suite 1200Q
Addison, TX 75001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313,446.83**

Covington & Burling LLP
Douglas Sprague
Attention: Accounting Department
One CityCenter
Washington D.C.   20001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,761.00**

CRA International, Inc
200 Clarendon Street
Boston, MA 02116

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191.00**

Crane Pest Control
2700 Geary Boulevard
san francisco, CA 94118

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,762.90**

DE LAGE LANDEN FINANCIAL SERVICES,
INC.
Susan Minnucci
P.O. Box 41602
Philadelphia, PA 19101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$270.00**

Department of Toxic Substances Control
Accounting Unit
Department of Toxic Substances Control
Sacramento, CA 95812

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Goods or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address
**DHL Global Forwarding**
**Nancy Asnath**
**P.O. Box 277233**
**0**
**Atlanta, GA 30384**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$2,110.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
**DN David Do Nascimento**
**Av. Paulista 1294**
**16th Floor**
**Sao Paulo 1310 Brazil**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$8,559.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
**Double Helix LLC**
**1296 Mayette Ave**
**San Jose, CA 95125**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$10,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address
**Dr Wanted**
**C/O Sterling National Bank**
**P.O. Box 75390**
**Chicago, IL 60675**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$21,325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address
**DS LAWYERS CANADA LLP**
**891 Charest Boulevard West**
**Montreal (QC) CANADA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$2,546.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address
**Ecare India Private Limited**
**Deepak Kumar Sanghi**
**B.R Complex, No.27/28, Woods Road**
**Chennai INDIA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$135,530.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address
**Eden Technologies, Inc**
**54 Gilbert Street**
**San Francisco, CA 94103**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply. — **$6,273.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | uBiome, Inc. | | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,170.00** |
|---|---|---|---|
| | **Effectus Group** | ☐ Contingent | |
| | **1754 Technology Dr** | ☐ Unliquidated | |
| | **Ste 234** | ☐ Disputed | |
| | **San Jose, CA 95110** | | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|
| | **Elaine Johanson** | ☐ Contingent | |
| | **28 Haymarket Lane** | ☐ Unliquidated | |
| | **Bryn Mawr, PA 19010** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,855.08** |
|---|---|---|---|
| | **Ellis Buehler Makus LLP** | ☐ Contingent | |
| | **980 9th St FL 16** | ☐ Unliquidated | |
| | **Sacramento, CA 95814** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,243.00** |
|---|---|---|---|
| | **Emblemhealth, Inc** | ☐ Contingent | |
| | **55 Water Street** | ☐ Unliquidated | |
| | **New York, NY 10041** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **Emilio Daniel Gonzalez** | ☐ Contingent | |
| | **225 Valencia Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94103** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,404.10** |
|---|---|---|---|
| | **Encompass, Inc** | ☐ Contingent | |
| | **P.O. Box 823312** | ☐ Unliquidated | |
| | **Vancouver CANADA** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,075.00** |
|---|---|---|---|
| | **Ethical & Independent Review Services, L** | ☐ Contingent | |
| | **14400 E. 42nd St.** | ☐ Unliquidated | |
| | **Suite 240** | ☐ Disputed | |
| | **Independence, MO 64055** | | |
| | Date(s) debt was incurred __ | **Basis for the claim: Goods or services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,828.65**

**Everything Grows Interior**
**John Nobrega**
**696 San Ramon Valley Blvd.**
**Suite 366**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,449.69**

**EZ Building Maintenance Corp**
**EZ Building Maintenance Corp**
**51-71 47th Street**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00**

**Fredrikson & Byron, P.A.**
**P.O. Box 1484**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,010.00**

**GARDHI VILA, S.C.**
**Calle Severo Diaz 38.**
**Arcos Vallarta MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$914.10**

**GB Collects Recovery- Overpayment Divisi**
**1253 Haddonfield Berlin Rd.**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,511.45**

**Geha**
**P.IO. Box 21542**
**Eagan, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,215.52**

**GenScript , Inc.**
**860 Centennial Avenue**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods or services rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.71** Nonpriority creditor's name and mailing address
**Golden Rule**
P.O.BOX 31372
Salt Lake City, UT 84131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$1,305.00

---

**3.72** Nonpriority creditor's name and mailing address
**GREATWESTHEALTHCARE-CIGNA**
8505 E. ORCHARD RD
Greenwood Village, CO 80111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$875.00

---

**3.73** Nonpriority creditor's name and mailing address
**Greenhouse Software, Inc**
110 5th Ave FL 3
New York, NY 10011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$12,500.00

---

**3.74** Nonpriority creditor's name and mailing address
**Growth IP**
13480 Chelly Court
San Diego, CA 92129

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$149,460.00

---

**3.75** Nonpriority creditor's name and mailing address
**Harris & Lee Environmental Sciences, LLC**
Harris & Lee Environmental Sciences, LLC
120 Ross Valley Drive
San Rafael, CA 94901

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$2,460.00

---

**3.76** Nonpriority creditor's name and mailing address
**Health Care Service Corporation**
P.O. BOX 731431
Dallas, TX 75373

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$865.27

---

**3.77** Nonpriority creditor's name and mailing address
**HealthFirst**
P.O BOX 5198
New York, NY 10275

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

$21.43

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address**
**Henco Plumbing Services LLC**
313 NW 209th St.
Ridgefield, WA 98642

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$9,887.71**

---

**3.79** | **Nonpriority creditor's name and mailing address**
**Hogan Lovells Us LLP**
555 13th Street., N.W.
Washington, DC 20004

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$5,799.60**

---

**3.80** | **Nonpriority creditor's name and mailing address**
**hslegall, LLP**
80 Raffles Place
Singapore

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Humana Health Care Plans**
P.O. BOX 931655
Atlanta, GA 31193

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$3,437.13**

---

**3.82** | **Nonpriority creditor's name and mailing address**
**iDesIgnEDU, LLC**
Saleen Hearon
800 Jackson Street, STE 384
Dallas, TX 75202

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**Illumina, Inc.**
12864 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,806.75**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**IMPACT Group, LLC**
IMPACT Group, LLC
12977 North Outer 40 Drive, Suite 300
St. Louis, MO 63141

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address**
**Innovation Policy Solutions, LLC**
**1012 14 th Street NW,  Suite 500**
**Wahington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,500.00**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**KAISER PERMANENTE NORTHERN CA**
**P.O. BOX 742120**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$557.97**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**Kaiser Permenente**
**1 Kaiser Plaza**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,610.00**

---

**3.88** | **Nonpriority creditor's name and mailing address**
**Kapa Biosystems Inc**
**200 Ballardvale Street**
**Suite 250**
**Wilmington, MA 01887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,260.14**

---

**3.89** | **Nonpriority creditor's name and mailing address**
**Kekst and Company, Incorporated**
**Nathan Riggs**
**Re: Sources USA**
**Publicis Communications - Collection Acc**
**Long Island City, NY 11001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$47,451.44**

---

**3.90** | **Nonpriority creditor's name and mailing address**
**Ken Nussbacher**
**2775 Union Street**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$130.00**

---

**3.91** | **Nonpriority creditor's name and mailing address**
**Kilpatrick Townsend**
**Hyacinth Campbell**
**Dept #34542**
**PO Box 39000**
**San Francisco, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$296,381.52**

---

| Debtor | uBiome, Inc. | | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**3.92** | Nonpriority creditor's name and mailing address
**Lamont, Hanley Associates, Inc**
1138 Elm Street, P.O. BOX 179
Manchester, NH 03105

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$521.09

---

**3.93** | Nonpriority creditor's name and mailing address
**LARKR-on Demand Video Therapy**
737 Zuni Street
South Lake Tahoe, CA 96150

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$32,500.00

---

**3.94** | Nonpriority creditor's name and mailing address
**Lathrop Gage, LLP**
230 Park Avenue
#2400
New York, NY 10169

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$12,640.00

---

**3.95** | Nonpriority creditor's name and mailing address
**LEYDIG, VOIT & MAYER, LTD.**
**Joni Simmons**
1981 N. BROADWAY, SUITE 310
WALNUT CREEK, CA 94596

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$76,251.60

---

**3.96** | Nonpriority creditor's name and mailing address
**Medasend BioMedical Inc**
**Medasend BioMedical**
PAYMENT PROCESSING:
Casa Grande, AZ 85122

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$835.00

---

**3.97** | Nonpriority creditor's name and mailing address
**Medica**
**Barbara Horn**
P.O. Box 30990
Salt Lake City, UT 84130

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$2,276.87

---

**3.98** | Nonpriority creditor's name and mailing address
**Meghana Gadgil MD MPH**
**Meghana Gadgil**
1701 Trinity St
HDB
Austin, TX 78712

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No ☐ Yes

$22,400.00

---

| Debtor | **uBiome, Inc.** | Case number (if known) | **19-11938 (LSS)** |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,070.82** |
| | **MERITAIN HEALTH** | ☐ Contingent | |
| | **1405 Xenium Lane North, Suite 140** | ☐ Unliquidated | |
| | **Minneapolis, MN 55441** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,332.97** |
| | **MERITAIN HEALTH - TX** | ☐ Contingent | |
| | **P.O. BOX 853921** | ☐ Unliquidated | |
| | **Rithardson, TX 75085** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,843.20** |
| | **Microbiology & Quality Associates, Inc.** | ☐ Contingent | |
| | **Jeanne Van Note** | ☐ Unliquidated | |
| | **P.O. Box 855553** | ☐ Disputed | |
| | **Minneapolis, MN 55485** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,564.57** |
| | **Mintz, Levin, Cohn, Ferris, Glovsky, and** | ☐ Contingent | |
| | **David Siegal** | ☐ Unliquidated | |
| | **P.O. Box 4539** | ☐ Disputed | |
| | **Boston, MA 02212** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,586.00** |
| | **Mixpanel, Inc** | ☐ Contingent | |
| | **1 Front Street** | ☐ Unliquidated | |
| | **Ste 2800** | ☐ Disputed | |
| | **San Francisco, CA 94111** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,200.00** |
| | **Mode Analytics** | ☐ Contingent | |
| | **208 Utah Street, Suite 400** | ☐ Unliquidated | |
| | **San Francisco, CA 94103** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$449.20** |
| | **Molina Healthcare of California** | ☐ Contingent | |
| | **Molina Healthcare of California** | ☐ Unliquidated | |
| | **PO Box 30567** | ☐ Disputed | |
| | **Los Angeles, CA 90030** | | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Goods or services rendered** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 20 of 28

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.106** **Nonpriority creditor's name and mailing address**
**Moss Adams LLP**
**Lockbox #101822**
**2710 Media Center Dr.**
**Los Angeles, CA 90065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,304.00**

---

**3.107** **Nonpriority creditor's name and mailing address**
**Nationwide Insurance**
**1025 Old Country Rd, Ste 310**
**Westbury, NY 11590**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$281.73**

---

**3.108** **Nonpriority creditor's name and mailing address**
**Nixon Peabody**
**Exchange Place - 53 State Street**
**Boston, MA 02109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$28,882.50**

---

**3.109** **Nonpriority creditor's name and mailing address**
**ON Search Partners, LLC**
**Greg Kleeh**
**102 First Street, Suite 201**
**Hudson, OH 44236**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$68,600.00**

---

**3.110** **Nonpriority creditor's name and mailing address**
**Orrick, Herrington & Sutcliffe LLP**
**John Bautista**
**450 Howard Street**
**San Francisco, CA 94105**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$233,401.14**

---

**3.111** **Nonpriority creditor's name and mailing address**
**Oxford Health Plans Inc.**
**Attn: Claims Refund Lockbox**
**Newark, NJ 07193**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$192.83**

---

**3.112** **Nonpriority creditor's name and mailing address**
**Penny Hill, PRS Recovery Analyst**
**P.O. BOX 415000**
**Nashville, TN 37241**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$385.91**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address
**Posse Herrera & Ruiz S.A.**
**Carrera 7 No. 71-52 Torre A, Piso 5.**
**Bogota COLOMBIA**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,927.79**

---

**3.114** | Nonpriority creditor's name and mailing address
**Precision Health Economics**
**P.O. BOX 75727**
**Baltimore, MD 21275**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,260.00**

---

**3.115** | Nonpriority creditor's name and mailing address
**Professional Telecommunication Services**
**6111 Southfront Rd  Ste B**
**Livermore, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,944.74**

---

**3.116** | Nonpriority creditor's name and mailing address
**Providence Health Plan**
**P.O. BOX 6456**
**Portland, OR 97228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,585.87**

---

**3.117** | Nonpriority creditor's name and mailing address
**Quinn Emanuel Urquhart & Sullivan, LLP**
**Nicole Scott**
**865 S Figueroa Street, 10th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,886.14**

---

**3.118** | Nonpriority creditor's name and mailing address
**Ramsey & Ehrlich LLP**
**Lauren Noga**
**803 Hearst Ave**
**Albany, CA 94710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$359,357.34**

---

**3.119** | Nonpriority creditor's name and mailing address
**RD Nutrition Consultants LLC**
**Nick Harper**
**505 Cornhusker Rd.**
**Ste 105-336**
**Bellevue, NE 68005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$39,263.41**

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

**3.120**

Nonpriority creditor's name and mailing address
**Recology Golden Gate**
**Recology Sunset Scavenger**
**250 Executive Park Blvd**
**San Francisco, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$779.27**

---

**3.121**

Nonpriority creditor's name and mailing address
**Redox, Inc**
**2020 Eastwood drive**
**Madison, WI 53704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.122**

Nonpriority creditor's name and mailing address
**Robert Half International, Inc**
**Office Team**
**PO Box 743295**
**Los Angeles, CA 90074**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$10,236.42**

---

**3.123**

Nonpriority creditor's name and mailing address
**S-E , INC ( Elektricity )**
**Todd Clevette**
**#3 Greenway Plaza, Suite 1150**
**Houston, TX 77046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$16,118.75**

---

**3.124**

Nonpriority creditor's name and mailing address
**S-E, Inc.**
**Todd Clevette**
**M/S 65-3-920**
**4111 N.E. 112th Avenue**
**Vancouver, WA 98682**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$78,167.34**

---

**3.125**

Nonpriority creditor's name and mailing address
**Salesforce.com Inc**
**Jason Foster**
**Salesforce.com Inc**
**P.O. Box 203141**
**Dallas, TX 75320**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$211,654.54**

---

**3.126**

Nonpriority creditor's name and mailing address
**Segment.io**
**100 California Street**
**Suite 700**
**San Francisco, CA 94111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$10,931.25**

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,688.54 |
|---|---|---|---|

**SendBridge Inc**
**1895 Jackson St.**
**Apt. 503**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,164.00 |
|---|---|---|---|

**Shusaku Yamamoto, Co**
**P.O. Box 31001-1267**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,371.37 |
|---|---|---|---|

**Sigma-Aldrich Inc.**
**3050 Spruce Street**
**Saint Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Silicon Valley Bank**
**505 Howard Street**
**3rd Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,904.00 |
|---|---|---|---|

**Snow, Bittleston Hartman Fong & Associat**
**1213 Lincoln Avenue, #209**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.20 |
|---|---|---|---|

**Star Elevator, Inc**
**1300 Industrial Road, Suite 4**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,420.00 |
|---|---|---|---|

**Susie Lahey**
**1719 Easton Drive**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,007.08**

Texas Novachem Corporation
Billy Self
1830 East Interstate 30
0
Rockwall, TX 75087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,932.70**

TFS*Thermo Fisher Scientific
300 INDUSTRY DRIVE
PITTSBURGH, PA 15275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,690.00**

The Active Workplace
73 Liberty Street
Acton, MA 07120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,072.75**

The Flying Locksmiths - Portland West
14050 SW Pacific Hwy Suite# 102
Tigard, OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,348.16**

TRICARE East Region   Attn Refunds Recou
P.O. Box 8967
Madison, WI 53708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$290.80**

Tricare West Region
P.O. BOX 100268
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$601.66**

Tricare West Region , PGBA LLC
P.O. BOX 202100
Florence, SC 29502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

---

**3.141**

**Nonpriority creditor's name and mailing address**

UMR
P.O. Box 8033
Wausau, WI 54402

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,044.00**

---

**3.142**

**Nonpriority creditor's name and mailing address**

UniFirst Corporation
14266 Catalina Street
San Leandro, CA 94577

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$352.79**

---

**3.143**

**Nonpriority creditor's name and mailing address**

UNITED HEALTH GROUP RECOVERY
SERVICES
LOCKBOX 101760
Hapeville, GA 30354

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,674.76**

---

**3.144**

**Nonpriority creditor's name and mailing address**

United Healthcare  Attn Recovery Service
P.O. BOX 740804
Atlanta, GA 30374

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,466.04**

---

**3.145**

**Nonpriority creditor's name and mailing address**

United Healthcare - Johnson & Rountree P
P.O. BOX 301599
Dallas, TX 75303

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,320.00**

---

**3.146**

**Nonpriority creditor's name and mailing address**

United Healthcare Atlanta
P.O. BOX 101760
Atlanta, GA 30392

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,248.64**

---

**3.147**

**Nonpriority creditor's name and mailing address**

UNITED HEALTHCARE ATTN - RECOVERY
SERVIC
P.O. BOX 945931
Atlanta, GA 30394

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods or services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

**$65.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

**3.148** Nonpriority creditor's name and mailing address
**United Healthcare GA**
**United Health Group Recovery Service**
**Lockbox 101760**
**Hapeville, GA 30354**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$2,791.31

**3.149** Nonpriority creditor's name and mailing address
**Vanya Voivedich**
**2451 Midtown Avenue**
**Apt. 1225**
**Alexandria, VA 22303**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$1,059.08

**3.150** Nonpriority creditor's name and mailing address
**Veolia ES Technical Solutions, LLC**
**53 State Street**
**14th Floor**
**Boston, MA 02109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$234.08

**3.151** Nonpriority creditor's name and mailing address
**VIDHANI ASSOCIATES**
**11/12 Upper Ground Floor**
**West Patel Nagar INDIA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$5,578.00

**3.152** Nonpriority creditor's name and mailing address
**Von Seidels Intellectual Property Attorn**
**4 East Park, Central Park on Park Lane**
**Century City (Cape Town) SOUTH AFRICA**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$5,089.00

**3.153** Nonpriority creditor's name and mailing address
**VWR INTERNATIONAL LLC**
**VWR INTERNATIONAL LLC**
**P.O. Box 640169**
**Pittsburgh, PA 15264**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$435.13

**3.154** Nonpriority creditor's name and mailing address
**Waste Connections of Washington, Inc.**
**12115 NE 99th Street**
**Suite 18230**
**Vancouver, WA 98682**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods or services rendered__

Is the claim subject to offset? ■ No  ☐ Yes

$156.12

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | uBiome, Inc. | Case number (if known) | 19-11938 (LSS) |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,371.31 |
|---|---|---|---|

**Waystar Revenue Cycle Technology**
**888 W. Market Street, Ste 400**
**Louisville, KY 40202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services rendered 

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,144.15 |
|---|---|---|---|

**Zoom Video Communications Inc.**
**P.O. Box 398843**
**55 Almaden Blvd., Suite 600**
**San Francisco, CA 94139**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services rendered 

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,038.55 |
|---|---|---|---|

**Zymo Research Corp.**
**17062 Murphy Ave**
**Irvine, CA 92614**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods or services rendered 

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 103,978.64 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,142,198.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,246,176.74 |

**Fill in this information to identify the case:**

Debtor name **uBiome, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)   **19-11938 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter between Aon Risk Services West, Inc. and uBiome Inc.** | |
| | State the term remaining | **Contract Rejected** | |
| | List the contract number of any government contract | | **Aon Risk Insurance Services West, Inc. 425 Market Street, Suite 2800 San Francisco, CA 94105** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Unified Lease Agreement** | |
| | State the term remaining | **Contract Rejected** | |
| | List the contract number of any government contract | | **Canon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement** | |
| | State the term remaining | **Contract Rejected** | |
| | List the contract number of any government contract | | **De Lage Landen Financial Services, Inc. Ty Edelstein P.O. Box 41602 Philadelphia, PA 19101** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Aqua Extreme LLC Rental Agreement** | |
| | State the term remaining | **Contract Rejected** | |
| | List the contract number of any government contract | | **H2O Coolers Kimberly Leopold 8747 20th Avenue Brooklyn, NY 11214** |

| Debtor 1 | uBiome, Inc. | | | Case number *(if known)* | **19-11938 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease -- Gross** | |
|---|---|---|---|
| | State the term remaining | **Contract Rejected** | **Laurance O and Jeanette O Mathews Family Trust** |
| | List the contract number of any government contract | _____ | **360 Ritch Street, Suite 204**<br>**San Francisco, CA 94107** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Contract Rejected** | **Mixpanel, Inc.**<br>**Justin Lau** |
| | List the contract number of any government contract | _____ | **405 Howard Street, 2nd Flr.**<br>**San Francisco, CA 94105** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Salesforce CRM and Marketing Cloud Contracts** | |
|---|---|---|---|
| | State the term remaining | **Contract Rejected** | **Salesforce.com Inc.**<br>**Jason Foster** |
| | List the contract number of any government contract | _____ | **P.O. Box 203141**<br>**Dallas, TX 75320** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease -- Gross** | |
|---|---|---|---|
| | State the term remaining | **Contract Rejected** | **Susan M. Bates 2001 Revocable Trust**<br>**Nicholas Bates** |
| | List the contract number of any government contract | _____ | **P.O. Box 242**<br>**Duxbury, MA 02331** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **uBiome, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) **19-11938 (LSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |