**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>uBiome, Inc.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11938-LSS<br><br>**Hearing Date:**<br>**August 19, 2021, at 3:00 p.m. (ET)**<br><br>**Objection Deadline:**<br>**August 11, 2021, at 4:00 p.m. (ET)** |

**NOTICE OF DR. JESSICA RICHMAN'S AND DR. ZACHARY APTE'S JOINT MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW PAYMENT OF DEFENSE COSTS UNDER CERTAIN DIRECTORS AND OFFICERS INSURANCE POLICIES**

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE CHAPTER 7 TRUSTEE; (III) COUNSEL TO THE POLICIES' INSURERS; AND (IV) ALL PARTIES ENTITLED TO NOTICE UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.

      **PLEASE TAKE NOTICE** that Dr. Jessica Richman and Dr. Zachary Apte have filed a *Joint Motion for an Order Modifying the Automatic Stay to Allow Payment of Defense Costs under Certain Directors and Officers Insurance Policies* (the "Motion").[1]

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed and served to so as to be received on or **before 4:00 p.m. (ET) on August 11, 2021,** (the "Objection Deadline") by the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** that if any responses or objections are received by the Objection Deadline, a hearing with respect to the Motion (the "Hearing") will be held on **August 19, 2021, at 3:00 p.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. The Hearing may be held via Zoom and the information for appearing via Zoom will be provided in an agenda to be filed in advance of the Hearing.

      **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE**

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: August 4, 2021<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP** |

/s/ *Brett D. Fallon*
Brett D. Fallon, Bar No. 2480
Jaclyn C. Marasco, Bar No. 6477
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: +1 302 467 4200
Facsimile: +1 302 467 4201
brett.fallon@faegredrinker.com
jaclyn.marasco@faegredrinker.com

-and-

Joel Hammerman
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: +1 312-356-5060
joel.hammerman@faegredrinker.com

*Attorney for Jessica Richman*

**POTTER ANDERSON & CORROON LLP**

*/s/ L. Katherine Good*
L. Katherine Good, Bar No. 5101
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Telephone: +302 984 6000
Facsimile: +302 658 1192
kgood@potteranderson.com

-and-

**COVINGTON & BURLING, LLP**
W. Douglas Sprague
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: +1 212 841 1000
dsprague@cov.com

*Attorneys for Zachary Apte*