**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>uBiome, Inc.,<br><br>　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-11938-LSS<br><br>**Hearing Date:**<br>September 2, 2021, at 2:00 p.m. (ET)<br><br>**Objection Deadline:**<br>August 12, 2021, at 4:00 p.m. (ET) |

**RE-NOTICE OF DR. JESSICA RICHMAN'S AND DR. ZACHARY APTE'S JOINT AMENDED MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW PAYMENT OF DEFENSE COSTS UNDER CERTAIN DIRECTORS AND OFFICERS INSURANCE POLICIES**

TO:　(I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE CHAPTER 7 TRUSTEE; (III) COUNSEL TO THE POLICIES' INSURERS; AND (IV) ALL PARTIES ENTITLED TO NOTICE UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.

　　**PLEASE TAKE NOTICE** that on August 5, 2021, Dr. Jessica Richman and Dr. Zachary Apte (the "Movants") filed the *Joint Amended Motion for an Order Modifying the Automatic Stay to Allow Payment of Defense Costs under Certain Directors and Officers Insurance Policies* (the "Amended Motion").[1]

　　**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Amended Motion must be filed and served so as to be received on or **before 4:00 p.m. (ET) on August 12, 2021,** (the "Objection Deadline") by the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

　　**PLEASE TAKE FURTHER NOTICE** that if any responses or objections are received by the Objection Deadline, or such other time as agreed to by the Movants, a hearing with respect to the Amended Motion (the "Hearing") will be held on **September 2, 2021, at 2:00 p.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.  The Hearing may be held via Zoom and the information for appearing via Zoom will be provided in an agenda to be filed in advance of the Hearing.

　　**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE AMENDED MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY**

---

[1]　Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended Motion.

**GRANT THE RELIEF REQUESTED IN THE AMENDED MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: August 11, 2021<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>/s/ *Brett D. Fallon*<br>Brett D. Fallon, Bar No. 2480<br>Jaclyn C. Marasco, Bar No. 6477<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone:  +1 302 467 4200<br>Facsimile:  +1 302 467 4201<br>brett.fallon@faegredrinker.com<br>jaclyn.marasco@faegredrinker.com<br><br>-and-<br><br>Joel Hammerman<br>311 S. Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Telephone: +1 312-356-5060<br>joel.hammerman@faegredrinker.com<br><br>*Attorneys for Jessica Richman*<br><br>**POTTER ANDERSON & CORROON LLP**<br><br>/s/ *L. Katherine Good*<br>L. Katherine Good, Bar No. 5101<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone:  +302 984 6000<br>Facsimile: +302 658 1192<br>kgood@potteranderson.com<br><br>-and-<br><br>**COVINGTON & BURLING, LLP**<br>W. Douglas Sprague<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone:  +1 212 841 1000<br>dsprague@cov.com<br><br>*Attorneys for Zachary Apte* |