**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | **Re: Docket No. 419** |

**DECLARATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE IN SUPPORT OF OBJECTION TO DR. JESSICA RICHMAN'S AND DR. ZACHARY APTE'S JOINT MOTION FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW PAYMENT OF DEFENSE COSTS UNDER CERTAIN DIRECTORS AND OFFICERS INSURANCE POLICIES**

I, Alfred T. Giuliano, declare as follows:

1.       I make this declaration in support of the *Objection to Dr. Jessica Richman's and Dr. Zachary Apte's Joint Motion for an Order Modifying the Automatic Stay to Allow Payment of Defense Costs under Certain Directors and Officers Insurance Policies* (the "Objection"). Unless otherwise noted, capitalized terms used in this declaration have the meanings ascribed to them in the Objection.

2.       I am the duly-appointed chapter 7 trustee to the estates of the above-captioned debtor (the "Debtor"). Since my appointment on October 11, 2019 (the "Conversion Date"), I have familiarized myself with the Debtor's assets, liabilities, and financial affairs.

3.       As a result of the civil and criminal investigations into each of the Movants' conduct, the Trustee, at the request of the Movants and the SEC, preserved documents, books, and records that relate to each and all the civil and criminal actions by the government or

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

2

other third parties against the Movants.  The requirement of document preservation was also

included in the sale order for the Debtor's IP asset sale to Psomagen to avoid a sale objection.

       4.     In total, to date, the estate has incurred $602,148.08 in costs to preserve

documents, books and records relating to each and all of the civil and criminal investigation and

proceedings initiated against the Movants. Documentation regarding the document preservation

costs, subject to all applicable privileges, is available upon request.

       I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

       Executed on this 26th day of August 2021.


                             */s/ Alfred T. Giuliano*
                             Alfred T. Giuliano