# **<u>EXHIBIT B</u>**

**Fill in this information to identify the case:**

Debtor 1: uBiome, Inc.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: District of Delaware

Case number: 19-11938

## Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
United States of America
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Leah V. Lerman
1100 L Street, NW
Washington, DC 20005
Contact phone: 202-307-0452
Contact email: leah.v.lerman@usdoj.gov

Where should payments to the creditor be sent? (if different)
Leah V. Lerman
1100 L Street, NW
Washington, DC 20005
Contact phone: 202-307-0452
Contact email: leah.v.lerman@usdoj.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/___ (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410 — Proof of Claim — page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _____7,835,685.03_____. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Violation of False Claims Act, 31 USC §3729 et seq. (See attached)

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☐ No
☑ Yes. Identify the property: Any monies due to debtor by the United States or a federal agency

Official Form 410 — Proof of Claim — page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/18/2020
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name       Savith Iyengar
           First name       Middle name       Last name

Title      Assistant United States Attorney

Company    United States Attorney's Office, Northern District of California
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    450 Golden Gate Avenue, Box 36055
           Number       Street
           San Francisco                                CA       94102
           City                                         State    ZIP Code

Contact phone  (415) 436-7018                    Email  savith.iyengar@usdoj.gov

**Supporting Documentation for United States of America's Proof of Claim in In re uBiome, Inc., Case No. 19-11938 (LSS)**

The United States of America ("United States") has a potential claim against uBiome, Inc. ("Debtor"). Since early 2019, the United States has been investigating whether Debtor submitted or caused to be submitted false claims to the United States in violation of the False Claims Act, 31 U.S.C. § 3729, *et seq*. The United States summarizes its investigation and claims against Debtor as follows:

The Debtor operated a laboratory testing business, where it conducted genetic testing of the human gut and vaginal biome. The Debtor knowingly engaged in fraudulent billing practices and fraudulently billed several federal health care programs – TRICARE, VA, OPM and Amtrak – and received federal funds in the amounts specified in the chart below.

| Federal Healthcare Programs | Amount Billed | Amount Paid Out |
|---|---|---|
| OPM-OIG (All FEHB) | $6,686,819.66 | $1,180,466.56 |
| AMTRAK-OIG | $80,419.34 | $18,468.14 |
| VA-OIG | $721,208.48 | $77,473.31 |
| DOD-OIG (TRICARE) | $7,497,138.00 | $1,335,487.00 |
| Totals: | $14,985,585.48 | $2,611,895.01 |

The Debtor falsely claimed the above federal funds in violation of the False Claims Act, 31 U.S.C. §§ 3729-33, and is therefore liable to the United States for treble damages in the amount of $7,835,685.03, plus civil penalties, pursuant to 31 U.S.C. § 3729(a).

    Primary claim amount: $2,611,895.01
    Treble damages pursuant to 31 U.S.C. § 3729(a): $7,835,685.03
    **Total claim amount: $7,835,685.03, plus civil penalties pursuant to 31 U.S.C. § 3729(a).**

This claim reflects the known liability of the Debtor to the United States. The United States reserves the right to amend or supplement this Proof of Claim to assert subsequently discovered liabilities.

The filing of this Proof of Claim is not (a) a waiver or release of the United States' rights, claims or defenses against any person, entity or property; (b) a waiver or release of any right or claim of the United States arising out of any other claim; (c) a waiver or release of any rights of the United States under any provision of the Bankruptcy Code or other applicable non-bankruptcy law; (d) an election of any remedy to the exclusion, express or implied, of any other remedy; (e) a consent that this claim is a debt which is subject to discharge in this or any other subsequent bankruptcy proceeding; (f) a ratification or consent to any obligation or liability based upon or arising out of any transaction between

the United States and the Debtor; (g) a waiver or release of any rights of the United States to have any and all final orders in any and all noncore matters entered only after *de novo* review by a United States District Court; (h) a waiver or release of any rights of the United States to trial by jury in any proceeding as to any and all matters so triable; or (i) a waiver or release of any rights of the United States to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal. All such rights are hereby expressly reserved by the United States, without exemption and with no purpose of conceding any of the foregoing in any way by this filing or by any other participation in this case.