IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | |

           **Objection Deadline: September 15, 2021 at 4:00 p.m. ET**
           **Hearing Date: October 13, 2021 at 9:45 a.m. ET**

**THIRD INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PACHULSKI STANG ZIEHL & JONES LLP, AS
COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM JANUARY 1, 2021 THROUGH JULY 31, 2021**

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective *nunc pro tunc* to October 11, 2019 by order signed on or about November 25, 2019 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2021 through July 31, 2021[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $141,035.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 10,060.34 |

This is an:       monthly       x  interim       final application.

          The total time expended for preparation of this fee application is anticipated to be approximately 3.0 hours and the corresponding compensation is anticipated to be approximately $800.00. The actual fees and expenses incurred in preparation of this fee application will be reflected in subsequent fee applications.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

[2] This application includes time and costs incurred prior to this period that were inadvertently omitted from prior interim fee applications. The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/21/20 | 10/11/19 – 06/30/20 | $458,453.50 | $13,717.22 | $458,453.50 | $13,717.22 |
| 01/28/21 | 07/01/20 – 12/31/20 | $ 58,846.00 | $ 1,556.44 | $ 58,846.00 | $ 1,556.44 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,295.00<br>$1,050.00 | 20.90<br>0.10 | $27,065.50<br>$    105.00 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,245.00<br>$1,075.00<br>$1,025.00 | 0.90<br>10.50<br>14.00 | $ 1,120.50<br>$11,180.00<br>$14,350.00 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983 Member of CA Bar since 1990 | $1,145.00<br>$1,025.00<br>$  975.00 | 0.90<br>1.30<br>7.50 | $ 1,030.50<br>$ 1,332.50<br>$ 7,312.50 |
| Robert J. Feinstein | Partner 2001; Member of NY Bar since 1982 | $1,145.00 | 0.60 | $    687.00 |
| Scott L. Hazan | Partner 2017; Member of NY Bar since 1974 | $1,145.00 | 0.20 | $    229.00 |
| Shirley S. Cho | Partner 2019; Member of CA Bar since 1997; Member of NY Bar since 2002 | $1,050.00 | 1.30 | $ 1,365.00 |
| Colin R. Robinson | Of Counsel 2012; Member of NJ and PA Bars since 2001; Member of DE Bar since 2010 | $  925.00 | 9.50 | $ 8,787.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $  775.00 | 3.90 | $ 3,315.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $  845.00<br>$  750.00 | 46.20<br>0.30 | $39,039.00<br>$    225.00 |
| Gregory V. Demo | Of Counsel 2019; Member of IL Bar since 2008; Member of NY Bar since 2015 | $  795.00 | 0.30 | $    238.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Steven W. Golden | Associate 2016; Member of NY and MD Bars since 2015; Member of TX Bar since 2016 | $ 575.00 | 6.60 | $ 3,795.00 |
| Patricia J. Jeffries | Paralegal 1999 | $ 460.00 | 6.90 | $ 3,174.00 |
| Karina K. Yee | Paralegal 2000 | $ 460.00 | 0.90 | $ 414.00 |
| Patricia E. Cuniff | Paralegal 2000 | $ 460.00 | 0.20 | $ 92.00 |
|  |  | $ 395.00 | 0.80 | $ 316.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 460.00 | 18.70 | $ 8,602.00 |
| Leslie A. Forrester | Law Library Director | $ 425.00 | 0.30 | $ 127.50 |
| Cheryl A. Knotts | Paralegal 2000 | $ 425.00 | 5.10 | $ 2,167.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 375.00 | 1.60 | $ 600.00 |
|  |  | $ 350.00 | 7.80 | $ 2,730.00 |
|  |  | $ 325.00 | 3.80 | $ 1,235.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 375.00 | 0.10 | $ 37.50 |
| Karen S. Neil | Case Management Assistant 2003 | $ 375.00 | 0.40 | $ 150.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $ 375.00 | 0.10 | $ 37.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 350.00 | 0.50 | $ 175.00 |

**Grand Total:** $141,035.50
**Total Hours:** 172.20
**Blended Rate:** $819.02

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis/Recovery | 1.20 | $ 1,104.00 |
| Avoidance Actions | 1.90 | $ 2,055.50 |
| Asset Disposition | 26.10 | $25,040.50 |
| Bankruptcy Litigation | 66.50 | $60,715.50 |
| Case Administration | 21.30 | $ 9,394.50 |
| Claims Admin/Objections | 3.00 | $ 3,456.50 |
| Compensation of Professional | 16.10 | $ 9,828.00 |
| Compensation of Prof./Others | 9.70 | $ 6,869.00 |
| Executory Contracts | 2.40 | $ 1,989.50 |
| Financial Filings | 7.40 | $ 4,790.00 |
| Insurance Coverage | 9.70 | $ 9,675.50 |
| Operations | 1.40 | $ 1,813.00 |
| Retention of Professional | 5.50 | $ 4,304.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---:|
| Working Meals | Hoke Poke | $ 14.97 |
| Conference Call | AT&T Conference Call | $ 13.99 |
| Deliver/Courier Service | Advita | $ 527.13 |
| Express Mail | Federal Express | $7,158.15 |
| Court Research | Pacer | $ 49.00 |
| Postage | US Mail | $1,386.20 |
| Reproduction Expense | | $ 189.00 |
| Reproduction/ Scan Copy | | $ 721.90 |

---

[3] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | |

**Objection Deadline: September 15, 2021 at 4:00 p.m. ET**
**Hearing Date: October 13, 2021 at 9:45 a.m. ET**

# THIRD INTERIM APPLICATION
# FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
# OF PACHULSKI STANG ZIEHL & JONES LLP, AS
# COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
# THE PERIOD FROM JANUARY 1, 2021 THROUGH JULY 31, 2021

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel for the Chapter 7 Trustee, hereby submits its Third Interim Application for Compensation and for Reimbursement of Expenses for the Period from January 1, 2021 through July 31, 2021 (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $141,035.50 and actual and necessary expenses in the amount of $10,060.34 for a total allowance of $151,095.84, and payment of the unpaid amount of such fees and expenses, for the period January 1, 2021 through July 31, 2021 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

**Background**

1. On September 4, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The case was converted to Chapter 7 proceedings by order entered October 11, 2019. Alfred T. Giuliano ("Chapter 7 Trustee") was appointed as the Chapter 7 Trustee in this case.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was approved *nunc pro tunc* to October 11, 2019 by this Court's "Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to October 11, 2019," signed on or about November 25, 2019 (the "Retention Order").

**PSZ&J's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

4. All services for which PSZ&J requests compensation were performed for or on behalf of the Chapter 7 Trustee.

5. PSZ&J has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case.

**Fee Statements**

6.      The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis.  PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular billing code, separate time entries are set forth in the time reports.  PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

**Actual and Necessary Expenses**

7.      A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

8. PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Trustee for the receipt of faxes in this case.

9. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

10. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

11. The names of the partners and associates of PSZ&J who have rendered professional services in this case during the Interim Period, and the paralegals and case

management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

12. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Chapter 7 Trustee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

### Summary of Services by Project

13. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

A. **Asset Analysis and Recovery**

14. This category relates to asset analysis and recovery issues. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed issues regarding

potential claims; (2) reviewed and analyzed OS Fund promissory note issues; (3) reviewed and analyzed storage space issues; (4) reviewed and analyzed turnover request issues relating to BONY; and (5) corresponded and conferred regarding asset analysis issues.

     Fees: $1,104.00;  Hours: 1.20

### B. Avoidance Actions

  15. This category relates to issues regarding the recovery of avoidable transfers. During the Interim Period, the Firm, among other things: (1) performed work regarding a preference analysis; (1) reviewed and analyzed issues regarding preference recoveries; and (3) corresponded regarding avoidance action issues.

     Fees: $2,055.50;  Hours: 1.90

### C. Asset Disposition

  16. This category relates to the sale or other disposition of assets. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed auction issues; (2) performed work regarding a bid procedures motion and order; (3) performed research; (4) reviewed and analyzed issues regarding FIRRMA and CFIUS regulations; (5) performed work regarding a sale order; (6) reviewed and analyzed issues regarding a letter request relating to AWS records, and performed work regarding a response; (7) reviewed and analyzed SEC issues; (8) responded to customer inquiries; (9) reviewed and analyzed insider claim issues; (10) reviewed and analyzed OS Fund loan documents and drafted a demand letter; (11) reviewed and analyzed issues regarding equipment; (12) attended to issues regarding Psomagen, and reviewed and analyzed the Psomagen Asset Purchase Agreement; (13) reviewed and analyzed

issues regarding D&O recovery; (14) reviewed and analyzed document preservation obligations; and (15) corresponded and conferred regarding asset disposition issues.

       Fees:  $25,040.50;  Hours:  26.10

### D.   Bankruptcy Litigation

   17.  This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed issues relating to Argentina; (2) reviewed and analyzed issues regarding the Department of Justice claim; (3) reviewed and analyzed issues regarding the attorney-client privilege; (4) performed work regarding a lien challenge complaint against Silicon Valley Bank ("SVB"); (5) reviewed and analyzed issues regarding a limited waiver of the attorney-client privilege and a response to the SEC; (6) reviewed and analyzed issues regarding document retention and production; (7) performed work regarding an insert into sale order concerning document retention and preservation; (8) reviewed and analyzed issues regarding a SEC subpoena; (9) reviewed and analyzed issues regarding D&O insurance; (10) reviewed and analyzed surcharge issues; (11) reviewed and analyzed auction issues; (12) reviewed and analyzed issues regarding the M&M indemnification claim; (13) performed work regarding Agenda Notices and Hearing Binders; (14) reviewed and analyzed potential settlement issues regarding to SVB; (15) reviewed and analyzed issues regarding subpoenas to Foley Hoag and Melendres; (16) reviewed and analyzed issues regarding the automatic stay and criminal investigations; (17) reviewed and analyzed issues regarding a response to Grand Jury subpoena; (18) performed work regarding the production of documents in response to subpoena;

(19) reviewed and analyzed issues regarding the potential inadvertent production of privileged documents; (20) attended to scheduling issues; (21) performed work regarding orders; (22) reviewed and analyzed AWS access issues; (23) reviewed and analyzed issues regarding sale expenses relating to SVB settlement; (24) reviewed and analyzed critical dates issues; (25) performed work regarding a settlement stipulation with SVB; (26) performed work regarding a Bankruptcy Rule 9019 motion relating to the SVB settlement; (27) reviewed and analyzed the SEC complaint relating to founders; (28) reviewed and analyzed D&O insurance policies regarding insider claims; (29) performed work regarding a Fourth removal extension motion; (30) performed work regarding a turnover letter to BONY; (31) prepared for and attended a hearing on May 27, 2021; (32) reviewed and analyzed a D&O complaint; and (33) conferred and corresponded regarding bankruptcy litigation issues.

      Fees:  $60,715.50;  Hours:  66.50

### E. Case Administration

18. This category relates to work regarding administration of this case. During the Interim Period, the Firm, among other things:  (1) maintained a memorandum of critical dates; (2) maintained document control; and (3) conferred regarding case administration issues.

      Fees:  $9,394.50;  Hours:  21.30

### F. Claims Administration and Objections

19. This category relates to work regarding claims administration and claims objections.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed

late-filed claim issues; (2) reviewed and analyzed insider claim issues; (3) attended to issues regarding the SEC; and (4) corresponded and conferred regarding claim issues.

                Fees:  $3,456.50;     Hours:  3.00

**G.    Compensation of Professionals**

20.    This category relates to work regarding the compensation of the Firm. During the Interim Period, the Firm, among other things:  (1) performed work regarding the Firm's First and Second interim fee applications; (2) monitored the status and filing of fee applications; and (3) corresponded regarding compensation issues.

                Fees:  $9,828.00;     Hours:  16.10

**H.    Compensation of Professionals--Others**

21.    This category relates to work regarding the compensation of professionals, other than the Firm.  During the Interim Period, the Firm, among other things:  (1) performed work regarding the Province fee application; (2) performed work regarding a notice of rate change for Giuliano Miller; (3) performed work regarding GMCO and FTI fee applications; (4) performed work regarding fee binders and orders; and (5) corresponded regarding compensation issues.

                Fees:  $6,869.00;     Hours:  9.70

**I.    Executory Contracts**

22.    This category relates to issues regarding executory contracts and unexpired leases of real property.  During the Interim Period, the Firm, among other things: (1) attended to issues regarding a San Francisco lease; (2) attended to security deposit issues;

(3) performed work regarding a setoff stipulation with landlord; and (4) corresponded regarding lease issues.

     Fees:  $4,790.00;  Hours:  7.40

### J. Insurance Coverage

  23. This category relates to issues regarding insurance coverage.  During the Interim Period, the Firm, among other things:  (1) performed work regarding an insurance analysis; (2) performed work regarding a notice of potential claims; (3) reviewed and analyzed indemnification issues; (4) reviewed and analyzed issues relating to the Melendez claim; and (5) conferred and corresponded regarding insurance issues.

     Fees:  $9,675.50;  Hours:  9.70

### K. Operations

  24. This category relates to operations issues.  During the Interim Period, the Firm, among other things, reviewed and analyzed issues regarding AWS and conferred and corresponded regarding operations issues.

     Fees:  $1,813.00;  Hours:  1.40

### L. Retention of Professionals

  25. This category relates to retention of professionals issues.  During the Interim Period, the Firm, among other things: (1) performed work regarding the PSZ&J and Province retention applications; (2) performed work regarding amended retention applications of PSZ&J and GMCO relating to preference work; and (3) conferred and corresponded regarding retention issues.

     Fees:  $4,304.00;  Hours:  5.50

## Valuation of Services

26.  Attorneys and paraprofessionals of PSZ&J expended a total 172.20 hours in connection with their representation of the Chapter 7 Trustee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,295.00<br>$1,050.00 | 20.90<br>0.10 | $27,065.50<br>$   105.00 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,245.00<br>$1,075.00<br>$1,025.00 | 0.90<br>10.50<br>14.00 | $ 1,120.50<br>$11,180.00<br>$14,350.00 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983 Member of CA Bar since 1990 | $1,145.00<br>$1,025.00<br>$  975.00 | 0.90<br>1.30<br>7.50 | $ 1,030.50<br>$ 1,332.50<br>$ 7,312.50 |
| Robert J. Feinstein | Partner 2001; Member of NY Bar since 1982 | $1,145.00 | 0.60 | $   687.00 |
| Scott L. Hazan | Partner 2017; Member of NY Bar since 1974 | $1,145.00 | 0.20 | $   229.00 |
| Shirley S. Cho | Partner 2019; Member of CA Bar since 1997; Member of NY Bar since 2002 | $1,050.00 | 1.30 | $ 1,365.00 |
| Colin R. Robinson | Of Counsel 2012; Member of NJ and PA Bars since 2001; Member of DE Bar since 2010 | $  925.00 | 9.50 | $ 8,787.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $  775.00 | 3.90 | $ 3,315.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $  845.00<br>$  750.00 | 46.20<br>0.30 | $39,039.00<br>$   225.00 |
| Gregory V. Demo | Of Counsel 2019; Member of IL Bar since 2008; Member of NY Bar since 2015 | $  795.00 | 0.30 | $   238.50 |
| Steven W. Golden | Associate 2016; Member of NY and MD Bars since 2015; Member of TX Bar since 2016 | $  575.00 | 6.60 | $ 3,795.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patricia J. Jeffries | Paralegal 1999 | $ 460.00 | 6.90 | $ 3,174.00 |
| Karina K. Yee | Paralegal 2000 | $ 460.00 | 0.90 | $ 414.00 |
| Patricia E. Cuniff | Paralegal 2000 | $ 460.00 | 0.20 | $ 92.00 |
|  |  | $ 395.00 | 0.80 | $ 316.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 460.00 | 18.70 | $ 8,602.00 |
| Leslie A. Forrester | Law Library Director | $ 425.00 | 0.30 | $ 127.50 |
| Cheryl A. Knotts | Paralegal 2000 | $ 425.00 | 5.10 | $ 2,167.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 375.00 | 1.60 | $ 600.00 |
|  |  | $ 350.00 | 7.80 | $ 2,730.00 |
|  |  | $ 325.00 | 3.80 | $ 1,235.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 375.00 | 0.10 | $ 37.50 |
| Karen S. Neil | Case Management Assistant 2003 | $ 375.00 | 0.40 | $ 150.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $ 375.00 | 0.10 | $ 37.50 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 350.00 | 0.50 | $ 175.00 |

**Grand Total:** $141,035.50
**Total Hours:** 172.20
**Blended Rate:** $819.02

27. The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Interim Period is $141,035.50.

28. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that, for the period January 1, 2021 through July 31, 2021, an interim allowance be made to PSZ&J for compensation in the amount of $141,035.50 and actual and necessary expenses in the amount of $10,060.34 for a total allowance of $151,095.84; that payment of such allowed amounts be authorized on an interim basis; and for such other and further relief as this Court may deem just and proper.

Dated:  September 1, 2021                           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:      bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

# **CERTIFICATION PURSUANT TO LOCAL RULE 2016-2(g)**

Bradford J. Sandler certifies as follows:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Chapter 7 Trustee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

> */s/ Bradford J. Sandler*_____
> Bradford J. Sandler