## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC., | Case No. 19-11938 (LSS) |
| Debtor. | |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

| <u>DATE</u> | <u>TIME</u> |
|---|---|
| January 5, 2022 | 11:30 a.m. (Eastern Time) (Omnibus Hearing) |

Dated: November 22nd, 2021
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE