## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**ORDER GRANTING SECOND AMENDED APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO OCTOBER 11, 2019**

Upon consideration of the *Second Amended Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a) and Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Nunc Pro Tunc to October 11, 2019* (the "Second Amended Application");[2] and upon consideration of the Declaration of Bradford J. Sandler, filed in support of the Second Amended Application; and the Court having jurisdiction to consider the Second Amended Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Amended Application or Sandler Declaration.

Second Amended Application is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; and the Trustee having provided adequate and appropriate notice of the Second Amended Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Second Amended Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1. The Second Amended Application is GRANTED as set forth herein.

2. PSZ&J shall be compensated for the time it incurs for the D&O Recovery Work on a 35% contingency fee basis for the value recovered to the estates, including the value of any savings to the estate, instead of at its standard hourly rates, plus reimbursement of expenses. Except as provided herein, all other terms of the Original Retention Order and Amended Retention Order remain applicable. For the avoidance of doubt, all of the other terms of PSZ&J's retention (including, without limitation, reimbursement of expenses) shall remain in full force.

3. PSZ&J is authorized to render professional services to the Trustee as described in the Second Amended Application or Original Application or Amended Application, as applicable.

4. The Trustee and PSZ&J are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

   6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.