# **EXHIBIT A**



FTI Consulting, Inc.
8251 Greensboro Drive
McLean, VA 22102

571.633.9747 telephone
202.312.9708 facsimile

www.fticonsulting.com

August 11, 2021

Alfred T. Guiliano, Chapter 7 Trustee
Guiliano Miller & Company, LLC
2101 E Evesham Rd. Bldg 800, Ste 210
Voorhees, NJ 08043

Re:  Giuliano Miller - uBiome - 20
     FTI Job No. 474561.0001
     Invoice # 7592554


Enclosed is our invoice for AWS usage fees rendered in connection with the above referenced matter.  This invoice covers AWS usage fees through June 30, 2021.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely yours,


Jason Reed
Managing Director
jason.reed@fticonsulting.com
(703)403-2764


Enclosures



*Invoice Remittance*

**Alfred T. Guiliano, Chapter 7 Trustee**  
Guiliano Miller & Company, LLC  
2101 E Evesham Rd. Bldg 800, Ste 210  
Voorhees, NJ 08043

August 11, 2021  
FTI Invoice No. 7592554  
FTI Job No.  474561.0001  
Terms: Due Upon Presentation  
FEDERAL I.D. NO. 52-1261113

Re: Giuliano Miller - uBiome - 20

Current Invoice Period:  Charges Posted through June 30, 2021

AWS Monthly Charges.................................................................................... $27,373.99

Total Amount Due this Period........................................................................ $27,373.99

**Total Amount Due**..................................................................................... **$27,373.99**

*Please Remit Payment To:* **FTI Consulting, Inc.**  
                                    **P.O. Box 418178**  
                                    **Boston, MA 02241-8178**

*Wire Payment To: Bank of America, NA*  
*103West 33rd Street, New York, NY 10001*  
*Account #: 003939577164*  
*ABA #: 026009593*

*ACH Payments To: Bank of America, NA*  
*1455 Market Street, San Francisco, CA 94109*  
*Account #: 003939577164*  
*ABA #: 052001633*

REMITTANCE



# Invoice Summary

Alfred T. Guiliano, Chapter 7 Trustee  
Guiliano Miller & Company, LLC  
2101 E Evesham Rd. Bldg 800, Ste 210  
Voorhees, NJ 08043  

August 11, 2021  
FTI Invoice No. 7592554  
FTI Job No.  474561.0001  
Terms: Due Upon Presentation  
FEDERAL I.D. NO. 52-1261113  

Re: Guiliano Miller - uBiome - 20

Current Invoice Period:  Charges Posted through June 30, 2021

| | |
|---|---|
| AWS Monthly Charges – April | $9,482.82 |
| AWS Monthly Charges – May | $8,944.09 |
| AWS Monthly Charges - June | $8,947.08 |
| **Total Expenses** | **$27,373.99** |
| | |
| **Invoice Total for Current Period** | **$27,373.99** |



FTI Consulting, Inc.
8251 Greensboro Drive
McLean, VA 22102

571.633.9747 telephone
202.312.9708 facsimile

www.fticonsulting.com

September 2, 2021

Alfred T. Guiliano, Chapter 7 Trustee
Guiliano Miller & Company, LLC
2101 E Evesham Rd. Bldg 800, Ste 210
Voorhees, NJ 08043

Re: Giuliano Miller - uBiome - 20
  FTI Job No. 474561.0001
  Invoice # 7594890

Enclosed is our invoice for AWS usage fee rendered in connection with the above referenced matter. This invoice covers AWS usage fee through July 31, 2021.

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely yours,

Jason Reed
Managing Director
jason.reed@fticonsulting.com
(703)403-2764

Enclosures



*Invoice Remittance*

| | |
|---|---|
| **Alfred T. Guiliano, Chapter 7 Trustee**<br>Guiliano Miller & Company, LLC<br>2101 E Evesham Rd. Bldg 800, Ste 210<br>Voorhees, NJ 08043 | September 2, 2021<br>FTI Invoice No. 7594890<br>FTI Job No. 474561.0001<br>Terms: Due Upon Presentation<br>FEDERAL I.D. NO. 52-1261113 |

Re: Giuliano Miller - uBiome - 20

Current Invoice Period: Charges Posted through July 31, 2021

| | |
|---|---:|
| AWS Monthly Charge............................................................................... | $8,959.54 |
| Total Amount Due this Period................................................................ | $8,959.54 |
| Previous Balance Due.............................................................................. | $27,373.99 |
| **Total Amount Due**................................................................................ | **$36,333.53** |

**Please Remit Payment To: FTI Consulting, Inc.**
          P.O. Box 418178
          Boston, MA 02241-8178

*Wire Payment To: Bank of America, NA*          *ACH Payments To: Bank of America, NA*
*103West 33rd Street, New York, NY 10001*          *1455 Market Street, San Francisco, CA 94109*
*Account #: 003939577164*          *Account #: 003939577164*
*ABA #: 026009593*          *ABA #: 052001633*



# Invoice Summary

Alfred T. Guiliano, Chapter 7 Trustee  
Guiliano Miller & Company, LLC  
2101 E Evesham Rd. Bldg 800, Ste 210  
Voorhees, NJ 08043  

September 2, 2021  
FTI Invoice No. 7594890  
FTI Job No.  474561.0001  
Terms: Due Upon Presentation  
FEDERAL I.D. NO. 52-1261113  

Re: Giuliano Miller - uBiome - 20

Current Invoice Period:  Charges Posted through July 31, 2021

| | |
|---|---:|
| AWS Monthly Charge - July | $8,959.54 |
| **Total Expenses** | **$8,959.54** |
| | |
| **Invoice Total for Current Period** | **$8,959.54** |

## **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>            Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746**

I, Jason Reed, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.  I am a Strategic Technology Advisor at FTI Consulting, Inc. ("FTI"). FTI has rendered professional services to Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee") in this chapter 7 case.

2.  I have read the foregoing interim fee application of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Dated: November 29, 2021　　　　　　　　　　FTI CONSULTING, INC

　　　　　　　　　　　　　　　　　　　　　　By: */s/  Jason Reed*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Jason Reed