# Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>               Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**ORDER AUTHORIZING THE ABANDONMENT OF ELECTRONIC DOCUMENTS STORED WITH AMAZON WEB SERVICES, AND PERMIT THIRD PARTIES TO PRESERVE SUCH DOCUMENTS**

Upon consideration of the motion (the "Motion")[2] of Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee"), seeking entry of an order (this "Order"), pursuant to 11 U.S.C. §§ 105(a) and 554 and Fed. R. Bankr. P. 6007, authorizing, but not directing, the abandonment of Documents stored with AWS, and to permit third parties to preserve the Documents at their own expense, as further detailed in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Trustee is hereby authorized, but not directed, in his sole and absolute discretion, to abandon the Documents stored with AWS pursuant to 11 U.S.C. §§ 105(a) and 554 and Fed. R. Bankr. P. 6007. The Trustee shall have no further obligation to store the Documents with AWS following entry of this Order.

3. Third parties that desire to preserve the Documents stored with AWS must contact the Trustee and his counsel (via email) on or before January 5, 2021, and provide information for how they wish to coordinate payment to AWS for any ongoing AWS fees for continued storage of the Documents. Such third parties shall reasonably cooperate with the Trustee for any information or documents that the Trustee may need from third parties to coordinate access to the Documents through AWS or payment to AWS for ongoing fees following entry of this Order.

4. The requirements of Rule 6007(a) of the Federal Rules of Bankruptcy Procedure that the Motion be served upon "all creditors" is hereby waived, and service upon the parties described in the Motion is found to be sufficient for the purposes of the relief requested in the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Trustee is authorized to take all actions necessary to implement the relief granted in this Order.

2

7. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.