# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 16th day of December, 2021, I caused a copy of the following to be served on the parties on the attached service lists in the manner indicated thereon.

*Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Abandonment of Electronic Documents Stored with Amazon Web Services, and to Permit Third Parties to Preserve Such Documents*

　　　　　　　　　　　　　　　　　　　　*/s/ Peter J. Keane*
　　　　　　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

uBiome, Inc., 19-11938
Supplemental Service List-AWS Abandonment Motion
Doc #237404
07-First Class Mail
11-Electronic Mail

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109
Email: aws-receivables-support@email.amazon.com; achvasu@amazon.com

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Laura Vartain Horn
Kyle Waldinger
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: Laura.Vartain@usdoj.gov; KWaldinger@usa.doj.gov

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Thomas J. Eme
Bernard B. Smyth
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Email: emet@sec.gov; SmythB@sec.gov

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Brett D. Fallon
Jaclyn C. Marasco
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Email: brett.fallon@faegredrinker.com; jaclyn.marasco@faegredrinker.com

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Attorney for Jessica Richman
FAEGRE DRINKER BIDDLE & REATH LLP
Joel Hammerman
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Email: joel.hammerman@faegredrinker.com

2

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Attorneys for Zachary Apte
POTTER ANDERSON & CORROON LLP
L. Katherine Good
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: kgood@potteranderson.com

**FIRST CLASS MAIL & ELECTRONIC MAIL**
Attorneys for Zachary Apte
COVINGTON & BURLING, LLP
W. Douglas Sprague
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Email: dsprague@cov.com

uBiome 2002 Service List Expedited
Case No. 19-11938 (LSS)
Document No. 225427
09 – First Class Mail
45 – Electronic Mail

(Counsel to Alfred Giuliano, Ch. 7 Trustee)
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Peter J. Keane, Esquire
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19801
EMAIL:  bsandler@pszjlaw.com;
pkeane@pszjlaw.com;
crobinson@pszjlaw.com

*FIRST CLASS MAIL*
Arizona Attorney General's Office
PO Box 6123
MD 7611
Phoenix, AZ  85005-6123

*FIRST CLASS MAIL*
Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA  95812-2952

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104

*FIRST CLASS MAIL AND EMAIL*
(Counsel for the United States of America)
U.S. Department of Justice
Leah V Lerman, Esquire
Civil Division
1100 L Street NW, Room 7002.
PO Box 875
Ben Franklin Station
Washington, DC  20044-0875
EMAIL: Leah.V.Lerman@usdoj.gov

*FIRST CLASS MAIL*
Michigan Dept of Treasury Tax Pol Div
Litigation Liaison
Austin Building, 2nd Floor
430 W. Allegan Street
Lansing, MI  48922

*FIRST CLASS MAIL*
Social Security Administration
Office of the Gen Counsel Region 3
300 Spring Garden Street
Philadelphia, PA  19123

*FIRST CLASS MAIL*
US Securities & Exchange Commission
Tracy Combs
44 Montgomery Street
Suite 2800
San Francisco, CA  94104

*FIRST CLASS MAIL*
US EPA Office of the General Counsel
Region 3, Bankruptcy Dept
1650 Arch Street
Philadelphia, PA  19103

*ELECTRONIC MAIL*
(United States Trustee)
Benjamin A. Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
EMAIL:  Benjamin.A.Hackman@usdoj.gov

*ELECTRONIC MAIL*
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801
EMAIL: attorney.general@delaware.gov

*ELECTRONIC MAIL*
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801
EMAIL: FASNotify@delaware.gov

*ELECTRONIC MAIL*
(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE 19801
EMAIL: usade.ecfbankruptcy@usdoj.gov

*ELECTRONIC MAIL*
(Chapter 7Trustee)
Alfred Giuliano, Esquire
Giuliano, Miller & Company, LLC
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
EMAIL: atgiuliano@giulianomiller.com

*ELECTRONIC MAIL*
(Counsel for Silicon Valley Bank)
Ashby & Geddes PA
Gregory A Taylor, Esquire
Katharina Earle, Esquire
500 Delaware Avenue
8th Floor
PO Box 1150
Wilmington, DE 19899-1150
EMAIL: gtaylor@ashbygeddes.com;kearle@ashbygeddes.com

*ELECTRONIC MAIL*
(Counsel to 8VC)
Cole Schotz PC
Norman L Pernick, Esquire
Patrick J Reilley, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
EMAIL: npernick@coleschotz.com;preilley@coleschotz.com

*ELECTRONIC MAIL*
(Counsel to the Debtor)
Young Conaway Stargatt & Taylor LLP
Michael R. Nestor, Esquire
Andrew L Magaziner, Esquire
Joseph M Barry, Esquire
Joseph M. Mulvihill, Esquire
EMAIL: mnestor@ycst.com; amagaziner@ycst.com; jbarry@ycst.com; jmulvihill@ycst.com

*ELECTRONIC MAIL*
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001
EMAIL: askdoj@usdoj.gov

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE  19901
EMAIL: DOSDOC_Bankruptcy@state.de.us

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
EMAIL:  statetreasurer@state.de.us

*ELECTRONIC MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
EMAIL:  SECBankruptcy-OGC-ADO@SEC.GOV

*ELECTRONIC MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
EMAIL:  philadelphia@sec.gov

*ELECTRONIC MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
EMAIL:  bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV

*ELECTRONIC MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
EMAIL:  efile@pbgc.gov

*ELECTRONIC MAIL*
(Counsel to Lender; 8VC)
Gibson Dunn & Crutcher LLP
Mary Beth Maloney, Esquire
Jason Zachary Goldstein, Esquire
J Eric Wise, Esquire
Matt J. Williams, Esquire
200 Park Avenue
New York, NY  10166- 0193
EMAIL:  mmaloney@gibsondunn.com*;* jgoldstein@gibsondunn.com; ewise@gibsondunn.com*;* mjwilliams@gibsondunn.com

*ELECTRONIC MAIL*
(Counsel to Lender; Silicon Valley Bank)
Morrison & Foerster
Kat Richardson, Esquire
Benjamin W. Butterfield, Esquire
250 W. 55th Street
New York, NY  10019
EMAIL: krichardson@mofo.com; bbutterfield@mofo.com

*ELECTRONIC MAIL*
(Counsel to Lender; Silicon Valley Bank)
Morrison & Foerster
Alexander Rheaume, Esquire
John Hancock Tower
200 Clarendon Street
20th Floor
Boston, MA  02116
EMAIL:  arheaume@mofo.com

*ELECTRONIC MAIL*
US Securities & Exchange Commission
Thomas Eme
Jennifer Lee
44 Montgomery Street
Suite 2800
San Francisco, CA  94014
EMAIL:  emet@sec.gov; leejen@sec.gov

*ELECTRONIC MAIL*
US Dept. of Justice
US Department of Justice
Lina Peng
Kyle Waldinger
450 Golden Gate Avenue
11th Floor
San Francisco, CA  94102
EMAIL:   lina.peng@usdoj.gov;
kyle.waldinger@usdoj.gov

*ELECTRONIC MAIL*
(Counsel to Premera Blue Cross)
Joseph E. Shickich, Jr.
FOX ROTHSCHILD LLP
1001 - 4th Avenue, Suite 4500
Seattle WA 98154
jshickich@foxrothschild.com

*ELECTRONIC MAIL*
(Counsel to Premera Blue Cross)
Katelyn Crawford
FOX ROTHSCHILD LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
EMAIL: KCrawford@FoxRothschild.com

*ELECTRONIC MAIL*
(Counsel to BRJ Investments, LLC and OSF Biome, SPV)
P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-1895
EMAIL: gschwed@loeb.com

*ELECTRONIC MAIL*
(Counsel to BRJ Investments, LLC and OSF Biome, SPV)
Ross D. Emmerman
Loeb & Loeb LLP
321 North Clark Street
Chicago, IL 60654
EMAIL: remmerman@loeb.com

*ELECTRONIC MAIL*
(Counsel to Creditor Blue Cross and Blue Shield of Massachusetts, Inc.)
William J. Hanlon, Esq.
Seyfarth Shaw LLP
Seaport East, Suite 300
Two Seaport Lane
Boston, MA 02210-2028
EMAIL: whanlon@seyfarth.com

*ELECTRONIC MAIL*
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
Email: schristianson@buchalter.com

*ELECTRONIC MAIL*
Office of Unemployment Compensation Tax Services
Attn: Deb Secrest
PA-Department of Labor & Industry
651 Boas Street, Room 925
Harrisburg, PA  17121
Email:   ra-li-ucts-bankrupt@state.pa.us

*ELECTRONIC MAIL*
Attorney for Puma Biotechnology, Inc.
Josh Newcomer, Esquire
McKool Smith, P.C.
600 Travis Street, Suite 7000
Houston, TX  77002
E-mail: JNewcomer@mckoolsmith.com

***ELECTRONIC MAIL***
(Counsel to Humana Insurance Company)
Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
919 N. Market Street, Suite 420
Wilmington, DE  19801
Email: jnimeroff@bmnlawyers.com

5