# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | Ref. Docket No. 452 |

### NOTICE OF FILING OF EXHIBIT "B" TO MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ORDER AUTHORIZING THE ABANDONMENT OF ELECTRONIC DOCUMENTS STORED WITH AMAZON WEB SERVICES, AND TO PERMIT THIRD PARTIES TO PRESERVE SUCH DOCUMENTS

**PLEASE TAKE NOTICE** that on December 16, 2021, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor, filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Abandonment of Electronic Documents Stored with Amazon Web Services, and to Permit Third Parties to Preserve Such Documents* [Docket No. 452] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is Exhibit "B" to the Motion.

Dated:  December 17, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:     bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).