# **EXHIBIT B TO MOTION AT DOCKET NO. 452**



## uBiome AWS S3 Storage Bucket Manifest for Giuliano, Miller & Company, LLC January 2020

| Count | Bucket Name | Bucket Content Description | File Types |
|---|---|---|---|
| 1 | Aws-athena-query-results | Results of queries performed by Athena | .csv |
| 2 | Clust | Dumps of taxonomy, taxonomy map, taxonomy ID etc. | .txt, .dmp |
| 3 | Sequencebackups | Intellectual property of past sequence runs, database password, reference databases of DNA and protein sequencing | .txt, .fasta, .idx, .kdb, .xlsx |
| 4 | Ubiome-assets | Assets of the company including administrative documents, vector graphic files, reference files for tests and other miscellaneous files. | .png, .jpg, .svg, .css, .pdf |
| 5 | Ubiome-assets-east | Same contents as the ubiome-assets buckets. Speculating that this content was uploaded in the east AWS region | .png, .jpg, .svg, .css, .pdf |
| 6 | Ubiome-aws-billing | AWS billing information and detailed billing by line items | .csv |
| 7 | Ubiome-aws-config | Logs of AWS environment configurations in the east region from 2019 and 2020 | .json |
| 8 | ==Ubiome-backups== | **Glacier deep archived backups of "phi" and "non-phi" and logs.**<br><br>**PHI Backups contain the below:**<br>a) System authorization log<br>b) True vault personal data protection<br>c) Billing claims<br>d) Nginx web server logs<br>e) Elasticsearch<br>f) Rediscluster, Jupiter, strainer, ubicua<br>g) Smartjane logs for tests<br><br>**Non-PHI backups contain the below:**<br>h) Authentication logs<br>i) MySQL cluster backups<br>    I. This contains some mySQL backups for each day between July – September<br>    II. The backups are broken in folders name PHI and NON PHI which may be helpful to us<br>j) order backups<br>k) Other application backups | .gz, .json, .tar, .dat |



uBiome S3 Bucket Manifest

| | | | |
|---|---|---|---|
| 9 | Ubiome-backups-east: | Glacier deep archived backups of logs, decommissioned servers, etc. including the content mentioned in for the ubiome-backups buckets<br><br>a) This contains some mySQL backups for each day between July – September<br><br>b) The backups are broken in folders name PHI and NON PHI which may be helpful to us | .gz, .json, .tar, .dat |
| 10 | Ubiome-bio-teams-east | Drug development and patent script and data | .cys, .seq, various data files |
| 11 | Ubiome-cloudTrail-logger | Cloud Trail Data logs mainly for 2019 and 2020 | .json |
| 12 | Ubiome-components-library | CSS, Image components of the website for production and staging environment | .css, .jpg, .js |
| 13 | Ubiome-data-development | Chinmera and animal sequence run | .tar, .fastq |
| 14 | Ubiome-deployments | Metadata of deployment | .json |
| 15 | Ubiome-elasticsearch-backup-nonphi | Elastic search data for analytics. | .dat |
| 16 | Ubiome-fasta-filtered | DNA sequencing results for production, staging and uat | .fasta |
| 17 | Ubiome-fastq | Sequence run results with a quality score | .fastq |
| 18 | Ubiome-fastq-filtered | Filtered sequence run results with a quality score | .fastq |
| 19 | Ubiome-lab-tools-staging | Files of lab tools used, mainly PDF | .pdf |
| 20 | Ubiome-marketing | dumps of API, auth, server access etc | .json |
| 21 | Ubiome-marketing-salesforce | CSV data of orders and users | .zip, .csv |
| 22 | Ubiome-memento-east: | Contains SQL Cluster backups. Some backups are over 200GB big.<br><br>a) The backups range from year 2013-2019<br><br>b) 2019 only seems to have backups for 2 months (March, April) | .tar |



uBiome S3 Bucket Manifest

|  |  | c) **March and April have 30 days backup**<br>d) **Some backups are taken twice a day** |  |
|---|---|---|---|
| 23 | Ubiome-memento-staging-east | Empty bucket | NA |
| 24 | Ubiome-memento-uat-east | Empty bucket | NA |
| 25 | Ubiome-microscope | Sequencing runs containing biological sequence files | .fastq |
| 26 | Ubiome-pad | Contains pictures of website, workflows and billing | .png, .svg |
| 27 | Ubiome-raw | Contains data of runs and sequencing runs for R&D and diseases | .txt, .xml |
| 28 | Ubiome-route53-backup | Route 53 backups but have been archived in glacier | NA |
| 29 | Ubiome-seqmatic: | Contains runs from SeqMatics<br>a) SeqMatic is a San Francisco Bay Area based Illumina Propel certified provider of Next Generation Sequencing (NGS) services. | .txt, .xml etc. |
| 30 | Ubiome-strainer-phi-development | empty bucket | NA |
| 31 | Ubiome-strainer-phi-production | Subset of user profiles, data orders and sample report from production environment | No extension |
| 31 | Ubiome-strainer-phi-staging | Subset of user profiles, data orders and sample report from staging environment | .zip, no extension |
| 33 | Ubiome-strainer-phi-uat | Subset of user profiles, data orders and sample report from at environment | .zip, no extension |
| 34 | Ubiome-user-data-safeguard | Google Pay, Youtube, Maps, Hangout etc. | .zip |
| 35 | Ubiomeblog | JPG files from years 2013 – 2017 | .jpg |