**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------X
: 
In re: : Chapter 7
:
UBIOME, INC.,[1] : Case No. 19-11938 (LSS)
:
            Debtor. :
:
---------------------------------------------------------------X

## NOTICE OF FILING OF FEE APPLICATION

    **PLEASE TAKE NOTICE** the *First and Final Application for Compensation and Reimbursement of Expenses of Elise S. Frejka, for Services Rendered as Consumer Privacy Ombudsman* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that the Application seeks a final allowance and approval of fees in the amount of $17,403.75 and reimbursement of actual and necessary expenses in the amount of $616.13.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application are to be filed on or before **March 4, 2022 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline") with the Clerk of United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19807 and served so as to be received by the following or or before the Objection Deadline: (i) Frejka PLLC, 415 East 52nd Street, Suite 3, New York, NY 10022, Attn: Elise S. Frejka (efrejka@frejka.com); (ii) counsel to the chapter 7 Trustee, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19081 (Courier 19801), Attn: Bradley J. Sandler (bsandler@pszjlaw.com); and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov).

    **PLEASE TAKE FURTHER NOTICE** that, a hearing to consider the relief sought in the Application will be held via Zoom Videoconferencing on **March 17, 2022 at 3:30 PM (Prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 2, Wilmington, Delaware 19801.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor is located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: New York, New York
February 8, 2022

FREJKA PLLC

/s/ Elise S. Frejka
Elise S. Frejka, CIPP/US
FREJKA PLLC
415 East 52nd Street | Suite 3
New York, NY 10022
Phone: 212-641-0800
Facsimile: 212-641-0820

*Consumer Privacy Ombudsman*