IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |
| | Re: Docket Nos. 308, 309 |

**REPORT OF SALE PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)**
**(SALE TO PSOMAGEN, INC. OF CUSTOMER LIST)**

**PLEASE TAKE NOTICE THAT:**

1.    On April 17, 2020, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Certification of Counsel Regarding Order Approving: (A) Amendment to Asset Purchase Agreement Between Trustee and Psomagen, Inc.; and (B) Stipulation Between Alfred T. Giuliano, Chapter 7 Trustee, and Psomagen, Inc. Regarding Amendment to Asset Purchase Agreement and Sale of Customer List Personally Identifiable Information* (the "COC") [Docket No. 308], with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2.    On April 20, 2020, the Bankruptcy Court entered the *Order Approving: (A) Amendment to Asset Purchase Agreement Between Trustee and Psomagen, Inc.; and (B) Stipulation Between Alfred T. Giuliano, Chapter 7 Trustee, and Psomagen, Inc. Regarding Amendment to Asset Purchase Agreement and Sale of Customer List Personally Identifiable Information* [Docket No. 309] (the "Sale Order") approving the sale of the customer list to Psomagen, Inc., as buyer, for the purchase price of $50,000.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

2

Dated: March 16, 2022  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
crobinson@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

2