# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>                      Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br><br>Re: Docket Nos. 364, 366 |

## REPORT OF SALE PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)
## (SALE OF DE MINIMIS ASSETS)

**PLEASE TAKE NOTICE THAT:**

1. On December 7, 2020, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Notice of Sale of Certain De Minimis Assets (Trademarks, Domains, and SNS Accounts)* [Docket No. 364], with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. On December 29, 2020, the Bankruptcy Court entered the *Order Pursuant to Bankruptcy Code Sections 105(a) and 363 and Bankruptcy Rule 6004 (I) Authorizing and Approving the Sale of Certain De Minimis Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (II) Approving Asset Purchase Agreement; and (III) Granting Other Related Relief* [Docket No. 366] (the "Sale Order") approving the sale of certain de minimis assets (trademarks, domain names, and SNS accounts) to Psomagen, Inc., as buyer, for the purchase price of $55,000.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

1

| | |
|---|---|
| Dated: March 16, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |