## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |
| | Re: Docket No. 198, 263 |

### REPORT OF SALE PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)
### (SALE TO PSOMAGEN, INC. OF INTELLECTUAL PROPERTY ASSETS)

**PLEASE TAKE NOTICE THAT:**

1.      On November 12, 2019, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Entry of: (A) an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Assets, (II) Scheduling an Auction for an Hearing to Approve Sale, (III) Approving Notice of Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Related Relief* (the "Motion") [Docket No. 198], with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2.      On December 19, 2019, the Bankruptcy Court entered the *Order (I) Approving Sale of Intellectual Property and Other Assets Free and Clear of All Liens, Claims, Rights, and Other Interests and (II) Granting Other Related Relief* [Docket No. 263] (the "Sale Order") approving the sale of intellectual property and other assets to Psomagen, Inc. as buyer, for the purchase price of $7,050,000, plus assumption of certain assumed liabilities.

---

1 The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).  The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

Dated:  March 16, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ Peter J. Keane*
                                          Bradford J. Sandler (DE Bar No. 4142)
                                          Colin R. Robinson (DE Bar No. 5524)
                                          Peter J. Keane (DE Bar No. 5503)
                                          919 N. Market Street, 17th Floor
                                          Wilmington, DE 19801
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400
                                          Email:      bsandler@pszjlaw.com
                                                      crobinson@pszjlaw.com
                                                      pkeane@pszjlaw.com

                                          *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*