## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>      Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>Re: Docket No. _____ |

**ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND 328(a), BANKRUPTCY RULES 2014(a) AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN SCHULTZE BRAUN AS GERMAN COUNSEL, EFFECTIVE AS OF FEBRUARY 21, 2022**

Upon consideration of the application (the "Application")[2] of Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), for entry of an order (this "Order"), pursuant to sections 327(a) and 328(a) of the Bankruptcy Code for authority to employ and retain Schultze Braun ("SB") as German counsel effective as of February 21, 2022, as more fully set forth in the Application; and the Court having reviewed the Application, and the Declaration of Dr. Annerose Tashiro (the "Declaration"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the information available to SB to date and the disclosures SB has made to date, SB neither has nor represents any interest materially adverse to the interests of the Debtor's estate, any other parties in interest, or in

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.
[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

1

connection with the Debtor's case; (d) the Court having determined that SB is a "disinterested person" pursuant to § 101(14) of the Bankruptcy Code; and (e) the Court having determined that the legal and factual bases set forth in the Application and the Declaration establish just cause for the relief granted herein; and it appearing to the Court that the said Application should be approved, it is HEREBY ORDERED THAT:

1. The Application is granted as set forth herein.

2. Pursuant to sections 327(a) and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014-1 and 2016-1, the Trustee is authorized to retain and employ SB on the terms and conditions set forth in the Application, except as provided by this Order.

3. SB shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with this case in compliance with sections 328, 330 and 331 of the Bankruptcy Code, as applicable, and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Trustee authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

6. Notwithstanding anything to the contrary in the Application, this Court shall retain exclusive jurisdiction with respect to all matters arising or related to the implementation of this Order.