IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>               Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>**Re: Docket No. 492** |

**ORDER AUTHORIZING PACHULSKI STANG ZIEHL & JONES LLP AND SCHULTZE BRAUN AS COUNSEL TO ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO EFFECTUATE SERVICE IN GERMANY AND TO EXECUTE ANY NECESSARY DOCUMENTS**

Upon consideration of the motion (the "Motion")[2] of Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee"), seeking entry of an order (this "Order"), pursuant to 11 U.S.C. § 105(a) and Bankruptcy Rule 7004 confirming that the Trustee's retained U.S. bankruptcy counsel at Pachulski Stang Ziehl & Jones LLP and his German counsel Schultze Braun, are authorized to effectuate service and to execute any and all necessary documents in making official service requests to the German authorities, as further detailed in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances; and upon all

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

DOCS_DE:239177.2 31271/001

of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Trustee's U.S. bankruptcy counsel at Pachulski Stang Ziehl & Jones LLP and German counsel at Schultze Braun are authorized to effectuate service and to execute any and all necessary documents and take any necessary actions as are necessary or appropriate to implement requests and effectuate any means of service authorized under applicable law through the appropriate German authorities, including, but not limited to, the German Central Authority.

3. Pursuant to Bankruptcy Rule 7004(a)(1), the Trustee's U.S. bankruptcy counsel at Pachulski Stang Ziehl & Jones LLP and German counsel at Schultze Braun may effectuate personal service of the Amended Complaint and summons.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Trustee is authorized to take all actions necessary to implement the relief granted in this Order.

6. The Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: June 6th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:239177.2 31271/001