IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 491** |

**ORDER GRANTING FOURTH INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM AUGUST 1, 2021 THROUGH MARCH 31, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a Fourth Interim application for allowance of compensation and reimbursement of expenses for August 1, 2021 through March 31, 2022 (the "Fourth Interim Application").  The Court has reviewed the Fourth Interim Application and finds that:  (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Interim Application, and any hearing on the Fourth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Interim Application.  Accordingly, it is hereby

ORDERED that the Fourth Interim Application is GRANTED, on an interim basis.  Fees in the amount of $260,769.00, and costs in the amount of $3,267.05, are allowed on an interim basis.  The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $260,769.00 as compensation and $3,267.05 as reimbursement of expenses, for a total of

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

$264,036.05 for services rendered and disbursements incurred by PSZ&J for the period August 1, 2021 through March 31, 2022.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: June 13th, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:239225.1 31271/001