**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

In re

**The updated information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

Case No.: See attachment for multiple cases

Chapter:

---

## NOTICE OF CHANGE OF FIRM ADDRESS

  **PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

**425 Market St., Suite 2900**
**San Francisco, CA 94105**

The old address was:

55 2nd St., 17th Fl.
San Francisco, CA 94105

  **PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

Dated: October 4, 2022

By:   /s/ Shawn M. Christianson   
Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105
Telephone:  (415) 227-0900

*Attorneys for Oracle America, Inc.*

BN 73050821V1

ATTACHMENT

| Case No. | Case Title | Chapter / Lead BK case | Date Filed |
|---|---|---|---|
| 08-13141-BLS | Tribune Media Company and Acutech, LLC | 11 | 12/08/08 |
| 11-12991-MFW | Stirling Energy Systems, Inc. | 7 | 09/22/11 |
| 12-11868-MFW | Ritz Camera & Image, L.L.C. | 7 | 06/22/12 |
| 13-10134-MFW | Powerwave Technologies, Inc. | 7 | 01/28/13 |
| 16-11049-BLS | W.J. Bradley Mortgage Capital, LLC | 7 | 04/28/16 |
| 17-10837-BLS | Suniva, Inc. | 11 | 04/17/17 |
| 18-11333-JKS | Sancilio Pharmaceuticals Company, Inc. | 11 | 06/05/18 |
| 18-11625-LSS | Tintri, Inc. | 11 | 07/10/18 |
| 18-12378-LSS | Welded Construction, L.P. | 11 | 10/22/18 |
| 19-11938-LSS | uBiome, Inc. | 7 | 09/04/19 |
| 20-10910-KBO | TZEW Holdco LLC | 7 | 04/08/20 |
| 20-10941-CTG | True Religion Apparel, Inc. | 11 | 04/13/20 |
| 20-12168-CTG | Town Sports International, LLC | 11 | 09/14/20 |
| 21-10549-JTD | SC SJ Holdings LLC and FMT SJ LLC | 11 | 03/10/21 |
| 15-10197-BLS | RS Legacy Corporation and FrontStreet Facility Solutions, Inc | 11 | 02/05/15 |
| 17-12958-LSS | Rentech WP U.S. Inc. | 11 | 12/19/17 |
| 20-11011-MFW | RTS USA Corp. | 7 | 04/29/20 |
| 07-11337-BLS | TSG Group, Inc. | 7 | 09/14/07 |
| 20-12024-LSS | SHL Liquidation Industries, Inc. | 11 | 08/30/20 |
| 19-10234-KBO | RMBR Liquidation, Inc. | 11 | 02/06/19 |
| 20-10036-BLS | Tough Mudder Incorporated | 7 | 01/07/20 |