# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

Alfred T. Giuliano
Giuliano Miller & Co. LLC
2301 E. Eversham Road
Pavilion 800, ste. 210
Voorhees, NJ  08043

|  |  |
|---|---|
| October 31, 2022 | |
| Invoice | 131268 |
| Client | 31271 |
| Matter | 00001 |
| | **BJS** |

RE:   uBiome Chapter 7

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2022

| | |
|---|---|
| FEES | $57,652.50 |
| EXPENSES | $768.48 |
| **TOTAL CURRENT CHARGES** | **$58,420.98** |
| **BALANCE FORWARD** | **$264,036.05** |
| **LAST PAYMENT** | **$264,036.05** |
| **TOTAL BALANCE DUE** | **$58,420.98** |

Pachulski Stang Ziehl & Jones LLP

<div style="float:right">Page:    2</div>

Giuliano, Alfred T. (uBiome)

<div style="float:right">Invoice 131268</div>

31271    - 00001

<div style="float:right">October 31, 2022</div>

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1445.00 | 15.10 | $21,819.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 460.00 | 1.60 | $736.00 |
| JKH | Hunter, James K. T. | Counsel | 1195.00 | 1.00 | $1,195.00 |
| KKY | Yee, Karina K. | Paralegal | 495.00 | 8.30 | $4,108.50 |
| KSN | Neil, Karen S. | Case Man. Asst. | 395.00 | 0.50 | $197.50 |
| LCT | Thomas, Elizabeth  C. | Paralegal | 495.00 | 1.10 | $544.50 |
| PEC | Cuniff, Patricia E. | Paralegal | 495.00 | 0.20 | $99.00 |
| PJK | Keane, Peter J. | Counsel | 925.00 | 28.70 | $26,547.50 |
| WLR | Ramseyer, William L. | Counsel | 925.00 | 2.60 | $2,405.00 |
| | | | | 59.10 | $57,652.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

Page:        3
Invoice 131268
October 31, 2022

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 10.40 | $11,076.00 |
| AD | Asset Disposition [B130] | 1.70 | $2,456.50 |
| BL | Bankruptcy Litigation [L430] | 26.10 | $23,081.50 |
| CA | Case Administration [B110] | 7.40 | $6,863.00 |
| CO | Claims Admin/Objections[B310] | 2.80 | $3,838.00 |
| CP | Compensation Prof. [B160] | 7.60 | $6,152.00 |
| CPO | Comp. of Prof./Others | 0.50 | $532.50 |
| FN | Financing [B230] | 1.60 | $2,312.00 |
| OP | Operations [B210] | 0.60 | $867.00 |
| RPO | Ret. of Prof./Other | 0.40 | $474.00 |
| | | 59.10 | $57,652.50 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (uBiome)

31271    - 00001

## **Summary of Expenses**

| Description | Amount |
| --- | ---: |
| Delivery/Courier Service | $7.50 |
| Federal Express [E108] | $281.41 |
| Lexis/Nexis- Legal Research [E | $19.47 |
| Pacer - Court Research | $42.70 |
| Postage [E108] | $196.40 |
| Reproduction Expense [E101] | $13.70 |
| Reproduction/ Scan Copy | $207.30 |
| | $768.48 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

<div style="text-align:right">

Page:    5
Invoice 131268
October 31, 2022

</div>

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 02/01/2022 | BJS | AA | Various emails with PK regarding AWS | 0.50 | 1445.00 | $722.50 |
| 02/04/2022 | BJS | AA | Various emails with CR regarding AWS | 0.30 | 1445.00 | $433.50 |
| 02/25/2022 | BJS | AA | Various emails with PK regarding AWS | 0.10 | 1445.00 | $144.50 |
| 03/01/2022 | BJS | AA | Various emails with PK regarding AWS | 0.10 | 1445.00 | $144.50 |
| 04/05/2022 | PJK | AA | Email to FTI re AWS records (.2), emails with CRR re same (.2) | 0.40 | 925.00 | $370.00 |
| 04/06/2022 | BJS | AA | Teleconference with ATG regarding doc retention, claims, AWS | 0.40 | 1445.00 | $578.00 |
| 04/12/2022 | BJS | AA | Attention to AWS | 0.30 | 1445.00 | $433.50 |
| 04/25/2022 | PJK | AA | Attention to AWS issues, email to trustee re same | 0.20 | 925.00 | $185.00 |
| 04/25/2022 | BJS | AA | Various emails with PK regarding AWS | 0.20 | 1445.00 | $289.00 |
| 05/06/2022 | BJS | AA | Various emails with PK regarding AWS | 0.10 | 1445.00 | $144.50 |
| 05/06/2022 | PJK | AA | Emails with trustee team re AWS issues | 0.20 | 925.00 | $185.00 |
| 06/13/2022 | PJK | AA | Emails with B Giuliano re AWS issues | 0.20 | 925.00 | $185.00 |
| 07/20/2022 | BJS | AA | Various emails with B Giuliano regarding AWS | 0.10 | 1445.00 | $144.50 |
| 07/22/2022 | BJS | AA | Various emails with ATG regarding AWS | 0.10 | 1445.00 | $144.50 |
| 07/25/2022 | PJK | AA | Email to trustee re AWS data issues, attention to same | 0.40 | 925.00 | $370.00 |
| 07/27/2022 | PJK | AA | Call with trustee re AWS issues | 0.20 | 925.00 | $185.00 |
| 08/01/2022 | PJK | AA | Attention to AWS data issues for litigation (.3), email to FTI re same (.2), email to B Giuliano re same (.2) | 0.70 | 925.00 | $647.50 |
| 08/02/2022 | BJS | AA | Various Emails with B Giuliano regarding AWS | 0.10 | 1445.00 | $144.50 |
| 09/08/2022 | PJK | AA | Emails with B Giuliano and FTI re AWS issues, attention to same | 0.40 | 925.00 | $370.00 |
| 09/08/2022 | BJS | AA | Attention to AWS | 0.20 | 1445.00 | $289.00 |
| 09/12/2022 | PJK | AA | Emails with B Giuliano re AWS information review from FTI, attention to issues re same | 0.40 | 925.00 | $370.00 |
| 09/13/2022 | PJK | AA | Attention to issues re AWS reports from FTI, review same, emails from B Giuliano re same | 0.80 | 925.00 | $740.00 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (uBiome)

31271   - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/13/2022 | BJS | AA | Various emails with PK regarding data/AWS | 0.10 | 1445.00 | $144.50 |
| 09/14/2022 | PJK | AA | Attention to AWS data issues (1.0), emails with B Giuliano re same (.2) | 1.20 | 925.00 | $1,110.00 |
| 09/14/2022 | BJS | AA | Various emails with PK/BG regarding AWS data | 0.10 | 1445.00 | $144.50 |
| 09/20/2022 | PJK | AA | Attention to AWS issues, email from B Giuliano re same | 0.30 | 925.00 | $277.50 |
| 09/27/2022 | PJK | AA | Review AWS folders per FTI, emails with B Giuliano re AWS data issues | 0.50 | 925.00 | $462.50 |
| 09/30/2022 | PJK | AA | Attention to AWS data issues and reports from FTI, emails with B Giuliano re same, email to FTI re same | 0.40 | 925.00 | $370.00 |
| 09/30/2022 | BJS | AA | Various emails with FTi regarding AWS | 0.10 | 1445.00 | $144.50 |
| 10/02/2022 | PJK | AA | Review critical dates memo (.2), attention to AWS issues (.2) | 0.40 | 925.00 | $370.00 |
| 10/03/2022 | PJK | AA | Attention to AWS data issues (.5), emails with FTI re same (.2), email to defendants re AWS data (.2) | 0.90 | 925.00 | $832.50 |
| | | | | **10.40** | | **$11,076.00** |

**Asset Disposition [B130]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/01/2022 | BJS | AD | Review objection to abandonment | 0.40 | 1445.00 | $578.00 |
| 02/02/2022 | BJS | AD | Various emails with PK regarding abandonment | 0.30 | 1445.00 | $433.50 |
| 02/06/2022 | BJS | AD | Various emails with PK regarding abandonment | 0.10 | 1445.00 | $144.50 |
| 02/07/2022 | BJS | AD | Various emails with PK regarding abandonment | 0.30 | 1445.00 | $433.50 |
| 02/08/2022 | BJS | AD | Attention to abandonment issues | 0.30 | 1445.00 | $433.50 |
| 02/13/2022 | BJS | AD | Various emails with PSZJ regarding abandonment | 0.20 | 1445.00 | $289.00 |
| 03/16/2022 | BJS | AD | Review Auctioneers report | 0.10 | 1445.00 | $144.50 |
| | | | | **1.70** | | **$2,456.50** |

**Bankruptcy Litigation [L430]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/04/2022 | BJS | BL | Review Agenda and discuss with PK | 0.10 | 1445.00 | $144.50 |
| 03/15/2022 | BJS | BL | Review Agenda and discuss with PK | 0.10 | 1445.00 | $144.50 |
| 04/01/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (uBiome)

31271    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2022 | BJS | BL | Various emails with PSZJ/GMCO regarding document retention | 0.20 | 1445.00 | $289.00 |
| 04/08/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 04/15/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 04/16/2022 | JKH | BL | Email Peter J. Keane regarding Apte/Richman service status | 0.10 | 1195.00 | $119.50 |
| 04/19/2022 | JKH | BL | Emails from Peter J. Keane regarding Apte/Richman service status | 0.10 | 1195.00 | $119.50 |
| 04/19/2022 | PJK | BL | Email to A Tashiro re service of complaint in Germany | 0.20 | 925.00 | $185.00 |
| 04/22/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 04/22/2022 | PJK | BL | Review 4/28 agenda, emails with L Thomas re same | 0.20 | 925.00 | $185.00 |
| 04/26/2022 | BJS | BL | Review Agenda and Discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/28/2022 | PJK | BL | Emails with A Tashiro re German service | 0.20 | 925.00 | $185.00 |
| 04/29/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 05/01/2022 | PJK | BL | Emails with German counsel re service issues | 0.20 | 925.00 | $185.00 |
| 05/05/2022 | PJK | BL | Attention to German service issues (.4), email from German counsel re same (.1) | 0.50 | 925.00 | $462.50 |
| 05/06/2022 | PJK | BL | Draft motion re service in Germany (1.2), emails with German counsel re same (.2), emails with trustee re same (.2) | 1.60 | 925.00 | $1,480.00 |
| 05/09/2022 | PJK | BL | Revise motion re German service (.4), and emails with A Tashiro re same (.2) | 0.60 | 925.00 | $555.00 |
| 05/12/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 05/17/2022 | PJK | BL | Emails with LSS chambers re omni hearing | 0.20 | 925.00 | $185.00 |
| 05/18/2022 | PJK | BL | Emails with L Thomas re COC re hrg date, emails with LSS chambers re same, review COC | 0.40 | 925.00 | $370.00 |
| 05/18/2022 | LCT | BL | Prepare Certification of Counsel re hearing date (.1); efile same and upload order for approval (.1). | 0.20 | 495.00 | $99.00 |
| 05/20/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 05/23/2022 | PJK | BL | Draft 6th removal extension motion (.6), email to trustee re same (.1) | 0.70 | 925.00 | $647.50 |
| 05/24/2022 | PJK | BL | Emails with German counsel re pending motion | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (uBiome)

31271    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/26/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 05/26/2022 | PJK | BL | Finalize 6th removal extension motion, email to K Yee re same | 0.30 | 925.00 | $277.50 |
| 05/27/2022 | KKY | BL | Prepare for filing and service 6th removal extension motion | 0.40 | 495.00 | $198.00 |
| 05/27/2022 | KKY | BL | Serve [signed] order scheduling omnibus hearing date | 0.10 | 495.00 | $49.50 |
| 05/27/2022 | KKY | BL | Draft (.1) and prepare for filing (.1) certificate of service for [signed] order scheduling omnibus hearing date | 0.20 | 495.00 | $99.00 |
| 05/27/2022 | BJS | BL | Review Removal Motion | 0.10 | 1445.00 | $144.50 |
| 06/02/2022 | KKY | BL | Draft (.1) certification of no objection re motion to effectuate service in Germany; and prepare (.1) order re same | 0.20 | 495.00 | $99.00 |
| 06/03/2022 | PJK | BL | Review CNOs re German service motion and PSZJ interim fee app, emails with K Yee re same | 0.30 | 925.00 | $277.50 |
| 06/03/2022 | KKY | BL | File (.1) and prepare for filing (.1) certification of no objection re motion to effectuate service in Germany | 0.20 | 495.00 | $99.00 |
| 06/03/2022 | KKY | BL | Upload order (.1) and prepare for uploading same (.1) re order granting motion to effectuate service in Germany | 0.20 | 495.00 | $99.00 |
| 06/07/2022 | KSN | BL | Prepare hearing binder for 6/16/22 hearing. | 0.20 | 395.00 | $79.00 |
| 06/07/2022 | PJK | BL | Review critical dates memo and docket (.3), emails with German counsel re order on service (.2) | 0.50 | 925.00 | $462.50 |
| 06/08/2022 | KKY | BL | Draft 6/16/22 agenda | 0.40 | 495.00 | $198.00 |
| 06/08/2022 | KKY | BL | Draft certificate of service for 6/16/22 agenda | 0.10 | 495.00 | $49.50 |
| 06/08/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 06/09/2022 | KKY | BL | Draft (.1) certification of no objection re 6th removal extension motion; and prepare (.1) order re same | 0.20 | 495.00 | $99.00 |
| 06/09/2022 | KKY | BL | Review 6/16/22 agenda | 0.20 | 495.00 | $99.00 |
| 06/09/2022 | KKY | BL | Serve [signed] order to effect service in Germany | 0.10 | 495.00 | $49.50 |
| 06/09/2022 | KKY | BL | Draft (.1) and prepare for filing (.1) certificate of service for [signed] order to effect service in Germany | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

Page:        9
Invoice 131268
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/10/2022 | KKY | BL | Review and revise 6/16/22 agenda | 0.10 | 495.00 | $49.50 |
| 06/10/2022 | KKY | BL | File (.1) and prepare for filing (.1) certification of no objection re 6th removal extension motion | 0.20 | 495.00 | $99.00 |
| 06/10/2022 | KKY | BL | Upload order (.1) and prepare for uploading same (.1) re 6th removal extension order | 0.20 | 495.00 | $99.00 |
| 06/10/2022 | PJK | BL | Review critical dates memo and docket (.2), emails with K Yee re 6/16 agenda (.2) | 0.40 | 925.00 | $370.00 |
| 06/10/2022 | PJK | BL | Review CNO re removal extension, emails with K Yee re same | 0.20 | 925.00 | $185.00 |
| 06/13/2022 | KKY | BL | Review and revise 6/16/22 agenda | 0.20 | 495.00 | $99.00 |
| 06/13/2022 | PJK | BL | Emails with LSS chambers re 6/16 hearing, emails with K Yee re same, review agenda, attention to issues re fee binder | 0.50 | 925.00 | $462.50 |
| 06/14/2022 | KKY | BL | File (.1), serve (.1), and prepare for filing and service (.2) 6/16/22 agenda | 0.40 | 495.00 | $198.00 |
| 06/14/2022 | KKY | BL | File (.1) and prepare for filing (.1) certificate of service for 6/16/22 agenda | 0.20 | 495.00 | $99.00 |
| 06/14/2022 | PJK | BL | Emails with K Yee and LSS chambers re 6/16 agenda | 0.20 | 925.00 | $185.00 |
| 06/14/2022 | PJK | BL | Emails with E Kay re case status | 0.20 | 925.00 | $185.00 |
| 06/15/2022 | KKY | BL | Serve [signed] 6th removal extension order | 0.10 | 495.00 | $49.50 |
| 06/15/2022 | KKY | BL | Draft (.1) and prepare for filing (.1) certificate of service for service of orders on 6/15/22 | 0.20 | 495.00 | $99.00 |
| 06/15/2022 | PJK | BL | Emails with German counsel re service documents for Hague service in Germany | 0.20 | 925.00 | $185.00 |
| 06/16/2022 | PJK | BL | Review German service documents, complete originals same, prepare package for delivery re same, emails with copyroom re same | 0.60 | 925.00 | $555.00 |
| 06/21/2022 | PJK | BL | Attention to German service issues in adversary re Richman/Apte (.4), review correspondence with German counsel re same (.2) | 0.60 | 925.00 | $555.00 |
| 06/25/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 07/05/2022 | JKH | BL | Email from Peter J. Keane regarding Apte service status update | 0.10 | 1195.00 | $119.50 |
| 07/05/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |

**Pachulski Stang Ziehl & Jones LLP**
Giuliano, Alfred T. (uBiome)
31271    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/05/2022 | PJK | BL | Email to German counsel re service, email to PSZJ team re same | 0.20 | 925.00 | $185.00 |
| 07/08/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 07/18/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 07/27/2022 | PJK | BL | Email to German counsel re service update, attention to issues re same | 0.20 | 925.00 | $185.00 |
| 07/28/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 08/01/2022 | JKH | BL | Email from Peter J. Keane regarding Richman service status | 0.10 | 1195.00 | $119.50 |
| 08/01/2022 | PJK | BL | Emails with German counsel re service in Germany | 0.20 | 925.00 | $185.00 |
| 08/12/2022 | PJK | BL | Review critical dates memo | 0.10 | 925.00 | $92.50 |
| 08/18/2022 | PJK | BL | Review critical dates memo | 0.10 | 925.00 | $92.50 |
| 08/27/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 09/03/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 09/09/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 09/11/2022 | PJK | BL | Email to trustee re German counsel update and service issues, attention to same, email to German counsel re same | 0.40 | 925.00 | $370.00 |
| 09/12/2022 | BJS | BL | Various emails with PK regarding Hague convention | 0.20 | 1445.00 | $289.00 |
| 09/15/2022 | PJK | BL | Review critical dates memo | 0.10 | 925.00 | $92.50 |
| 09/23/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 09/27/2022 | PJK | BL | Email to trustee re German service issues and inquiry on next steps from German counsel, email to German counsel re same | 0.40 | 925.00 | $370.00 |
| 10/06/2022 | JKH | BL | Email from, to Peter J. Keane regarding status, developments in Hague service on Richman/Apte | 0.20 | 1195.00 | $239.00 |
| 10/06/2022 | PJK | BL | Emails with A Tashiro re defendant objection to German service (.2), review same (.4), emails with trustee re same (.2), attention to issues re German service (.4), emails with J Hunter re same (.2) | 1.40 | 925.00 | $1,295.00 |
| 10/06/2022 | BJS | BL | Various emails with PK regarding Hague convention | 0.10 | 1445.00 | $144.50 |
| 10/10/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 10/14/2022 | BJS | BL | Review draft reply of Annerose Tashiro regarding | 0.30 | 1445.00 | $433.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Hague convention | | | |
| 10/14/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 10/14/2022 | PJK | BL | Review and edit response draft for German proceedings re Hague (.5), email to PSZJ team re same (.2) | 0.70 | 925.00 | $647.50 |
| 10/14/2022 | JKH | BL | Emails from, to Peter J. Keane regarding comments on response to Richman/Apte objections regarding service | 0.40 | 1195.00 | $478.00 |
| 10/18/2022 | PJK | BL | Review J Hunter edits on German response re service, attention to issues re same, emails with J Hunter re same | 0.50 | 925.00 | $462.50 |
| 10/20/2022 | PJK | BL | Updates to draft response in German action re service, attention to issues re same, email to trustee re same | 0.80 | 925.00 | $740.00 |
| 10/20/2022 | PJK | BL | Emails with German counsel re response in service action in German, attention to issues re same | 0.50 | 925.00 | $462.50 |
| 10/26/2022 | PJK | BL | Review German Central Authority response to German service proceedings, email to trustee re same | 0.40 | 925.00 | $370.00 |
| 10/30/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| 10/31/2022 | PJK | BL | Review critical dates memo | 0.20 | 925.00 | $185.00 |
| | | | | 26.10 | | $23,081.50 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/18/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 02/24/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 03/18/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 03/25/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/01/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/08/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/15/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/22/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/29/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 04/29/2022 | LCT | CA | Research and update critical dates memorandum | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (uBiome)

31271    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with respect to recently filed pleadings. | | | |
| 05/06/2022 | LCT | CA | Research and update critical dates memorandum with respect to recently filed pleadings. | 0.10 | 495.00 | $49.50 |
| 05/12/2022 | LCT | CA | Research and update critical dates memorandum with respect to recently filed pleadings. | 0.10 | 495.00 | $49.50 |
| 05/18/2022 | BJS | CA | Various emails with PK regarding service | 0.10 | 1445.00 | $144.50 |
| 05/18/2022 | BJS | CA | Conference with ATG regarding status | 0.50 | 1445.00 | $722.50 |
| 05/20/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 05/20/2022 | LCT | CA | Research and update critical dates memorandum with respect to recently filed pleadings. | 0.10 | 495.00 | $49.50 |
| 05/25/2022 | LCT | CA | Research and update critical dates memorandum with respect to recently filed pleadings. | 0.10 | 495.00 | $49.50 |
| 05/26/2022 | BJS | CA | Review critical dates and discuss with LT | 0.10 | 1445.00 | $144.50 |
| 05/26/2022 | LCT | CA | Research and update critical dates memorandum with respect to recently filed pleadings. | 0.10 | 495.00 | $49.50 |
| 05/31/2022 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 06/02/2022 | KKY | CA | Review and revise critical dates | 0.30 | 495.00 | $148.50 |
| 06/03/2022 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 06/06/2022 | KKY | CA | Review and revise 2002 service list | 0.10 | 495.00 | $49.50 |
| 06/08/2022 | KKY | CA | Review and revise critical dates | 0.40 | 495.00 | $198.00 |
| 06/08/2022 | BJS | CA | Review critical dates and discuss with Karina Yee | 0.10 | 1445.00 | $144.50 |
| 06/14/2022 | KKY | CA | Review and revise 2002 service list | 0.10 | 495.00 | $49.50 |
| 06/20/2022 | KKY | CA | Review and revise critical dates | 0.20 | 495.00 | $99.00 |
| 06/25/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 06/26/2022 | BJS | CA | Review critical dates | 0.10 | 1445.00 | $144.50 |
| 07/05/2022 | BJS | CA | Review critical dates and discuss with Karina Yee | 0.10 | 1445.00 | $144.50 |
| 07/05/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 07/08/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 07/08/2022 | BJS | CA | Review critical dates and discuss with Karina Yee | 0.10 | 1445.00 | $144.50 |
| 07/18/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/18/2022 | BJS | CA | Review critical dates and discuss with Karina Yee | 0.10 | 1445.00 | $144.50 |
| 07/22/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 07/22/2022 | BJS | CA | Review critical dates and discuss with Karina Yee | 0.10 | 1445.00 | $144.50 |
| 07/28/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 08/08/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 08/12/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 08/18/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 08/18/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 08/26/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 08/26/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 09/03/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 09/03/2022 | BJS | CA | Review critical dates and discuss with KKY | 0.10 | 1445.00 | $144.50 |
| 09/09/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 09/09/2022 | BJS | CA | Review critical dates and discuss with KKY | 0.10 | 1445.00 | $144.50 |
| 09/15/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 09/15/2022 | BJS | CA | Review critical dates and discuss with KKY | 0.10 | 1445.00 | $144.50 |
| 09/23/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 09/23/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 10/02/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 10/02/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 10/10/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 10/10/2022 | KKY | CA | Review and revise 2002 service list | 0.10 | 495.00 | $49.50 |
| 10/10/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 10/14/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 10/14/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 10/21/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 10/21/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |
| 10/30/2022 | BJS | CA | Review critical dates and discuss with KY | 0.10 | 1445.00 | $144.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

Page:    14
Invoice 131268
October 31, 2022

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/30/2022 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| | | | | **7.40** | | **$6,863.00** |

### Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2022 | BJS | CO | Various emails with A. Henkler regarding claims | 0.30 | 1445.00 | $433.50 |
| 04/04/2022 | BJS | CO | Attention to D&O policy | 0.30 | 1445.00 | $433.50 |
| 04/14/2022 | BJS | CO | Various emails with D Sprague regarding Richman/Apte ins fees | 0.10 | 1445.00 | $144.50 |
| 04/19/2022 | BJS | CO | Attention to D&O claims | 0.30 | 1445.00 | $433.50 |
| 04/25/2022 | BJS | CO | Various emails with D Jones regarding investor issues | 0.40 | 1445.00 | $578.00 |
| 07/15/2022 | BJS | CO | Various emails with D Sprague regarding insurance | 0.20 | 1445.00 | $289.00 |
| 07/15/2022 | BJS | CO | Various emails with B Young regarding Insurance | 0.10 | 1445.00 | $144.50 |
| 07/27/2022 | PJK | CO | Analyze D&O recovery issues email to BJS re issues re same | 0.40 | 925.00 | $370.00 |
| 08/01/2022 | BJS | CO | Various emails with PK regarding D&O claims | 0.10 | 1445.00 | $144.50 |
| 08/25/2022 | BJS | CO | Various emails with A Henkler regarding status, claims | 0.30 | 1445.00 | $433.50 |
| 09/19/2022 | BJS | CO | Attention to Richman claim | 0.10 | 1445.00 | $144.50 |
| 09/20/2022 | BJS | CO | Attention to Richman claim | 0.10 | 1445.00 | $144.50 |
| 10/14/2022 | BJS | CO | Review fee statement regarding Apte | 0.10 | 1445.00 | $144.50 |
| | | | | **2.80** | | **$3,838.00** |

### Compensation Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2022 | PJK | CP | Emails with C Knotts and B Ramsayer re PSZJ fee app (.2), attention to same (.2) | 0.40 | 925.00 | $370.00 |
| 05/02/2022 | BJS | CP | Various emails with PSZJ regarding fee application | 0.40 | 1445.00 | $578.00 |
| 05/07/2022 | WLR | CP | Prepare Fourth interim fee application | 1.10 | 925.00 | $1,017.50 |
| 05/10/2022 | WLR | CP | Draft Fourth interim fee application | 0.50 | 925.00 | $462.50 |
| 05/10/2022 | WLR | CP | Review and revise Fourth interim fee application | 1.00 | 925.00 | $925.00 |
| 05/17/2022 | CAK | CP | Edit March 2022 bill | 0.40 | 460.00 | $184.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

<div style="text-align: right">

Page:    15
Invoice 131268
October 31, 2022

</div>

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/17/2022 | CAK | CP | Review and update 4th Interim fee application | 1.20 | 460.00 | $552.00 |
| 05/17/2022 | PJK | CP | Review 4th interim PSZJ fee app, emails with C Knotts re same | 0.30 | 925.00 | $277.50 |
| 05/18/2022 | LCT | CP | Efile and serve PSZ&J 4th interim fee application. | 0.30 | 495.00 | $148.50 |
| 05/18/2022 | BJS | CP | Review and revise fee app | 0.30 | 1445.00 | $433.50 |
| 06/02/2022 | KKY | CP | Draft (.1) certification of no objection re 4th interim fee app of PSZJ for 8/1/21-3/31/22; and prepare (.1) order re same | 0.20 | 495.00 | $99.00 |
| 06/02/2022 | KKY | CP | Draft index to interim fee binder (6/16/22 hearing) | 0.20 | 495.00 | $99.00 |
| 06/03/2022 | KKY | CP | File (.1) and prepare for filing (.1) certification of no objection re 4th interim fee app of PSZJ for 8/1/21-3/31/22 | 0.20 | 495.00 | $99.00 |
| 06/03/2022 | KKY | CP | Upload order (.1) and prepare for uploading same (.1) re order granting 4th interim fee app of PSZJ for 8/1/21-3/31/22 | 0.20 | 495.00 | $99.00 |
| 06/03/2022 | KKY | CP | Review and revise index to interim fee binder (6/16/22 hearing) | 0.10 | 495.00 | $49.50 |
| 06/07/2022 | PJK | CP | Review PSZJ fee app index, emails with K Yee re same | 0.20 | 925.00 | $185.00 |
| 06/13/2022 | KKY | CP | Review and revise interim fee index (6/16/22 hearing) | 0.10 | 495.00 | $49.50 |
| 06/13/2022 | PJK | CP | Emails with BJS and trustee re PSZJ 4th interim fee order | 0.20 | 925.00 | $185.00 |
| 06/13/2022 | BJS | CP | Various emails with Peter Keane regarding fee application | 0.10 | 1445.00 | $144.50 |
| 06/15/2022 | KKY | CP | Serve [signed] order granting 4th interim fee app of PSZJ for 8/1/21-3/31/22 | 0.10 | 495.00 | $49.50 |
| 07/27/2022 | BJS | CP | Various emails with Peter Keane regarding fee application | 0.10 | 1445.00 | $144.50 |
| | | | | **7.60** | | **$6,152.00** |

## Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/08/2022 | BJS | CPO | Review Frejka final fee app/uBiome | 0.10 | 1445.00 | $144.50 |
| 03/07/2022 | BJS | CPO | Various emails with E Frejka regarding fee application | 0.10 | 1445.00 | $144.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271   - 00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/14/2022 | BJS | CPO | Various emails with E Frejka, PK regarding fee order | 0.10 | 1445.00 | $144.50 |
| 06/09/2022 | PEC | CPO | Review 6/16/22 Fee Binder | 0.20 | 495.00 | $99.00 |
| | | | | **0.50** | | **$532.50** |

### Financing [B230]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/16/2022 | BJS | FN | Various emails with A Wieck regarding litigation funding; Various emails with ATG regarding same | 0.30 | 1445.00 | $433.50 |
| 02/17/2022 | BJS | FN | Various emails with A Weick regarding lit funding | 0.30 | 1445.00 | $433.50 |
| 02/17/2022 | BJS | FN | Attention to litigation funding; Teleconference with ATG regarding same | 1.00 | 1445.00 | $1,445.00 |
| | | | | **1.60** | | **$2,312.00** |

### Operations [B210]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/04/2022 | BJS | OP | Various emails with FTI regarding AWS, backup | 0.20 | 1445.00 | $289.00 |
| 08/31/2022 | BJS | OP | Review Plos email;  teleconference with ATG regarding same | 0.40 | 1445.00 | $578.00 |
| | | | | **0.60** | | **$867.00** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2022 | BJS | RPO | Review and Revise Retention Application regarding Schultz Braun | 0.20 | 1445.00 | $289.00 |
| 04/04/2022 | PJK | RPO | Review CNO re German counsel retention, emails with L Thomas re same | 0.20 | 925.00 | $185.00 |
| | | | | **0.40** | | **$474.00** |

**TOTAL SERVICES FOR THIS MATTER:**                              **$57,652.50**

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271   - 00001

Page:    17
Invoice 131268
October 31, 2022

---

### Expenses

| | | | |
|---|---|---|---|
| 04/19/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/19/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 04/19/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/19/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/19/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/19/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/19/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/19/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 12.87 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 12.87 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 25.50 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 12.87 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 20.10 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 12.87 |
| 04/26/2022 | FE | 31271.00001 FedEx Charges for 04-26-22 | 12.87 |
| 04/26/2022 | PO | Postage Charges | 54.20 |
| 04/26/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/26/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 04/26/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/11/2022 | RE | Reproduction Expense. [E101] copies, 18 pages, WLR | 1.80 |
| 05/17/2022 | PO | 31271.00001 :Postage Charges for 05-17-22 | 32.00 |
| 05/18/2022 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/18/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/18/2022 | RE2 | SCAN/COPY ( 657 @0.10 PER PG) | 65.70 |
| 05/18/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/18/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/18/2022 | RE2 | SCAN/COPY ( 657 @0.10 PER PG) | 65.70 |
| 05/18/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/18/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/18/2022 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 05/18/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/26/2022 | RE2 | SCAN/COPY ( 79 @0.10 PER PG) | 7.90 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

Page:    18
Invoice 131268
October 31, 2022

| 05/27/2022 | PO  | 31271.00001 :Postage Charges for 05-27-22 | 10.40 |
|------------|-----|-------------------------------------------|-------|
| 05/27/2022 | PO  | 31271.00001 :Postage Charges for 05-27-22 | 15.80 |
| 05/27/2022 | RE  | ( 4 @0.10 PER PG)                         | 0.40  |
| 05/27/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG)               | 0.50  |
| 05/27/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG)              | 1.40  |
| 05/27/2022 | RE2 | SCAN/COPY ( 46 @0.10 PER PG)              | 4.60  |
| 05/27/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)               | 0.20  |
| 05/27/2022 | RE2 | SCAN/COPY ( 153 @0.10 PER PG)             | 15.30 |
| 05/27/2022 | RE2 | SCAN/COPY ( 17 @0.10 PER PG)              | 1.70  |
| 05/27/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG)              | 1.00  |
| 05/27/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG)               | 0.70  |
| 05/27/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)               | 0.20  |
| 06/03/2022 | RE  | ( 2 @0.10 PER PG)                         | 0.20  |
| 06/03/2022 | RE  | ( 2 @0.10 PER PG)                         | 0.20  |
| 06/03/2022 | RE  | ( 51 @0.10 PER PG)                        | 5.10  |
| 06/03/2022 | RE  | ( 20 @0.10 PER PG)                        | 2.00  |
| 06/03/2022 | RE  | ( 3 @0.10 PER PG)                         | 0.30  |
| 06/03/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)               | 0.20  |
| 06/03/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG)              | 1.40  |
| 06/03/2022 | RE2 | SCAN/COPY ( 14 @0.10 PER PG)              | 1.40  |
| 06/08/2022 | LN  | 31271.00001 Lexis Charges for 06-08-22    | 19.47 |
| 06/09/2022 | DC  | 31271.00001 Advita Charges for 06-09-22   | 7.50  |
| 06/09/2022 | PO  | 31271.00001 :Postage Charges for 06-09-22 | 17.60 |
| 06/09/2022 | RE  | ( 26 @0.10 PER PG)                        | 2.60  |
| 06/09/2022 | RE  | ( 4 @0.10 PER PG)                         | 0.40  |
| 06/09/2022 | RE  | ( 1 @0.10 PER PG)                         | 0.10  |
| 06/09/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)               | 0.20  |
| 06/09/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG)               | 0.20  |
| 06/09/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)               | 0.40  |
| 06/09/2022 | RE2 | SCAN/COPY ( 4 @0.10 PER PG)               | 0.40  |
| 06/09/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG)               | 0.80  |
| 06/09/2022 | RE2 | SCAN/COPY ( 8 @0.10 PER PG)               | 0.80  |
| 06/09/2022 | RE2 | SCAN/COPY ( 26 @0.10 PER PG)              | 2.60  |
| 06/10/2022 | RE2 | SCAN/COPY ( 16 @0.10 PER PG)              | 1.60  |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

| | | | |
|---|---|---|---:|
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 13.09 |
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 13.09 |
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 20.44 |
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 13.09 |
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 25.92 |
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 13.09 |
| 06/14/2022 | FE | 31271.00001 FedEx Charges for 06-14-22 | 13.09 |
| 06/14/2022 | PO | 31271.00001 :Postage Charges for 06-14-22 | 54.20 |
| 06/14/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/14/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/14/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/14/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/14/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/14/2022 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 06/14/2022 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | 4.50 |
| 06/15/2022 | PO | 31271.00001 :Postage Charges for 06-15-22 | 12.20 |
| 06/15/2022 | RE | ( 3 @0.10 PER PG) | 0.30 |
| 06/15/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/15/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/15/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/15/2022 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/15/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/15/2022 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/15/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/15/2022 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/15/2022 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 06/15/2022 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 06/15/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/15/2022 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/17/2022 | FE | 31271.00001 FedEx Charges for 06-17-22 | 59.65 |
| 06/17/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/31/2022 | PAC | Pacer - Court Research | 42.70 |

**Total Expenses for this Matter**                              **$768.48**

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (uBiome)
31271    - 00001

<div align="right">

Page:    20
Invoice 131268
October 31, 2022

</div>

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**       **10/31/2022**

**Total Fees**                                                                       **$57,652.50**

**Total Expenses**                                                                  **768.48**

**Total Due on Current Invoice**                                              **$58,420.98**

   **Outstanding Balance from prior invoices as of**       **10/31/2022**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

     **Total Amount Due on Current and Prior Invoices:**                         **$58,420.98**