IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | Re: Docket No. 507 |

**ORDER GRANTING FIFTH INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM APRIL 1, 2022 THROUGH OCTOBER 31, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a Fifth Interim application for allowance of compensation and reimbursement of expenses for April 1, 2022 through October 31, 2022 (the "Fifth Interim Application"). The Court has reviewed the Fifth Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifth Interim Application, and any hearing on the Fifth Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifth Interim Application. Accordingly, it is hereby

ORDERED that the Fifth Interim Application is GRANTED, on an interim basis. Fees in the amount of $57,652.50, and costs in the amount of $768.48, are allowed on an interim basis. The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $57,652.50 as compensation and $768.48 as reimbursement of expenses, for a total of $58,420.98 for services

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

rendered and disbursements incurred by PSZ&J for the period April 1, 2022 through October 31, 2022.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 22nd, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:241455.1 31271/001            2