## **EXHIBIT A**


## **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 7 |
| UBIOME, INC.,[1] | ) ) ) | Case No. 19-11938 (LSS) |
| Debtor. | ) ) | |

## AMENDED[2] INDEX TO FEE APPLICATION BINDER IN CONNECTION WITH NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 5, 2023 AT 10:00 A.M. (ET)

Dated: January 3, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

[2] **Items in bold reflect changes made to the index from the previous version sent to Chambers on December 22, 2022.**

**Pachulski Stang Ziehl & Jones LLP – Counsel to the Chapter 7 Trustee**

1. Fifth Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from April 1, 2022 through October 31, 2022 [Filed: 11/29/22] (Docket No. 507).

   Response Deadline:  December 13, 2022 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   (a) Certification of No Objection Regarding Fifth Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from April 1, 2022 through October 31, 2022 [Filed: 12/14/22] (Docket No. 512).

   (b) **[Signed] Order Granting Fifth Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from April 1, 2022 through October 31, 2022 [Filed: 12/22/22] (Docket No. 513).**

   Status:  **The order has been entered.  No hearing will be necessary.**