# **Exhibit A**

Our rates for services range as shown below:

Senior Member….……………………………………… $775.00

Managers……….…………………………………………..$600.00

Senior Staff ……..…………………………… $500.00 - $550.00

Staff ……..……………………………………$335.00 - $425.00

Paraprofessionals ….….……………………............ $285.00

Effective January 1, 2023.  These rates are subject to periodic change.