# EXHIBIT A

**Exhibit A**

| Attorney | Date | Type | Detail | Amount | Currency | Description | Hours |
|---|---|---|---|---|---|---|---|
| Dr. Annerose Tashiro | 21.02.2022 | time | work on file | 210,00 | Euro | Prepare application to employ S&B | 0,5 |
| Dr. Annerose Tashiro | 21.04.2022 | time | work on file | 1113,00 | Euro | Reseach on various procedureal steps on service via German central agency or consulate route, check on personal addresses of defendants, | 2,65 |
| Dr. Annerose Tashiro | 02.05.2022 | time | work on file | 868,00 | Euro | Further research and correspondence with consulate / embassy in Berlin, correspondendence with Central Authority in Berlin | 2,067 |
| Dr. Annerose Tashiro | 03.05.2022 | time | work on file | 182,00 | Euro | Phone conversation with person in charge at Berlin administration for service under Hague, email with summary on path forward to Peter, contact translator | 0,433 |
| Dr. Annerose Tashiro | 09.05.2022 | time | work on file | 812,00 | Euro | Review complaint and summons, work on request form, various questions to Peter Keane re same | 1,933 |
| Dr. Annerose Tashiro | 10.05.2022 | time | work on file | 294,00 | Euro | Liasing with the translator on certification, number of copies, certain terms, call with Central Authorities, correspondence with Peter re summons and private service. | 0,7 |
| Dr. Annerose Tashiro | 19.05.2022 | time | work on file | 301,00 | Euro | Review translation of complaint and summons, remarks to translator | 0,717 |
| Dr. Annerose Tashiro | 14.06.2022 | time | work on file | 385,00 | Euro | Review translation for court order to assist service, correspondence with translator, finalise forms and send to Peter Keane together with explanation of process. | 0,917 |
| Dr. Annerose Tashiro | 23.06.2022 | time | work on file | 679,00 | Euro | Finalising submission to central authority requesting service to both defendants, preparing documents / exhibits for such request | 1,617 |
|  | 21.04.2022 | expenses | cost company register | 9,00 | Euro | Extracts from commercial register |  |
|  | 22.04.2022 | expenses | cost company register | 22,5 | Euro | Extract CREFO dated 21 April 2022 |  |
|  | 27.05.2022 | expenses | cost translation | 1.230,18 | Euro | Invoice BBI dated 27 May 2022, invoice-no 46971 |  |
|  | 16.06.2022 | expenses | cost translation | 207,15 | Euro | Invoice BBI dated 16 June 2022, invoice no 46986 |  |
|  |  |  | **Summe** | **6312,83** | **Euro** |  |  |
|  |  |  |  | **242,20** | **Euro** | Administration charge |  |

| Name | Date | Type | Activity | Amount | Description | Hours |
|---|---|---|---|---|---|---|
| Dr. Annerose Tashiro | 01.08.2022 | time | phone call | 140,00 Euro | Telephone and correspondence with person in charge at Central Authority re status of service, email to Peter re feedback. | 0,333 |
| Dr. Annerose Tashiro | 07.09.2022 | time | work on file | 70,14 Euro | Contacting authoritiies re update on service | 0,167 |
| Dr. Annerose Tashiro | 09.09.2022 | time | work on file | 532,00 Euro | Various attemps of correspondence with local court in Berlin re service, phone conversation about objection. Email to Peter Keane re current status, review objection and summary for Peter with comments | 1,267 |
| Dr. Annerose Tashiro | 12.09.2022 | time | work on file | 35,00 Euro | Correspondence with Peter re next steps | 0,083 |
| Dr. Annerose Tashiro | 28.09.2022 | time | work on file | 42,00 Euro | Orga translation of appeal | 0,1 |
| Dr. Annerose Tashiro | 11.10.2022 | time | work on file | 1190,00 Euro | Some research for German literature of US law, research on rejecting service for reason of potential punitive damages, draft writ to court, sent to translator | 2,833 |
| Dr. Annerose Tashiro | 12.10.2022 | time | work on file | 273,00 Euro | Receipt of translation of court submission, review, correction and sent to Peter Keane | 0,65 |
| Dr. Annerose Tashiro | 20.10.2022 | time | work on file | 105,00 Euro | Review court submission by Central Authority re appeal, correspondence with Peter about such | 0,25 |
| Dr. Annerose Tashiro | 25.10.2022 | time | work on file | 847,00 Euro | Include comments from Peter into court submissions, create same for Jessica Richman, correspondence with Peter re same, orga with translator | 2,017 |
| Dr. Annerose Tashiro | 26.10.2022 | time | work on file | 427,00 Euro | Review translation of submission of Central Authority, forward to Peter Keane | 1,017 |
| Dr. Annerose Tashiro | 03.11.2022 | time | work on file | 42,00 Euro | Correspondence with Peter Keane re feedback on court submission | 0,1 |
| Dr. Annerose Tashiro | 07.11.2022 | time | work on file | 252,00 Euro | Submission of both statements to court | 0,6 |
| Dr. Annerose Tashiro | 09.11.2022 | time | work on file | 42,00 Euro | Receipt and attention of court submission by oppsoing counsel and court on timing of judgment | 0,1 |
| | 21.10.2022 | expenses | cost translation | 169,35 Euro | Invoice BBI dated 21 Oct 2022, invoice-no 47077 | |
| | 10.11.2022 | expenses | cost translation | 256,04 Euro | Invoice BBI dated 10 Nov 2022 invoice no 47091 | |
| | | | **Summe** | **4422,53 Euro** | | |
| | | | | 199,86 Euro | Administration charge | |