## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 16, 2023 AT 10:00 A.M. (EASTERN TIME)[2]

> **THE BELOW LISTED MATTER HAS BEEN RESOLVED.**
> **THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTER

1.      First Interim Application for Compensation and Reimbursement of Expenses of Schultze & Braun as German Counsel, to the Chapter 7 Trustee, for the Period from February 21, 2022, through November 30, 2022 [Filed: 1/13/23] (Docket No. 517).

Response Deadline:  January 27, 2023 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a)      Certification of No Objection Regarding First Interim Application for Compensation and Reimbursement of Expenses of Schultze & Braun as German Counsel, to the Chapter 7 Trustee, for the Period from February 21, 2022, through November 30, 2022 [Filed: 1/30/23] (Docket No. 518).

b)      [Signed] Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Schultze & Braun as German Counsel, to the Chapter 7 Trustee, for the Period from February 21, 2022, through November 30, 2022 [Filed: 2/7/23] (Docket No. 519).

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

Dated:  February 10, 2023          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:     bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*