# **EXHIBIT A**

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 1  | Matter | 474561.0001 | | | | | |
| 2  | Start Date | 3/1/2022 | | | | | |
| 3  | End Date | 11/30/2022 | | | | | |
| 4  | | | | | | | |
| 5  | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 6  | 474561.0001 | Jason | Reed | Managing D | 8/16/2022 | 0.1 | AWS bucket deliverable review |
| 7  | 474561.0001 | Jason | Reed | Managing D | 8/16/2022 | 0.1 | AWS bucket deliverable review |
| 8  | 474561.0001 | Jason | Reed | Managing D | 8/16/2022 | 0.1 | AWS bucket deliverable review |
| 9  | 474561.0001 | Jason | Reed | Managing D | 8/16/2022 | 0.1 | AWS bucket deliverable review |
| 10 | 474561.0001 | Jason | Reed | Managing D | 8/16/2022 | 0.1 | AWS bucket deliverable review |
| 11 | 474561.0001 | Madhur | Mahajan | Director | 8/8/2022 | 0.1 | AWS S3 Inventory |
| 12 | 474561.0001 | Madhur | Mahajan | Director | 8/8/2022 | 0.1 | AWS S3 Inventory |
| 13 | 474561.0001 | Madhur | Mahajan | Director | 8/8/2022 | 0.1 | AWS S3 Inventory |
| 14 | 474561.0001 | Madhur | Mahajan | Director | 8/8/2022 | 0.1 | AWS S3 Inventory |
| 15 | 474561.0001 | Madhur | Mahajan | Director | 8/8/2022 | 0.1 | AWS S3 Inventory |
| 16 | 474561.0001 | Madhur | Mahajan | Director | 8/10/2022 | 0.1 | AWS S3 Inventory |
| 17 | 474561.0001 | Madhur | Mahajan | Director | 8/10/2022 | 0.1 | AWS S3 Inventory |
| 18 | 474561.0001 | Madhur | Mahajan | Director | 8/10/2022 | 0.1 | AWS S3 Inventory |
| 19 | 474561.0001 | Madhur | Mahajan | Director | 8/10/2022 | 0.1 | AWS S3 Inventory |
| 20 | 474561.0001 | Madhur | Mahajan | Director | 8/10/2022 | 0.1 | AWS S3 Inventory |
| 21 | 474561.0001 | Madhur | Mahajan | Director | 8/12/2022 | 0.1 | AWS S3 Inventory |
| 22 | 474561.0001 | Madhur | Mahajan | Director | 8/12/2022 | 0.1 | AWS S3 Inventory |
| 23 | 474561.0001 | Madhur | Mahajan | Director | 8/12/2022 | 0.1 | AWS S3 Inventory |
| 24 | 474561.0001 | Madhur | Mahajan | Director | 8/12/2022 | 0.1 | AWS S3 Inventory |
| 25 | 474561.0001 | Madhur | Mahajan | Director | 8/12/2022 | 0.1 | AWS S3 Inventory |
| 26 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 27 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 28 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 29 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 30 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 31 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 32 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 33 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 34 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 35 | 474561.0001 | Madhur | Mahajan | Director | 8/15/2022 | 0.1 | AWS S3 Inventory |
| 36 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 37 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 38 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 39 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 40 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 41 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 42 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 43 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 44 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 45 | 474561.0001 | Madhur | Mahajan | Director | 8/16/2022 | 0.1 | AWS S3 Inventory |
| 46 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 47 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 48 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 49 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 50 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 51 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 52 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 53 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 54 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 55 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 56 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 57 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 58 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 59 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |
| 60 | 474561.0001 | Madhur | Mahajan | Director | 8/18/2022 | 0.1 | AWS S3 Inventory |

|     | A | B | C | D | E | F | G |
|-----|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 61 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 62 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 63 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 64 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 65 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 66 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 67 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 68 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 69 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 70 | 474561.0001 | Madhur | Mahajan | Director | 8/19/2022 | 0.1 | AWS S3 Inventory |
| 71 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 72 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 73 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 74 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 75 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 76 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 77 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 78 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 79 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 80 | 474561.0001 | Madhur | Mahajan | Director | 8/24/2022 | 0.1 | AWS S3 Inventory |
| 81 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 82 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 83 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 84 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 85 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 86 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 87 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 88 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 89 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 90 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 91 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 92 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 93 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 94 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 95 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 96 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 97 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 98 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 99 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 100 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 101 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 102 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 103 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 104 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 105 | 474561.0001 | Madhur | Mahajan | Director | 8/25/2022 | 0.1 | AWS S3 Inventory |
| 106 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 107 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 108 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 109 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 110 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 111 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 112 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 113 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 114 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 115 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 116 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 117 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 118 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 119 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 120 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 121 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 122 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 123 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 124 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 125 | 474561.0001 | Madhur | Mahajan | Director | 8/26/2022 | 0.1 | AWS S3 Inventory |
| 126 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 127 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 128 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 129 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 130 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 131 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 132 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 133 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 134 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 135 | 474561.0001 | Madhur | Mahajan | Director | 8/29/2022 | 0.1 | AWS S3 Inventory |
| 136 | 474561.0001 | Madhur | Mahajan | Director | 9/7/2022 | 0.1 | AWS S3 Inventory |
| 137 | 474561.0001 | Madhur | Mahajan | Director | 9/7/2022 | 0.1 | AWS S3 Inventory |
| 138 | 474561.0001 | Madhur | Mahajan | Director | 9/7/2022 | 0.1 | AWS S3 Inventory |
| 139 | 474561.0001 | Madhur | Mahajan | Director | 9/7/2022 | 0.1 | AWS S3 Inventory |
| 140 | 474561.0001 | Madhur | Mahajan | Director | 9/7/2022 | 0.1 | AWS S3 Inventory |
| 141 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 142 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 143 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 144 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 145 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 146 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 147 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 148 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 149 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 150 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 151 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 152 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 153 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 154 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 155 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 156 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 157 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 158 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 159 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 160 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 161 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 162 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 163 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 164 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 165 | 474561.0001 | Philip | Reilly | Consultant | 3/1/2022 | 0.1 | AWS S3 Inventory |
| 166 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 167 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 168 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 169 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 170 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 171 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 172 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 173 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 174 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 175 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 176 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 177 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 178 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 179 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 180 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 181 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 182 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 183 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 184 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 185 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 186 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 187 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 188 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 189 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 190 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 191 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 192 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 193 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 194 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 195 | 474561.0001 | Philip | Reilly | Consultant | 3/2/2022 | 0.1 | AWS S3 Inventory |
| 196 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 197 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 198 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 199 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 200 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 201 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 202 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 203 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 204 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 205 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 206 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 207 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 208 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 209 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 210 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 211 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 212 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 213 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 214 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 215 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 216 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 217 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 218 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 219 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 220 | 474561.0001 | Philip | Reilly | Consultant | 3/3/2022 | 0.1 | AWS S3 Inventory |
| 221 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 222 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 223 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 224 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 225 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 226 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 227 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 228 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 229 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 230 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 231 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 232 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 233 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 234 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 235 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 236 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 237 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |

|     | A | B | C | D | E | F | G |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 238 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 239 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 240 | 474561.0001 | Philip | Reilly | Consultant | 3/4/2022 | 0.1 | AWS S3 Inventory |
| 241 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 242 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 243 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 244 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 245 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 246 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 247 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 248 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 249 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 250 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 251 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 252 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 253 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 254 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 255 | 474561.0001 | Philip | Reilly | Consultant | 3/7/2022 | 0.1 | UBiome AWS Glacier Research |
| 256 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 257 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 258 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 259 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 260 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 261 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 262 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 263 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 264 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 265 | 474561.0001 | Philip | Reilly | Consultant | 8/8/2022 | 0.1 | Creating reports on s3 bucket content |
| 266 | 474561.0001 | Philip | Reilly | Consultant | 8/26/2022 | 0.1 | Analyzing aws bucket information |
| 267 | 474561.0001 | Philip | Reilly | Consultant | 8/26/2022 | 0.1 | Analyzing aws bucket information |
| 268 | 474561.0001 | Philip | Reilly | Consultant | 8/26/2022 | 0.1 | Analyzing aws bucket information |
| 269 | 474561.0001 | Philip | Reilly | Consultant | 8/26/2022 | 0.1 | Analyzing aws bucket information |
| 270 | 474561.0001 | Philip | Reilly | Consultant | 8/26/2022 | 0.1 | Analyzing aws bucket information |
| 271 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 272 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 273 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 274 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 275 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 276 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 277 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 278 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 279 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 280 | 474561.0001 | Philip | Reilly | Consultant | 8/29/2022 | 0.1 | AWS bucket analysis |
| 281 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 282 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 283 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 284 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 285 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 286 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 287 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 288 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 289 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 290 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 291 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 292 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 293 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 294 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 295 | 474561.0001 | Philip | Reilly | Consultant | 8/17/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 296 | 474561.0001 | Philip | Reilly | Consultant | 8/18/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 297 | 474561.0001 | Philip | Reilly | Consultant | 8/18/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 298 | 474561.0001 | Philip | Reilly | Consultant | 8/18/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 299 | 474561.0001 | Philip | Reilly | Consultant | 8/18/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 300 | 474561.0001 | Philip | Reilly | Consultant | 8/18/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 301 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 302 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 303 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 304 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 305 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 306 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 307 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 308 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 309 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 310 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 311 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 312 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 313 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 314 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 315 | 474561.0001 | Philip | Reilly | Consultant | 8/19/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 316 | 474561.0001 | Philip | Reilly | Consultant | 8/22/2022 | 0.1 | Analyzing aws bucket information |
| 317 | 474561.0001 | Philip | Reilly | Consultant | 8/22/2022 | 0.1 | Analyzing aws bucket information |
| 318 | 474561.0001 | Philip | Reilly | Consultant | 8/22/2022 | 0.1 | Analyzing aws bucket information |
| 319 | 474561.0001 | Philip | Reilly | Consultant | 8/22/2022 | 0.1 | Analyzing aws bucket information |
| 320 | 474561.0001 | Philip | Reilly | Consultant | 8/22/2022 | 0.1 | Analyzing aws bucket information |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 321 | 474561.0001 | Philip | Reilly | Consultant | 8/23/2022 | 0.1 | Analyzing aws bucket information |
| 322 | 474561.0001 | Philip | Reilly | Consultant | 8/23/2022 | 0.1 | Analyzing aws bucket information |
| 323 | 474561.0001 | Philip | Reilly | Consultant | 8/23/2022 | 0.1 | Analyzing aws bucket information |
| 324 | 474561.0001 | Philip | Reilly | Consultant | 8/23/2022 | 0.1 | Analyzing aws bucket information |
| 325 | 474561.0001 | Philip | Reilly | Consultant | 8/23/2022 | 0.1 | Analyzing aws bucket information |
| 326 | 474561.0001 | Philip | Reilly | Consultant | 8/24/2022 | 0.1 | Analyzing aws bucket information |
| 327 | 474561.0001 | Philip | Reilly | Consultant | 8/24/2022 | 0.1 | Analyzing aws bucket information |
| 328 | 474561.0001 | Philip | Reilly | Consultant | 8/24/2022 | 0.1 | Analyzing aws bucket information |
| 329 | 474561.0001 | Philip | Reilly | Consultant | 8/24/2022 | 0.1 | Analyzing aws bucket information |
| 330 | 474561.0001 | Philip | Reilly | Consultant | 8/24/2022 | 0.1 | Analyzing aws bucket information |
| 331 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 332 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 333 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 334 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 335 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 336 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 337 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 338 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 339 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 340 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 341 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 342 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 343 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 344 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 345 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 346 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 347 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 348 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 349 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 350 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 351 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 352 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 353 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 354 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 355 | 474561.0001 | Philip | Reilly | Consultant | 8/9/2022 | 0.1 | Creating reports on s3 bucket content |
| 356 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 357 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 358 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 359 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 360 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 361 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 362 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 363 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 364 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 365 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 366 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 367 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 368 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 369 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 370 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 371 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 372 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 373 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 374 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 375 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 376 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 377 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 378 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 379 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 380 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 381 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 382 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 383 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 384 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 385 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 386 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 387 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 388 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 389 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 390 | 474561.0001 | Philip | Reilly | Consultant | 8/10/2022 | 0.1 | Creating reports on s3 bucket content |
| 391 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 392 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 393 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 394 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 395 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 396 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 397 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 398 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 399 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 400 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 401 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 402 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 403 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 404 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 405 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 406 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 407 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 408 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 409 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 410 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 411 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 412 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 413 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 414 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 415 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 416 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 417 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 418 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 419 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 420 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 421 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 422 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 423 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 424 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 425 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 426 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 427 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 428 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 429 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 430 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 431 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 432 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 433 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 434 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 435 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 436 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 437 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 438 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 439 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 440 | 474561.0001 | Philip | Reilly | Consultant | 8/11/2022 | 0.1 | Creating reports on s3 bucket content |
| 441 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 442 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 443 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 444 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 445 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 446 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 447 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 448 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 449 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 450 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 451 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 452 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 453 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 454 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 455 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 456 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 457 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 458 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 459 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 460 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 461 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 462 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 463 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 464 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 465 | 474561.0001 | Philip | Reilly | Consultant | 8/12/2022 | 0.1 | Creating reports on s3 bucket content |
| 466 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 467 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 468 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 469 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 470 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 471 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 472 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 473 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 474 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 475 | 474561.0001 | Philip | Reilly | Consultant | 8/15/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 476 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 477 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 478 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 479 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 480 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 481 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5 | Matter# | First Name | Last Name | Title | Date | Work Hrs | Narrative |
| 482 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 483 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 484 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 485 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 486 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 487 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 488 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 489 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |
| 490 | 474561.0001 | Philip | Reilly | Consultant | 8/16/2022 | 0.1 | Writing Python scripts to analyze client's s3 bucket data |