# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br>               Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746**

I, Jason Reed, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Strategic Technology Advisor at FTI Consulting, Inc. ("FTI"). FTI has rendered professional services to Alfred T. Giuliano, the Chapter 7 Trustee (the "Trustee") in this chapter 7 case.

2. I have read the foregoing interim fee application of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

DOCS_DE:241730.1 31271/001

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Dated: March 30, 2023                                   FTI CONSULTING, INC

                                                        By: */s/ Jason Reed*
                                                        Jason Reed