## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MAY 18, 2023 AT 9:45 A.M. (EASTERN TIME)[2]

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1.  Seventh Interim Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses for Data Recovery Services to the Trustee for the Period March 1, 2022 through November 30, 2022 [Filed: 3/30/23] (Docket No. 522).

    Response Deadline:  April 13, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)  Certification of No Objection Regarding Seventh Interim Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses for Data Recovery Services to the Trustee for the Period March 1, 2022 through November 30, 2022 [Filed: 4/17/23] (Docket No. 523).

    b)  [Signed] Order Granting Seventh Interim Application of FTI Consulting, Inc. for Compensation and Reimbursement of Expenses for Data Recovery Services to the Trustee for the Period March 1, 2022 through November 30, 2022 [Filed: 4/21/23] (Docket No. 524).

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

2

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

| | |
|---|---|
| Dated:  May 16, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:      bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |

2

DOCS_DE:243047.1 31271/001