IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

**Objection Deadline:** June 16, 2023 at 4:00 p.m. ET
**Hearing Date:**   June 27, 2023 at 11:30 a.m. ET

## SECOND INTERIM APPLICATION FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## OF SCHULTZE & BRAUN AS GERMAN COUNSEL, TO THE CHAPTER 7 TRUSTEE,
## FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH MAY 24, 2023

| Name of Applicant: | Schultze & Braun |
|---|---|
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective *nunc pro tunc* to February 21, 2022 by order signed on or about April 15, 2022 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2022 through May 24, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $ 4,519.77 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 2,466.90 |

This is an:    ☐ monthly    ☒ interim    ☐ final application.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09.01.2023 | February 21, 2022 – November 30, 2022 | $ 9,209.52 | $ 2,433.63 | $ 9,209.52 | $ 2,433.63 |

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

DOCS_DE:241488.1 31271/001

**SB PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dr. Annerose Tashiro | Attorney, Partner since 2010, admission in 2004, expertise in international insolvency and private law | 452,24 $ (€ 420) | 9,302 | 4,206.74 $ |
| Yuliia Skopnenko | Attorney, associate, admission in 2011 | 269,19 $ (€ 250) | 1,167 | 314,14 $ |
|  |  |  |  |  |

**Grand Total:**     $ 4,519.77
**Total Hours:**        10,469
**Blended Rate:**     $ 431,72

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Bankruptcy litigation | 9,302 | 4,206.74 $ |
| Fee application | 1,167 | 314,14 $ |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Translation cost | BBi | 1,713.38 $ |
| Bank service charges, check cashing fee, exchange currency fees for check, 1st Application | Bank | 330,72$ |
| Office charge 5% (copies, postage, telephone, registered mail) | | 316.94 $ |
| | | |
| | | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS) |

**Objection Deadline: June 16, 2023 at 4:00 p.m. ET**
**Hearing Date: June 27, 2023 at 11:30 a.m. ET**

## SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHULTZE BRAUN AS GERMAN COUNSEL, TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH MAY 24, 2023

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Schultze & Braun ("SB" or the "Firm") as German counsel to the Chapter 7 Trustee, hereby submits its Second Interim Application for Compensation and for Reimbursement of Expenses for the Period from December 1, 2022 through May 24, 2023 (the "Application").

By this Application, SB seeks an interim allowance of compensation in the amount of $ 4,519.77 and actual and necessary expenses in the amount of $ 2,361.04 for a total allowance of $ 6,880,81, and payment of the unpaid amount of such fees and expenses, for the period December 1, 2022 through May 24, 2023 (the "Interim Period"). In support of this Application, SB respectfully represents as follows:

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

DOCS_DE:241488.1 31271/001

**Background**

1.  On September 4, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The case was converted to Chapter 7 proceedings by order entered October 11, 2019. Alfred T. Giuliano ("Chapter 7 Trustee") was appointed as the Chapter 7 Trustee in this case.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.  The retention of SB, as German counsel to the Chapter 7 Trustee, was approved *nunc pro tunc* to February 21, 2022 by this Court's "Order Granting Application Of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant To Bankruptcy Code Sections 327(a) And 328(a), Bankruptcy Rules 2014(a) And 2016, And Local Rule 2014-1 For Authority To Employ And Retain Schultze Braun As German Counsel, Effective As Of February 21, 2022," signed on or about April 15, 2022 [D.I. 487] (the "Retention Order").

**SB's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**Compensation Paid and Its Source**

4.  All services for which SB requests compensation were performed for or on behalf of the Chapter 7 Trustee.

5.  SB has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or

understanding between SB and any other person other than the partners of SB for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

6.  The fee statements for the Interim Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of SB's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules.

### Actual and Necessary Expenses

7.  A summary of actual and necessary expenses incurred by SB for the Interim Period is attached hereto as part of Exhibit A. SB believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.

### Summary of Services Rendered

8.  The names of the partners and associates of SB who have rendered professional services in this case during the Interim Period, and the paralegals and case management assistants of SB who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A. The Exhibit A invoice also details the matters in which SB rendered services for the Chapter 7 Trustee and the estate.

9.  SB has primarily been involved in assisting with the Chapter 7 Trustee's efforts to conduct service in Germany on Defendants Jessica Richman and Zachary Apte (the "__Defendants__") of his adversary complaint in Adv. Proc. No.: 21-51032 (LSS). The Defendants have objected to service in German with the German authorities and SB has assisted with necessary

filings in the German proceedings. These proceedings are currently continuing due to further submission by the Defendant's counsel. A court decision is yet to be rendered.

### Summary of Services by Project

10. The services rendered by SB during the Interim Period can be grouped into the categories set forth below. SB attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Bankruptcy litigation | 9,302 | 4,206.74 $ |
| Fee application | 1,167 | 314,14 $ |

### Valuation of Services

11. Attorneys and paraprofessionals of SB expended a total 10,469 hours in connection with their representation of the Chapter 7 Trustee during the Interim Period. The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are SB's normal hourly rates for work of this character.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by SB is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, SB has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, SB respectfully requests that, for the period from December 1, 2022 through May 24, 2023, an interim allowance be made to SB for compensation in the amount of $ 4,519.77 and actual and necessary expenses in the amount of $ 2,361.04 for a total allowance of $ 6,880.81; that payment of such allowed amounts be authorized on an interim basis; and for such other and further relief as this Court may deem just and proper.

Dated: 25 May, 2023

SCHULTZE & BRAUN

/s/
Dr. Annerose Tashiro
Schultze & Braun GmbH
Rechtsanwaltsgesellschaft
Eisenbahnstr. 19-23
77855 Achern / GERMANY
Phone: +49 7841 708-235
Email: atashiro@schultze-braun.de

*German Counsel to Alfred T. Giuliano,
Chapter 7 Trustee*

## **CERTIFICATION**

Dr. Annerose Tashiro certifies the following:

a) I am an attorney at law in Germany with the applicant law firm Schultze & Braun.

b) I am familiar with many of the legal services rendered by Schultze & Braun as German counsel to the Chapter 7 Trustee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

*/s/ Dr. Annerose Tashiro*
Dr. Annerose Tashiro