IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC.,[1] | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | |

**Objection Deadline: June 16, 2023 at 4:00 p.m. ET**
**Hearing Date: June 27, 2023 at 11:30 a.m. ET**

## NOTICE OF SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHULTZE & BRAUN AS GERMAN COUNSEL, TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH MAY 24, 2023

**PLEASE TAKE NOTICE** that on June 2, 2023, Schultze & Braun ("SB"), German counsel to Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor, filed the *Second Interim Application for Compensation and Reimbursement of Expenses of Schultze & Braun as German Counsel, to the Chapter 7 Trustee, for the Period from December 1, 2022 through May 24, 2023* (the "Application"), seeking compensation for the reasonable and necessary services rendered to the Trustee in the amount of $4,519.77, and reimbursement for actual and necessary expenses in the amount of $2,466.90. A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 16, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (bsandler@pszjlaw.com), and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **JUNE 27, 2023 AT 11:30 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated:  June 2, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:     bsandler@pszjlaw.com |
| |            crobinson@pszjlaw.com |
| |            pkeane@pszjlaw.com |
| | |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |