# EXHIBIT A

**Exhibit A**

| Attorney | Date | Type | Detail | Hours | Amount | Currency | Description |
|---|---|---|---|---|---|---|---|
| Dr. Annerose Tashiro | Jan 20, 2023 | time | work on file | 0,683 | 287.00 | Euro | Review court submission by Apte / Richman and summary to Peter Keane |
| Dr. Annerose Tashiro | Jan 24, 2023 | time | work on file | 0,717 | 301.00 | Euro | Review of translation of submission, comments to Peter re same and potential to reply |
| Dr. Annerose Tashiro | Jan 25, 2023 | time | work on file | 0,117 | 49.00 | Euro | Review of translation and forward to Peter, further comments re submission and potential to reply |
| Dr. Annerose Tashiro | Jan 26, 2023 | time | work on file | 0,133 | 55.86 | Euro | Various attempts to call court |
| Dr. Annerose Tashiro | Jan 27, 2023 | time | work on file | 0,284 | 119.00 | Euro | Call court re deadline to submit response, corresp with Peter re further submission to court |
| Dr. Annerose Tashiro | Feb 02, 2023 | time | work on file | 3,817 | 1,603.00 | Euro | Draft response to court re service incl comments and draft explanatio by Peter Keane |
| Dr. Annerose Tashiro | Feb 03, 2023 | time | work on file | 1,884 | 791.00 | Euro | Complete court submission in re Richman and in re Apte, finalising court submissions |
| Dr. Annerose Tashiro | Feb 20, 2023 | time | work on file | 0,383 | 161.00 | Euro | Review new submission by Central Authority, brief summary for Peter, corresp with Peter re fee application and orga re translation |
| Dr. Annerose Tashiro | Feb 21, 2023 | time | work on file | 0,167 | 70.00 | Euro | attention to new court submission by opposing counsel , corresp with Peter Keane re same |
| Dr. Annerose Tashiro | Feb 23, 2023 | time | work on file | 0,217 | 91.00 | Euro | Review translation of submission by Central Authórity and send to Peter Keaner |
| Dr. Annerose Tashiro | May 05, 2023 | time | work on file | 0,317 | 133.00 | Euro | Review of new submission by opposing counsel and court order hinting at dismissal , email to Peter re same |
| Dr. Annerose Tashiro | May 19, 2023 | time | work on file | 0,583 | 245.00 | Euro | Receipt, attention and review of translation of latest submission by opposing counsel, forward to Peter Keane |
| Yuiia Skopnenko | May 22, 2023 | time | work on file | 1,167 | 291,67 | Euro | Work with second fee application form |
| | Oct 10, 2022 | expenses | cost translation | | 94.83 | Euro | Invoice BBi dated 10 Oct 2022, invoice no 47065 |
| | Jan 30, 2023 | expenses | cost translation | | 616.53 | Euro | Invoice BBi dated 30 Jan 2023, invoice no 47135 |
| | Feb 28, 2023 | expenses | cost translation | | 163.99 | Euro | Invoice BBi dated 28 Feb 2023, invoice no. 47159 |
| | Mar 03, 2023 | expenses | Bank service charges, check cashing fee, exchange currency fees for check, 1st Application | | 307.15 | Euro | |
| | May 22, 2023 | expenses | cost translation | | 715.90 | Euro | Invoice BBi dated 22 May 2023, invoice no 47210 |
| | | expenses | office charge | | 294.35 | Euro | Administration charge (5% of total remuneration) |