IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>              Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>**Re: Docket No. 529** |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHULTZE & BRAUN AS GERMAN COUNSEL, TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH MAY 24, 2023**

The undersigned hereby certifies the following:

1. On June 2, 2023, Schultze & Braun, German counsel to Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") to the estate of the above-captioned debtor, filed its *Second Interim Application for Compensation and Reimbursement of Expenses of Schultze & Braun as German Counsel, to the Chapter 7 Trustee, for the Period from December 1, 2022 through May 24, 2023* (the "Application") [Docket No. 529] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Application, responses to the Application were to be filed and served no later than June 16, 2023 at 4:00 p.m. prevailing Eastern Time.

3. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon.

4. A proposed form of order approving the Application is attached hereto as **Exhibit 1**.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

5.  A hearing on the Application is scheduled for June 27, 2023 at 11:30 a.m. prevailing Eastern Time before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801.

Dated: June 19, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*