# **<u>EXHIBIT 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UBIOME, INC.,[1]<br><br>              Debtor. | Chapter 7<br><br>Case No. 19-11938 (LSS)<br><br>**Re: Docket No. 529** |

### ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SCHULTZE & BRAUN AS GERMAN COUNSEL, TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM DECEMBER 1, 2022 THROUGH MAY 24, 2023

Schultze & Braun ("SB"), as German counsel for the Chapter 7 Trustee in the above-captioned case, filed its *Second Interim Application for Compensation and for Reimbursement of Expenses for the Period from December 1, 2022 through May 24, 2023* (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

ORDERED that the Application is GRANTED, on an interim basis. Fees in the amount of $ 4,519.77, and costs in the amount of $ 2,361.04 , are allowed on an interim basis. The Chapter 7 Trustee in the above case shall pay to SB the sum of $ 4,519.77  as compensation and

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019). The headquarters for the above-captioned Debtor was located at 360 Langton Street, Suite 301, San Francisco, CA 94103.

2

$ 2,361.04 as reimbursement of expenses, for a total of $ 6,880.81 for services rendered and disbursements incurred by SB for the period December 1, 2022 through May 24, 2023.

        ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.