# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UBIOME, INC.,[1] | Case No. 19-11938 (LSS) |
| Debtor. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 14, 2023 AT 11:00 A.M. (EASTERN TIME)[2]

**THE BELOW LISTED MATTERS HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTER

1. **Ninth Removal Extension Motion** – Ninth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 11/22/23] (Docket No. 537).

    Response Deadline:  December 6, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a) Certification of No Objection Regarding Ninth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 12/8/23] (Docket No. 538).

    b) [Signed] Ninth Order (A) Further Enlarging the Period Within Which the Trustee May Remove Actions Through and Including May 28, 2024, and (B) Granting Related Relief [Filed: 12/8/23] (Docket No. 539).

    Status:  The order has been entered.  No hearing will be necessary.

---

[1] The Debtor and the last four digits of its taxpayer identification number is: uBiome, Inc. (0019).

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

2

| | |
|---|---|
| Dated:  December 12, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:     bsandler@pszjlaw.com |
| |         crobinson@pszjlaw.com |
| |         pkeane@pszjlaw.com |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |