# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| UBIOME, INC., | ) | Case No. 19-11938 (LSS) |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING THE CHAPTER 7 TRUSTEE'S RENEWED MOTION AND CONFIRMING THE EFFECT OF ABANDONMENT ON AWS'S RIGHTS AND ANY CONTINUED PRESERVATION SERVICES**

Upon the *Renewed Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Authorizing the Abandonment of Electronic Documents Stored with Amazon Web Services, and to Permit Third Parties to Preserve Such Documents [Docket No. 544]* (the "Abandonment Motion"), and the *Limited Objection of Amazon Web Services, Inc. in Support of Chapter 7 Trustee's Renewed Motion for Order Authorizing the Abandonment of Electronic Documents Stored with Amazon Web Services, and to Permit Third Parties to Preserve Such Documents* (the "Limited Objection") filed by Amazon Web Services, Inc. ("AWS")[1]; and this Court having jurisdiction to consider the Abandonment Motion, and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Abandonment Motion, the Limited Objection; and this Court having considered statements made at a hearing on the requested

[1]Capitalized terms not defined in this Order shall have the meanings given to them in the Limited Objection.

relief; and this Court having determined that the legal and factual bases establish grounds for the relief granted herein; **NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Abandonment Motion is granted, and the Limited Objection is sustained to the extent set forth herein. The AWS Account and any associated data stored in connection with the AWS Account is deemed abandoned under 11 U.S.C. § 554 upon entry of this Order.

2. For the avoidance of doubt, any property associated with the AWS Account, including any underlying data stored in connection with the AWS Account, is no longer property of the estate, and the automatic stay no longer applies to such property pursuant to section 362(c)(1) of the Bankruptcy Code. AWS may exercise its rights under the Agreement and applicable nonbankruptcy law, including any rights with respect to terminating the Agreement, the AWS Account, and related storage and cloud computing services and deleting associated data, subject only to any express agreement a party may reach with AWS under paragraph 3 of this Order.

3. Notwithstanding anything to the contrary in the Abandonment Motion or this Order, neither notice to the Trustee nor a request by the Trustee or any third party to preserve or access data obligates AWS to continue providing services. Continued preservation or access requiring AWS services must be subject to an agreement between AWS and the Trustee or the third party seeking those services, including (a) payment in full of all outstanding amounts owed in connection with the AWS Account, including all accrued charges, (b) adequate assurance, satisfactory to AWS, that continuing charges will be paid in the ordinary course, and/or (c) such other terms as may be agreeable to AWS.

4. This Order shall be effective immediately upon entry.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.