# **EXHIBIT B**

| Filing date | 19-Sep-19 |
|---|---|

| Snapshot Date | Bill to Name | Customer Name | Legal Entity | SOT Number | Oracle Number | Service Type | Invoice Number | Days Late | Invoice Date | Due Date | Billing Period | Invoice Currency Code | Original Amount (Local) | Remaining Amount (USD) | Pre-Bankruptcy Amount | Post-Bankruptcy Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2028360389 | 578 | Feb 1, 2025 | Mar 3, 2025 | 2025-01 | USD | 9,295.7 | $9,295.70 | $0.00 | $9,295.70 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2056885125 | 574 | Feb 5, 2025 | Mar 7, 2025 | 2025-02 | USD | 393.1 | $393.10 | $0.00 | $393.10 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2066236201 | 550 | Mar 1, 2025 | Mar 31, 2025 | 2025-02 | USD | 9,287.47 | $9,287.47 | $0.00 | $9,287.47 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2095102769 | 546 | Mar 5, 2025 | Apr 4, 2025 | 2025-03 | USD | 468.4 | $468.40 | $0.00 | $468.40 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2103184525 | 519 | Apr 1, 2025 | May 1, 2025 | 2025-03 | USD | 9,311.48 | $9,311.48 | $0.00 | $9,311.48 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2131520065 | 514 | Apr 6, 2025 | May 6, 2025 | 2025-04 | USD | 648.69 | $648.69 | $0.00 | $648.69 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2138776945 | 489 | May 1, 2025 | May 31, 2025 | 2025-04 | USD | 9,314.24 | $9,314.24 | $0.00 | $9,314.24 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2167346177 | 485 | May 5, 2025 | Jun 4, 2025 | 2025-05 | USD | 785.82 | $785.82 | $0.00 | $785.82 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2175769449 | 458 | Jun 1, 2025 | Jul 1, 2025 | 2025-05 | USD | 9,325.74 | $9,325.74 | $0.00 | $9,325.74 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2204804605 | 454 | Jun 5, 2025 | Jul 5, 2025 | 2025-06 | USD | 879.03 | $879.03 | $0.00 | $879.03 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2214456781 | 428 | Jul 1, 2025 | Jul 31, 2025 | 2025-06 | USD | 9,330.75 | $9,330.75 | $0.00 | $9,330.75 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2242656541 | 424 | Jul 5, 2025 | Aug 4, 2025 | 2025-07 | USD | 603.67 | $603.67 | $0.00 | $603.67 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2251196697 | 397 | Aug 1, 2025 | Aug 31, 2025 | 2025-07 | USD | 9,344.6 | $9,344.60 | $0.00 | $9,344.60 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2290555509 | 366 | Sep 1, 2025 | Oct 1, 2025 | 2025-08 | USD | 9,352.57 | $9,352.57 | $0.00 | $9,352.57 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2327411917 | 336 | Oct 1, 2025 | Oct 31, 2025 | 2025-09 | USD | 9,355.44 | $9,355.44 | $0.00 | $9,355.44 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2365497817 | 305 | Nov 1, 2025 | Dec 1, 2025 | 2025-10 | USD | 9,368.29 | $9,368.29 | $0.00 | $9,368.29 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2403594617 | 275 | Dec 1, 2025 | Dec 31, 2025 | 2025-11 | USD | 9,371.59 | $9,371.59 | $0.00 | $9,371.59 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2446029785 | 244 | Jan 1, 2026 | Jan 31, 2026 | 2025-12 | USD | 9,384.91 | $9,384.91 | $0.00 | $9,384.91 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2484941429 | 213 | Feb 1, 2026 | Mar 3, 2026 | 2026-01 | USD | 9,393.78 | $9,393.78 | $0.00 | $9,393.78 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2529060297 | 185 | Mar 1, 2026 | Mar 31, 2026 | 2026-02 | USD | 9,385.62 | $9,385.62 | $0.00 | $9,385.62 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2569840341 | 154 | Apr 1, 2026 | May 1, 2026 | 2026-03 | USD | 9,409.92 | $9,409.92 | $0.00 | $9,409.92 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2611127869 | 124 | May 1, 2026 | May 31, 2026 | 2026-04 | USD | 9,412.13 | $9,412.13 | $0.00 | $9,412.13 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2651577569 | 93 | Jun 1, 2026 | Jul 1, 2026 | 2026-05 | USD | 9,426.37 | $9,426.37 | $0.00 | $9,426.37 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2707825705 | 63 | Jul 1, 2026 | Jul 31, 2026 | 2026-06 | USD | 9,429.31 | $9,429.31 | $0.00 | $9,429.31 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2752633921 | 32 | Aug 1, 2026 | Aug 31, 2026 | 2026-07 | USD | 9,938.39 | $9,938.39 | $0.00 | $9,938.39 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2793412197 | 1 | Sep 1, 2026 | Oct 1, 2026 | 2026-08 | USD | 16,531.04 | $16,531.04 | $0.00 | $16,531.04 |
| 2-Oct-26 | Brad Giuliano | Brad Giuliano | Amazon.com, Inc. | 149858084877 | 36269679 | Cloud | 2838823725 | -29 | Sep 1, 2026 | Oct 1, 2026 | 2026-09 | USD | 19,276.5 | 19,276.5 | $0.00 | $19,276.50 |
| | | | | | | | | | | | | | **Total:** | **$218,024.55** | **$0.00** | **$218,024.55** |